OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Robert H. Jackson | **MARY C. LOEWENGUTH** | Kenneth B. Keating |
| United States Courthouse | CLERK OF COURT | Federal Building |
| 2 Niagara Square | | 100 State Street, Room 2120 |
| Buffalo, New York 14202 | **PATRICK J. HEALY** | Rochester, New York 14614 |
| Phone: 716-551-1700 | CHIEF DEPUTY CLERK | Phone: 585-613-4000 |
| Fax: 716-551-1705 | | Fax: 585-613-4035 |

## NOTICE

TO:   S. Smith
      655 Oliver St. #2
      North Tonawanda, NY 14120

The enclosed documents which were received in the Office of the Clerk of the Court on 03/12/2021, are herewith returned to you, because the Court is not permitted to give legal advice. Enclosed is a civil case opening packet, if you wish to file a civil action.

MARY C. LOEWENGUTH
Clerk of the Court

By: _____
        Deputy Clerk

Dated: March 12, 2021

**Attorney at Law P.C.**

**Attorney:**
David W. Polak, Esq.

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

**Legal Assistant:**
Cheryl A. Schenk

* (not for service)

April 17, 2019

*310-6649*

Shaulene Smith
655 Oliver Street
Apt. 2
North Tonawanda, NY 14120

> **Re:    Shaulene Smith v. City of North Tonawanda**

Dear Shaulene:

As you are aware, we served a Notice of Claim on the City of North Tonawanda in March of 2018. While the City scheduled a 50-H hearing for you, they later cancelled it and have not rescheduled the hearing. However, we cannot determine who the owner of the property was that you have claimed to have fallen on and who if anyone maintained it.

Since that time, we had been gathering medical records and it appears from the imaging studies performed by September 9 2018 of your brain and cervical spine MRIs were deemed to be normal or no acute abnormalities. The imaging identifies degeneration in the cervical spine. While a report from Degraff claims that you have a mild compression of a vertebrae it does not identify what caused that condition or if the condition had pre-existed. In fact, the Emergency Room records claim that you fell in the street and that your complaints were for left abdominal pain and low back pain.

In a premise liability case, first you must prove that a property owner was negligent resulting in a person's injury. There is almost always a finding of a certain percentage of fault placed on the person walking that ranges from 1-100% responsibility for falling due to their footwear, knowledge of certain surfaces they have walked on in the past as well as the frequency of walking in a particular area, as well as having seen the condition of the walking surface prior to falling or tripping. When property owners or maintenance companies maintain their property juries will "No Cause" cases because this is Western New York and winter is something we are well aware of as well as the weather conditions. They are not afraid to dismiss cases.

Here, given the complexities of the property ownership as well as the "normal" findings on additional imaging reports with no correlation to an incident, we are electing to decline further representation of you in this matter.

NORMAN B. VITI, JR.
ROBERT G. SCUMACI (NY & NJ)
TIMOTHY J. GRABER
SALLY J. BROAD
ROBERT J. MULLINS, II
MELISSA L. ZITTEL
RYAN P. CRAWFORD
MICHAEL P. SULLIVAN
MELISSA M. MORTON
MELINDA L. GRABOWSKI
JASON A. GOODMAN

GEORGE M. GIBSON
(1929-2002)

JAMES S. McASKILL
(1929-1995)

GIBSON, McASKILL & CROSBY, LLP

ATTORNEYS AT LAW
69 DELAWARE AVENUE, SUITE 900
BUFFALO, NEW YORK  14202-3866
TELEPHONE: (716) 856-4200
FACSIMILE: (716) 856-4013
Service not accepted by fax or e-mail

THEODORE A. JOERG
ALEXANDRA C. JAEHN
ENDELL J. OSUNA
SOFIA L. REZVANI
KELSEY R. RUSZKOWSKI
BETHANY A. TAYLOR
ELISHA D. TEIBEL

Special Counsel
ROBERT E. SCOTT
MICHAEL J. WILLETT
JOSEPH W. DUNBAR
CRAIG R. WATSON (NY & WA)
ELIZABETH G. ADYMY
ROBERT D. BARONE
KRISTIN A. TISCI
AARON F. GLAZER

Of Counsel
VICTOR ALAN OLIVERI
MARK SPITLER
CAROL WHITE GIBSON
PAULETTE E. ROSS

August 28, 2020

Shaulene Smith
655 Oliver Street
Apartment 2
North Tonawanda, NY 14120

  **Re:**   **Smith v. City of North Tonawanda**

Dear Ms. Smith:

  After reviewing the file materials you presented to me, it appears that a Summons and Complaint were not timely filed.

  As a result, I will not be able to represent you in this matter.

  Enclosed are your file materials.  If you have any questions, please give me a call.

      Very truly yours,

      s/Charles S. Desmond

     Charles S. Desmond, II
    for GIBSON, McASKILL & CROSBY, LLP
     *email address:  cdesmond@gmclaw.com*

/kew
Enclosures

# PLEADINGS

# DAVID W. POLAK

## Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

**Legal Assistant:**
Cheryl A. Schenk

* (not for service)

July 24, 2018

<u>Via Facsimile: (716) 695-8592</u>
City of North Tonawanda
Office of the City Attorney
**Attn:  Luke A. Brown, Esq.**
216 Payne Avenue
North Tonawanda, New York 14120

     **Re:    Shaulene Smith v. City of North Tonawanda**

Dear Mr. Brown:

     As you are aware our office has and continues to represent Shaulene Smith who sustained injury with respect to an incident that took place on City Property on February 2, 2018.

     Enclosed please find a copy of a medical records we have obtained from UBNS on behalf of our client.

     Finally, the above matter was scheduled for a 50-h hearing on June 14, 2018 at 10:00 a.m.  Unfortunately, Mr. Polak was out of the office for his daughter's Field Day. Would you be so kind as to reschedule the same?

     Thank you for your attention to this matter.  Should you have any questions please contact Mr. Polak at your earliest convenience.

          Very truly yours,

          Cheryl A. Schenk

/cs
Enclosure

# City of North Tonawanda

OFFICE OF THE CITY ATTORNEY
CITY HALL
216 PAYNE AVENUE
NORTH TONAWANDA, N.Y. 14120-5489

LUKE A. BROWN
CITY ATTORNEY

NICHOLAS B. ROBINSON
ASSISTANT CITY ATTORNEY

TELEPHONE
(716) 695-8590
FAX (716) 695-8592

May 11, 2018

David W. Polak, Attorney at Law
1370 Union Road
West Seneca, NY  14224

ATT:   Cheryl A. Schenk, Esq.

    RE:    Shaulene Smith v.  City of North Tonawanda

Dear Ms. Schenk:

    Please be advised that at this time I am available for a 50-h hearing in the above-referenced matter at 10:00 AM on any of the following dates:  Wednesday, June 6, Thursday, June 7, Tuesday, June 12, or Thursday, June 14, 2018.

    As a courtesy, we offer our conference room here in North Tonawanda City Hall, 216 Payne Avenue, North Tonawanda, for the depositions, and we provide the steno.

    Please contact me with your preference in scheduling and any questions you may have.

Very truly yours,

Luke A. Brown
City Attorney

LAB/lk

5/14/18

# DAVID W. POLAK

## Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

**Legal Assistant:**
Cheryl A. Schenk

* (not for service)

May 14, 2018

**Via Facsimile: (716) 695-8592**
City of North Tonawanda
City Hall
Attn:  Luke A. Brown, Esq.
216 Payne Avenue
North Tonawanda, New York 14120

> **Re:**   **Our Client:**   **Shaulene Smith**
> **DOL:**            **February 2, 2018**

Dear Mr. Brown:

As a follow up to your correspondence regarding the above referenced matter, please be advised we are available **June 14, 2018 at 10:00 a.m.**

Kindly confirm same is still available.

Thank you for your courtesies to this matter.  Should you have any questions please contact the undersigned at your earliest convenience.

Very truly yours,

Cheryl A. Schenk

/cs

# DAVID W. POLAK

Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

**Legal Assistant:**
Cheryl A. Schenk

* (not for service)

May 14, 2018

Shaulene Smith
655 Oliver Street
Apt. 2
North Tonawanda, NY 14120

Re:   **Shaulene Smith v. City of North Tonawanda**

Dear Shaulene:

Please be advised your matter has been scheduled for a **50-h hearing on June 14, 2018 at 10:00 a.m.**

**You are to meet Mr. Polak at the North Tonawanda City Hall, 216 Payne Avenue, North Tonawanda, New York 14210.**

Upon receipt of this correspondence, kindly contact the undersigned to advise your availability for same.  Thank you.

Very truly yours,

Cheryl Schenk

/cs

# Fax Call Report

## HP LaserJet 500 MFP M525

Page 1

### Fax Header Information

office fax
7166752885
Jun/7/2018 1:11:09 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 1972 | Jun/7/2018 1:10:20 PM | Send | 6958592 | 0:47 | 1 | Success |

English (United States)

# DAVID W. POLAK
## Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

**Legal Assistant:**
Cheryl A. Schenk

* (not for service)

June 7, 2018

<u>**Via Facsimile: (716) 695-8592**</u>
City of North Tonawanda
Office of the City Attorney
**Attn:  Luke A. Brown, Esq.**
216 Payne Avenue
North Tonawanda, New York 14120

   **Re:    Shaulene Smith v. City of North Tonawanda**

Dear Mr. Brown:

   The above matter is currently scheduled for a 50-h hearing on **June 14, 2018 at 10:00 a.m.**  Unfortunately, Mr. Polak is going to be out of the office for his daughter's Field Day.  Would you be so kind as to reschedule the same?

   We thank you for your courtesies to this matter.  Should you have any questions please contact the undersigned at your earliest convenience.

Very truly yours,

Cheryl A. Schenk

/cs

# Fax Call Report

**HP LaserJet 500 MFP M525**

Page 1

## Fax Header Information

office fax
7166752885
Jul/16/2018 11:23:43 AM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 2343 | Jul/16/2018 11:21:30 AM | Send | 6502691 | 2:10 | 2 | Success |

English (United States)

# City of North Tonawanda

OFFICE OF THE CITY ATTORNEY
CITY HALL
216 PAYNE AVENUE
NORTH TONAWANDA, N.Y. 14120-5489

LUKE A. BROWN
CITY ATTORNEY

NICHOLAS B. ROBINSON
ASSISTANT CITY ATTORNEY

TELEPHONE
(716) 695-8590
FAX (716) 695-8592

May 11, 2018

David W. Polak, Attorney at Law
1370 Union Road
West Seneca, NY  14224

ATT:   Cheryl A. Schenk, Esq.

RE:   Shaulene Smith v.  City of North Tonawanda

Dear Ms. Schenk:

Please be advised that we have scheduled a 50-h hearing in the above-referenced matter for Thursday, June 14, 2018, at 10:00 AM, here in our city attorney's conference room, North Tonawanda City Hall, 216 Payne Avenue, North Tonawanda.

Should you have any questions, please do not hesitate to contact me.

Very truly yours,

Luke A. Brown/lk

Luke A. Brown
City Attorney

LAB/lk

6/7/18 left message w Linda on 1/6 per

sent letter to client
on 5/14/18

5/21/18

## Fax Call Report

**HP LaserJet 500 MFP M525**

**Page 1**

Fax Header Information

office fax
7166752885
May/14/2018 11:20:48 AM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 1719 | May/14/2018 11:20:00 AM | Send | 6958592 | 0:44 | 1 | Success |

English (United States)

### DAVID W. POLAK
**Attorney at Law** P.C.

**Attorney:**
David W. Polak, Esq.

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

**Legal Assistant:**
Cheryl A. Schenk

* (not for service)

March 18, 2019

**Via Facsimile: (716) 695-8592**
City of North Tonawanda
Office of the City Attorney
**Attn: Luke A. Brown, Esq.**
216 Payne Avenue
North Tonawanda, New York 14120

      Re:   **Shaulene Smith v. City of North Tonawanda**

Dear Mr. Brown:

As you are aware our office has and continues to represent Shaulene Smith who sustained injury with respect to an incident that took place on City Property on February 2, 2018.

Enclosed please find a copy of a medical records we have obtained from UBNS/Dr. Jonathan Riley on half of our client Shaulene Smith.

Thank you for your courtesies to this matter. Should you have any questions please contact Mr. Polak at your earliest convenience.

Very truly yours,

Cheryl A. Schenk

/cs
Enclosure

STATE OF NEW YORK
SUPREME COURT  :  COUNTY OF NIAGARA

SHAULENE SMITH

                    Plaintiff(s),             **AFFIDAVIT OF SERVICE**

-vs.-

CITY OF NORTH TONAWANDA

                    Defendant(s).

State of New York,    )
County of Erie       ) ss.:

      I, David W. Polak, Esq. being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on March 26, 2018, at approximately 12:35 p.m. at the City of North Tonawanda City Hall at 216 Payne Avenue, North Tonawanda, New York 14120 deponent served the annexed Citation on Daniel R. Quinn in the following manner:

__ **Individual**      By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

__ **Corporation**    By delivering to and leaving with _____ who stated he/she was authorized to accept service on behalf of said corporation.

_X_ **Responsible Person**  By delivering to and leaving with Daniel R. Quinn a true copy thereof, a person of suitable age and discretion. Said premises being the recipient's __ dwelling place __ usual place of abode, _X_ place of business within the State of New York.

__ **Affixing to Door**  By affixing a true copy thereof to the door of said premises, which is recipient's __ dwelling place __ usual place of abode __ place of business within the State of New York. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

__ **Mail**       A true copy was deposited on _____ 2018 in a postpaid properly addressed envelope, the above address, in an official depository under the exclusive care and custody of the United States Postal Service.

_x_ **Description**

| Sex | Skin | Hair | Age | Height | Weight | Other |
|------|-------|------|-----|--------|--------|--------|
| MALE | WHITE | GRAY | 55 | 5'11 | 190 | GLASSES |

DATED:    July 3, 2018
             West Seneca, New York

Sworn to before me this 3rd day of July 2018

_____
Notary Public

JAMES A. PARTACZ
Notary Public, State of New York
Reg. #02PA4735162
Qualified in Erie County
My Commission Expires Dec. 31, 202_



**UNIVERSITY AT BUFFALO**
**NEUROSURGERY**
UBNS.COM

Neurosurgery
Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAANS
Veetai Li, MD
Douglas B. Moreland, MD, FACS
Jeffrey P. Mullin, MD, MBA
Robert J. Plunkett, MD
John Pollina, MD, FACS
Renée Reynolds, MD, FAANS
Jonathan Riley, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD, FAANS
Michael K. Stoffman, MD, FACS, FAANS

Interventional Pain Management
Jafar W. Siddiqui, MD, FAAPM, DAIPM
Andrea C. Wong, MD, DABA, DABAPM, MPH

Chiropractors
Jonathan P. Beck, DC
Sanjay Kapoor, DC

3900-A Sheridan Drive
Amherst, NY 14226
716/218-1000
EMR Fax: 716/650-2691

Buffalo General Medical Center
100 High Street • Section B4
Buffalo, NY 14203
716/218-1000
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road • Suite 103
Orchard Park, NY 14127
716/218-1000
EMR Fax: 716/677-4058

Othel Children's Outpatient Center
Conventus Building
1001 Main Street • 3rd Floor
Buffalo, NY 14203
716/218-1840
EMR Fax: 716/342-2535

The Park Center
135 Park Club Lane
Williamsville, NY 14221
716/839-9402
EMR Fax: 716/839-3570

6930 Williams Road • Suite 3800
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
716/218-1000
EMR Fax: 716/205-8396

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wong)
135 Park Club Lane
Suite 250
Williamsville, NY 14221
716/218-1000
EMR Fax: 716/539-7677

December 6, 2018

**Patient Name:** Shaulene N Smith
**Date of Birth:** 11/15/1973
**Date of Exam:** 12/06/18
**Resident Physician:** David Smolar, MD
**Attending Physician:** Jonathan Riley, MD

**History:** Ms. Smith is a 45-year-old female seen in followup for her prior T12 compression fracture. The patient also noted previously to be clinically myelopathic. A workup including an MRI of the brain and the cervical spine with and without contrast and neurology consultation were completed.

The patient denies any symptoms except for continued midline back pain in the lower thoracic region at the site of her prior fracture. She also describes a burning sensation in this area. There is pain with palpation in this region. She is otherwise doing well. No difficulties with ambulation. Some longstanding left shoulder pain.

**Physical Examination:** Ms. Smith is awake, alert, and oriented. Face is symmetrical. Tongue is midline. In bilateral upper extremities, right upper extremity is 5/5 throughout and left upper extremity distal 4+/5 in grip which is longstanding and pain limited. No Hoffman's sign. Bilateral lower extremities are 5/5 throughout. No hyperreflexia or clonus is noted. Sensation is grossly intact to light touch throughout.

**Review of Studies:** Cervical spine and brain MRI with and without contrast from 09/06/2018 are unremarkable. Otherwise, no new imaging; however, MRI of the thoracic spine from 08/08/2018 is unremarkable.

**Medical Decision Making:** Ms. Smith is a 45-year-old female complaining only of mild midline back pain. She had a prior T12 small compression fracture which has remained stable and was treated conservatively with bracing. At this point, Ms. Smith is cleared from a neurosurgical standpoint to return to her regular activities including work. She may follow up on a PRN basis. The patient was instructed to call the office with any concerns.

Thank you for allowing us to participate in the care of this patient.

**Diagnosis:** Wedge compression fracture of T11-T12 vertebra, initial enco

Shaulene N Smith DD 12/06/2018                    Page #2

*David A— MD*

Electronically signed by David Smolar, MD-Resident
David Smolar, MD

I have seen and examined the patient and agree with the above.

*Jonathan Riley*

Electronically signed by Jonathan Riley, MD
Jonathan Riley, MD
DS/jmb

cc        Lynne Ross MD
           Dent Neurologic Institute
           Christopher Deline MD



**NEUROSURGERY**
UBNS.COM

**Neurosurgery**
Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAANS
Veetai Li, MD
Douglas B. Moreland, MD, FACS
Jeffrey P. Mullin, MD, MBA
Robert J. Plunkett, MD
John Pollina, MD, FACS
Renée Reynolds, MD, FAANS
Jonathan Riley, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD, FAANS
Michael K. Stoffman, MD, FACS, FAANS

**Interventional Pain Management**
Jafar W. Siddiqui, MD, FAAPMR, DABPM
Andrea C. Wang, MD, DABA, DABAPM, MPH

**Chiropractors**
Jonathan P. Beck, DC
Sanjay Kapoor, DC

3900-A Sheridan Drive
Amherst, NY 14226
716/218-1000
EMR Fax: 716/650-2691

Buffalo General Medical Center
100 High Street • Section B4
Buffalo, NY 14203
716/218-1000
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road • Suite 103
Orchard Park, NY 14127
716/218-1000
EMR Fax: 716/677-6038

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street • 3rd Floor
Buffalo, NY 14203
716/218-1040
EMR Fax: 716/342-2535

The Park Center
150 Park Club Lane
Williamsville, NY 14221
716/839-8402
EMR Fax: 716/839-3570

6930 Williams Road • Suite 3800
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
716/218-1000
EMR Fax: 716/205-8386

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wong)
150 Park Club Lane
Suite 250
Williamsville, NY 14221
716/218-1060
EMR Fax: 716/580-7677

Date: 03/14/19

Name:
   Shaulene N Smith
DOB: 11/15/1973

**Shaulene N Smith may return to work on 03/18/2019 with the following restrictions: light duty.**

Sincerely,

Electronically signed by agent of provider: Jessica Kryszak

**CC: Lynne Ross, MD**

# Fax Call Report

**HP LaserJet 500 MFP M525**

**Page 1**

Fax Header Information

office fax
7166752885
Mar/18/2019 3:00:28 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 4253 | Mar/18/2019 2:59:05 PM | Send | 6958592 | 1:21 | 4 | Success |

# DAVID W. POLAK
### Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

**Legal Assistant:**
Cheryl A. Schenk

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

\* (not for service)

March 14, 2019

**Via Facsimile: (716) 650-2691**
UBNS
**Attn: Dr. Jonathan Riley**
3980-A Sheridan Drive
Amherst, New York 14226

| | | |
|---|---|---|
| Re: | **Your Patient:** | **Shaulene Smith** |
| | **Date of Birth:** | **November 15, 1973** |
| | **Date of Injury:** | **February 2, 2018** |

Dear Dr. Riley:

Please be advised that this office represents Shaulene Smith with respect to injuries she sustained when she fell on ice while walking to work on February 2, 2018.

Kindly forward a copy of your medical records of treatment provided to Shaulene from **December 5, 2018 to present** as it relates to injuries sustained on February 2, 2018. Please include an invoice for any charge incurred in accordance with the New York State Health Law that sets a maximum charge of 75¢ per page and a check will be promptly forwarded. An Authorization is provided which will enable you to release this information to our office.

Thank you for your cooperation.

Very truly yours,

Cheryl Schenk

Enclosure

**STATE OF NEW YORK**
**SUPREME COURT  :  COUNTY OF NIAGARA**

---

**SHAULENE SMITH,**

*Claimant,*

v.

**NOTICE OF CLAIM**

**CITY OF NORTH TONAWANDA,**

*Respondent.*

---

**PLEASE TAKE NOTICE** that SHAULENE SMITH, the Claimant herein, by her attorneys, David W. Polak Attorney At Law, P.C., does hereby claim as follows:

1.      I am the Claimant in the above-captioned matter and I currently reside at 655 Oliver Street, Apt. 2, North Tonawanda, New York 14120.

2.      On February 2, 2018, while walking to work on a public sidewalk on Payne Avenue in the City of North Tonawanda, County of Niagara and State of New York, was caused to slip and fall due to the hazardous, dangerous and slippery condition that was either left to remain untreated and/or was created by the City, its employees or entities that control and maintain the subject sidewalks and/or their failure to remove snow and ice from the sidewalk along Payne Avenue in the City of North Tonawanda adjacent to John Brauer Park. My claim against The City of North Tonawanda is based upon their negligence, failure to maintain, control and upkeep of the sidewalk, and/or creating a dangerous and hazardous condition.

3.      As a result of my fall, I sustained a very serious injury to my spine suffering a vertebral compression fracture of my thoracic spine at the T-12 level.  The injury has not healed properly and most likely will be permanent in nature.

4.      I recently retained David W. Polak Attorney At Law., P.C. to represent me in connection with this claim. Their law offices are located at 1370 Union Road, West Seneca, New York 14224.  The firm's telephone number is (716) 675-2889.

5.      I am hereby making a claim for an undetermined amount of money against the municipal Respondent, the City of North Tonawanda, for personal injury, pain and suffering including loss of enjoyment of life.

DATED:      West Seneca, New York
            March 26, 2018

_____
**SHAULENE SMITH**

STATE OF NEW YORK  )
                   )SS:
COUNTY OF ERIE     )

On this __ day of March 2018 before me, the undersigned, a notary public in and for said state, personally appeared **SHAULENE SMITH** personally known to me or provided to me on the basis of satisfactory evidence to be the individual whose names is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

Sworn to before me this 26 ᵀᴴ
day of March 2018.

_____
Notary Public
DAVID W. POLAK
NOTARY PUBLIC STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
LIC. #02PO6061682
MY COMMISSION EXPIRES JULY 16, 20 19

2

# DAVID W. POLAK
### Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

**Legal Assistant:**
Cheryl A. Schenk

* (not for service)

December 6, 2018

**Via Facsimile: (716) 695-8592**
City of North Tonawanda
Office of the City Attorney
**Attn:  Luke A. Brown, Esq.**
216 Payne Avenue
North Tonawanda, New York 14120

Re:     **Shaulene Smith v. City of North Tonawanda**

Dear Mr. Brown:

As you are aware our office has and continues to represent Shaulene Smith who sustained injury with respect to an incident that took place on City Property on February 2, 2018.

Enclosed please find a copy of a medical records we have obtained from Advanced Care Physical Therapy on half of our client Shaulene Smith.

Thank you for your courtesies to this matter.  Should you have any questions please contact Mr. Polak at your earliest convenience.

Very truly yours,

Cheryl A. Schenk

/cs
Enclosure

**Advanced Care Wheatfield**

3780 Commerce
Court
STE 300
Wheatfield, NY
14120-2025

Phone: (716) 282-2888
Fax: (716) 285-1281

*Advanced Care*
Personal care that gets you results.

---

Progress Evaluation for Shaulene
Smith 11/15/1973
Case: Neck & BAck/Wellcare
Therapist: Craig Reinstein MSPT CMTPT FAFS
CLT CCT
Nicholas Chuba, PT, DPT
Referred by: Jonathan Riley, MD

09/06/18 ✓
Diagnosis: Cervical disc disorder with
myelopathy, unspecified cervical region
Wedge compression fracture of T11-T12
vertebra, subsequent encounter for fracture with
routine healing

**Subjective**

I'm very tired today from getting updated imaging for the neurologist later this month. My pain is not as bad and am going without my brace more often.

**Precautions**

Relevant precautions/contraindications: Wedge fracture T11-T12 non surgical, HTN.

**Medical History Questionaire**

The Medical History Questionaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file: Complete.

**Patient Rights**

The patient has read and signed the Patient Rights and Consent for Treatment forms, they have been reviewed by the evaluating therapist, and are on file.: Complete.

**Medications**

Medications: See attached list.

**Imaging**

Imaging: Results: T11-T12 compression fx maintaining.

**Past Medical History:**

Past Medical History: No significant history.

**Past Surgical History:**

Past Surgical History: Hysterectomy, wrist sx.

**Onset**

Date of Onset: February 2018. Description: Pt. reports slipping and falling on some black ice in February and landing on her back/tailbone, she does not remember if she hit her head. Pain started initially but not to the extent it is currently. After going to the hospital imaging found compression fx at T11-T12 and was placed in a thoracolumbar support brace for non-operative conservative care by surgeon and chiropractor. In June she began to note intermittent numbness, tingling and weakness into her left LE and UE that has consistently remained. Pt. will be obtaining results of imaging for therapist and is being scheduled to see a neurologist due to progressing condition. Provacative Factors: sitting, standing, lifting. Alleviating Factors: Laying down is most comfortable position. Work Status: Unemployed. Past Treatments: None.

Shaulene Smith Printed on: 11/20/2018  12:49 PM
Page 1 of 6
Visit Date: 09/06/18

## Fax Call Report

### HP LaserJet 500 MFP M525

Page 1

---

Fax Header Information

office fax
7166752885
Mar/14/2019 4:15:32 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 4219 | Mar/14/2019 4:13:18 PM | Send | 6502691 | 2:08 | 2 | Success |

OCA Official Form No.: 960

**AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA**

[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Shaulene Smith | 11/15/73 | |

| Patient Address |
|---|
| 655 Oliver St. #2 North Tonawanda N.Y. 14120 |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information: URNS DR. JONATHAN RILEY- 3480-A SHERIDAN DRIVE, AMHERST NY 14226

8. Name and address of person(s) or category of person to whom this information will be sent: DAVID W. POLAK, ESQ. 1370 UNION ROAD, WEST SENECA, NY 14224

9(a). Specific information to be released:

☑ Medical Record from (insert date) 12/5/18 to (insert date) present

☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)

_____ Alcohol/Drug Treatment
_____ Mental Health Information
_____ HIV-Related Information

Authorization to Discuss Health Information

(b) ☐ By initialing here _____ I authorize _____
            Initials                              Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10 Reason for release of information: ☐ At request of individual ☑ Other: litigation | 11. Date or event on which this authorization will expire: 1 yr. from date of signature |
|---|---|
| 12 If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature of patient or representative authorized by law. _Smith_          Date: 3/14/19

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

USE OF THIS AUTHORIZATION REQUIRES DEFENSE COUNSEL TO PROVIDE ALL RECORDS OBTAINED TO PLAINTIFFS COUNSEL UPON RECEIPT OF THOSE RECORDS

**Pain Rating**

    Verbal Pain Rating at Present              6 - Moderate Pain (4 - 6)

    Verbal Pain Rating at Best                5 - Moderate Pain (4 - 6)

    Verbal Pain Rating at Worst            10 - Worst Imaginable Pain

**Lower Quarter Medical Screen**

    Saddle anesthesia, bladder/bowel dysfunction, sexual dysfunction:: Pt. denies symptoms.

**General Health Screen**

    General Health Screen: Pt. denies recent infection, unexplained weight loss or fever/chills. Coughing, sneezing, laughing:: No change in pain. History of cancer:: Pt. denies history of cancer. MD appointment: Pt. reports that they last attended appointment with medical doctor on:.

**Objective**

| Low Back Pain Scale | Result | Note |
|---|---|---|
| Section 1- Pain Intensity | 5.The pain is severe and does not vary much. | |
| Section 4-Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | |
| Section 5-Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | |
| Section 6-Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | |
| Total Score | 38 /50 | |

**OPTIMAL (Functional Tool)**

| | | |
|---|---|---|
| Sitting | Able to do with much difficulty (4) | |
| Squatting | Able to do with moderate difficulty (3) | |
| Balancing | Able to do with moderate difficulty (3) | |
| Walking- short distances | Able to do with much difficulty (4) | |
| Reaching | Able to do with much difficulty (4) | |
| Carrying | Unable to do (5) | |
| Total Score | 66 /110 | |

**Gait**

    Abnormality: Slow Speed. Poor Balance.

                              *Result*                     *Note*

Cervical Active ROM

    Cervical Extension AROM           27 degrees

    Cervical R. Rotation AROM        55 degrees        *painful*

Lumbar Active ROM

    **Lumbar Flexion**                10 °

    **Lumbar Extension**           0 °

Upper Quarter Manual Assessment

    Physiological Side Glide (C2-7)      Limited due to pain

Flexibility

    **L. Upper Trap**               Abnormal

    **Sub-occipital**               Abnormal

Neural Tension Tests

    **L. Median Tension Test**       Positive

    **L. Radial Nerve Tension Test**    Positive

Palpation Tenderness Scale

    **Tenderness**                4 = Unable to Palpate

Elbow Muscle Testing

    **Triceps Strength**           3- /5

Wrist Muscle Testing

    **Wrist Flexor Strength**       3- /5

*Bilateral Lower Extremity*        *Left*       *Right*

LE Myotome Testing (MMT)

| | Left | Right |
|---|---|---|
| **L2-3 (Hip Flexors)** | 3 /5 | 4 /5 |
| **L3-4 (Knee extensors)** | 3 /5 | 4+ /5 |
| **L4-5 (Ankle dorsiflexors)** | 3 /5 | 4+ /5 |

## Assessment

Patient was able to perform about half the session standing and half the session in sitting which shows improved tolerance/endurance to more weightbearing positions with less pain. Introducing further low grade exercises to improve UE and LE weakness to tolerance with back pain. Able to perform entire therapy session without back brace and no significant increase in pain demonstrating improving endurance.

Assessment

    **Cervical Treatment Based Classification:** Neck pain with mobility deficits. Probable cervical myelopathy. **Rehabilitation Potential:** Good with skilled physical therapy and implementation of comprehensive HEP. **Lower Quarter Problems:** Backache. Difficulty walking. Muscle weakness. Stiffness in Joint. **Low Back Diagnosis:** Lumbar strain/sprain. **Thoracic Diagnosis:** Compression fracture T11-T12.

Specific goal:

    **Primary goal of continued therapy:** To achieve functional goal of: the above mentioned activities.

## Plan

Plan

**Treatment Emphasis:** Treatment emphasis focused on improving pain, ROM, strength and functional abilities. Treatment to consist of HEP education, therapeutic/stabilization exercise and manual therapy techniques. Utilize modalities prn.

**Plan of Care**

**Frequency:** 2-3 visits per week. **Duration:** 8-12 weeks. **Manual Therapy Techniques:** To reduce edema, muscle spasm/adhesion/trigger points. To decrease neural compression. To improve peripheral circulation & ROM. To increase m. relaxation and flexibility prior to exercise. Passive interventions utilized to facilitate progress in an active rehab program and to attain objective functional gains. **Stabilization Exercise:** Review and progress stabilization exercise program to improve motor control and enhance endurance during functional activities. To strengthen the spine in a neutral and anatomic position. **Therapeutic Exercise:** To improve cardiovascular fitness, decrease edema, improve muscle/connective tissue strength and integrity, improve bone density, to promote circulation and to enhance soft tissue healing. To improve. muscle recruitment and range of motion. To promote normal movement patterns and enhance participation in functional activities. **Therapeutic Activities:** To use functional, dynamic tasks from everyday living to improve range of motion and strength. **Self Care/ Home Management:** For ADL training, safety and/or instruction in use of adaptive equipment. **Neuromuscular Re-education:** To re-educate movement, balance, coordination, kinesthetic sense, posture and/or propioception for sitting and/ or standing activities.

**Treatment Plan Discussion**

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.

**Goals**

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|------|---------|---------|------|---------|----------|-------------|
| 1: Verbal Pain Rating at Present | 6 – Moderate Pain (4 - 6) | 6 – Moderate Pain (4 - 6) | 0 – No Pain | 11/8/18 | | |
| 2: Verbal Pain Rating at Worst | 10 – Worst Imaginable Pain | 10 – Worst Imaginable Pain | 0 – No Pain | 11/8/18 | | |
| 3: Section 1- Pain Intensity | 5.The pain is severe and does not vary much. | 5.The pain is severe and does not vary much. | 0.The pain comes and goes and is very mild. | 11/8/18 | | |
| 4: Section 4- Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | 4.I cannot walk more than 1/4 mile without increasing pain. | 0.I have no pain on walking. | 11/8/18 | | |
| 5: Section 5- Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | 3.Pain prevents me from sitting more than 1/2 hour. | 0.I can sit in any chair as long as I like. | 11/8/18 | | |
| 6: Section 6- Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | 4.I cannot stand for longer than 10 minutes without increasing pain. | 0.I can stand as long as I want without pain. | 11/8/18 | | |
| 7: Total Score | 38 /50 | 38 /50 | 0 /50 | 11/8/18 | | |

| | | | | |
|---|---|---|---|---|
| 8: Sitting | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 9: Squatting | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| 10: Balancing | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| 11: Walking-short distances | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 12: Reaching | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 13: Carrying | Unable to do (5) | Unable to do (5) | Able to do without any difficulty (1) | 11/8/18 |
| 14: Total Score | 66 /110 | 66 /110 | 22 /110 | 11/8/18 |
| 15: Abnormality | Slow Speed. Poor Balance. | Slow Speed. Poor Balance. | Normal gait | 11/8/18 |
| 16: Tenderness | 4 = Unable to Palpate | 4 = Unable to Palpate | 0 = No pain with Palpation | 11/8/18 |
| 17: L. Median Tension Test | Positive | Positive | Negative | 11/8/18 |
| 18: L. Radial Nerve Tension Test | Positive | Positive | Negative | 11/8/18 |
| 19: L. Upper Trap | Abnormal | Abnormal | Normal | 11/8/18 |
| 20: Sub-occipital | Abnormal | Abnormal | Normal | 11/8/18 |
| 21: Physiological Side Glide (C2-7) | Limited due to pain | Limited due to pain | WFL | 11/8/18 |
| 22: Lumbar Extension | 0 ° | 0 ° | 30 ° | 11/8/18 |
| 23: Lumbar Flexion | 10% ° | 10 ° | 90 ° | 11/8/18 |
| 24: Cervical Extension AROM | 27 degrees | 27 degrees | 60 degrees | 11/8/18 |
| 25: Cervical R. Rotation | 55 degrees | 55 degrees | 90 degrees | 11/8/18 |

**AROM**

| | | | | |
|---|---|---|---|---|
| **26: Wrist Flexor Strength** | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| **27: Triceps Strength** | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| *Bilateral Lower Extremity* | | | | |
| **28: L2-3 (Hip Flexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **29: L4-5 (Ankle dorsiflexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **30: L3-4 (Knee extensors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |

Thank you for the opportunity of working with Shaulene.

As always, please feel free to call us at (716) 282-2888 if you have any questions or concerns.

Respectfully yours,

Nicholas Chuba, PT, DPT

09/06/18 6:16 pm

Craig Reinstein MSPT CMTPT FAFS CLT CCT

09/10/18 7:34 pm

**Advanced Care Wheatfield**

3780 Commerce
Court
STE 300
Wheatfield, NY
14120-2025



*Advanced Care*

Personal care that gets you results.

Phone: (716) 282-
2888
Fax: (716) 285-1281

---

Progress Evaluation for Shaulene
Smith11/15/1973
Case:  Neck & BAck/Wellcare
Therapist: Kristy Frye PT DPT
Nicholas Chuba, PT, DPT
Referred by: Jonathan Riley, MD

09/04/18 ✓
Diagnosis: Cervical disc disorder with
myelopathy, unspecified cervical region
Wedge compression fracture of T11-T12
vertebra, subsequent encounter for fracture with
routine healing

**Subjective**

I was very sore over the weekend from pushing it harder last visit from feeling so good. I was
thinking about buying an exercise bike like the one here for home and hoping that's ok.

### Precautions

**Relevant precautions/contraindications:** Wedge fracture T11-T12 non surgical, HTN.

### Medical History Questionaire

**The Medical History Questionnaire has been completed and signed by the patient,
reviewed by the evaluating therapist, and is on file:** Complete.

### Patient Rights

**The patient has read and signed the Patient Rights and Consent for Treatment forms,
they have been reviewed by the evaluating therapist, and are on file.:** Complete.

### Medications

**Medications:** See attached list.

### Imaging

**Imaging:** Results: T11-T12 compression fx maintaining.

### Past Medical History:

**Past Medical History:** No significant history.

### Past Surgical History:

**Past Surgical History:** Hysterectomy, wrist sx.

### Onset

**Date of Onset:** February 2018. **Description:** Pt. reports slipping and falling on some black ice
in February and landing on her back/tailbone, she does not remember if she hit her head. Pain
started initially but not to the extent it is currently. After going to the hospital imaging found
compression fx at T11-T12 and was placed in a thoracolumbar support brace for non-operative
conservative care by surgeon and chiropractor. In June she began to note intermittent
numbness, tingling and weakness into her left LE and UE that has consistently remained. Pt.
will be obtaining results of imaging for therapist and is being scheduled to see a neurologist
due to progressing condition. **Provacative Factors:** sitting, standing, lifting. **Alleviating
Factors:** Laying down is most comfortable position. **Work Status:** Unemployed. **Past
Treatments:** None.

## Pain Rating

| | |
|---|---|
| Verbal Pain Rating at Present | 6 - Moderate Pain (4 - 6) |
| Verbal Pain Rating at Best | 5 - Moderate Pain (4 – 6) |
| Verbal Pain Rating at Worst | 10 - Worst Imaginable Pain |

## Lower Quarter Medical Screen

**Saddle anesthesia, bladder/bowel dysfunction, sexual dysfunction::** Pt. denies symptoms.

## General Health Screen

**General Health Screen:** Pt. denies recent infection, unexplained weight loss or fever/chills. **Coughing, sneezing, laughing::** No change in pain. **History of cancer::** Pt. denies history of cancer. **MD appointment:** Pt. reports that they last attended appointment with medical doctor on:.

**Objective**

| | Result | Note |
|---|---|---|
| **Low Back Pain Scale** | | |
| Section 1- Pain Intensity | 5.The pain is severe and does not vary much. | |
| Section 4-Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | |
| Section 5-Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | |
| Section 6-Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | |
| Total Score | 38 /50 | |
| **OPTIMAL (Functional Tool)** | | |
| Sitting | Able to do with much difficulty (4) | |
| Squatting | Able to do with moderate difficulty (3) | |
| Balancing | Able to do with moderate difficulty (3) | |
| Walking- short distances | Able to do with much difficulty (4) | |
| Reaching | Able to do with much difficulty (4) | |
| Carrying | Unable to do (5) | |
| Total Score | 66 /110 | |

## Gait

**Abnormality:** Slow Speed. Poor Balance.

| | Result | Note |
|---|---|---|
| | | |

Cervical Active ROM

| | | |
|---|---|---|
| Cervical Extension AROM | 27 degrees | |
| Cervical R. Rotation AROM | 55 degrees | painful |

Lumbar Active ROM

| | |
|---|---|
| Lumbar Flexion | 10 ° |
| Lumbar Extension | 0 ° |

Upper Quarter Manual Assessment

| | |
|---|---|
| Physiological Side Glide (C2-7) | Limited due to pain |

Flexibility

| | |
|---|---|
| L. Upper Trap | Abnormal |
| Sub-occipital | Abnormal |

Neural Tension Tests

| | |
|---|---|
| L. Median Tension Test | Positive |
| L. Radial Nerve Tension Test | Positive |

Palpation Tenderness Scale

| | |
|---|---|
| Tenderness | 4 = Unable to Palpate |

Elbow Muscle Testing

| | |
|---|---|
| Triceps Strength | 3- /5 |

Wrist Muscle Testing

| | |
|---|---|
| Wrist Flexor Strength | 3- /5 |

| *Bilateral Lower Extremity* | *Left* | *Right* |
|---|---|---|
| LE Myotome Testing (MMT) | | |
| L2-3 (Hip Flexors) | 3 /5 | 4 /5 |
| L3-4 (Knee extensors) | 3 /5 | 4+ /5 |
| L4-5 (Ankle dorsiflexors) | 3 /5 | 4+ /5 |

## Assessment

Patient was able to perform about half the session standing and half the session in sitting which shows improved tolerance/endurance to more weightbearing positions with less pain. Introducing further low grade exercises to improve UE and LE weakness to tolerance with back pain. Will assess tolerance to activities without brace next visit.

### Assessment

**Cervical Treatment Based Classification:** Neck pain with mobility deficits. Probable cervical myelopathy. **Rehabilitation Potential:** Good with skilled physical therapy and implementation of comprehensive HEP. **Lower Quarter Problems:** Backache. Difficulty walking. Muscle weakness. Stiffness in Joint. **Low Back Diagnosis:** Lumbar strain/sprain. **Thoracic Diagnosis:** Compression fracture T11-T12.

Specific goal:

**Primary goal of continued therapy:** To achieve functional goal of: the above mentioned activities.

## Plan

### Plan

**Treatment Emphasis:** Treatment emphasis focused on improving pain, ROM, strength and

functional abilities. Treatment to consist of HEP education, therapeutic/stabilization exercise and manual therapy techniques. Utilize modalities prn.

**Plan of Care**

**Frequency:** 2-3 visits per week. **Duration:** 8-12 weeks. **Manual Therapy Techniques:** To reduce edema, muscle spasm/adhesion/trigger points. To decrease neural compression. To improve peripheral circulation & ROM. To increase m. relaxation and flexibility prior to exercise. Passive interventions utilized to facilitate progress in an active rehab program and to attain objective functional gains. **Stabilization Exercise:** Review and progress stabilization exercise program to improve motor control and enhance endurance during functional activities. To strengthen the spine in a neutral and anatomic position. **Therapeutic Exercise:** To improve cardiovascular fitness, decrease edema, improve muscle/connective tissue strength and integrity, improve bone density, to promote circulation and to enhance soft tissue healing. To improve. muscle recruitment and range of motion. To promote normal movement patterns and enhance participation in functional activities. **Therapeutic Activities:** To use functional, dynamic tasks from everyday living to improve range of motion and strength. **Self Care/ Home Management:** For ADL training, safety and/or instruction in use of adaptive equipment. **Neuromuscular Re-education:** To re-educate movement, balance, coordination, kinesthetic sense, posture and/or propioception for sitting and/ or standing activities.

**Treatment Plan Discussion**

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.

**Goals**

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|---|---|---|---|---|---|---|
| 1: Verbal Pain Rating at Present | 6 - Moderate Pain (4 - 6) | 6 - Moderate Pain (4 - 6) | 0 - No Pain | 11/8/18 | | |
| 2: Verbal Pain Rating at Worst | 10 - Worst Imaginable Pain | 10 - Worst Imaginable Pain | 0 - No Pain | 11/8/18 | | |
| 3: Section 1- Pain intensity | 5.The pain is severe and does not vary much. | 5.The pain is severe and does not vary much. | 0.The pain comes and goes and is very mild. | 11/8/18 | | |
| 4: Section 4- Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | 4.I cannot walk more than 1/4 mile without increasing pain. | 0.I have no pain on walking. | 11/8/18 | | |
| 5: Section 5- Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | 3.Pain prevents me from sitting more than 1/2 hour. | 0.I can sit in any chair as long as I like. | 11/8/18 | | |
| 6: Section 6- Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | 4.I cannot stand for longer than 10 minutes without increasing pain. | 0.I can stand as long as I want without pain. | 11/8/18 | | |
| 7: Total Score | 38 /50 | 38 /50 | 0 /50 | 11/8/18 | | |
| 8: Sitting | Able to do | Able to do | Able to do | 11/8/18 | | |

| | with much difficulty (4) | with much difficulty (4) | without any difficulty (1) | |
|---|---|---|---|---|
| **9: Squatting** | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| **10: Balancing** | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| **11: Walking-short distances** | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| **12: Reaching** | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| **13: Carrying** | Unable to do (5) | Unable to do (5) | Able to do without any difficulty (1) | 11/8/18 |
| **14: Total Score** | 66 /110 | 66 /110 | 22 /110 | 11/8/18 |
| **15: Abnormality** | Slow Speed. Poor Balance. | Slow Speed. Poor Balance. | Normal gait | 11/8/18 |
| **16: Tenderness** | 4 = Unable to Palpate | 4 = Unable to Palpate | 0 = No pain with Palpation | 11/8/18 |
| **17: L. Median Tension Test** | Positive | Positive | Negative | 11/8/18 |
| **18: L. Radial Nerve Tension Test** | Positive | Positive | Negative | 11/8/18 |
| **19: L. Upper Trap** | Abnormal | Abnormal | Normal | 11/8/18 |
| **20: Sub-occipital** | Abnormal | Abnormal | Normal | 11/8/18 |
| **21: Physiological Side Glide (C2-7)** | Limited due to pain | Limited due to pain | WFL | 11/8/18 |
| **22: Lumbar Extension** | 0 ° | 0 ° | 30 ° | 11/8/18 |
| **23: Lumbar Flexion** | 10% ° | 10 ° | 90 ° | 11/8/18 |
| **24: Cervical Extension AROM** | 27 degrees | 27 degrees | 60 degrees | 11/8/18 |
| **25: Cervical R. Rotation AROM** | 55 degrees | 55 degrees | 90 degrees | 11/8/18 |

| | | | | |
|---|---|---|---|---|
| **26: Wrist Flexor Strength** | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| **27: Triceps Strength** | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| *Bilateral Lower Extremity* | | | | |
| **28: L2-3 (Hip Flexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **29: L4-5 (Ankle dorsiflexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **30: L3-4 (Knee extensors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |

Thank you for the opportunity of working with Shaulene.

As always, please feel free to call us at (716) 282-2888 if you have any questions or concerns.

**Respectfully yours,**

*Nicholas Chuba* PT, DPT

Nicholas Chuba, PT, DPT
09/05/18 7:53 am

*Kristy Frye* PT, DPT

Kristy Frye PT DPT
09/05/18 9:47 am

**Advanced Care Wheatfield**

3780 Commerce
Court
STE 300
Wheatfield, NY
14120-2025

*Advanced Care*

Personal care that gets you results.

Phone: (716) 282-
2888
Fax: (716) 285-1281

Progress Evaluation for Shaulene
Smith11/15/1973
Case:  Neck & BAck/Wellcare
Therapist: Craig Reinstein MSPT CMTPT FAFS
CLT CCT
Nicholas Chuba, PT, DPT
Referred by: Jonathan Riley, MD

08/30/18  ✓
Diagnosis: Cervical disc disorder with
myelopathy, unspecified cervical region
Wedge compression fracture of T11-T12
vertebra, subsequent encounter for fracture with
routine healing

## Subjective

I feel really good today actually, trying to do more in sitting and standing at home. I've been taking the brace off more at home since they told me to start discontinuing it and starting slow during times when I'm not so active. I'll be calling a neurologist today, they're supposed to be getting me in soon.

### Precautions

Relevant precautions/contraindications: Wedge fracture T11-T12 non surgical, HTN.

### Medical History Questionnaire

The Medical History Questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file: Complete.

### Patient Rights

The patient has read and signed the Patient Rights and Consent for Treatment forms, they have been reviewed by the evaluating therapist, and are on file.: Complete.

### Medications

Medications: See attached list.

### Imaging

Imaging: Results: T11-T12 compression fx maintaining.

### Past Medical History:

Past Medical History: No significant history.

### Past Surgical History:

Past Surgical History: Hysterectomy, wrist sx.

### Onset

Date of Onset: February 2018. Description: Pt. reports slipping and falling on some black ice in February and landing on her back/tailbone, she does not remember if she hit her head. Pain started initially but not to the extent it is currently. After going to the hospital imaging found compression fx at T11-T12 and was placed in a thoracolumbar support brace for non-operative conservative care by surgeon and chiropractor. In June she began to note intermittent numbness, tingling and weakness into her left LE and UE that has consistently remained. Pt. will be obtaining results of imaging for therapist and is being scheduled to see a neurologist due to progressing condition. Provacative Factors: sitting, standing, lifting. Alleviating Factors: Laying down is most comfortable position. Work Status: Unemployed. Past Treatments: None.

**Pain Rating**

    Verbal Pain Rating at Present          6 - Moderate Pain (4 - 6)

    Verbal Pain Rating at Best          5 - Moderate Pain (4 - 6)

    Verbal Pain Rating at Worst          10 - Worst Imaginable Pain

**Lower Quarter Medical Screen**

    Saddle anesthesia, bladder/bowel dysfunction, sexual dysfunction:: Pt. denies symptoms.

**General Health Screen**

    General Health Screen: Pt. denies recent infection, unexplained weight loss or fever/chills. Coughing, sneezing, laughing:: No change in pain. History of cancer:: Pt. denies history of cancer. MD appointment: Pt. reports that they last attended appointment with medical doctor on:.

## Objective

| Low Back Pain Scale | Result | Note |
|---|---|---|
| Section 1- Pain intensity | 5.The pain is severe and does not vary much. | |
| Section 4-Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | |
| Section 5-Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | |
| Section 6-Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | |
| Total Score | 38 /50 | |
| OPTIMAL (Functional Tool) | | |
| Sitting | Able to do with much difficulty (4) | |
| Squatting | Able to do with moderate difficulty (3) | |
| Balancing | Able to do with moderate difficulty (3) | |
| Walking- short distances | Able to do with much difficulty (4) | |
| Reaching | Able to do with much difficulty (4) | |
| Carrying | Unable to do (5) | |
| Total Score | 66 /110 | |

**Gait**

    Abnormality: Slow Speed. Poor Balance.

|  | Result | Note |
|---|---|---|
| **Cervical Active ROM** | | |
| Cervical Extension AROM | 27 degrees | |
| Cervical R. Rotation AROM | 55 degrees | painful |
| **Lumbar Active ROM** | | |
| Lumbar Flexion | 10 ° | |
| Lumbar Extension | 0 ° | |
| **Upper Quarter Manual Assessment** | | |
| Physiological Side Glide (C2-7) | Limited due to pain | |
| **Flexibility** | | |
| L. Upper Trap | Abnormal | |
| Sub-occipital | Abnormal | |
| **Neural Tension Tests** | | |
| L. Median Tension Test | Positive | |
| L. Radial Nerve Tension Test | Positive | |
| **Palpation Tenderness Scale** | | |
| Tenderness | 4 = Unable to Palpate | |
| **Elbow Muscle Testing** | | |
| Triceps Strength | 3- /5 | |
| **Wrist Muscle Testing** | | |
| Wrist Flexor Strength | 3- /5 | |

| *Bilateral Lower Extremity* | *Left* | *Right* |
|---|---|---|
| LE Myotome Testing (MMT) | | |
| L2-3 (Hip Flexors) | 3 /5 | 4 /5 |
| L3-4 (Knee extensors) | 3 /5 | 4+ /5 |
| L4-5 (Ankle dorsiflexors) | 3 /5 | 4+ /5 |

**Assessment**

Patient was able to perform about half the session standing and half the session in sitting which shows improved tolerance/endurance to more weightbearing positions with less pain. Only muscular soreness reported following the treatment session with minor pain compared to previously.

Assessment

**Cervical Treatment Based Classification:** Neck pain with mobility deficits. Probable cervical myelopathy. **Rehabilitation Potential:** Good with skilled physical therapy and implementation of comprehensive HEP. **Lower Quarter Problems:** Backache. Difficulty walking. Muscle weakness. Stiffness in Joint. **Low Back Diagnosis:** Lumbar strain/sprain. **Thoracic Diagnosis:** Compression fracture T11-T12.

Specific goal:

**Primary goal of continued therapy:** To achieve functional goal of: the above mentioned activities.

**Plan**

Plan

**Treatment Emphasis:** Treatment emphasis focused on improving pain, ROM, strength and functional abilities. Treatment to consist of HEP education, therapeutic/stabilization exercise and manual therapy techniques. Utilize modalities prn.

**Plan of Care**

**Frequency:** 2-3 visits per week. **Duration:** 8-12 weeks. **Manual Therapy Techniques:** To reduce edema, muscle spasm/adhesion/trigger points. To decrease neural compression. To improve peripheral circulation & ROM. To increase m. relaxation and flexibility prior to exercise. Passive interventions utilized to facilitate progress in an active rehab program and to attain objective functional gains. **Stabilization Exercise:** Review and progress stabilization exercise program to improve motor control and enhance endurance during functional activities. To strengthen the spine in a neutral and anatomic position. **Therapeutic Exercise:** To improve cardiovascular fitness, decrease edema, improve muscle/connective tissue strength and integrity, improve bone density, to promote circulation and to enhance soft tissue healing. To improve. muscle recruitment and range of motion. To promote normal movement patterns and enhance participation in functional activities. **Therapeutic Activities:** To use functional, dynamic tasks from everyday living to improve range of motion and strength. **Self Care/ Home Management:** For ADL training, safety and/or instruction in use of adaptive equipment. **Neuromuscular Re-education:** To re-educate movement, balance, coordination, kinesthetic sense, posture and/or propioception for sitting and/ or standing activities.

**Treatment Plan Discussion**

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.

**Goals**

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|------|---------|---------|------|---------|----------|-------------|
| 1: Verbal Pain Rating at Present | 6 – Moderate Pain (4 – 6) | 6 – Moderate Pain (4 – 6) | 0 – No Pain | 11/8/18 | | |
| 2: Verbal Pain Rating at Worst | 10 – Worst Imaginable Pain | 10 – Worst Imaginable Pain | 0 – No Pain | 11/8/18 | | |
| 3: Section 1- Pain Intensity | 5.The pain is severe and does not vary much. | 5.The pain is severe and does not vary much. | 0.The pain comes and goes and is very mild. | 11/8/18 | | |
| 4: Section 4- Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | 4.I cannot walk more than 1/4 mile without increasing pain. | 0.I have no pain on walking. | 11/8/18 | | |
| 5: Section 5- Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | 3.Pain prevents me from sitting more than 1/2 hour. | 0.I can sit in any chair as long as I like. | 11/8/18 | | |
| 6: Section 6- Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | 4.I cannot stand for longer than 10 minutes without increasing pain. | 0.I can stand as long as I want without pain. | 11/8/18 | | |
| 7: Total Score | 38 /50 | 38 /50 | 0 /50 | 11/8/18 | | |

| | | | | |
|---|---|---|---|---|
| 8: Sitting | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 9: Squatting | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| 10: Balancing | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| 11: Walking-short distances | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 12: Reaching | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 13: Carrying | Unable to do (5) | Unable to do (5) | Able to do without any difficulty (1) | 11/8/18 |
| 14: Total Score | 66 /110 | 66 /110 | 22 /110 | 11/8/18 |
| 15: Abnormality | Slow Speed. Poor Balance. | Slow Speed. Poor Balance. | Normal gait | 11/8/18 |
| 16: Tenderness | 4 = Unable to Palpate | 4 = Unable to Palpate | 0 = No pain with Palpation | 11/8/18 |
| 17: L. Median Tension Test | Positive | Positive | Negative | 11/8/18 |
| 18: L. Radial Nerve Tension Test | Positive | Positive | Negative | 11/8/18 |
| 19: L. Upper Trap | Abnormal | Abnormal | Normal | 11/8/18 |
| 20: Sub-occipital | Abnormal | Abnormal | Normal | 11/8/18 |
| 21: Physiological Side Glide (C2-7) | Limited due to pain | Limited due to pain | WFL | 11/8/18 |
| 22: Lumbar Extension | 0 ° | 0 ° | 30 ° | 11/8/18 |
| 23: Lumbar Flexion | 10% ° | 10 ° | 90 ° | 11/8/18 |
| 24: Cervical Extension AROM | 27 degrees | 27 degrees | 60 degrees | 11/8/18 |
| 25: Cervical R. Rotation | 55 degrees | 55 degrees | 90 degrees | 11/8/18 |

**AROM**

| | | | | |
|---|---|---|---|---|
| 26: Wrist Flexor Strength | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| 27: Triceps Strength | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| *Bilateral Lower Extremity* | | | | |
| 28: L2-3 (Hip Flexors) | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| 29: L4-5 (Ankle dorsiflexors) | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| 30: L3-4 (Knee extensors) | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |

Thank you for the opportunity of working with Shaulene.

As always, please feel free to call us at (716) 282-2888 if you have any questions or concerns.

Respectfully yours,

Nicholas Chuba, PT, DPT

08/31/18 7:11 am

Craig Reinstein MSPT CMTPT FAFS CLT CCT

08/31/18 7:40 am

**Advanced Care Wheatfield**

3780 Commerce
Court
STE 300
Wheatfield, NY
14120-2025

*Advanced Care*

Personal care that gets you results.

Phone: (716) 282-2888
Fax: (716) 285-1281

---

Progress Evaluation for Shaulene
Smith 11/15/1973
Case: Neck & BAck/Wellcare
Therapist: Craig Reinstein MSPT CMTPT FAFS
CLT CCT
Nicholas Chuba, PT, DPT
Referred by: Jonathan Riley, MD

08/28/18
Diagnosis: Cervical disc disorder with
myelopathy, unspecified cervical region
Wedge compression fracture of T11-T12
vertebra, subsequent encounter for fracture with
routine healing

**Subjective**

Still in a decent amount of pain, I'm trying to do more in sitting and standing which is making me tired. Still trying to get in with a neurologist because of my weakness and numbness into my left side. I've been noticing some spasms in my hands that is new as well.

**Precautions**

Relevant precautions/contraindications: Wedge fracture T11-T12 non surgical, HTN.

**Medical History Questionaire**

The Medical History Questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file: Complete.

**Patient Rights**

The patient has read and signed the Patient Rights and Consent for Treatment forms, they have been reviewed by the evaluating therapist, and are on file.: Complete.

**Medications**

Medications: See attached list.

**Imaging**

Imaging: Results: T11-T12 compression fx maintaining.

**Past Medical History:**

Past Medical History: No significant history.

**Past Surgical History:**

Past Surgical History: Hysterectomy, wrist sx.

**Onset**

Date of Onset: February 2018. Description: Pt. reports slipping and falling on some black ice in February and landing on her back/tailbone, she does not remember if she hit her head. Pain started initially but not to the extent it is currently. After going to the hospital imaging found compression fx at T11-T12 and was placed in a thoracolumbar support brace for non-operative conservative care by surgeon and chiropractor. In June she began to note intermittent numbness, tingling and weakness into her left LE and UE that has consistently remained. Pt. will be obtaining results of imaging for therapist and is being scheduled to see a neurologist due to progressing condition. Provacative Factors: sitting, standing, lifting. Alleviating Factors: Laying down is most comfortable position. Work Status: Unemployed. Past Treatments: None.

### Pain Rating

| | |
|---|---|
| Verbal Pain Rating at Present | 6 - Moderate Pain (4 - 6) |
| Verbal Pain Rating at Best | 5 - Moderate Pain (4 - 6) |
| Verbal Pain Rating at Worst | 10 - Worst Imaginable Pain |

### Lower Quarter Medical Screen

Saddle anesthesia, bladder/bowel dysfunction, sexual dysfunction:: Pt. denies symptoms.

### General Health Screen

General Health Screen: Pt. denies recent infection, unexplained weight loss or fever/chills. Coughing, sneezing, laughing:: No change in pain. History of cancer:: Pt. denies history of cancer. MD appointment: Pt. reports that they last attended appointment with medical doctor on:.

### Objective

| Low Back Pain Scale | Result | Note |
|---|---|---|
| Section 1- Pain intensity | 5.The pain is severe and does not vary much. | |
| Section 4-Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | |
| Section 5-Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | |
| Section 6-Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | |
| Total Score | 38 /50 | |

| OPTIMAL (Functional Tool) | | |
|---|---|---|
| Sitting | Able to do with much difficulty (4) | |
| Squatting | Able to do with moderate difficulty (3) | |
| Balancing | Able to do with moderate difficulty (3) | |
| Walking- short distances | Able to do with much difficulty (4) | |
| Reaching | Able to do with much difficulty (4) | |
| Carrying | Unable to do (5) | |
| Total Score | 66 /110 | |

### Gait

**Abnormality:** Slow Speed. Poor Balance.

| | Result | Note |
|---|---|---|

Cervical Active ROM

    Cervical Extension AROM        27 degrees

    Cervical R. Rotation AROM     55 degrees        *painful*

Lumbar Active ROM

    Lumbar Flexion            10 °

    Lumbar Extension         0 °

Upper Quarter Manual Assessment

    Physiological Side Glide (C2-7)    Limited due to pain

Flexibility

    L. Upper Trap          Abnormal

    Sub-occipital          Abnormal

Neural Tension Tests

    L. Median Tension Test     Positive

    L. Radial Nerve Tension Test  Positive

Palpation Tenderness Scale

    Tenderness           4 = Unable to Palpate

Elbow Muscle Testing

    Triceps Strength       3- /5

Wrist Muscle Testing

    Wrist Flexor Strength    3- /5

| *Bilateral Lower Extremity* | *Left* | *Right* |
|---|---|---|
| LE Myotome Testing (MMT) | | |
| L2-3 (Hip Flexors) | 3 /5 | 4 /5 |
| L3-4 (Knee extensors) | 3 /5 | 4+ /5 |
| L4-5 (Ankle dorsiflexors) | 3 /5 | 4+ /5 |

Assessment

Patient able to perform more standing and seated postural strengthening exercises today with improved tolerance. Spoke to patient about benefits of aquatic therapy and patient would like to try therapy here first before going that route.

Assessment

    **Cervical Treatment Based Classification:** Neck pain with mobility deficits. Probable cervical myelopathy. **Rehabilitation Potential:** Good with skilled physical therapy and implementation of comprehensive HEP. **Lower Quarter Problems:** Backache. Difficulty walking. Muscle weakness. Stiffness in Joint. **Low Back Diagnosis:** Lumbar strain/sprain. **Thoracic Diagnosis:** Compression fracture T11-T12.

Specific goal:

    **Primary goal of continued therapy:** To achieve functional goal of: the above mentioned activities.

Plan

Plan

    **Treatment Emphasis:** Treatment emphasis focused on improving pain, ROM, strength and functional abilities. Treatment to consist of HEP education, therapeutic/stabilization exercise

and manual therapy techniques. Utilize modalities prn.

**Plan of Care**

**Frequency:** 2-3 visits per week. **Duration:** 8-12 weeks. **Manual Therapy Techniques:** To reduce edema, muscle spasm/adhesion/trigger points. To decrease neural compression. To improve peripheral circulation & ROM. To increase m. relaxation and flexibility prior to exercise. Passive interventions utilized to facilitate progress in an active rehab program and to attain objective functional gains. **Stabilization Exercise:** Review and progress stabilization exercise program to improve motor control and enhance endurance during functional activities. To strengthen the spine in a neutral and anatomic position. **Therapeutic Exercise:** To improve cardiovascular fitness, decrease edema, improve muscle/connective tissue strength and integrity, improve bone density, to promote circulation and to enhance soft tissue healing. To improve, muscle recruitment and range of motion. To promote normal movement patterns and enhance participation in functional activities. **Therapeutic Activities:** To use functional, dynamic tasks from everyday living to improve range of motion and strength. **Self Care/ Home Management:** For ADL training, safety and/or instruction in use of adaptive equipment. **Neuromuscular Re-education:** To re-educate movement, balance, coordination, kinesthetic sense, posture and/or propioception for sitting and/ or standing activities.

**Treatment Plan Discussion**

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.

**Goals**

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|------|---------|---------|------|---------|----------|-------------|
| 1: Verbal Pain Rating at Present | 6 - Moderate Pain (4 - 6) | 6 - Moderate Pain (4 - 6) | 0 - No Pain | 11/8/18 | | |
| 2: Verbal Pain Rating at Worst | 10 - Worst Imaginable Pain | 10 - Worst Imaginable Pain | 0 - No Pain | 11/8/18 | | |
| 3: Section 1- Pain Intensity | 5.The pain is severe and does not vary much. | 5.The pain is severe and does not vary much. | 0.The pain comes and goes and is very mild. | 11/8/18 | | |
| 4: Section 4- Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | 4.I cannot walk more than 1/4 mile without increasing pain. | 0.I have no pain on walking. | 11/8/18 | | |
| 5: Section 5- Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | 3.Pain prevents me from sitting more than 1/2 hour. | 0.I can sit in any chair as long as I like. | 11/8/18 | | |
| 6: Section 6- Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | 4.I cannot stand for longer than 10 minutes without increasing pain. | 0.I can stand as long as I want without pain. | 11/8/18 | | |
| 7: Total Score | 38 /50 | 38 /50 | 0 /50 | 11/8/18 | | |
| 8: Sitting | Able to do with much | Able to do with much | Able to do without any | 11/8/18 | | |

| | | | | |
|---|---|---|---|---|
| | difficulty (4) | difficulty (4) | difficulty (1) | |
| 9: Squatting | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| 10: Balancing | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| 11: Walking- short distances | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 12: Reaching | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 13: Carrying | Unable to do (5) | Unable to do (5) | Able to do without any difficulty (1) | 11/8/18 |
| 14: Total Score | 66 /110 | 66 /110 | 22 /110 | 11/8/18 |
| 15: Abnormality | Slow Speed. Poor Balance. | Slow Speed. Poor Balance. | Normal gait | 11/8/18 |
| 16: Tenderness | 4 = Unable to Palpate | 4 = Unable to Palpate | 0 = No pain with Palpation | 11/8/18 |
| 17: L. Median Tension Test | Positive | Positive | Negative | 11/8/18 |
| 18: L. Radial Nerve Tension Test | Positive | Positive | Negative | 11/8/18 |
| 19: L. Upper Trap | Abnormal | Abnormal | Normal | 11/8/18 |
| 20: Sub- occipital | Abnormal | Abnormal | Normal | 11/8/18 |
| 21: Physiologica l Side Glide (C2-7) | Limited due to pain | Limited due to pain | WFL | 11/8/18 |
| 22: Lumbar Extension | 0 ° | 0 ° | 30 ° | 11/8/18 |
| 23: Lumbar Flexion | 10% ° | 10 ° | 90 ° | 11/8/18 |
| 24: Cervical Extension AROM | 27 degrees | 27 degrees | 60 degrees | 11/8/18 |
| 25: Cervical R. Rotation AROM | 55 degrees | 55 degrees | 90 degrees | 11/8/18 |
| 26: Wrist | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |

**Flexor Strength**

| | | | | |
|---|---|---|---|---|
| **27: Triceps Strength** | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| *Bilateral Lower Extremity* | | | | |
| **28: L2-3 (Hip Flexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **29: L4-5 (Ankle dorsiflexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **30: L3-4 (Knee extensors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |

Thank you for the opportunity of working with Shaulene.

As always, please feel free to call us at (716) 282-2888 if you have any questions or concerns.

Respectfully yours,

*[signature]* PT, DPT

Nicholas Chuba, PT, DPT

08/28/18 3:01 pm

*[signature]* MSPT

Craig Reinstein MSPT CMTPT FAFS CLT CCT

08/29/18 9:09 am

**Advanced Care Wheatfield**

3780 Commerce Court
STE 300
Wheatfield, NY
14120-2025

Phone: (716) 282-2888
Fax: (716) 285-1281

*Advanced Care*
*Personal care that gets you results.*

---

Progress Evaluation for Shaulene Smith 11/15/1973
Case: Neck & BAck/Wellcare
Therapist: Craig Reinstein MSPT CMTPT FAFS CLT CCT
Kimberly Attwood DPT
Referred by: Jonathan Riley, MD

08/23/18
Diagnosis: Cervical disc disorder with myelopathy, unspecified cervical region
Wedge compression fracture of T11-T12 vertebra, subsequent encounter for fracture with routine healing

---

**Subjective**

In terrible pain today, and my hands feel extremely weak for some reason.

**Precautions**

Relevant precautions/contraindications: Wedge fracture T11-T12 non surgical, HTN.

**Medical History Questionnaire**

The Medical History Questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file: Complete.

**Patient Rights**

The patient has read and signed the Patient Rights and Consent for Treatment forms, they have been reviewed by the evaluating therapist, and are on file.: Complete.

**Medications**

Medications: See attached list.

**Imaging**

Imaging: Results: T11-T12 compression fx maintaining.

**Past Medical History:**

Past Medical History: No significant history.

**Past Surgical History:**

Past Surgical History: Hysterectomy, wrist sx.

**Onset**

Date of Onset: February 2018. Description: Pt. reports slipping and falling on some black ice in February and landing on her back/tailbone, she does not remember if she hit her head. Pain started initially but not to the extent it is currently. After going to the hospital imaging found compression fx at T11-T12 and was placed in a thoracolumbar support brace for non-operative conservative care by surgeon and chiropractor. In June she began to note intermittent numbness, tingling and weakness into her left LE and UE that has consistently remained. Pt. will be obtaining results of imaging for therapist and is being scheduled to see a neurologist due to progressing condition. Provacative Factors: sitting, standing, lifting. Alleviating Factors: Laying down is most comfortable position. Work Status: Unemployed. Past Treatments: None.

**Pain Rating**

| | |
|---|---|
| Verbal Pain Rating at Present | 6 – Moderate Pain (4 - 6) |
| Verbal Pain Rating at Best | 5 - Moderate Pain (4 - 6) |

**Lower Quarter Medical Screen**

Saddle anesthesia, bladder/bowel dysfunction, sexual dysfunction:: Pt. denies symptoms.

**General Health Screen**

General Health Screen: Pt. denies recent infection, unexplained weight loss or fever/chills. Coughing, sneezing, laughing:: No change in pain. History of cancer:: Pt. denies history of cancer. MD appointment: Pt. reports that they last attended appointment with medical doctor on:.

**Objective**

**Gait**

Abnormality: Slow Speed. Poor Balance.

| Cervical Active ROM | Result | Note |
|---|---|---|
| Cervical Extension AROM | 27 degrees | |
| Cervical R. Rotation AROM | 55 degrees | painful |
| **Lumbar Active ROM** | | |
| Lumbar Flexion | 10 ° | |
| Lumbar Extension | 0 ° | |
| **Upper Quarter Manual Assessment** | | |
| Physiological Side Glide (C2-7) | Limited due to pain | |
| **Flexibility** | | |
| L. Upper Trap | Abnormal | |
| Sub-occipital | Abnormal | |
| **Neural Tension Tests** | | |
| L. Median Tension Test | Positive | |
| L. Radial Nerve Tension Test | Positive | |
| **Palpation Tenderness Scale** | | |
| Tenderness | 4 = Unable to Palpate | |
| **Elbow Muscle Testing** | | |
| Triceps Strength | 3- /5 | |
| **Wrist Muscle Testing** | | |
| Wrist Flexor Strength | 3- /5 | |

| *Bilateral Lower Extremity* | Left | Right |
|---|---|---|
| **LE Myotome Testing (MMT)** | | |
| L2-3 (Hip Flexors) | 3 /5 | 4 /5 |
| L3-4 (Knee extensors) | 3 /5 | 4+ /5 |
| L4-5 (Ankle dorsiflexors) | 3 /5 | 4+ /5 |

## Assessment

The patient was extremely intolerant of postural exercises today, and transfers caused her to be tearful. It was discussed with er about the possibility of aquatic therapy for future appointments due to her intolerance of land therapy.

### Assessment

**Cervical Treatment Based Classification:** Neck pain with mobility deficits. Probable cervical myelopathy. **Rehabilitation Potential:** Good with skilled physical therapy and implementation of comprehensive HEP. **Lower Quarter Problems:** Backache. Difficulty walking. Muscle weakness. Stiffness in Joint. **Low Back Diagnosis:** Lumbar strain/sprain. **Thoracic Diagnosis:** Compression fracture T11-T12.

### Specific goal:

**Primary goal of continued therapy:** To achieve functional goal of: the above mentioned activities.

## Plan

### Plan

**Treatment Emphasis:** Treatment emphasis focused on improving pain, ROM, strength and functional abilities. Treatment to consist of HEP education, therapeutic/stabilization exercise and manual therapy techniques. Utilize modalities prn.

### Plan of Care

**Frequency:** 2-3 visits per week. **Duration:** 8-12 weeks. **Manual Therapy Techniques:** To reduce edema, muscle spasm/adhesion/trigger points. To decrease neural compression. To improve peripheral circulation & ROM. To increase m. relaxation and flexibility prior to exercise. Passive interventions utilized to facilitate progress in an active rehab program and to attain objective functional gains. **Stabilization Exercise:** Review and progress stabilization exercise program to improve motor control and enhance endurance during functional activities. To strengthen the spine in a neutral and anatomic position. **Therapeutic Exercise:** To improve cardiovascular fitness, decrease edema, improve muscle/connective tissue strength and integrity, improve bone density, to promote circulation and to enhance soft tissue healing. To improve. muscle recruitment and range of motion. To promote normal movement patterns and enhance participation in functional activities. **Therapeutic Activities:** To use functional, dynamic tasks from everyday living to improve range of motion and strength. **Self Care/ Home Management:** For ADL training, safety and/or instruction in use of adaptive equipment. **Neuromuscular Re-education:** To re-educate movement, balance, coordination, kinesthetic sense, posture and/or proprioception for sitting and/ or standing activities.

### Treatment Plan Discussion

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.

## Goals

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|------|---------|---------|------|---------|----------|-------------|
| 1: Verbal Pain Rating at Present | 6 - Moderate Pain (4 - 6) | 6 - Moderate Pain (4 - 6) | 0 - No Pain | 11/8/18 | | |
| 2: Verbal Pain Rating at Worst | 10 - Worst Imaginable Pain | | 0 - No Pain | 11/8/18 | | |
| 3: Section 1- Pain Intensity | 5.The pain is severe and does not vary much. | | 0.The pain comes and goes and is very mild. | 11/8/18 | | |

| | | | | |
|---|---|---|---|---|
| 4: Section 4- Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | | 0.I have no pain on walking. | 11/8/18 |
| 5: Section 5- Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | | 0.I can sit in any chair as long as I like. | 11/8/18 |
| 6: Section 6- Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | | 0.I can stand as long as I want without pain. | 11/8/18 |
| 7: Total Score | 38 /50 | | 0 /50 | 11/8/18 |
| 8: Sitting | Able to do with much difficulty (4) | | Able to do without any difficulty (1) | 11/8/18 |
| 9: Squatting | Able to do with moderate difficulty (3) | | Able to do without any difficulty (1) | 11/8/18 |
| 10: Balancing | Able to do with moderate difficulty (3) | | Able to do without any difficulty (1) | 11/8/18 |
| 11: Walking-short distances | Able to do with much difficulty (4) | | Able to do without any difficulty (1) | 11/8/18 |
| 12: Reaching | Able to do with much difficulty (4) | | Able to do without any difficulty (1) | 11/8/18 |
| 13: Carrying | Unable to do (5) | | Able to do without any difficulty (1) | 11/8/18 |
| 14: Total Score | 66 /110 | | 22 /110 | 11/8/18 |
| 15: Abnormality | Slow Speed. Poor Balance. | Slow Speed. Poor Balance. | Normal gait | 11/8/18 |
| 16: Tenderness | 4 = Unable to Palpate | 4 = Unable to Palpate | 0 = No pain with Palpation | 11/8/18 |
| 17: L. Median Tension Test | Positive | Positive | Negative | 11/8/18 |
| 18: L. Radial Nerve Tension Test | Positive | Positive | Negative | 11/8/18 |

| | | | | |
|---|---|---|---|---|
| **19: L. Upper Trap** | Abnormal | Abnormal | Normal | 11/8/18 |
| **20: Sub-occipital** | Abnormal | Abnormal | Normal | 11/8/18 |
| **21: Physiological Side Glide (C2-7)** | Limited due to pain | Limited due to pain | WFL | 11/8/18 |
| **22: Lumbar Extension** | 0 ° | 0 ° | 30 ° | 11/8/18 |
| **23: Lumbar Flexion** | 10% ° | 10 ° | 90 ° | 11/8/18 |
| **24: Cervical Extension AROM** | 27 degrees | 27 degrees | 60 degrees | 11/8/18 |
| **25: Cervical R. Rotation AROM** | 55 degrees | 55 degrees | 90 degrees | 11/8/18 |
| **26: Wrist Flexor Strength** | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| **27: Triceps Strength** | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| *Bilateral Lower Extremity* | | | | |
| **28: L2-3 (Hip Flexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **29: L4-5 (Ankle dorsiflexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **30: L3-4 (Knee extensors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |

Thank you for the opportunity of working with Shaulene.

As always, please feel free to call us at (716) 282-2888 if you have any questions or concerns.

Respectfully yours,

Kimberly Attwood DPT

08/23/18 3:54 pm

Craig Reinstein MSPT CMTPT FAFS CLT CCT

08/24/18 11:38 am

**Advanced Care Wheatfield**

3780 Commerce Court
STE 300
Wheatfield, NY
14120-2025

Phone: (716) 282-2888
Fax: (716) 285-1281

Personal care that gets you results.

Progress Evaluation for Shaulene
Smith 11/15/1973
Case: Neck & BAck/Wellcare
Therapist: Craig Reinstein MSPT CMTPT FAFS
CLT CCT
Nicholas Chuba, PT, DPT
Referred by: Jonathan Riley, MD

08/21/18

Diagnosis: Cervical disc disorder with myelopathy, unspecified cervical region
Wedge compression fracture of T11-T12 vertebra, subsequent encounter for fracture with routine healing

**Subjective**

My back was sore for a few days after the therapy session, but, it is better know. I"ve had no headaches since my evaluation on Thursday and the exercises are getting easier and not causing as much discomfort. I'm still trying to get in with a neurologist that takes my insurance.

### Precautions

Relevant precautions/contraindications: Wedge fracture T11-T12 non surgical, HTN.

### Medical History Questionaire

The Medical History Questionaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file: Complete.

### Patient Rights

The patient has read and signed the Patient Rights and Consent for Treatment forms, they have been reviewed by the evaluating therapist, and are on file.: Complete.

### Medications

Medications: See attached list.

### Imaging

Imaging: Results: T11-T12 compression fx maintaining.

### Past Medical History:

Past Medical History: No significant history.

### Past Surgical History:

Past Surgical History: Hysterectomy, wrist sx.

### Onset

Date of Onset: February 2018. Description: Pt. reports slipping and falling on some black ice in February and landing on her back/tailbone, she does not remember if she hit her head. Pain started initially but not to the extent it is currently. After going to the hospital imaging found compression fx at T11-T12 and was placed in a thoracolumbar support brace for non-operative conservative care by surgeon and chiropractor. In June she began to note intermittent numbness, tingling and weakness into her left LE and UE that has consistently remained. Pt. will be obtaining results of imaging for therapist and is being scheduled to see a neurologist due to progressing condition. Provacative Factors: sitting, standing, lifting. Alleviating Factors: Laying down is most comfortable position. Work Status: Unemployed. Past Treatments: None.

## Pain Rating

Verbal Pain Rating at Present

6 - Moderate Pain
(4 - 6)

Verbal Pain Rating at Best

5 - Moderate Pain
(4 - 6)

Verbal Pain Rating at Worst

10 - Worst
Imaginable Pain

### Lower Quarter Medical Screen

Saddle anesthesia, bladder/bowel dysfunction, sexual dysfunction:: Pt. denies symptoms.

### General Health Screen

General Health Screen: Pt. denies recent infection, unexplained weight loss or fever/chills. Coughing, sneezing, laughing:: No change in pain. History of cancer:: Pt. denies history of cancer. MD appointment: Pt. reports that they last attended appointment with medical doctor on:.

### Objective

| Low Back Pain Scale | Result | Note |
|---|---|---|
| Section 1- Pain Intensity | 5.The pain is severe and does not vary much. | |
| Section 4-Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | |
| Section 5-Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | |
| Section 6-Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | |
| Total Score | 38 /50 | |

### OPTIMAL (Functional Tool)

| | | |
|---|---|---|
| Sitting | Able to do with much difficulty (4) | |
| Squatting | Able to do with moderate difficulty (3) | |
| Balancing | Able to do with moderate difficulty (3) | |
| Walking- short distances | Able to do with much difficulty (4) | |
| Reaching | Able to do with much difficulty (4) | |
| Carrying | Unable to do (5) | |
| Total Score | 66 /110 | |

## Gait

Abnormality: Slow Speed. Poor Balance.

| | Result | Note |
|---|---|---|

Cervical Active ROM

    Cervical Extension AROM            27 degrees

    Cervical R. Rotation AROM         55 degrees           ·painful

Lumbar Active ROM

    Lumbar Flexion                  10% °

    Lumbar Extension               0 °

Upper Quarter Manual Assessment

    Physiological Side Glide (C2-7)     Limited due to pain

Flexibility

    L. Upper Trap                  Abnormal

    Sub-occipital                  Abnormal

Neural Tension Tests

    L. Median Tension Test         Positive

    L. Radial Nerve Tension Test     Positive

Palpation Tenderness Scale

    Tenderness                 4 = Unable to Palpate

Elbow Muscle Testing

    Triceps Strength             3- /5

Wrist Muscle Testing

    Wrist Flexor Strength         3- /5

| Bilateral Lower Extremity | Left | Right |
|---|---|---|
| LE Myotome Testing (MMT) | | |
| L2-3 (Hip Flexors) | 3 /5 | 4 /5 |
| L3-4 (Knee extensors) | 3 /5 | 4+ /5 |
| L4-5 (Ankle dorsiflexors) | 3 /5 | 4+ /5 |

## Assessment

No reports of nausea during therapy session. Patient required additional rest breaks to tolerate new activities and exercises, however, tolerated further sitting and standing exercises during today's session. Talked with patient about diligently seeking to talk to neurologist.

### Assessment

**Cervical Treatment Based Classification:** Neck pain with mobility deficits. Probable cervical myelopathy. **Rehabilitation Potential:** Good with skilled physical therapy and implementation of comprehensive HEP. **Lower Quarter Problems:** Backache. Difficulty walking. Muscle weakness. Stiffness in Joint. **Low Back Diagnosis:** Lumbar strain/sprain. **Thoracic Diagnosis:** Compression fracture T11-T12.

**Specific goal:**

**Primary goal of continued therapy:** To achieve functional goal of: the above mentioned activities.

## Plan

### Plan

**Treatment Emphasis:** Treatment emphasis focused on improving pain, ROM, strength and functional abilities. Treatment to consist of HEP education, therapeutic/stabilization exercise

From:

and manual therapy techniques. Utilize modalities prn.

**Plan of Care**

**Frequency:** 2-3 visits per week. **Duration:** 8-12 weeks. **Manual Therapy Techniques:** To reduce edema, muscle spasm/adhesion/trigger points. To decrease neural compression. To improve peripheral circulation & ROM. To increase m. relaxation and flexibility prior to exercise. Passive interventions utilized to facilitate progress in an active rehab program and to attain objective functional gains. **Stabilization Exercise:** Review and progress stabilization exercise program to improve motor control and enhance endurance during functional activities. To strengthen the spine in a neutral and anatomic position. **Therapeutic Exercise:** To improve cardiovascular fitness, decrease edema, improve muscle/connective tissue strength and integrity, improve bone density, to promote circulation and to enhance soft tissue healing. To improve. muscle recruitment and range of motion. To promote normal movement patterns and enhance participation in functional activities. **Therapeutic Activities:** To use functional, dynamic tasks from everyday living to improve range of motion and strength. **Self Care/ Home Management:** For ADL training, safety and/or instruction in use of adaptive equipment. **Neuromuscular Re-education:** To re-educate movement, balance, coordination, kinesthetic sense, posture and/or propioception for sitting and/ or standing activities.

**Treatment Plan Discussion**

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.

Goals

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|---|---|---|---|---|---|---|
| 1: Verbal Pain Rating at Present | 6 - Moderate Pain (4 - 6) | 6 - Moderate Pain (4 - 6) | 0 - No Pain | 11/8/18 | | |
| 2: Verbal Pain Rating at Worst | 10 - Worst Imaginable Pain | 10 - Worst Imaginable Pain | 0 - No Pain | 11/8/18 | | |
| 3: Section 1- Pain Intensity | 5.The pain is severe and does not vary much. | 5.The pain is severe and does not vary much. | 0.The pain comes and goes and is very mild. | 11/8/18 | | |
| 4: Section 4- Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | 4.I cannot walk more than 1/4 mile without increasing pain. | 0.I have no pain on walking. | 11/8/18 | | |
| 5: Section 5- Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | 3.Pain prevents me from sitting more than 1/2 hour. | 0.I can sit in any chair as long as I like. | 11/8/18 | | |
| 6: Section 6- Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | 4.I cannot stand for longer than 10 minutes without increasing pain. | 0.I can stand as long as I want without pain. | 11/8/18 | | |
| 7: Total Score | 38 /50 | 38 /50 | 0 /50 | 11/8/18 | | |
| 8: Sitting | Able to do with much | Able to do with much | Able to do without any | 11/8/18 | | |

| | | | | |
|---|---|---|---|---|
| | difficulty (4) | difficulty (4) | difficulty (1) | |
| 9: Squatting | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| 10: Balancing | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| 11: Walking-short distances | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 12: Reaching | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 13: Carrying | Unable to do (5) | Unable to do (5) | Able to do without any difficulty (1) | 11/8/18 |
| 14: Total Score | 66 /110 | 66 /110 | 22 /110 | 11/8/18 |
| 15: Abnormality | Slow Speed. Poor Balance. | Slow Speed. Poor Balance. | Normal gait | 11/8/18 |
| 16: Tenderness | 4 = Unable to Palpate | 4 = Unable to Palpate | 0 = No pain with Palpation | 11/8/18 |
| 17: L. Median Tension Test | Positive | Positive | Negative | 11/8/18 |
| 18: L. Radial Nerve Tension Test | Positive | Positive | Negative | 11/8/18 |
| 19: L. Upper Trap | Abnormal | Abnormal | Normal | 11/8/18 |
| 20: Sub-occipital | Abnormal | Abnormal | Normal | 11/8/18 |
| 21: Physiological Side Glide (C2-7) | Limited due to pain | Limited due to pain | WFL | 11/8/18 |
| 22: Lumbar Extension | 0 ° | 0 ° | 30 ° | 11/8/18 |
| 23: Lumbar Flexion | 10% ° | 10% ° | 90 ° | 11/8/18 |
| 24: Cervical Extension AROM | 27 degrees | 27 degrees | 60 degrees | 11/8/18 |
| 25: Cervical R. Rotation AROM | 55 degrees | 55 degrees | 90 degrees | 11/8/18 |
| 26: Wrist | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |

**Flexor Strength**

| | | | | |
|---|---|---|---|---|
| 27: Triceps Strength | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| *Bilateral Lower Extremity* | | | | |
| 28: L2-3 (Hip Flexors) | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| 29: L4-5 (Ankle dorsiflexors) | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| 30: L3-4 (Knee extensors) | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |

Thank you for the opportunity of working with Shaulene.

As always, please feel free to call us at (716) 282-2888 if you have any questions or concerns.

Respectfully yours,

Nicholas Chuba, PT, DPT

08/21/18 2:01 pm

Craig Reinstein MSPT CMTPT FAFS
CLT CCT
08/22/18 12:43 pm

**Advanced Care Wheatfield**

3780 Commerce
Court
STE 300
Wheatfield, NY
14120-2025

*Advanced Care*
PHYSICAL THERAPY, AQUATIC & SPINE CENTER
Personal care that gets you results.

Phone: (716) 282-2888
Fax: (716) 285-1281

---

Progress Evaluation for Shaulene
Smith11/15/1973
Case: Neck & BAck/Wellcare
Therapist: Craig Reinstein MSPT CMTPT FAFS CLT CCT
Nicholas Chuba, PT, DPT
Referred by: Jonathan Riley, MD

08/16/18 ✓
Diagnosis: Cervical disc disorder with myelopathy, unspecified cervical region
Wedge compression fracture of T11-T12 vertebra, subsequent encounter for fracture with routine healing

## Subjective

### Precautions

Relevant precautions/contraindications: Wedge fracture T11-T12 non surgical, HTN.

### Medical History Questionaire

The Medical History Questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file: Complete.

### Patient Rights

The patient has read and signed the Patient Rights and Consent for Treatment forms, they have been reviewed by the evaluating therapist, and are on file.: Complete.

### Medications

Medications: See attached list.

### Imaging

Imaging: Results: T11-T12 compression fx maintaining.

### Past Medical History:

Past Medical History: No significant history.

### Past Surgical History:

Past Surgical History: Hysterectomy, wrist sx.

### Onset

Date of Onset: February 2018. Description: Pt. reports slipping and falling on some black ice in February and landing on her back/tailbone, she does not remember if she hit her head. Pain started initially but not to the extent it is currently. After going to the hospital imaging found compression fx at T11-T12 and was placed in a thoracolumbar support brace for non-operative conservative care by surgeon and chiropractor. In June she began to note intermittent numbness, tingling and weakness into her left LE and UE that has consistently remained. Pt. will be obtaining results of imaging for therapist and is being scheduled to see a neurologist due to progressing condition. **Provacative Factors:** sitting, standing, lifting. **Alleviating Factors:** Laying down is most comfortable position. **Work Status:** Unemployed. **Past Treatments:** None.

### Pain Rating

Verbal Pain Rating at Present                          6 - Moderate Pain

| | |
|---|---|
| **Verbal Pain Rating at Best** | (4 - 6)<br>5 - Moderate Pain |
| **Verbal Pain Rating at Worst** | (4 - 6)<br>10 – Worst<br>Imaginable Pain |

## Lower Quarter Medical Screen

Saddle anesthesia, bladder/bowel dysfunction, sexual dysfunction:: Pt. denies symptoms.

## General Health Screen

General Health Screen: Pt. denies recent infection, unexplained weight loss or fever/chills. **Coughing, sneezing, laughing::** No change in pain. **History of cancer::** Pt. denies history of cancer. **MD appointment:** Pt. reports that they last attended appointment with medical doctor on:.

**Objective**

## Functional Goal

**Functional Goal:** *Patient will achieve the following: Pt will be able to stand for 30 minutes without pain to allow for more functional positions to perform ADL's.*

| Low Back Pain Scale | Result | Note |
|---|---|---|
| Section 1- Pain intensity | 5.The pain is severe and does not vary much. | |
| Section 2-Personal Care (Washing, dressing, etc) | 1.I do not normally change my way of washing or dressing even though it causes some pain. | |
| Section 3- Lifting | 5-I cannot lift or carry anything at all. | |
| Section 4-Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | |
| Section 5-Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | |
| Section 6-Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | |
| Section 7-Sleeping | 3.Because of my pain my normal nights sleep is reduced by less than one half. | |
| Section 8-Social Life | 5.I have hardly any social life because of the pain. | |
| Section 9-Traveling | 5.Pain restricts me from all forms of travel. | |
| Section 10-Changing Degree of Pain | 3.My pain neither getting better or worse. | |
| Total Score<br>OPTIMAL (Functional Tool) | 38 /50 | |

| | |
|---|---|
| Lying Flat | Able to do with little difficulty (2) |
| Rolling over | Able to do with little difficulty (2) |
| Sitting | Able to do with much difficulty (4) |
| Squatting | Able to do with moderate difficulty (3) |
| Bending/stooping | Able to do with much difficulty (4) |
| Balancing | Able to do with moderate difficulty (3) |
| Kneeling | Able to do with moderate difficulty (3) |
| Standing | Able to do with moderate difficulty (3) |
| Walking- short distances | Able to do with much difficulty (4) |
| Walking- long distances | Able to do with much difficulty (4) |
| Climbing stairs | Unable to do (5) |
| Hopping | Able to do with little difficulty (2) |
| Jumping | Able to do with little difficulty (2) |
| Running | Able to do with little difficulty (2) |
| Pushing | Unable to do (5) |
| Pulling | Able to do with little difficulty (2) |
| Reaching | Able to do with moderate difficulty (3) |
| Grasping | Able to do with much difficulty (4) |
| Lifting | Able to do with little difficulty (2) |
| Carrying | Unable to do (5) |
| Total Score | Unable to do (5) |
| | 66 /110 |

Myotomes (C4-T1) All are 5/5 except:

| | |
|---|---|
| C4 (Shoulder shrug) | Significant weakness compared to relative side |
| C5 (Deltoid) | Significant weakness compared to relative side |
| C6 (Biceps, ECRL, ECRB) | Significant weakness compared to relative side |
| C7 (Tricep, FCR) | Significant weakness compared to relative side |
| C8 (APB) | Significant weakness compared to relative side |

T1 (1st Dorsal Interossei)                                    Significant weakness
                                                             compared to relative side

Cervical Screen (Myotomes)
    C1-3 (Cervical Rotation)                                 Significant difference
Sensory Screen: Nerve Root
    C5- Mid-deltoid                          Abnormal                    50% Left
    C6- Radial aspect 2nd metacarpal         Abnormal                    25% Left
    C7- Dorsal aspect middle finger          Normal
    C8- Ulnar aspect 5th metacarpal          Abnormal                    95% Left
    T1- Medial forearm                       Abnormal                    50% Left
DTR
    Biceps brachii C5                        Normal
    Brachioradialis C6                       Normal
    Tricep C7                                Normal
C-T Special Tests
    Cervical Distraction                     Positive; Symptoms are
                                             reduced
    ULTT A                                   Positive, symptoms
                                             reproduced/ relative
                                             difference >10 degrees
                                             elbow ext.

LE Dermatome Testing
    L1-2 (Groin)                             Equal bilaterally
    L2-3 (Anteromedial Thigh)                Diminished R
                                                                 hypersensiti
                                                                 ve left
    L4 (Medial lower leg)                    Diminished L        50% left
    L5 (Lat. lower leg, dosum of foot)       Equal bilaterally
    S1 (Post. Lat. thigh/lower leg, lat. foot)  Diminished L     90% left
    S2 (plantar surface of foot)             Equal bilaterally
LE Reflexes
    L. Achilles Tendon Reflex (S1)           Normal (2+)
    L. Patellar Tendon Reflex (L4)           Diminished (1+)
    R. Patellar Tendon Reflex (L4) (Copy)    Normal (2+)
    R. Achilles Tendon Reflex (S1) (Copy)    Normal (2+)

Posture and Alignment
    Trunk and Pelvis: Excessive lumbar lordosis.
Gait
    Abnormality: Slow Speed. Poor Balance. Ambulation Aids: None.

Cervical Active ROM                          Result                  Note
    Cervical Extension AROM
    Cervical Flexion AROM                    27 degrees
                                             38 degrees

| | | |
|---|---|---|
| Cervical L. Lateral Flexion AROM | 55% degrees | |
| Cervical L. Rotation AROM | 75 degrees | |
| Cervical R. Lateral Flexion AROM | 45% degrees | painful |
| Cervical R. Rotation AROM | 55 degrees | painful |

**Upper Cervical Motion**

| | |
|---|---|
| Upper Cervical Flexion (Nod) | Limited |
| Upper Cervical Rotation | Limited |

**Thoracic AROM Percentage**

| | |
|---|---|
| Thoracic Flexion | 30% |
| Thoracic Extension | 5% |

**Lumbar Active ROM**

| | |
|---|---|
| Lumbar Flexion | 10% ° |
| Lumbar Extension | 0 ° |
| Lumbar Sidebending Right | 35% ° |
| Lumbar Sidebending Left | 25% ° |
| Lumbar Rotation Right | 25% ° |
| Lumbar Rotation Left | 75% ° |

**Upper Quarter Manual Assessment**

| | |
|---|---|
| Physiological Side Glide (C2-7) | Limited due to pain |
| Central Posterior to Anterior (CPA) Glide | Limited due to pain |
| Unilateral Posterior-Anterior (UPA) Glide | Limited due to pain |

**Flexibility**

| | |
|---|---|
| L. Scalenes | Normal |
| L Sternocleidomastoid | Normal |
| L. Upper Trap | Abnormal |
| Pectoralis Minor | Abnormal |
| Pectoralis Major | Abnormal |
| R. Scalenes | Normal |
| R. Sternocleidomastoid | Normal |
| R. Upper Trap | Abnormal |
| Sub-occipital | Abnormal |
| Lev. Scap | Abnormal |

**Leg Length Discrepancy**

Apparent Leg Length Discrepancy: No apparent difference.

| | Result | Note |
|---|---|---|
| **Lumbar Segmental Mobility** | | |
| Lumbar Segmental Mobility | Hypomobile | |
| **Neural Tension Tests** | | |
| L. Median Tension Test | Positive | |
| R. Median Tension Test | Negative | |

| | | |
|---|---|---|
| L. Radial Nerve Tension Test | | Positive |
| R.Radial Nerve Tension Test | | Negative |
| L. Ulnar Nerve Tension Test | | Negative |
| R. Ulnar Nerve Tension Test | | Positive |

Palpation Tenderness Scale

| | |
|---|---|
| Tenderness | 4 = Unable to Palpate |

Cervical Strength Testing

| | |
|---|---|
| Neck Extension | 3 /5 |
| Neck Flexion | 3 /5 |
| Neck L. Rotation | 4- /5 |
| Neck L. Side Bending | 4- /5 |
| Neck R. Rotation | 3 /5 |
| Neck R. Side Bending | 3 /5 |

Elbow Muscle Testing

| | |
|---|---|
| Biceps Strength | 3 /5 |
| Triceps Strength | 3- /5 |

Wrist Muscle Testing

| | |
|---|---|
| Wrist Extensor Strength | 3 /5 |
| Wrist Flexor Strength | 3- /5 |

Functional Strength Testing

| | |
|---|---|
| Squat | Pt. exhibits limited gluteal/core activation during functional squat. |

*Bilateral Lower Extremity*

LE Myotome Testing (MMT)

| | Left | Right |
|---|---|---|
| L2-3 (Hip Flexors) | 3 /5 | 4 /5 |
| L3-4 (Knee extensors) | 3 /5 | 4+ /5 |
| L4-5 (Ankle dorsiflexors) | 3 /5 | 4+ /5 |
| L5 (Great toe extensors) | 3 /5 | 5 /5 |
| S1 (Plantar Flexors) | 3 /5 | 5 /5 |

**Assessment**

Unable to fully assess Cervical spine due to inability to palpate from level of pain. Asses further based on patient tolerance. Patient reported alleviation of headache following light manual traction. Repeated cases of nausea during entire evaluation, would like to assess Upper cervical instability to rule out any concerns there.

Assessment

**Cervical Treatment Based Classification:** Neck pain with mobility deficits. Probable cervical myelopathy. **Rehabilitation Potential:** Good with skilled physical therapy and implementation of comprehensive HEP. **Lower Quarter Problems:** Backache. Difficulty walking, Muscle weakness. Stiffness in Joint. **Low Back Diagnosis:** Lumbar strain/sprain. **Thoracic Diagnosis:** Compression fracture T11-T12.

Specific goal:

**Primary goal of continued therapy:** To achieve functional goal of: the above mentioned

activities.

Plan

## Plan

**Treatment Emphasis:** Treatment emphasis focused on improving pain, ROM, strength and functional abilities. Treatment to consist of HEP education, therapeutic/stabilization exercise and manual therapy techniques. Utilize modalities pm.

### Plan of Care

**Frequency:** 2-3 visits per week. **Duration:** 8-12 weeks. **Manual Therapy Techniques:** To reduce edema, muscle spasm/adhesion/trigger points. To decrease neural compression. To improve peripheral circulation & ROM. To increase m. relaxation and flexibility prior to exercise. Passive interventions utilized to facilitate progress in an active rehab program and to attain objective functional gains. **Stabilization Exercise:** Review and progress stabilization exercise program to improve motor control and enhance endurance during functional activities. To strengthen the spine in a neutral and anatomic position. **Therapeutic Exercise:** To improve cardiovascular fitness, decrease edema, improve muscle/connective tissue strength and integrity, improve bone density, to promote circulation and to enhance soft tissue healing. To improve. muscle recruitment and range of motion. To promote normal movement patterns and enhance participation in functional activities. **Therapeutic Activities:** To use functional, dynamic tasks from everyday living to improve range of motion and strength. **Self Care/ Home Management:** For ADL training, safety and/or instruction in use of adaptive equipment. **Neuromuscular Re-education:** To re-educate movement, balance, coordination, kinesthetic sense, posture and/or propioception for sitting and/ or standing activities.

### Treatment Plan Discussion

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.

Goals

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|------|---------|---------|------|---------|----------|-------------|
| **1: Verbal Pain Rating at Present** | 6 - Moderate Pain ( 4 - 6) | 6 - Moderate Pain ( 4 - 6) | 0 - No Pain | 11/8/18 | | |
| **2: Verbal Pain Rating at Worst** | 10 - Worst Imaginable Pain | 10 - Worst Imaginable Pain | 0 - No Pain | 11/8/18 | | |
| **3: Section 1- Pain intensity** | 5.The pain is severe and does not vary much. | 5.The pain is severe and does not vary much. | 0.The pain comes and goes and is very mild. | 11/8/18 | | |
| **4: Section 4- Walking** | 4.I cannot walk more than 1/4 mile without increasing pain. | 4.I cannot walk more than 1/4 mile without increasing pain. | 0.I have no pain on walking. | 11/8/18 | | |
| **5: Section 5- Sitting** | 3.Pain prevents me from sitting more than 1/2 hour. | 3.Pain prevents me from sitting more than 1/2 hour. | 0.I can sit in any chair as long as I like. | 11/8/18 | | |
| **6: Section 6- Standing** | 4.I cannot stand for longer than 10 minutes | 4.I cannot stand for longer than 10 minutes | 0.I can stand as long as I want without pain. | 11/8/18 | | |

| | without increasing pain. | without increasing pain. | | |
|---|---|---|---|---|
| 7: Total Score | 38 /50 | 38 /50 | 0 /50 | 11/8/18 |
| 8: Sitting | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 9: Squatting | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| 10: Balancing | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| 11: Walking-short distances | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 12: Reaching | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 13: Carrying | Unable to do (5) | Unable to do (5) | Able to do without any difficulty (1) | 11/8/18 |
| 14: Total Score | 66 /110 | 66 /110 | 22 /110 | 11/8/18 |
| 15: Abnormality | Slow Speed. Poor Balance. | Slow Speed. Poor Balance. | Normal gait | 11/8/18 |
| 16: Tenderness | 4 = Unable to Palpate | 4 = Unable to Palpate | 0 = No pain with Palpation | 11/8/18 |
| 17: L. Median Tension Test | Positive | Positive | Negative | 11/8/18 |
| 18: L. Radial Nerve Tension Test | Positive | Positive | Negative | 11/8/18 |
| 19: L. Upper Trap | Abnormal | Abnormal | Normal | 11/8/18 |
| 20: Sub-occipital | Abnormal | Abnormal | Normal | 11/8/18 |
| 21: Physiological Side Glide (C2-7) | Limited due to pain | Limited due to pain | WFL | 11/8/18 |
| 22: Lumbar Extension | 0 ° | 0 ° | 30 ° | 11/8/18 |
| 23: Lumbar Flexion | 10% ° | 10% ° | 90 ° | 11/8/18 |

| | | | | |
|---|---|---|---|---|
| 24: Cervical Extension AROM | 27 degrees | 27 degrees | 60 degrees | 11/8/18 |
| 25: Cervical R. Rotation AROM | 55 degrees | 55 degrees | 90 degrees | 11/8/18 |
| 26: Wrist Flexor Strength | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| 27: Triceps Strength | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| *Bilateral Lower Extremity* | | | | |
| 28: L2-3 (Hip Flexors) | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| 29: L4-5 (Ankle dorsiflexors) | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| 30: L3-4 (Knee extensors) | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |

Thank you for the opportunity of working with Shaulene.

As always, please feel free to call us at (716) 282-2888 if you have any questions or concerns.

Respectfully yours,

Nicholas Chuba, PT, DPT

08/17/18 10:05 am

Craig Reinstein MSPT CMTPT FAFS
CLT CCT
08/17/18 3:30 pm

# Advanced Care Physical Therapy Appointments for Smith, Shaulene

| Time | Status | Type | Case | Staff | Clinic | Signed |
|------|--------|------|------|-------|--------|--------|
| 9/6/18 1:00 pm | Arrived | Daily Visit | Neck & BAck/Wellcare | Nicholas Chuba PT | Advance d Care Wheatfie ld | ☐ |
| 9/4/18 1:00 pm | Arrived | Daily Visit | Neck & BAck/Wellcare | Nicholas Chuba PT | Advance d Care Wheatfie ld | ☑ |
| 8/30/18 1:00 pm | Arrived | Daily Visit | Neck & BAck/Wellcare | Nicholas Chuba PT | Advance d Care Wheatfie ld | ☑ |
| 8/28/18 1:30 pm | Arrived | Daily Visit | Neck & BAck/Wellcare | Nicholas Chuba PT | Advance d Care Wheatfie ld | ☑ |
| 8/23/18 1:00 pm | Arrived | Daily Visit | Neck & BAck/Wellcare | Nicholas Chuba PT | Advance d Care Wheatfie ld | ☑ |
| 8/21/18 12:00 pm | Arrived | Daily Visit | Neck & BAck/Wellcare | Kimberly Atwood PT | Advance d Care Wheatfie ld | ☑ |
| 8/16/18 5:00 pm | Arrived | Initial Eval | Neck & BAck/Wellcare | Nicholas Chuba PT | Advance d Care Wheatfie ld | ☑ |

7

ChartNote = 38 x 75 = 2850

## Fax Call Report

### HP LaserJet 500 MFP M525

Page 1

Fax Header Information

office fax
7166752885
Dec/6/2018 11:24:26 AM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 3537 | Dec/6/2018 11:13:46 AM | Send | 6958592 | 10:34 | 46 | Success |

# DAVID W. POLAK

## Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

**Legal Assistant:**
Cheryl A. Schenk

* (not for service)

December 5, 2018

**Via Facsimile: (716) 650-2691**
UBNS
**Attn: Dr. Jonathan Riley**
3980-A Sheridan Drive
Amherst, New York 14226

Re:   **Your Patient:**     **Shaulene Smith**
      **Date of Birth:**    **November 15, 1973**
      **Date of Injury:**   **February 2, 2018**

Dear Dr. Riley:

Please be advised that this office represents Shaulene Smith with respect to injuries she sustained when she fell on ice while walking to work on February 2, 2018.

Kindly forward a copy of your medical records of treatment provided to Shaulene from **August 20, 2018 to present** as it relates to injuries sustained on February 2, 2018. Please include an invoice for any charge incurred in accordance with the New York State Health Law that sets a maximum charge of 75¢ per page and a check will be promptly forwarded. An Authorization is provided which will enable you to release this information to our office.

Thank you for your cooperation.

Very truly yours,

Cheryl Schenk

Enclosure

OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Shaulene Smith | 11/15/73 | |

Patient Address
655 Oliver St. #2 North Tonawanda N.Y. 14120

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9(b).

7. Name and address of health provider or entity to release this information: UBNS/ DR. JONATHAN RILEY
3480-A SHERIDAN Dr. AMHERST, NEW YORK 14226

8. Name and address of person(s) or category of person to whom this information will be sent: DAVID W. POLAK, ESQ.
1370 UNION ROAD WEST SENECA NY 14224

9(a). Specific information to be released:
☑ Medical Record from (insert date) 8/20/18 to (insert date) Present
☑ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)
_____ Alcohol/Drug Treatment
_____ Mental Health Information
_____ HIV-Related Information

Authorization to Discuss Health Information

(b) ☐ By initialing here _____ I authorize _____
    Initials          Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☑ Other: litigation | 11. Date or event on which this authorization will expire: 1 yr. from date of signature |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Smith

Date: 12/5/18

Signature of patient or representative authorized by law.

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

USE OF THIS AUTHORIZATION REQUIRES DEFENSE COUNSEL TO PROVIDE ALL RECORDS OBTAINED TO PLAINTIFFS COUNSEL UPON RECEIPT OF THOSE RECORDS

## Fax Call Report

**HP LaserJet 500 MFP M525**

**Page 1**

Fax Header Information

office fax
7166752885
Dec/5/2018 4:39:16 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 3533 | Dec/5/2018 4:37:03 PM | Send | 6502691 | 2:11 | 2 | Success |

DAVID W. POLAK
Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

**Legal Assistant:**
Cheryl A. Schenk

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

\* (not for service)

September 4, 2018

**Via Facsimile: (716) 695-8592**
City of North Tonawanda
Office of the City Attorney
**Attn:  Luke A. Brown, Esq.**
216 Payne Avenue
North Tonawanda, New York 14120

   **Re:   Shaulene Smith v. City of North Tonawanda**

Dear Mr. Brown:

   As you are aware our office has and continues to represent Shaulene Smith who sustained injury with respect to an incident that took place on City Property on February 2, 2018.

   Enclosed please find a copy of a medical records we have obtained from UBNS on behalf of our client Shaulene Smith.

   Thank you for your attention to this matter.  Should you have any questions please contact Mr. Polak at your earliest convenience.

      Very truly yours,

      Cheryl A. Schenk

/cs
Enclosure

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: 08/08/2018 | Dsch: 08/09/2018 | | |

**Medical Record Request**

## Consents Documents

---

| LAB KEY: ^=Abnormal. C=Critical, I=Interp Data, m=Corrected, L=Low, H=High, R=Result Comments, O=Order Comments, T=Textual Result |

Printed:  08/23/2018 16:54              | @=Performed at, S=Susceptible, I = Intermediate, R=Resistant, N/A = Not Applicable|              Page 1 of 21

Patient Name:  **SMITH, SHAULENE N**                              185060156

Master Report Template

| Kaleida Health Center for Laboratory Medicine Amherst | Kaleida Health Center for Laboratory Medicine | Kaleida Health John R. Oishei Children's Hospital Laboratory | Kaleida Health DeGraff Laboratory | Clinical Laboratories of the Buffalo General Hospital | Niagara Falls Memorial Medical Center Dept. of Pathology |
|---|---|---|---|---|---|
| 1840 Maple Road Amherst, NY 14221 | 115 Flint Road Williamsville, NY 14221 | 818 Ellicott Street Buffalo, NY 14203 | 445 Tremont Street P O Box 0750 N.Tonawanda, NY 14120 | 100 High Street Buffalo, NY 14203 | 621 10th Street, PO Box 700 Niagara Falls, NY 14302 |
| Phone:(716) 568-3700 Fax (716) 568-3038 | Phone:(716) 626-7200 Fax (716) 633-2361 | Phone: (716) 323-2040 Fax (716) 323-1370 | Phone: (716) 690-2170 Fax: (716) 690-2336 | Phone: (716) 859-1987 Fax:(716) 859-3221 | Phone:(716) 278-4337 Fax (716) 278-4676 |

OCA Official Form No.: 960

AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA

[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Shaulene Smith | 11/15/73 | |

Patient Address **655 Oliver St. #2 North Tonawanda NY 14120**

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information: UBNS   DC. JONATHAN RILEY-
3980-14 SHERIDAN DRIVE - AMHERST   NY 14226

8. Name and address of person(s) or category of person to whom this information will be sent:
DAVID W. POLAK, ESD - 1370 UNION RD - WEST SENECA NY 14224

9(a). Specific information to be released: **4/20/18** to (insert date) **present**
☑ Medical Record from (insert date) _____, office notes (except psychotherapy notes), test results, radiology studies, films,
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (*Indicate by Initialing*)
_____ Alcohol/Drug Treatment
_____ Mental Health Information
_____ HIV-Related Information

Authorization to Discuss Health Information

(b) ☐ By initialing here _____ I authorize _____
Initials                                  Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of individual<br>☑ Other: litigation | 11. Date or event on which this authorization will expire:<br>14 from date of signature |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature of patient or representative authorized by law. _Smith_        Date: **7/16/18**

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

USE OF THIS AUTHORIZATION REQUIRES DEFENSE COUNSEL TO PROVIDE ALL RECORDS OBTAINED TO PLAINTIFFS COUNSEL UPON RECEIPT OF THOSE RECORDS

# DAVID W. POLAK

### Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

**Legal Assistant:**
Cheryl A. Schenk

* (not for service)

July 16, 2018

**Via Facsimile: (716) 650-2691**
UBNS
**Attn: Dr. Jonathan Riley**
3980-A Sheridan Drive
Amherst, New York 14226

| Re: | Your Patient: | **Shaulene Smith** |
|---|---|---|
| | Date of Birth: | **November 15, 1973** |
| | Date of Injury: | **February 2, 2018** |

Dear Dr. Riley:

Please be advised that this office represents Shaulene Smith with respect to injuries she sustained when she fell on ice while walking to work on February 2, 2018.

Kindly forward a copy of your medical records of treatment provided to Shaulene from **April 26, 2018 to present** as it relates to injuries sustained on February 2, 2018. Please include an invoice for any charge incurred in accordance with the New York State Health Law that sets a maximum charge of 75¢ per page and a check will be promptly forwarded. An Authorization is provided which will enable you to release this information to our office.

Thank you for your cooperation.

Very truly yours,

*Cheryl Schenk*

Cheryl Schenk

Enclosure

# Fax Call Report

## HP LaserJet 500 MFP M525

Page 1

## Fax Header Information

office fax
7166752885
Jul/24/2018 9:37:38 AM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 2441 | Jul/24/2018 9:35:00 AM | Send | 6958592 | 2:36 | 11 | Success |

English (United States)



**UNIVERSITY AT BUFFALO**
**NEUROSURGERY**
UBNS.COM

**Neurosurgery**
Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAANS
Veetai Li, MD
Douglas B. Moreland, MD, FACS
Robert J. Plunkett, MD
John Pollina, MD, FACS
Renée Reynolds, MD, FAANS
Jonathan Riley, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD, FAANS
Michael R. Stoffman, MD, FACS, FAANS

**Interventional Pain Management**
Jafar W. Siddiqui, MD, FAAPMR, DABPM
Andrea C. Wong, MD, DABA, DABAPM, MPH

**Chiropractors**
Jonathan P. Reck, DC
Sunjay Kapoor, DC

3980-A Sheridan Drive
Amherst, NY 14226
716/218-1000
EMR Fax: 716/650-2691

Buffalo General Medical Center
100 High Street · Section 84
Buffalo, NY 14203
716/218-1000
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road · Suite 103
Orchard Park, NY 14127
716/218-1000
EMR Fax:716/677-4036

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street · 3rd Floor
Buffalo, NY 14203
716/218-1040
EMR Fax: 716/342-2535

The Park Center
180 Park Club Lane
Williamsville, NY 14221
716/839-0402
EMR Fax:716/839-3570

6930 Williams Road · Suite 3600
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
716/218-1000
EMR Fax:716/205-8386

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wong)
180 Park Club Lane
Suite 250
Williamsville, NY 14221
716/218-1000
EMR Fax:716/580-7677

April 26, 2018

**NAME:** Shaulene N Smith     **ID:** 418036
**DOB:** 11/15/1973

Please excuse Shaulene N Smith from work 04/26/2018 to 07/12/2018 due to illness/injury. She is scheduled to be re-evaluated on July 12, 2018 and further disability determination will be made at that time.

Sincerely,

Electronically signed by agent of provider: Jessica Kryszak

CC: Lynne Ross, MD

**Jonathan Riley, MD**

**Administrative Secretary:**
Jessica Kryszak.................................(716) 218-1000, ext 6116

**For surgical scheduling questions:**
Jessica Kryszak.................................(716) 218-1000, ext 6116
For billing questions..............................(716) 218-1000, Press 2

**It is very important to bring all imaging films or CDs and their reports if you have them to any future office visit. This could include, X-rays, CTs or MRIs. Thank you.**

**\*\*Please be sure to have ALL testing/referral appointments completed before FOLLOW UP appointment. Failure to do so can results in your appointment being cancelled or rescheduled to the next available appointment.\*\***



**UB NS**

UNIVERSITY AT BUFFALO
**NEUROSURGERY**
UBNS.COM

Neurosurgery
Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAANS
Veetai Li, MD
Douglas B. Moreland, MD, FACS
Robert J. Plunkett, MD
John Pollina, MD, FACS
Renée Reynolds, MD, FAANS
Jonathan Riley, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD, FAANS
Michael R. Stoffman, MD, FACS, FAANS

Interventional Pain Management
Jafar W. Siddiqui, MD, FAAPMR, DAOPM
Andrea C. Wong, MD, DABA, DABAPM, MPH

Chiropractors
Jonathan P. Beck, DC
Sunjay Kapoor, DC

3980-A Sheridan Drive
Amherst, NY 14226
716/218-1000
EMR Fax: 716/650-2691

Buffalo General Medical Center
100 High Street • Section B4
Buffalo, NY 14203
716/218-1000
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road • Suite 103
Orchard Park, NY 14127
716/218-1000
EMR Fax: 716/672-6038

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street • 3rd Floor
Buffalo, NY 14203
716/218-1040
EMR Fax: 716/342-2535

The Park Center
180 Park Club Lane
Williamsville, NY 14221
716/839-9402
EMR Fax: 716/839-3570

6930 Williams Road • Suite 3800
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
716/218-1000
EMR Fax: 716/205-8386

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wong)
180 Park Club Lane
Suite 250
Williamsville, NY 14221
716/218-1000
EMR Fax: 716/380-7677

April 26, 2018

**Patient Name:** Shaulene N Smith
**Date of Birth:** 11/15/1973
**Date of Exam:** 04/26/18
**Physician:** Jonathan Riley, MD

**History:** The patient is a 44-year-old female who had a fall in early February of 2018 with the development of focal back pain. The patient recently when seen on 03/15/2018 was put in a TLSO given the presence of ongoing pain after a prior compression fracture at this point. The patient is seen on 04/26/2018 approximately two weeks after having been fitted with the TLSO. She returns to clinic at this time with new imaging.

Her symptomatology is essentially the same. She has improvement while wearing the brace but has discomfort when removing.

**Physical Examination:** The patient is alert and oriented x 3. Following commands positive. Pupils equal, round, and reactive to light. Extraocular movements are intact. Following commands x four extremities. She is 5/5 x four extremities.

**Review of Studies:** Patient has thoracic AP and lateral films which show no discernible change, certainly no worsening compression.

**Medical Decision Making:** The patient is a 44-year-old female status post a minimal T12 compression fracture and now with a TLSO brace. We recommend that the patient maintain a three-month period of brace utilization. We will have her follow up in clinic in approximately 2 1/2 months with a repeat CT scan. That will be a total of three months of wearing the brace. At that point in time, we will consider removing the brace and beginning the patient in physical therapy.

Thank you for allowing us to participate in this patient's care. Please do not hesitate to call with any questions or concerns.

**Diagnosis:** Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture

Sincerely,

Shaulene N Smith  DD 04/26/2018                    Page #2

Electronically signed by Jonathan Riley, MD
Jonathan Riley, MD
JR/jmb
cc Lynne Ross MD

**KALEIDA HEALTH**

DeGraff Memorial Hospital
445 Tremont Street

N. Tonawanda NY 14120
(716)-694-4500
Spine lumbosacral- 2 or 3 views

Spine lumbosacral- 2 or 3 views

Exam Date/Time:  06/18/2018 10:09
Accession Number: DX-18-0106014
Reason For Exam:  wedge comp fx

Name: SHAULENE N SMITH
MR#: 1003295790
DOB: 11/15/1973 Age: 44
Location: KH DMH
Admission Date: 06/18/2018 09:40
Ordering Provider: Jonathan P. Riley
Patient Type: Clini

CLINICAL INDICATION: The patient is a 44-year-old female with history of a T12 compression fracture after a fall in February of this year. Patient complains of numbness involving the left toes.

TECHNIQUE: AP and lateral views of the lumbar spine are obtained.

COMPARISON: None.

FINDINGS: Exam demonstrates T12-S1. Osteoarthritis and disc disease is seen throughout the lumbar spine. Subtle loss of vertebral body height at T12 is unchanged from the prior exam. Paraspinal soft tissues are unremarkable.

IMPRESSION: Osteoarthritis and disc disease. Stable T12 compression fracture as described above.

READ BY............: STOKOE, GAIL E. MD

DICTATED ..........: 06/18/2018 10:47 am

TRANSCRIBED BY.....: 06/18/2018 10:47 am GES

Shaulene N Smith  DOB 11/15/1973 UB NEUROSURGERY, INC          Page #2

SIGNED          06/18/2018 10:48 am

ELECTRONICALLY BY..: STOKOE, GAIL E. MD


A Kaleida Health dictation system was used to prepare this imaging report.

Although each report is personally scanned for syntactic or grammatical errors,

unintended but conspicuous translational errors can occur.

Please contact the Radiology department if there are questions about contents of this report.

**KALEIDA HEALTH**

DeGraff Memorial Hospital
445 Tremont Street

N. Tonawanda NY 14120
(716)-694-4500
Spine thoracic- 2 views

Name: SHAULENE N SMITH
MR#: 1003295790
DOB: 11/15/1973 Age: 44
Location: KH DMH
Admission Date: 06/18/2018 09:40
Ordering Provider: Jonathan P. Riley
Patient Type: Clini

Spine thoracic- 2 views

Exam Date/Time:  06/18/2018 10:09
Accession Number: DX-18-0106013
Reason For Exam:  wedge comp fx

CLINICAL INDICATIONS: The patient is a 44-year-old female with numbness in the fingers.

TECHNIQUE: AP, lateral views of the thoracic spine are obtained.

COMPARISON: 03/15/2018.

FINDINGS: Exam demonstrates T1-T12. There is subtle loss of vertebral body height at T12 unchanged comparison the prior exam consistent with a subtle compression fracture. Osteoarthritis and disc disease is seen throughout the remaining thoracic spine. Pedicles are well-visualized. Paraspinal soft tissues are unremarkable.

IMPRESSION: Mild osteoarthritis and disc disease. Stable subtle T12 compression fracture seen. No acute bony abnormality is identified.

READ BY............: STOKOE, GAIL E. MD

DICTATED ..........: 06/18/2018 10:48 am

TRANSCRIBED BY.....: 06/18/2018 10:48 am GES

Shaulene N Smith  DOB 11/15/1973 UB NEUROSURGERY, INC                Page #2

SIGNED          06/18/2018 10:49 am

ELECTRONICALLY BY..: STOKOE, GAIL E. MD

A Kaleida Health dictation system was used to prepare this imaging report.

Although each report is personally scanned for syntactic or grammatical errors,

unintended but conspicuous translational errors can occur.

Please contact the Radiology department if there are questions about contents of this report.



**UNIVERSITY AT BUFFALO**
**NEUROSURGERY**
UBNS.COM

Neurosurgery
Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAANS
Veetai Li, MD
Douglas B. Moreland, MD, FACS
Robert J. Plunkett, MD
John Pollina, MD, FACS
Renée Reynolds, MD, FAANS
Jonathan Riley, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD, FAANS
Michael R. Stoffman, MD, FACS, FAANS

Interventional Pain Management
Jafar W. Siddiqui, MD, FAANEM, DABPM
Andrea C. Wong, MD, DABA, DABAPM, MPH

Chiropractors
Jonathan P. Beck, DC
Sunjay Kapoor, DC

3980-A Sheridan Drive
Amherst, NY 14226
716/218-1000
EMR Fax: 716/650-7691

Buffalo General Medical Center
100 High Street • Section B4
Buffalo, NY 14203
716/218-1000
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road • Suite 103
Orchard Park, NY 14127
716/218-1000
EMR Fax: 716/677-6038.

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street • 3rd Floor
Buffalo, NY 14203.
716/218-1040
EMR Fax: 716/342-2535

The Park Center
180 Park Club Lane
Williamsville, NY 14221
716/839-9402
EMR Fax: 716/839-3570

6930 Williams Road • Suite 3800
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
716/218-1000
EMR Fax: 716/205-8386

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wong)
180 Park Club Lane
Suite 150
Williamsville, NY 14221
716/218-1000
EMR Fax: 716/380-7677

July 12, 2018

**NAME:** Shaulene N Smith          **ID:** 418036
**DOB:** 11/15/1973

Please excuse Shaulene N Smith from work 07/12/2018 to 08/17/2018 due to illness/injury. She is scheduled to be re-evaluated and further disability determination will be made at that time.

Sincerely,

*[signature]*

Electronically signed by agent of provider: Jessica Kryszak

CC: Lynne Ross, MD

**Jonathan Riley, MD**

**Administrative Secretary:**
Jessica Kryszak.....................................(716) 218-1000, ext 6116

**For surgical scheduling questions:**
Jessica Kryszak.....................................(716) 218-1000, ext 8116
For billing questions.............................. (716) 218-1000, Press 2

**It is very important to bring all imaging films or CDs and their reports if you have them to any future office visit. This could include, X-rays, CTs or MRIs. Thank you.**

**\*\*Please be sure to have ALL testing/referral appointments completed before FOLLOW UP appointment. Failure to do so can results in your appointment being cancelled or rescheduled to the next available appointment.\*\***



**UNIVERSITY AT BUFFALO**
**NEUROSURGERY**
UBNS.COM

Neurosurgery
Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAANS
Veetai Li, MD
Douglas B. Moreland, MD, FACS
Robert J. Plunkett, MD
John Pollina, MD, FACS
Renée Reynolds, MD, FAANS
Jonathan Riley, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD, FAANS
Michael R. Stoffman, MD, FACS, FAANS

Interventional Pain Management
Jafar W. Siddiqui, MD, FAAPMR, DABPM
Andrea C. Wong, MD, DABA, DABAPM, MPH

Chiropractors
Jonathan P. Beck, DC
Sunjay Kapoor, DC

3980-A Sheridan Drive
Amherst, NY 14226
716/218-1000
EMR Fax: 716/650-2691

Buffalo General Medical Center
100 High Street • Section B4
Buffalo, NY 14203
716/218-1000
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road • Suite 103
Orchard Park, NY 14127
716/218-1000
EMR Fax: 716/677-4038

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street • 3rd Floor
Buffalo, NY 14203
716/218-1040
EMR Fax: 716/343-2535

The Park Center
180 Park Club Lane
Williamsville, NY 14221
716/839-9402
EMR Fax: 716/839-3570

6930 Williams Road • Suite 3900
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
716/218-1000
EMR Fax: 716/205-8386

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wong)
180 Park Club Lane
Suite 250
Williamsville, NY 14221
716/218-1000
EMR Fax: 716/580-7677

July 12, 2018

| | |
|---|---|
| **Patient Name:** | Shaulene N Smith |
| **Date of Birth:** | 11/15/1973 |
| **Date of Exam:** | 07/12/18 |
| **Resident Physician:** | **Michael Kogan, MD** |
| **Attending Physician:** | **Jonathan Riley, MD** |

**History:** This is a 44-year-old female who obtained a compression fracture due to a fall on ice with no loss of consciousness in February of 2018. Subsequently, she has had severe back pain that has largely been unchanged in the brace. She presents today with followup thoracolumbar x-rays as was the plan on her last visit two months ago.

At this point, she says that her back pain is persistent and really has not improved at all even with the brace. She does admit to a mechanical component, although she states that the pain is pretty much present throughout. She does have pain when she sleeps. She completely denies any radicular-like pain or neck pain at this point; however, she does admit to impressive symptoms worsening over the last 1 1/2 months in her left upper and left lower extremity. She states that she has had some weakness in her hand and has numbness in all of her fingers as well as her large toe in the left lower extremity. She denies any acute changes but does state that this bothers to a very large extent. She denies any particular dermatomal sensory losses or radicular symptoms. She has no previous history of any kind of neurological deficits prior to this.

**Physical Examination:** The patient is alert, awake, and appropriate. Face is symmetric. Voice is clear. She is full strength on the right. On the left upper extremity, she is 4+/5 proximally and 4/5 distally. She has a Hoffmann's sign in the right upper extremity, minimal reflexes in the left upper extremity. She has diminished pinprick on the lateral side of her hand as well as a loss of light touch sensation there. Proprioception is intact. She has difficulty with rapid hand movements in the right upper extremity as well. The left lower extremity is 4+/5 throughout. She has hyperreflexia in her left patella compared to her right and diminished pinprick medially in her foot. She does have pain to palpation in her mid back that seems to correlate with her imaging.

**Review of Studies:** X-rays from 06/18/2018 were reviewed and compared to previous thoracolumbar x-rays. There is no progressive loss of height in her T12 vertebral body.

**Medical Decision Making:** The patient has a stable T12 compression fracture and has persistent pain. There is no progressive deformity in her thoracic spine. The

Shaulene N Smith  DD 07/12/2018                 Page #2

larger issue for her is her likely myelopathy considering her physical exam findings and complaints.
We will discuss bringing her in for an MRI of the cervical spine. We will also

Thank you for allowing us to participate in the care of this patient.

**Diagnosis:** Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture,
Cervical disc disorder with myelopathy, unspecified cervical region


Electronically signed by Michael Kogan, M.D.-Resident
Michael Kogan, MD

*Addendum: I have seen and examined the patient with the resident physician and agree with the above
plan. We will plan for cervical MRI in setting of upper extremity numbness and onset of physical exam
findings concerning for cervical myelopathy. We will also obtain thoracic imaging to attempt to clear
patient of her TLSO*


Electronically signed by Jonathan Riley, MD
Jonathan Riley, MD

MK/jmb

ccLynne Ross MD

Patient Name: SMITH, SHAULENE N
Date of Birth: 11/15/1973

MRN: 1003295790
FIN: 75617428

* Auth (Verified) *

| Entered into electronic record downtime | | |
|---|---|---|
| date | time | |
| Initials | | |

DOWNTIME

**Kaleida Health**

SMITH SHAULENE N
MR· 1003295790          PT· 7561742B
DOB· 11/15/73            AGE· 044Y      SEX· F
ATT· REFERRING DOC
PCP· ROSS LYNNE S
FC    RAD        G       ADM DT· 08/08/18
Patient ID Area    MILLARD FILLMORE SUBURBAN

## CONSENT FOR TREATMENT AND PAYMENT AGREEMENT 1 of 2

HI Claim Number: _____

**AUTHORIZATION FOR CARE & TREATMENT** I hereby agree that Kaleida Health may perform care and treatment, and may conduct such examinations, laboratory tests and procedures, administer such local anesthetics, medication and treatment, as may be directed by my physician or treating practitioner. I acknowledge that no guarantees have been made to me as to the effect of such examinations, tests, procedures or treatment of my condition.

**CONSENT TO USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION** I consent to the use and disclosure of my Protected Health Information by Kaleida Health for purposes of treatment, payment, and health care operations. For example, my attending physician or treating practitioner at Kaleida Health may furnish Protected Health Information maintained by Kaleida Health in the course of my care and treatment. Also, as Kaleida Health is a teaching hospital, I consent to the use and disclosure of my Protected Health Information (i) for training and educational purposes to faculty physicians, residents, and medical, dental, pharmacy, nursing or other students in health-related professions from local colleges and universities affiliated with Kaleida Health, and (ii) for review in preparation for possible research. Release of medical records and information will be made according to state and federal regulations. I understand that Kaleida Health may release medical information to any third party, including my employer, which may be responsible for payment of my hospital or medical expenses. (Release of medical information to employers is limited to those employers who are directly liable for the costs of the patient's health care benefits through and employer, self-insured group health plan or worker's compensation, or in other circumstances in which such disclosure is legally allowed). I understand that it may be necessary for a hospital treating practitioner to contact another treating provider or pharmacy to obtain complete medical history and/ or medicine dosage.

**CONSENT TO RELEASE INFORMATION TO THE UNIVERSITY OF BUFFALO INSTITUTE FOR HEALTHCARE INFORMATICS (IHI)**
I understand that my PHI will be released to a research database supervised by the University of Buffalo Institutional Review Board for use in future research. ☐ Restriction: I do not want my PHI released to IHI.

**INSURANCE AUTHORIZATION:** I understand that I am responsible for knowing the terms and conditions of my insurance coverage. I further understand that I may be responsible for obtaining prior authorization for certain services in order for my insurance company to pay for those services and I understand that I may be personally responsible for payment if I do not obtain any necessary prior authorization or my insurance benefits are denied, reduced, or terminated. (In accordance with federal law, the hospital will not deny or delay necessary care or treatment in the Emergency Department because of a person's inability to pay for such necessary emergency treatment.)

**ASSIGNMENT OF BENEFITS, INSURANCE PROCEEDS, SETTLEMENTS** If I am entitled to health care services under any insurance policy from any person or organization which may become liable to me to provide such benefits, I assign such benefits to the hospital and physicians employed by the hospital who render such services to me. I further authorize payment directly to Kaleida Health and such physicians of all such insurance benefits payable to me. Such insurance may include, but is not limited to, private commercial insurance, auto liability insurance, worker's compensation, programs such as Medicare and Medicaid, or other governmental sources. I certify that the information given regarding my insurance is accurate and current to the best of my knowledge. I further assign to Kaleida Health any payments for medical benefits payable to me as a result of any settlement or judgment in a lawsuit.

**CERTIFICATION OF MEDICARE BENEFITS TO HOSPITAL AND/OR PHYSICIANS: (Applicable to Medicare beneficiaries only)**
I hereby authorize Kaleida Health to bill Medicare and receive payment on my behalf for any authorized Medicare benefits for services furnished to me by Kaleida Health, including physician services. I certify that the information given by me in applying for such payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical information or other information about me to release it to Medicare or its agents, as necessary, for payment of this, or any related Medicare claim.

**FINANCIAL AGREEMENT** In consideration for services rendered by Kaleida Health and physicians employed by Kaleida Health, I guarantee prompt payment of all such services not paid by insurance carriers or third parties within thirty (30) days. I understand that any amounts not covered by my insurance carrier or other third party payor is my personal responsibility, and I agree to make payment for any such amounts. If Kaleida Health does not receive such payment within thirty (30) days from the date such balance is due, the bill may be turned over to an attorney or a collection agency and, if so, I agree to pay all reasonable collection costs including attorney's fees and/or collection fees in addition to the payment owed. I give the hospital the right to examine my consumer credit report for financial information relating to my responsibility to pay for medical services. I understand that, in most cases, my attending physician, emergency department physician, radiologist, anesthesiologist and other consultants and/or surgeons of Kaleida Health are independent practitioners, and not hospital employees. I will receive a separate bill from them for their services.

| | CONSENT | |
|---|---|---|

KH00237 Rev. 06/26/17

**\* Auth (Verified) \***

| | |
|---|---|
| DOWNTIME ☐ Entered into electronic record downtime<br>date      time<br>initials | SMITH SHAULENE N<br>MR-  1003295790          PT-  75617428<br>DOB-  11/15/73            AGE-  044Y    SEX-  F<br>ATT-  REFERRING DOC<br>PCP-  ROSS LYNNE S<br>FG-         RAD        G    ADM DT- 08/08/18<br>Patient ID Area  MILLARD FILLMORE SUBURBAN |

## Kaleida Health

### CONSENT FOR TREATMENT AND PAYMENT AGREEMENT 1 of 2

**NOTICES AND CUSTOMER COMMUNICATIONS** You expressly consent to be contacted by Kaleida Health, its agents, assigns, debt collectors, or anyone calling on its behalf, for purposes relating to medical treatment or billing/payment, at any residential or cellular telephone number, or physical residential or electronic address (which may include a hospital/facility patient room) you provide herein. You agree that Kaleida Health, its agents, assigns, debt collectors, or anyone calling on its behalf may contact you (between the hours of 8:00 a.m. and 9:00 p.m.) at such number(s) and address(es), including by calls delivered by an automatic telephone dialing system and/or prerecorded or voice messages.

**RELEASE OF LIABILITY FOR VALUABLES:** I understand and agree that money, jewelry, and other valuables should not be brought into the hospital. I understand and agree that Kaleida Health shall not be liable for loss or damage to any personal property.

**ADVANCED DIRECTIVES:** I acknowledge that I received or had made available to me information on advance directives and a copy of "Your Patient Bill of Rights," prepared by New York State.

**ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICE:** I acknowledge that I have received the Kaleida Health Notice of Privacy Practices.

**PATIENT DIRECTORY** I understand that I am automatically included in the hospital's Patient Directory, which allows Kaleida Health to relay my location and general condition if asked for by name and my religious affiliation to clergy without asking by name. If I do not want this information disclosed from the Patient Directory, I will indicate that by checking the box. ☐ Restriction: I do not want to be listed in the Patient Directory. I understand that, by checking this box, if family members, my clergy, neighbors, friends or others inquire about me while I am a patient, my presence here will not be disclosed, and any mail or flowers addressed to me will be returned.

**DISCLOSURE TO FAMILY OR FRIENDS INVOLVED IN MY CARE:** I understand that I may limit the disclosure of my health information to family members, other relatives or close personal friends by notifying a member of the staff assigned to care for me.

I have read all the above statements and accept the terms and conditions as stated.

| | | |
|---|---|---|
| _Patient/Parent/Agent/Guardian Signature_ | Date 8/8/18<br>8-8-18 | Time |
| Witness Signature | Date | Time |
| Interpreter (if used) Signature | Date | Time |
| Witness Signature | Date | Time |

---

### TELEPHONE ACCEPTANCE OF TERMS & CONDITIONS

Person contacted: _____   Telephone Number: _____

Relationship to Patient: _____   Date of contact: _____   Time of contact: _____

Person contacted has stated his/her understanding and acceptance of terms and conditions on behalf of the patient.

| | | |
|---|---|---|
| Speaker Signature | Date | Time |
| Witness Signature | Date | Time |

**PHOTO IDENTIFICATION OBTAINED:**   ☐ YES   ☐ NO

NOTE: If the individual signing is the Health Care Agent or Guardian(s), he/she must provide written documentation to authorize his/her legal authority to consent. A copy of the documentation must be placed in the patient's medical record.

KH00287 Rev. 09/28/17                    CONSENT

**Medical Record Request**

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | Ui Nbr: | 1003295790 |
| Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: | 08/08/2018 | Dsch: 08/09/2018 | |

## Orders

* Transcribed *

08/01/18 01:00 PM   UB Neurosurgery    Fax# (716)-677-4038        Page 3 of 3 #00510   BX

08/01/18                        UB NEUROSURGERY, INC                          Page 1
                            Patient Xray Order Requisition

--- PATIENT ---

Smith, Shaulene N                 H-Phone:(716)-310-6649        DOB  :11/15/1973
655 OLIVER ST.                    W-Phone:(716)-  -
APT. 2                            C-Phone:(716)-310-6649        Sex  :F
N TONAWANDA, NY  14120            Race  :Black / African America Chart:070518NS
                                  Account:418036

--- PRIMARY INSURANCE ---

Co#: 150  Policy#: FT73655B       Insured Name: SHAULENE N SMITH
WELLCARE - MCD PLAN               DOB     ; 11/15/1973
PO BOX 31372                      Group Number:
TAMPA, FL 33631-3372              Plan Name  :
                                  Expired Date: 00/00/00

--- FACILITY INFORMATION ---

Name  :MILLARD FILLMORE SUBURBAN - RADIOLOGY   Phone:(716)-568-6400
       1540 MAPLE ROAD                          Fax  :(716)-568-3014

       WILLIAMSVILLE NY  14221

--- X-RAY ORDER ---

Status:Ordered                    Ordered :07/12/18    1:19 pm
Doctor:Riley, Jonathan, MD        Sched   :00/00/00
       3980A SHERIDAN DRIVE       Acquired:00/00/00
       AMHERST, NY  14226-1727    Req#    :246446
                                  Phone   :(716)-218-1000
UPIN  : NPI:1346483039            Fax     :(716)-650-2691
Id    :03-0445678

--- ORDER NOTES ---

PLEASE DO NOT LEAVE THE IMAGING FACILITY WITHOUT OBTAINING A DISK TO BRING TO
OUR OFFICE. THANK YOU
Authorization Number:  A108507658
Case Number: 1101841326
Health Plan Auth Number:  125274846
Status:  Approved
Approval Date:  7/25/2018 12:00:00 AM
Service Code:  72141

Service Description:  MRI CERVICAL SPINE W/O CONTRAS
Site Name:  DEGRAFF MEMORIAL HOSPITAL
Expiration Date:  9/8/2018

| CPT | Test Name | Priority | Acc# |
|---|---|---|---|
| 72141 | MRI, Cervical Spine, W/O Contrast | Routine | 246446-1493345 |
| Dx: M54.2 | Cervicalgia | | |

SMITH SHAULENE N
MR- 1003295790  PT- 75617428
DOB- 11/15/73   AGE- 044Y
PCP- ROSS LYNNE S           SEX- F
FC-               RAD    G
                        ADM DT- 08/08/18

Ordering Provider's Signature:

Electronically signed by agent of provider: Jessica Kryszek on 07/12/18 at  1:20 pm

* Transcribed *

08/01/18 01:00 PM  UB Neurosurgery   Fax# (716)-677-4038        Page 2 of 3 #0051D  D E

08/01/18                          UB NEUROSURGERY, INC                        Page 1
                              Patient Xray Order Requisition

Smith, Shaulene N              H-Phone: (716)-310-6649        DOB  :11/15/1973
655 OLIVER ST.                 W-Phone: (716)- -
APT. 2                         C-Phone: (716)-310-6649        Sex  :F
N TONAWANDA, NY  14120         Race   :Black / African America Chart:070518NS
                               Account:418036
                           ━━━━━━━━━ PRIMARY INSURANCE ━━━━━━━━━
Co#: 150  Policy#: PT736558     Insured Name: SHAULENE N SMITH
WELLCARE - MCD PLAN             DOB       : 11/15/1973
PO BOX 31372                    Group Number:
TAMPA, FL 33631-3372            Plan Name  :
                                Expired Date: 00/00/00
                           ━━━━━━━━ FACILITY INFORMATION ━━━━━━━━
Name  :MILLARD FILLMORE SUBURBAN - RADIOLOGY  Phone:(716)-568-6400
       1540 MAPLE ROAD                         Fax  :(716)-568-3014

       WILLIAMSVILLE NY  14221
                           ━━━━━━━━━━ X-RAY ORDER ━━━━━━━━━━
Status:Ordered                  Ordered :07/12/18    1:19 pm
Doctor:Riley, Jonathan, MD      Sched   :00/00/00
       3960A SHERIDAN DRIVE     Acquired:00/00/00
       AMHERST, NY  14226-1727  Req#    :246445
                                Phone   : (716)-218-1000
UPIN  : NPI:1346483039          Fax     : (716)-650-2691
Id    :03-0445678
                           ━━━━━━━━━━ ORDER NOTES ━━━━━━━━━━
PLEASE DO NOT LEAVE THE IMAGING FACILITY WITHOUT OBTAINING A DISK TO BRING TO
OUR OFFICE. THANK YOU
Authorization Number: A108507844
Case Number:  1101841514
Health Plan Auth Number: 125274891
Status:  Approved
Approval Date:  7/25/2018 12:00:00 AM
Service Code:  72146

Service Description:  MRI THORACIC SPINE W/O CONTRAS
Site Name:  DEGRAFF MEMORIAL HOSPITAL
Expiration Date:  9/8/2018

CPT     Test Name                                   Priority     Acc#
72146   MRI, Thoracic Spine W/O Cont                Routine      246445-1493345
Dx: S22.080A   Wedge compression fracture of T11-T12 vertebra, init

SMITH SHAULENE N
MR· 1003295790  PT· 75617428
DOB· 11/15/73  AGE·044Y      SEX·F
PCP· ROSS LYNNE S
FC·         RAD   G   ADM DT· 08/08/18

Ordering Provider's Signature: _____

Electronically signed by agent of provider: Jessica Kryzak on 07/12/18 at  1:19 pm

**Medical Record Request**

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: 08/08/2018 | Dsch: 08/09/2018 | | |

## Radiology Records

\* Auth (Verified) \*

**Kaleida Health**

☐ Entered into electronic record after downtime

date    time

initials

SMITH SHAULENE N
MR  1003295790                    PT  75617428
DOB 11/15/73                      AGE 44Y        SEX F
ATT REFERRING DOC
PCP ROSS LYNNE
FC        RAD        G        ADM DT 08/08/18
Patient ID Area              MILLARD FILLMORE SUBURBAN

## MRI PRE-SCAN PATIENT QUESTIONNAIRE 1 of 2

| | Buffalo General Medical Center | DeGraff Memorial Hospital | Millard Fillmore Suburban Hospital | John R. Oishei Children's Hospital |
|---|---|---|---|---|
| | 100 High Street Buffalo NY 14203 | 445 Tremont Street North Tonawanda NY 14120 | 1540 Maple Road Williamsville NY 14221 | 818 Ellicott Street Buffalo NY 14203 |
| | APPOINTMENTS | | | |
| PHONE | 716 859 2934 | 716 690 2250 | 716 568 6341 | 716 323 2220 |
| FAX | 716 859 2709 | 716 690 2324 | 716 568 6340 | 716 323 1340 |
| | REQUEST FOR REPORTS OR FILMS | | | |
| PHONE | 7 C 859 2849 | 716 690 2249 | 716 568 6415 | 716 323 2220 |
| FAX | 716 859 1500 | 716 690 2324 | 716 568 3015 | 716 323 1340 |

### PLEASE ANSWER ALL QUESTIONS AND SIGN THIS FORM

Age _44_  Weight _180_  ☑ lbs ☐ kg   Ordering Physician _J Ruleg_

Exam Ordered _____

1  Briefly why are you having this test? _Compressed T12 fracture_

2  Do you have allergies? ☑ No ☐ Yes (please list)_____

3  Are you claustrophobic? ☑ No ☐ Yes
4  Have you had a previous MRI? ☐ No ☑ Yes  When _2/2/18_
   Where _DeGraff Memorial Hospital_

5  Do you have a history of renal disease, seizures or radiation treatment? ☑ No ☐ Yes (please list)_____

6  Do you have anemia, sickle cell disease or trait and/or blood disorder? ☐ No ☑ Yes (please list)
   _Anemia_

7  Have you ever worked with metal or had an injury to the eyes involving metal (e.g. metallic slivers, shavings etc)?
   ☑ No ☐ Yes explain_____

8  Do you have shrapnel or bullet(s) in your body? ☑ No ☐ Yes
9  Have you had a recent capsule endoscopy? ☑ No ☐ Yes
10 HAVE YOU EVER HAD SURGERY ON (SELECT IF YES)

| | DATE | TYPE | | DATE | TYPE |
|---|---|---|---|---|---|
| ☐ Head | | | ☐ Abdomen | 5/29/17 | Hysterectomy |
| ☐ Neck | | | ☐ Back | | |
| ☐ Eyes | | | ☐ Other | | |
| ☐ Heart | | | | | |

11 Have you ever had Cancer? ☑ No
   ☐ Yes – When _____  What part of the body_____
   Treatment_____

12 a  Are you pregnant?  ☑ No ☐ Yes
   b  Are you breastfeeding? ☑ No ☐ Yes
   c  Date of your last menstrual cycle_____  ☑ N/A
   d  Do you have a diaphragm/intrauterine device (IUD)/pessary? ☑ No ☐ Yes
   e  Do you have breast implants or tissue expander? ☑ No ☐ Yes

*Continue on back* ➡

KH01013 Rev 11/10/17

RADIOLOGY

Patient Name: SMITH, SHAULENE N
Date of Birth: 11/15/1973

MRN: 1003295790
FIN: 75617428

\* Auth (Verified) \*

**Kaleida Health**

| | | | |
|---|---|---|---|
| ☐ Entered into electronic record after downtime | | date | time |
| DOWNTIME | | | safety |

SMITH, SHAULENE N
MR   1003295790          PT 75617428
DOB 11/15/73              AGE 44Y          SEX F
ATT REFERRING DOC
PCP ROSS LYNNE
FC          RAD          G          ADM DT 08/08/18
MILLARD FILLMORE SUBURBAN

Patient ID Area

## MRI PRE-SCAN PATIENT QUESTIONNAIRE 2 of 2

### 13 DO YOU HAVE ANY OF THE FOLLOWING?

*Directions   Each box must be checked __DO NOT__ draw a line through all*

| NO | YES | |
|---|---|---|
| ☑ | ☐ | Cardiac pacemaker |
| ☑ | ☐ | Implantable Cardioverter Defibrillator (AICD) |
| ☑ | ☐ | Aneurysm clips |
| ☑ | ☐ | Pacing wires |
| ☑ | ☐ | Any type of ear implant (cochlear, stapes, ear drum, etc ) |
| ☑ | ☐ | Any implant held in place with a magnet |
| ☑ | ☐ | Artificial heart valve |
| ☑ | ☐ | Any type of bio stimulator/Transcutaneous Electrical Nerve Stimulation (TENS) Unit |
| ☑ | ☐ | Bone growth/fusion stimulator |
| ☑ | ☐ | Neurostimulator |
| ☑ | ☐ | Intravascular coil, filter stent    Date implanted ____ |
| ☑ | ☐ | Insulin or drug infusion pump |
| ☑ | ☐ | Vascular access port/catheter |
| ☑ | ☐ | Swan Ganz catheter |
| ☑ | ☐ | Tissue expanders |
| ☑ | ☐ | Shunt |
| ☑ | ☐ | Carotid artery vascular clamp |
| ☑ | ☐ | Surgical clips or staples |
| ☑ | ☐ | Halo vest/metallic cervical fixation device |
| ☑ | ☐ | Any type of electrodes |
| ☑ | ☐ | Artificial limbs |
| ☑ | ☐ | Artificial joint replacements (hip knee, shoulder, etc ) |
| ☑ | ☐ | Orthopaedic implants (screws rods pins plates)    Where in body ____ |
| ☑ | ☐ | Any spine implants (Harrington rods) |
| ☑ | ☐ | Penile prosthesis |
| ☑ | ☐ | Orbital eye prosthesis |
| ☑ | ☐ | Hearing aid |
| ☑ | ☐ | Dentures or partial plates (especially those held in place with magnets) |
| ☑ | ☐ | Any type of trans dermal patches (nicotine, nitro, duragesic estrogen, etc) |
| ☑ | ☐ | Acticoat wound dressings |
| ☑ | ☐ | Body piercings (other than ears) |
| ☐ | ☑ | Tattoos (or tattooed eyeliner) |

### 14 CAN PATIENT LIE FLAT?   ☐ No  ☑ Yes

### NOTE

If you have information cards on any implanted devices  please make them available to the technologist
Please remove all jewelry  dentures  partials from your body  Empty your pockets of all items and wear clothing
without snaps  buttons  or zippers  A gown and/or scrub pants will be provided to you
A technologist will perform a reasonable visual assessment of the patient to evaluate for possible hidden objects

Date 8/8/18  Time 9,02  Signature _____    Print Name SHAULENE SMITH
                                    Relationship to Patient ( f not completed by pat ent)_____
Date_____  Time_____  Nurse/Secretary Signature_____    Print Name_____
Date_____  Time_____  Technologist Signature_____    Print Name_____
Date_____  Time_____  Technologist Signature_____    Print Name_____

KH01019  Rev 11/10/17          RADIOLOGY

\* Auth (Verified) \*

ACCESSION #: MR-18-0016547
SMITH, SHAULENE N
MR #: 1003295790
REQ FOR DATE: 08/08/2018
Millard Fillmore Suburban Hospital
1540 Maple Road, Williamsville, New York 14221-2099



**KALEIDA**
H E A L T H

MILLARD FILLMORE SUBURBAN HOSPITAL
1540 Maple Road, Williamsville, New York 14221-2099

### RADIOLOGY REQUISITION

| PATIENT NAME | MEDICAL REC # | PATIENT LOCATION | SEX | AGE | DOB. | | PRIORITY |
|---|---|---|---|---|---|---|---|
| SMITH, SHAULENE N | 1003295790 | A–MRI Service | F | 44 Y | 11/15/1973 | | Routine |

| Order For | Time | PT TYPE | | TRANS. MODE | O2 | IV | ISO |
|---|---|---|---|---|---|---|---|
| 08/08/2018 | 09:45 am | Clinic | | Ambulatory | | | |

| ORDERING PHYSICIAN | PHONE NUMBER | CONSULTING PHYSICIAN | PHONE NUMBER |
|---|---|---|---|
| RILEY, JONATHAN P. MD | (716) 218-1000 | | |

| EXAM REQUESTED | PACS ID # | CLINICAL INDICATION | ICD CODES |
|---|---|---|---|
| 1 MRI Cervical spine w/o contrast | 7442032 | compression fx | Wedge comp |

COMMENTS / SPECIAL INSTRUCTIONS:

TECHNOLOGIST'S COMMENT:

**PAT. UID #: 1003295790**

LAST 5 EXAMS:
1.) Spine lumbosacral– 2 or 3 v...      06/18/2018
2.) Spine thoracic– 2 views           06/18/2018
3.) Spine thoracic– 2 views           03/15/2018
4.) CT Abd+Pel w IV contrast          02/03/2018
5.) US Transvaginal                   01/16/2018

ISOLATION CODES:

| LMP | NO POTENTIAL FOR PREGNANCY EXISTS | TECH INIT. |
|---|---|---|
| | X | |

| ALLERGIES | DIABETES | LAB RESULTS | | | | | |
|---|---|---|---|---|---|---|---|
| 1 No Known Medication Allergies | No | HCT/HGB | PLT | PT/PTT/INR | BUN | CRT | HCG |
| | | | | | | 0.64 | |

| MEDICAL RECORD NUMBER | ACCESSION NO |
|---|---|
| 1003295790 | MR-18-0016547 |

| TECHNOLOGIST NAME | | 8 x 10 | 10 x 12 | 11 x 14 | 14 x 17 | 14 x 36 | 7 x 17 | OTHER | TOTAL FILMS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| INJECTION TIME | | CONTRAST / RADIOPHARM | | NO. OF CC / mCi–uCi | | INJECTED / CATHED BY | | | |

PRELIMINARY RADIOLOGICAL INTERPRETATIONS:
Financial Number
75617428

Digital Dictation.

Entered by: ESTRADA, RAQUEL

*ORIGINAL*

* Auth (Verified) *

ACCESSION #: MR-18-0016546
SMITH, SHAULENE N
MR #: 1003295790
RFQ FOR DATE: 08/08/2018
Millard Fillmore Suburban Hospital
1540 Maple Road, Williamsville, New York 14221-2099



# KALEIDA
## H E A L T H
### MILLARD FILLMORE SUBURBAN HOSPITAL
1540 Maple Road, Williamsville, New York 14221-2099

## RADIOLOGY REQUISITION

| PATIENT NAME | MEDICAL REC # | PATIENT LOCATION | SEX | AGE | DOB. | | PRIORITY |
|---|---|---|---|---|---|---|---|
| SMITH, SHAULENE N | 1003295790 | A-MRI Service | F | 44 Y | 11/15/1973 | | Routine |

| Order For | Time | PT TYPE | TRANS. MODE | O2 | | IV | ISO |
|---|---|---|---|---|---|---|---|
| 08/08/2018 | 09:00 am | Clinic | Ambulatory | | | | |

| ORDERING PHYSICIAN | PHONE NUMBER | CONSULTING PHYSICIAN | PHONE NUMBER |
|---|---|---|---|
| RILEY, JONATHAN P. MD | (716) 218-1000 | | |

| EXAM REQUESTED | PACS ID # | CLINICAL INDICATION | ICD CODES |
|---|---|---|---|
| 1 MRI Thoracic imaging w/o contrast | 7442028 | compression fx | Wedge comp |

COMMENTS / SPECIAL INSTRUCTIONS:

TECHNOLOGIST'S COMMENT:

### PAT. UID #: 1003295790

ISOLATION CODES:

LAST 5 EXAMS:
| | |
|---|---|
| 1.) Spine lumbosacral– 2 or 3 v... | 06/18/2018 |
| 2.) Spine thoracic– 2 views | 06/18/2018 |
| 3.) Spine thoracic– 2 views | 03/15/2018 |
| 4.) CT Abd+Pel w IV contrast | 02/03/2018 |
| 5.) US Transvaginal | 01/16/2018 |

| LMP | NO POTENTIAL FOR PREGNANCY EXISTS | TECH INIT. |
|---|---|---|
| | X | |

| ALLERGIES | DIABETES | LAB RESULTS | | | | | |
|---|---|---|---|---|---|---|---|
| 1 No Known Medication Allergies | No | HCT/HBG | PLT | PT/PT/INR | BUN | CRT | HCG |
| | | | | | | 0.64 | |

| MEDICAL RECORD NUMBER | ACCESSION NO. |
|---|---|
| 1003295790 | MR-18-0016546 |

| TECHNOLOGIST NAME | 8 x 10 | 10 x 12 | 11 x 14 | 14 x 17 | 14 x 36 | 7 x 17 | OTHER | TOTAL FILMS |
|---|---|---|---|---|---|---|---|---|
| INJECTION TIME | | CONTRAST / RADIOPHARM | | NO. OF CC / mCi-uCi | | INJECTED / CATHED BY | | |

PRELIMINARY RADIOLOGICAL INTERPRETATIONS:
Financial Number
75617428

Digital Dictation.

Entered by: ESTRADA, RAQUEL

*ORIGINAL*

| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: 08/08/2018 | Dsch: 08/09/2018 | | |

**Medical Record Request**

## MRI

| EXAM | EXAM DATE/TIME | ACCESSION NUMBER | ORDERING DOCTOR |
|---|---|---|---|
| MRI Thoracic imaging w/o contrast | 08/08/2018 10:09 | MR-18-0016546 | RILEY,JONATHAN P.MD |

**REASON FOR EXAM**
(MRI Thoracic imaging w/o contrast) compression fx

**Findings**
CLINICAL HISTORY: Numbness fingers and toes on the left.

TECHNIQUE: Multiple pulse sequences performed

COMPARISON: none

FINDINGS:
Thoracic intervertebral disc spaces well maintained.
No focal disc herniation or stenosis is seen.
No intramedullary abnormalities are appreciated.
Minor disc degeneration at T11-12 with a minimal bulging disc is seen.
No discitis or osteomyelitis is seen.

IMPRESSION:
Minor disc degeneration at T11-12. No significant thoracic MRI abnormalities appreciated.

READ BY............: REGENBOGEN, VICTOR S. MD
DICTATED ..........: 08/08/2018 10:13 am
TRANSCRIBED BY.....: 08/08/2018 10:13 am VSR
SIGNED        08/08/2018 10:17 am
ELECTRONICALLY BY..: REGENBOGEN, VICTOR S. MD

A Kaleida Health dictation system was used to prepare this imaging report.
Although each report is personally scanned for syntactic or grammatical errors,
unintended but conspicuous translational errors can occur.
Please contact the Radiology department if there are questions about contents of this report.

---

| EXAM | EXAM DATE/TIME | ACCESSION NUMBER | ORDERING DOCTOR |
|---|---|---|---|
| MRI Cervical spine w/o contrast | 08/08/2018 10:09 | MR-18-0016547 | RILEY,JONATHAN P.MD |

**REASON FOR EXAM**
(MRI Cervical spine w/o contrast) compression fx

**Findings**
HISTORY: Finger and toe numbness

TECHNIQUE: Multiple pulse sequences obtained through the cervical spine.

Printed: 08/23/2018 16:54

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: | 08/08/2018 | Dsch: | 08/09/2018 |

**Medical Record Request**

## MRI

| EXAM | EXAM DATE/TIME | ACCESSION NUMBER | ORDERING DOCTOR |
|---|---|---|---|
| MRI Cervical spine w/o contrast | 08/08/2018 10:09 | MR-18-0016547 | RILEY,JONATHAN P.MD |

**Findings**

COMPARISON: none

FINDINGS:
Craniocervical junction unremarkable.
Cervical intervertebral disc spaces well maintained.
No focal disc herniation or stenosis seen.
Upper 4 thoracic levels unremarkable.
No intramedullary abnormalities are appreciated.
No discitis or osteomyelitis appreciated.

IMPRESSION:
Unremarkable MRI of the cervical spine.

READ BY............: REGENBOGEN, VICTOR S. MD
DICTATED ..........: 08/08/2018 10:09 am
TRANSCRIBED BY.....: 08/08/2018 10:09 am VSR
SIGNED          08/08/2018 10:12 am
ELECTRONICALLY BY..: REGENBOGEN, VICTOR S. MD

A Kaleida Health dictation system was used to prepare this imaging report.
Although each report is personally scanned for syntactic or grammatical errors,
unintended but conspicuous translational errors can occur.
Please contact the Radiology department if there are questions about contents of this report.

| | |
|---|---|
| **Medical Record Request** | Med Rec Nbr: 1003295790 |
| | Financial Nbr: 75617428 |
| | Client Med Rec Nbr: 4437 |
| | DOB: 11/15/1973 |
| | Sex: Female |
| | Adm: 08/08/2018   Dsch: 08/09/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH SUBURBAN |
| Patient Location: | A-MRI Service |
| Physician: | RILEY,JONATHAN P.MD |

## Past Medical History

### Problem Name: Anemia

Status: Active     Age at Onset: 18 years; Onset Date: 1991; Age at Resolved: ; Resolved Date: ; Responsible Provider:

C: 09/19/2016 10:03 : CRONIN, LINDA J.: hospitalized at age 18. dx'ed as iron deficient anemia

### Problem Name: Polycystic ovarian syndrome

Status: Resolved     Age at Onset: ; Onset Date: ; Age at Resolved: ; Resolved Date: ; Responsible Provider:

### Problem Name: Pregnant

Status: Resolved     Age at Onset: 20 years; Onset Date: 03/27/1994; Age at Resolved: Unknown 21 years; Resolved Date: Unknown 1995; Responsible Provider:

### Problem Name: Pregnant

Status: Resolved     Age at Onset: 22 years; Onset Date: 10/23/1996; Age at Resolved: Unknown 23 years; Resolved Date: Unknown 1997; Responsible Provider:

### Problem Name: Pregnant

Status: Resolved     Age at Onset: 33 years; Onset Date: 03/27/2007; Age at Resolved: Unknown 34 years; Resolved Date: Unknown 2008; Responsible Provider:

### Problem Name: Pregnant

Status: Resolved     Age at Onset: 34 years; Onset Date: 03/27/2008; Age at Resolved: Unknown 35 years; Resolved Date: Unknown 2009; Responsible Provider:

**Medical Record Request**

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: 08/08/2018 | Dsch: 08/09/2018 | | |

## Family History

Last Update: 09/19/2016 09:56 by CRONIN,LINDA J.

### Mother: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Hypertension | Positive | | | |
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Sister: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Breast cancer* | Positive | | | |
| Diabetes mellitus | Positive | | | |
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

C1: 09/19/2016 09:56 : CRONIN, LINDA J.; dx'ed age 30, deceased

### Sister: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Diabetes mellitus | Positive | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Brother: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Brother: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Diabetes mellitus | Positive | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Cousin: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Father: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Diabetes mellitus | Positive | | | |
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Mat Grandfather: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA - Cancer of colon | Negative | | | |

Printed: 08/23/2018 16:54

| | | | | |
|---|---|---|---|---|
| **Medical Record Request** | Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| | Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| | Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| | DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| | Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| | Adm: 08/08/2018 | Dsch: 08/09/2018 | | |

## Family History

### Mat Grandfather: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Mat Grandmother: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA – Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Nephew: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA – Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Niece: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA – Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Pat Grandfather: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA – Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Pat Grandmother: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA – Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
|---|---|---|---|
| Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: 08/08/2018 | Dsch: 08/09/2018 | | |

**Medical Record Request**

## Allergy

**Substance: No Known Medication Allergies**

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 09/19/2016 09:50 | CRONIN,LINDA J. | Reaction Status: Active; Allergy Type: Allergy; Category Drug; Reviewed Date/Time: 02/03/2018 10:09 ; Reviewed By: LYNCH,JOSHUA J.DO |

**Medical Record Request**

| | | | | |
|---|---|---|---|---|
| Med Rec Nbr: | 1003295790 | | UI Nbr: | 1003295790 |
| Financial Nbr: | 75617428 | | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | | Patient Location: | A-MRI Service |
| Sex: | Female | | Physician: | RILEY,JONATHAN P.MD |
| Adm: 08/08/2018 | | Dsch: 08/09/2018 | | |

## Problem List

### Problem Name: Anemia

| | |
|---|---|
| Last Updated: 09/19/2016 | Status Date: 09/19/2016 |
| Last Reviewed: 02/03/2018 | Responsible Provider: |

### Problem Name: Obesity

| | |
|---|---|
| Last Updated: 09/19/2016 | Status Date: 09/19/2016 |
| Last Reviewed: 09/19/2016 | Responsible Provider: |

### Problem Name: Polycystic ovarian syndrome

| | |
|---|---|
| Last Updated: 09/19/2016 | Status Date: 09/19/2016 |
| Last Reviewed: 02/03/2018 | Responsible Provider: |

### Problem Name: Pregnant

| | |
|---|---|
| Last Updated: 09/19/2016 | Status Date: |
| Last Reviewed: 02/03/2018 | Responsible Provider: |

### Problem Name: Pregnant

| | |
|---|---|
| Last Updated: 09/19/2016 | Status Date: |
| Last Reviewed: 02/03/2018 | Responsible Provider: |

### Problem Name: Pregnant

| | |
|---|---|
| Last Updated: 09/19/2016 | Status Date: |
| Last Reviewed: 02/03/2018 | Responsible Provider: |

### Problem Name: Pregnant

| | |
|---|---|
| Last Updated: 09/19/2016 | Status Date: |
| Last Reviewed: 02/03/2018 | Responsible Provider: |

| | | |
|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: 08/08/2018 | Dsch: 08/09/2018 | | |

**Medical Record Request**

## Procedures-Surgical History

### Procedure: Laparoscopy

| Last Updated: | Status: |
|---|---|
| 09/19/2016 | Active |

Location:

| Provider: | Last Reviewed: | Related Diagnosis: |
|---|---|---|
| | 02/03/2018 | |

C: 09/19/2016 09:54 ; CRONIN, LINDA J.; exploratory, for abdominal pain, nothing found

| | | |
|---|---|---|
| **Medical Record Request** | Med Rec Nbr: 1003295790 | UI Nbr: 1003295790 |
| | Financial Nbr: 75617428 | Patient Name: SMITH, SHAULENE N |
| | Client Med Rec Nbr: 4437 | Organization: KH SUBURBAN |
| | DOB: 11/15/1973 | Patient Location: A-MRI Service |
| | Sex: Female | Physician: RILEY,JONATHAN P.MD |
| | Adm: 08/08/2018 | Dsch: 08/09/2018 |

## Orders

## Radiology

### Order: MRI Cervical spine w/o contrast

Order Date/Time: 08/01/2018 12:58

| | | |
|---|---|---|
| Department Status: Completed | Catalog Type: Radiology | Activity Type: Radiology |
| End-state Date/Time: 08/08/2018 10:14 | | End-state Reason: |
| Ordering Physician: RILEY,JONATHAN P.MD | | Consulting Physician: |

Entered & Electronically Signed By: ESTRADA,RAQUEL on 08/01/2018 12:56
Order Details: Routine, 8/8/18 9:45:00 AM EDT, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Order Comment:

| Action Type: Complete | Action Date/Time: 08/08/2018 10:14 | Action Personnel: REGENBOGEN,VICTOR S.MD |
|---|---|---|

Order Details: Routine, 08/08/18 9:45:00, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD. None. ~THECURRENTUSER

Review Information:
Doctor Cosign: Not Required

Order Comment:

| Action Type: Status Change | Action Date/Time: 08/08/2018 10:09 | Action Personnel: MATYAS,ROB C MRI Tech |
|---|---|---|

Order Details: Routine, 08/08/18 9:45:00, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Review Information:
Doctor Cosign: Not Required

Order Comment:

| Action Type: Status Change | Action Date/Time: 08/08/2018 09:25 | Action Personnel: MATYAS,ROB C MRI Tech |
|---|---|---|

Order Details: Routine, 08/08/18 9:45:00, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Review Information:
Doctor Cosign: Not Required

Order Comment:

| Action Type: Activate | Action Date/Time: 08/08/2018 09:09 | Action Personnel: ESTRADA,RAQUEL |
|---|---|---|

Order Details: Routine, 08/08/18 9:45:00, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Review Information:
Doctor Cosign: Not Required

Order Comment:

| Action Type: Order | Action Date/Time: 08/01/2018 12:58 | Action Personnel: ESTRADA,RAQUEL |
|---|---|---|

Order Details: Routine, 08/08/18, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required

Order Comment:



| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: | 08/08/2018 | Dsch: | 08/09/2018 |

**Medical Record Request**

## Orders

## Radiology

### Order: MRI Thoracic Imaging w/o contrast

Order Date/Time: 08/01/2018 12:55

| | | |
|---|---|---|
| Department Status: Completed | Catalog Type: Radiology | Activity Type: Radiology |
| End-state Date/Time: 08/08/2018 10:18 | | End-state Reason: |
| Ordering Physician: RILEY,JONATHAN P.MD | | Consulting Physician: |

Entered & Electronically Signed By: ESTRADA,RAQUEL on 08/01/2018 12:55

Order Details: Routine, 8/8/18 9:00:00 AM EDT, compression fx, Ambulatory, Wedge compression fracture, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Order Comment:

| | | |
|---|---|---|
| Action Type: Complete | Action Date/Time: 08/08/2018 10:18 | Action Personnel: REGENBOGEN,VICTOR S MD |

Order Details: Routine, 08/08/18 9:00:00, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Review Information:
Doctor Cosign: Not Required

Order Comment:

| | | |
|---|---|---|
| Action Type: Status Change | Action Date/Time: 08/08/2018 10:09 | Action Personnel: MATYAS,ROB C MRI Tech |

Order Details: Routine, 08/08/18 9:00:00, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Review Information:
Doctor Cosign: Not Required

Order Comment:

| | | |
|---|---|---|
| Action Type: Status Change | Action Date/Time: 08/08/2018 09:25 | Action Personnel: MATYAS,ROB C MRI Tech |

Order Details: Routine, 08/08/18 9:00:00, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Review Information:
Doctor Cosign: Not Required

Order Comment:

| | | |
|---|---|---|
| Action Type: Activate | Action Date/Time: 08/08/2018 09:08 | Action Personnel: ESTRADA,RAQUEL |

Order Details: Routine, 08/08/18 9:00:00, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Review Information:
Doctor Cosign: Not Required

Order Comment:

| | | |
|---|---|---|
| Action Type: Modify | Action Date/Time: 08/01/2018 12:56 | Action Personnel: ESTRADA,RAQUEL |

Order Details: Routine, 08/08/18, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Review Information:
Doctor Cosign: Not Required

Order Comment:

| | | |
|---|---|---|
| Action Type: Order | Action Date/Time: 08/01/2018 12:55 | Action Personnel: ESTRADA,RAQUEL |

Order Details: Routine, 08/08/18, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required

Order Comment:

## Fax Call Report                          HP LaserJet 500 MFP M525

Page 1

### Fax Header Information

office fax
7166752885
Sep/4/2018 10:14:57 AM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 2788 | Sep/4/2018 10:09:01 AM | Send | 6958592 | 5:54 | 22 | Success |

# DAVID W. POLAK
## Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

**Legal Assistant:**
Cheryl A. Schenk

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

* (not for service)

August 30, 2018

Advanced Care Physical Therapy
**Attn: Medical Records**
3780 Commerce Ct., Suite 300
N. Tonawanda, New York 14120

Re:   Your Patient:     **Shaulene Smith**
      Date of Birth:    **November 15, 1973**
      Date of Injury:   **February 2, 2018**

Dear Sir or Madam:

Please be advised that this office represents Shaulene Smith with respect to injuries she sustained when she fell on ice while walking to work on February 2, 2018.

Kindly forward a copy of your medical records of treatment provided to Shaulene as it relates to injuries sustained on February 2, 2018. Please include an invoice for any charge incurred in accordance with the New York State Health Law that sets a maximum charge of 75¢ per page and a check will be promptly forwarded. An Authorization is provided which will enable you to release this information to our office.

Thank you for your cooperation.

Very truly yours,

Cheryl Schenk

Enclosure

OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Shaulene Smith | 11/15/73 | |

| Patient Address |
|---|
| 655 Oliver St. #2 North Tonawanda N.Y. 14120 |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information: ADVANCED CARE PHYSICAL THERAP 3180 COMMERCE CT. SUITE 300, N. TONAWANDA NY 14120

8. Name and address of person(s) or category of person to whom this information will be sent: DAVID W. POLAK, ESQ. 370 UNION ROAD WEST SENECA, NEW YORK 14224

9(a). Specific information to be released:
☑ Medical Record from (insert date) 2/2/18 to (insert date) present
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other: _____

_____

Include: (Indicate by Initialing)
_____ Alcohol/Drug Treatment
_____ Mental Health Information
_____ HIV-Related Information

Authorization to Discuss Health Information

(b) ☐ By initialing here _____ I authorize _____
        Initials                    Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☑ Other: litigation | 11. Date or event on which this authorization will expire: 1 yr. from date of signature |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature of patient or representative authorized by law.          Date: 8/30/18

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

USE OF THIS AUTHORIZATION REQUIRES DEFENSE COUNSEL TO PROVIDE ALL RECORDS OBTAINED TO PLAINTIFFS COUNSEL UPON RECEIPT OF THOSE RECORDS

## DAVID W. POLAK

### Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

**Legal Assistant:**
Cheryl A. Schenk

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

* (not for service)

August 24, 2018

**Via Facsimile: (716) 695-8592**
City of North Tonawanda
Office of the City Attorney
**Attn:  Luke A. Brown, Esq.**
216 Payne Avenue
North Tonawanda, New York 14120

Re:    **Shaulene Smith v. City of North Tonawanda**

Dear Mr. Brown:

As you are aware our office has and continues to represent Shaulene Smith who sustained injury with respect to an incident that took place on City Property on February 2, 2018.

Enclosed please find a copy of a medical records we have obtained from UBNS on behalf of our client Shaulene Smith.

Thank you for your attention to this matter.  Should you have any questions please contact Mr. Polak at your earliest convenience.

Very truly yours,

Cheryl A. Schenk

/cs
Enclosure

**KALEIDA HEALTH**

Millard Fillmore Suburban Hospital
1540 Maple Rd

Williamsville NY 14221
(716)-568-3600
MRI Cervical spine w/o contrast

Name: SHAULENE N SMITH
MR#: 1003295790
DOB: 11/15/1973 Age: 44
Location: KH SUBURBAN
Admission Date: 08/08/2018 09:06
Ordering Provider: Jonathan P. Riley
Patient Type: Clini

MRI Cervical spine w/o contrast

Exam Date/Time:  08/08/2018 10:09
Accession Number: MR-18-0016547
Reason For Exam:  compression fx

HISTORY: Finger and toe numbness

TECHNIQUE: Multiple pulse sequences obtained through the cervical spine.

COMPARISON: none

FINDINGS:

Craniocervical junction unremarkable.

Cervical intervertebral disc spaces well maintained.

No focal disc herniation or stenosis seen.

Upper 4 thoracic levels unremarkable.

No intramedullary abnormalities are appreciated.

No discitis or osteomyelitis appreciated.

Shaulene N Smith  DOB 11/15/1973 UB NEUROSURGERY, INC          Page #2

IMPRESSION:

Unremarkable MRI of the cervical spine.

READ BY............: REGENBOGEN, VICTOR S. MD

DICTATED ..........: 08/08/2018 10:09 am

TRANSCRIBED BY.....: 08/08/2018 10:09 am VSR

SIGNED          08/08/2018 10:12 am

ELECTRONICALLY BY..: REGENBOGEN, VICTOR S. MD

A Kaleida Health dictation system was used to prepare this Imaging report.

Although each report is personally scanned for syntactic or grammatical errors,

unintended but conspicuous translational errors can occur.

Please contact the Radiology department if there are questions about contents of this report.

**KALEIDA HEALTH**

Millard Fillmore Suburban Hospital
1540 Maple Rd

Williamsville NY 14221
(716)-568-3600
MRI Thoracic imaging w/o contrast

MRI Thoracic imaging w/o contrast

Exam Date/Time:   08/08/2018 10:09
Accession Number: MR-18-0016546
Reason For Exam:  compression fx

Name: SHAULENE N SMITH
MR#: 1003295790
DOB: 11/15/1973 Age: 44
Location: KH SUBURBAN
Admission Date: 08/08/2018 09:06
Ordering Provider: Jonathan P. Riley
Patient Type: Clini

CLINICAL HISTORY: Numbness fingers and toes on the left.

TECHNIQUE: Multiple pulse sequences performed

COMPARISON: none

FINDINGS:

Thoracic intervertebral disc spaces well maintained.

No focal disc herniation or stenosis is seen.

No intramedullary abnormalities are appreciated.

Minor disc degeneration at T11-12 with a minimal bulging disc is seen.

No discitis or osteomyelitis is seen.

IMPRESSION:

Minor disc degeneration at T11-12. No significant thoracic MRI abnormalities appreciated.

Shaulene N Smith  DOB 11/15/1973 UB NEUROSURGERY, INC                    Page #2

.

READ BY.............: REGENBOGEN, VICTOR S. MD

DICTATED ..........: 08/08/2018 10:13 am

TRANSCRIBED BY.....: 08/08/2018 10:13 am VSR

SIGNED           08/08/2018 10:17 am

ELECTRONICALLY BY..: REGENBOGEN, VICTOR S. MD

A Kaleida Health dictation system was used to prepare this Imaging report.

Although each report is personally scanned for syntactic or grammatical errors,

unintended but conspicuous translational errors can occur.

Please contact the Radiology department if there are questions about contents of this report.

.

.

## Fax Call Report

### HP LaserJet 500 MFP M525

**Page 1**

---

Fax Header Information

office fax
7166752885
Aug/24/2018 1:20:33 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 2734 | Aug/24/2018 1:19:15 PM | Send | 6958592 | 1:16 | 5 | Success |

# DAVID W. POLAK

## Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

**Legal Assistant:**
Cheryl A. Schenk

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

* (not for service)

August 20, 2018

**Via Facsimile: (716) 650-2691**
UBNS
**Attn: Dr. Jonathan Riley**
3980-A Sheridan Drive
Amherst, New York 14226

Re:   **Your Patient:**   **Shaulene Smith**
      **Date of Birth:**   **November 15, 1973**
      **Date of Injury:**   **February 2, 2018**

Dear Dr. Riley:

Please be advised that this office represents Shaulene Smith with respect to injuries she sustained when she fell on ice while walking to work on February 2, 2018.

Kindly forward a copy of your medical records of treatment provided to Shaulene from **July 16, 2018 to present** as it relates to injuries sustained on February 2, 2018. Please include an invoice for any charge incurred in accordance with the New York State Health Law that sets a maximum charge of 75¢ per page and a check will be promptly forwarded. An Authorization is provided which will enable you to release this information to our office.

Thank you for your cooperation.

Very truly yours,

Cheryl Schenk

Enclosure

OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA

[This form has been approved by the New York State Department of Health]

| Patient Name Shaulene Smith | Date of Birth 11/15/73 | Social Security Number |
|---|---|---|

| Patient Address 655 Oliver St. #2 North Tonawanda NY 14120 |
|---|

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information: UBNS- Dr. JONATHAN RILEY- 3980-A SHERIDAN DRIVE, AMHERST, NY 14226

8. Name and address of person(s) or category of person to whom this information will be sent: DAVID W. POLAK, ESQ 1370 UNION ROAD, WEST SENECA, NY 14224

9(a). Specific information to be released:
☑ Medical Record from (insert date) 7/1/18 to (insert date) present
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)
_____ Alcohol/Drug Treatment
_____ Mental Health Information
_____ HIV-Related Information

Authorization to Discuss Health Information

(b) ☐ By initialing here _____ I authorize _____
Initials                          Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☑ Other: litigation | 11. Date or event on which this authorization will expire: 1 yr. from date of signature |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_Smith_                                    Date: 8/20/18
Signature of patient or representative authorized by law.

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

USE OF THIS AUTHORIZATION REQUIRES DEFENSE COUNSEL TO PROVIDE ALL RECORDS OBTAINED TO PLAINTIFFS COUNSEL UPON RECEIPT OF THOSE RECORDS

# Fax Call Report

## HP LaserJet 500 MFP M525

Page 1

Fax Header Information

office fax
7166752885
Aug/20/2018 4:24:06 PM

| Job | Date/Time | Type | Identification | Duration | Pages | Result |
|-----|-----------|------|----------------|----------|-------|--------|
| 2699 | Aug/20/2018 4:21:53 PM | Send | 6502691 | 2:11 | 2 | Success |

English (United States)

# DAVID W. POLAK
## Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

**Legal Assistant:**
Cheryl A. Schenk

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

\* (not for service)

August 20, 2018

Millard Fillmore Hospital
**Attn: Medical Records**
1540 Maple Road
Williamsville, New York 14224

Re:  **Your Patient:**  **Shaulene Smith**
     **Date of Birth:**  **November 15, 1973**
     **Date of Injury:**  **February 2, 2018**

Dear Sir or Madam:

Please be advised that this office represents Shaulene Smith with respect to injuries she sustained when she fell on ice while walking to work on February 2, 2018.

Kindly forward a copy of your medical records of treatment provided to Shaulene as it relates to injuries sustained on February 2, 2018. Please include an invoice for any charge incurred in accordance with the New York State Health Law that sets a maximum charge of 75¢ per page and a check will be promptly forwarded. An Authorization is provided which will enable you to release this information to our office.

Thank you for your cooperation.

Very truly yours,

Cheryl Schenk

Enclosure

# DAVID W. POLAK
### Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

**Legal Assistant:**
Cheryl A. Schenk

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

\* (not for service)

August 1, 2018

**Via Facsimile: (716) 695-8592**
City of North Tonawanda
Office of the City Attorney
**Attn:  Luke A. Brown, Esq.**
216 Payne Avenue
North Tonawanda, New York 14120

     **Re:    Shaulene Smith v. City of North Tonawanda**

Dear Mr. Brown:

     As you are aware our office has and continues to represent Shaulene Smith who sustained injury with respect to an incident that took place on City Property on February 2, 2018.

     Enclosed for your file is a copy of a Lien Notice from Standard Security Life Insurance on behalf of Ms. Smith.

     Thank you for your attention to this matter.  Should you have any questions please contact Mr. Polak at your earliest convenience.

              Very truly yours,

              Cheryl A. Schenk

/cs
Enclosure

OCA Official Form No.: 960

AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA

[This form has been approved by the New York State Department of Health]

| Patient Name _Shaulene Smith_ | Date of Birth _11/15/73_ | Social Security Number |
| --- | --- | --- |

Patient Address _655 Oliver St. #2 North Tonawanda NY 14120_

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information: _MILLARD FILLMORE SUBURBAN_ _1540 MAPLE ROAD WILLIAMSVILLE NY 14221_

8. Name and address of person(s) or category of person to whom this information will be sent: _DAVID W. POLAK, ESQ._ _1500 UNION ROAD, WEST SENECA, NY 14224_

9(a). Specific information to be released: _2/2/18_ to (insert date) _present_
☑ Medical Record from (insert date)
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other: _____

Include: (Indicate by Initialing)

_____ Alcohol/Drug Treatment
_____ Mental Health Information
_____ HIV-Related Information

Authorization to Discuss Health Information

(b) ☐ By initialing here _____ I authorize _____
           Initials                          Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: ☐ At request of individual ☑ Other: _litigation_ | 11. Date or event on which this authorization will expire: _1 yr. from date of signature_ |
| --- | --- |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_Smith_ _____   Date: _8/20/18_

Signature of patient or representative authorized by law.

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

USE OF THIS AUTHORIZATION REQUIRES DEFENSE COUNSEL TO PROVIDE ALL RECORDS OBTAINED TO PLAINTIFFS COUNSEL UPON RECEIPT OF THOSE RECORDS

| Temperature Intravascular | | |
|---|---|---|
| Weight | 67.59 kg | 67.59 kg |

**With:**          **Address:**                    **When:**

UB Neuro Surgery 218-1000

**With:**          **Address:**                    **When:**

University Ortho 204-3200

**With:**          **Address:**                    **When:**

LYNNE ROSS          LYNNE ROSS, MD, PC, 43
NIAGARA STREET NORTH
TONAWANDA, NY 14120
(716) 690-2001 Business (1)

## Medication Information:

Allergy Info:
    No Known Medication Allergies

Immunizations:
None given this visit

Explanation of your Complete Medication List (if you are not on any medications, below will be blank)

## CHANGES: Medications with changes in dosing

CVS/pharmacy #0589, 955 PAYNE AVE MID-CITY PLAZA NORTH TONAWANDA, NY 14120, (716) 693 - 1091

Start Taking: **oxyCODONE-acetaminophen (oxyCODONE-acetaminophen 7.5 mg-325 mg oral tablet)** 1 tablet oral every 6 hours for 3 days. Refills: 0.

Stop Taking: **oxyCODONE-acetaminophen (oxyCODONE-acetaminophen 7.5 mg-325 mg oral tablet)** 1 tablet oral every 6 hours.

Patient Name SMITH, SHAULENE N
FIN # 75213332

MRN  1003295790

**Below is a Complete list of your medications**

oxyCODONE-acetaminophen (oxyCODONE-acetaminophen 7.5 mg-325 mg oral tablet) 1 tablet oral every 6 hours for 3 days. Refills: 0.

**Medication Comments:**

**Additional Comments:**

**DISCHARGE INSTRUCTIONS**

Order Name          Order Details

**TEST RESULTS**
**PENDING LABORATORY RESULTS:**
None

**PENDING RADIOLOGY RESULTS:**
None

**Laboratory or Other Results This Visit** (last charted value for your 02/03/2018 visit)

<u>**GENERAL LABORATORY**</u>
02/03/2018  10:23 AM
Albumin Level: 3.8 g/dL -- Normal range between ( 3.5 and 5.0 )
Alkaline Phosphatase: 72 unit/L -- Normal range between ( 30 and 140 )
ALT: 11 unit/L -- Normal range between ( 5 and 50 )
Anion Gap: 7 mmol/L -- Normal range between ( 5 and 15 )
AST: 15 unit/L -- Normal range between ( 5 and 50 )
Baso Abs: 0.0 x10^9/L
Basophils: 0.7 %
Bilirubin: 0.6 mg/dL -- Normal range between ( 0.2 and 1.2 )
BUN: 8 mg/dL -- Normal range between ( 5 and 25 )
Calcium Level: 10.1 mg/dL -- Normal range between ( 8.5 and 10.5 )
Carbon Dioxide: 25 mmol/L -- Normal range between ( 20 and 32 )
Chloride: 105 mmol/L -- Normal range between ( 96 and 110 )
Eos Abs: 0.2 x10^9/L
Eos: 3.2 %
MCH: 26.7 pg -- Normal range between ( 28.0 and 34.0 )

MCHC: 32.8 g/dL -- Normal range between ( 32.0 and 36.0 )
MCV: 81.4 fL -- Normal range between ( 78.0 and 100.0 )
RDW: 13.4 % -- Normal range between ( 11.5 and 14.0 )
RBC: 4.31 x10^12/L -- Normal range between ( 4.20 and 5.40 )
Hct: 35.1 % -- Normal range between ( 37.0 and 47.0 )
Hgb: 11.5 g/dL -- Normal range between ( 12.0 and 16.0 )
WBC: 6.0 x10^9/L -- Normal range between ( 4.0 and 10.5 )
Lipase Level: 39 unit/L -- Normal range between ( 7 and 78 )
Lymp Abs: 1.9 x10^9/L -- Normal range between ( 1.5 and 3.5 )
Lymph: 32.1 % -- Normal range between ( 20.0 and 48.0 )
Mono Abs: 0.4 x10^9/L
Mono: 7.2 %
Neut Abs: 3.4 x10^9/L -- Normal range between ( 1.5 and 6.6 )
Platelet: 257 x10^9/L -- Normal range between ( 150 and 450 )
Protein: 7.1 g/dL -- Normal range between ( 6.0 and 8.0 )
Creatinine: 0.64 mg/dL -- Normal range between ( 0.40 and 1.40 )
Glucose Level: 90 mg/dL -- Normal range between ( 60 and 100 )
MPV: 9.8 fL -- Normal range between ( 9.0 and 12.0 )
Potassium Level: 4.1 mmol/L -- Normal range between ( 3.5 and 5.3 )
Sodium Level: 137 mmol/L -- Normal range between ( 135 and 145 )
GFR: >60 mL/min/1.73 m2
GFR AfrAmer: >60 mL/min/1.73 m2
Neutrophils: 56.6 % -- Normal range between ( 38.0 and 77.0 )

ADDITIONAL LABORATORY AND/OR OTHER DIAGNOSTIC TEST RESULTS MAY BE
AVAILABLE. PLEASE FOLLOW UP WITH YOUR PRIMARY CARE PROVIDER.

Patient Name SMITH, SHAULENE N
FIN # 75213332

MRN 1003295790

**Lynne Ross, M.D., P.C.**
43 Niagara Street
N. Tonawanda, NY 14120-6115

(716)-690-2001

# Clinical Visit Summary of Today's Visit

02/08/2018  Visit with DEBORAH BUSH, FNP

Shaulene N Smith
DOB: 11/15/1973   Sex: F   Race: Black / African American
Ethnicity: Not Hispanic / Latino   Preferred Language: English

## Vitals
Wt: 159lb 2oz Ht: 60" BP: 130/80 Pulse: 70 Resp: 16 O2SatR: 99 IBW: 100 BMI: 31.1

## Today's Diagnosis
Dorsalgia, unspecified (M54.9)
Body mass index (BMI) 31.0-31.9, adult (Z68.31)

## Problem List
Body mass index 30+ - obesity
Neck pain
Headache
Iron deficiency anemia

## Allergies
No Known Drug Allergy

## Medications
New
  DEBORAH BUSH, FNP
    Gabapentin : 100 mg, take 1 capsule by mouth at bedtimes as needed for nerve pain (M54.9)
    Cyclobenzaprine HCL : 5 mg, take 1 tablet by mouth 3 times per day as needed for muscle spasm (M54.9)
    Naproxen DR : 500 mg, take 1 tablet by mouth 2 times per day (M54.9)

Continue
  DEBORAH BUSH, FNP
    Flonase Allergy Relief : 50 mcg/Act, 1-2 sprays per nare per day (H69.90)
  ERIN VOGL, PA-C
    Losartan Potassium : 25 mg, take 1 tablet by mouth daily for high blood pressure (I10)

Discontinue
  DEBORAH BUSH, FNP
    Vitamin D (Ergocalciferol) : 50000 Unit, take 1 capsule by mouth weekly for vitamin d deficiency
    Ferrous Sulfate : 325 (65 Fe) MG, 1 by mouth twice a day
  Unspecified Prescriber
    Medroxyprogesterone Acetate : 10 mg, 1 by mouth every day

## Comments
Dorsalgia, unspecified (M54.9)
Acute.

Shaulene N Smith  DOB 11/15/1973

pt will be out of work for the next few weeks
will give note when she needs to go back to work
went to the ER T 12 mild compression fracture
D&E

## Future Appointments
03/01/18  Thr  8:40a  Loc: 1  BUSH, DEBORAH, FNP

Loc: 1
Lynne Ross, M.D., P.C.
Lynne Ross, M.D., P.C.
43 NIAGARA STREET
N. Tonawanda, NY 14120-6115
Phone: (716)-690-2001    Fax: (716)-690-2239

## Smoking Status
**Smoking**: Patient has never smoked.


**Today's Payment Type:**

**Today's Payment Amount:**    0.00

# DAVID W. POLAK
## Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

**Legal Assistant:**
Cheryl A. Schenk

* (not for service)

March 5, 2018

Lynne Ross, M.D., P.C.
**Attn: Medical Records**
43 Niagara Street
N. Tonawanda, New York 14120

> Re:  Your Patient:  **Shaulene Smith**
> Date of Birth:  **November 15, 1973**
> Date of Injury:  **February 2, 2018**

Dear Sir or Madam:

Please be advised that this office represents Shaulene Smith with respect to injuries she sustained when she fell on ice while walking to work on February 2, 2018.

Kindly forward a copy of your medical records of treatment provided to Shaulene as it relates to injuries sustained on February 2, 2018. Please include an invoice for any charge incurred in accordance with the New York State Health Law that sets a maximum charge of 75¢ per page and a check will be promptly forwarded. An Authorization is provided which will enable you to release this information to our office.

Thank you for your cooperation.

Very truly yours,

*Cheryl Schenk*

Cheryl Schenk

Enclosure

OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Shaulene Smith | 11/15/73 | |

Patient Address **655 Oliver St. #2 North Tonawanda N.Y. 14120**

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form.
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:
1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.
2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. If I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.
3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.
4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.
5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.
6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information: LYNNE ROSS, MD PC - 43 NIAGARA STREET - N. TONAWANDA NY 14120

8. Name and address of person(s) or category of person to whom this information will be sent: DAVID W. POLAK, P.C. - 1370 UNION ROAD - WEST SENECA, NY 14224

9(a). Specific information to be released:
☑ Medical Record from (insert date) 2/6/18 to (insert date) present
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
☐ Other: _____

Include: (*Indicate by Initialing*)
_____ Alcohol/Drug Treatment
_____ Mental Health Information
_____ HIV-Related Information

Authorization to Discuss Health Information

(b) ☐ By initialing here _____ I authorize _____
         Initials                          Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(*Attorney/Firm Name or Governmental Agency Name*)

| 10. Reason for release of information: ☐ At request of individual ☑ Other: litigation | 11. Date or event on which this authorization will expire: 1 yr from date of signature |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature _____Smith_____                    Date: 3/5/18
Signature of patient or representative authorized by law.

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

USE OF THIS AUTHORIZATION REQUIRES DEFENSE COUNSEL TO PROVIDE ALL RECORDS OBTAINED TO PLAINTIFFS COUNSEL UPON RECEIPT OF THOSE RECORDS

OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA

[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Shaulene Smith | 11/15/73 | |

Patient Address
655 Oliver St. #2 North Tonawanda NY. 14120

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form.
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information: DEGRAFF MEMORIAL HOSPITAL
445 TREMONT STREET - N. TONAWANDA NY 14120

8. Name and address of person(s) or category of person to whom this information will be sent: DAVID W. POLAK, ESQ.
1310 UNION ROAD WEST SENECA, NY 14224

9(a). Specific information to be released: ☑ Medical Record from (insert date) 2/6/13 to (insert date) Present
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)

_____ Alcohol/Drug Treatment
_____ Mental Health Information
_____ HIV-Related Information

Authorization to Discuss Health Information

(b) ☐ By initialing here _____ I authorize _____
Initials                                    Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of individual<br>☑ Other: litigation | 11. Date or event on which this authorization will expire:<br>1 yr from date of signature |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature of patient or representative authorized by law.  Date: 8/26/18

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

USE OF THIS AUTHORIZATION REQUIRES DEFENSE COUNSEL TO PROVIDE ALL RECORDS OBTAINED TO PLAINTIFFS COUNSEL UPON RECEIPT OF THOSE RECORDS

# DAVID W. POLAK

## Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

**Legal Assistant:**
Cheryl A. Schenk

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

\* (not for service)

February 26, 2018

Degraff Memorial Hospital
**Attn: Medical Records**
445 Tremont Street
N. Tonawanda, New York 14120

> Re:  **Your Patient:**  **Shaulene Smith**
>      **Date of Birth:**  **November 15, 1973**
>      **Date of Injury:**  **February 2, 2018**

Dear Sir or Madam:

Please be advised that this office represents Shaulene Smith with respect to injuries she sustained when she fell on ice while walking to work on February 2, 2018.

Kindly forward a copy of your medical records of treatment provided to Shaulene as it relates to injuries sustained on February 2, 2018. Please include an invoice for any charge incurred in accordance with the New York State Health Law that sets a maximum charge of 75¢ per page and a check will be promptly forwarded. An Authorization is provided which will enable you to release this information to our office.

Thank you for your cooperation.

Very truly yours,

Cheryl Schenk

Enclosure

# DAVID W. POLAK
## Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

**Legal Assistant:**
Cheryl A. Schenk

* (not for service)

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

February 26, 2018

Lynne Ross, M.D., P.C.
**Attn: Medical Records**
43 Niagara Street
N. Tonawanda, New York 14120

> Re:     Your Patient:      **Shaulene Smith**
>          Date of Birth:      **November 15, 1973**
>          Date of Injury:     **February 2, 2018**

Dear Sir or Madam:

Please be advised that this office represents Shaulene Smith with respect to injuries she sustained when she fell on ice while walking to work on February 2, 2018.

Kindly forward a copy of your medical records of treatment provided to Shaulene as it relates to injuries sustained on February 2, 2018. Please include an invoice for any charge incurred in accordance with the New York State Health Law that sets a maximum charge of 75¢ per page and a check will be promptly forwarded. An Authorization is provided which will enable you to release this information to our office.

Thank you for your cooperation.

Very truly yours,

Cheryl Schenk

Enclosure

OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA

[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Shaulene Smith | 11/15/73 | |

Patient Address
655 Oliver St. #2 North Tonawanda NY. 14120

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form.

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information: LYNNE KASS, MD PC -
43 NIAGARA STREET - N. TONAWANDA NY 14120

8. Name and address of person(s) or category of person to whom this information will be sent: DAVID W. POLAK, ESQ -
1370 UNION ROAD - WEST SENECA NY 14224

9(a). Specific information to be released: 2/8/18 to (insert date) Present

☑ Medical Record from (insert date) _____ to (insert date) _____
☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

Include: (Indicate by Initialing)

_____ Alcohol/Drug Treatment

_____ Mental Health Information

_____ HIV-Related Information

### Authorization to Discuss Health Information

(b) ☐ By initialing here _____ I authorize _____
                      Initials                    Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of individual<br>☑ Other: Litigation | 11. Date or event on which this authorization will expire:<br>1 yr. from date of signature |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Smith

Date: 2/06/18

Signature of patient or representative authorized by law.

\* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

USE OF THIS AUTHORIZATION REQUIRES DEFENSE COUNSEL TO PROVIDE ALL RECORDS OBTAINED TO PLAINTIFFS COUNSEL UPON RECEIPT OF THOSE RECORDS

# ADVANCED CARE WHEATFIELD

**Advanced Care Wheatfield**

3780 Commerce
Court
STE 300
Wheatfield, NY
14120-2025



Personal care that gets you results.

Phone: (716) 282-
2888
Fax: (716) 285-1281

---

Progress Evaluation for Shaulene
Smith11/15/1973
Case: Neck & BAck/Wellcare
Therapist: Craig Reinstein MSPT CMTPT FAFS
CLT CCT
Nicholas Chuba, PT, DPT
Referred by: Jonathan Riley, MD

09/06/18 ✓
Diagnosis: Cervical disc disorder with
myelopathy, unspecified cervical region
Wedge compression fracture of T11-T12
vertebra, subsequent encounter for fracture with
routine healing

---

<mark>Subjective</mark>

I'm very tired today from getting updated imaging for the neurologist later this month. My pain is
not as bad and am going without my brace more often.

### Precautions

Relevant precautions/contraindications: Wedge fracture T11-T12 non surgical, HTN.

### Medical History Questionaire

The Medical History Questionaire has been completed and signed by the patient,
reviewed by the evaluating therapist, and is on file: Complete.

### Patient Rights

The patient has read and signed the Patient Rights and Consent for Treatment forms,
they have been reviewed by the evaluating therapist, and are on file.: Complete.

### Medications

Medications: See attached list.

### Imaging

Imaging: Results: T11-T12 compression fx maintaining.

### Past Medical History:

Past Medical History: No significant history.

### Past Surgical History:

Past Surgical History: Hysterectomy, wrist sx.

### Onset

Date of Onset: February 2018. Description: Pt. reports slipping and falling on some black ice
in February and landing on her back/tailbone, she does not remember if she hit her head. Pain
started initially but not to the extent it is currently. After going to the hospital imaging found
compression fx at T11-T12 and was placed in a thoracolumbar support brace for non-operative
conservative care by surgeon and chiropractor. In June she began to note intermittent
numbness, tingling and weakness into her left LE and UE that has consistently remained. Pt.
will be obtaining results of imaging for therapist and is being scheduled to see a neurologist
due to progressing condition. Provacative Factors: sitting, standing, lifting. Alleviating
Factors: Laying down is most comfortable position. Work Status: Unemployed. Past
Treatments: None.

## Pain Rating

### Verbal Pain Rating at Present
6 - Moderate Pain (4 - 6)

### Verbal Pain Rating at Best
5 - Moderate Pain (4 - 6)

### Verbal Pain Rating at Worst
10 - Worst Imaginable Pain

## Lower Quarter Medical Screen

**Saddle anesthesia, bladder/bowel dysfunction, sexual dysfunction::** Pt. denies symptoms.

## General Health Screen

**General Health Screen:** Pt. denies recent infection, unexplained weight loss or fever/chills. **Coughing, sneezing, laughing::** No change in pain. **History of cancer::** Pt. denies history of cancer. **MD appointment:** Pt. reports that they last attended appointment with medical doctor on:.

**Objective**

| Low Back Pain Scale | Result | Note |
|---|---|---|
| Section 1- Pain intensity | 5.The pain is severe and does not vary much. | |
| Section 4-Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | |
| Section 5-Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | |
| Section 6-Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | |
| Total Score | 38 /50 | |

| OPTIMAL (Functional Tool) | | |
|---|---|---|
| Sitting | Able to do with much difficulty (4) | |
| Squatting | Able to do with moderate difficulty (3) | |
| Balancing | Able to do with moderate difficulty (3) | |
| Walking- short distances | Able to do with much difficulty (4) | |
| Reaching | Able to do with much difficulty (4) | |
| Carrying | Unable to do (5) | |
| Total Score | 66 /110 | |

## Gait

**Abnormality:** Slow Speed. Poor Balance.

| | Result | Note |
|---|---|---|

| Cervical Active ROM | | |
|---|---|---|
| Cervical Extension AROM | 27 degrees | |
| Cervical R. Rotation AROM | 55 degrees | painful |
| Lumbar Active ROM | | |
| Lumbar Flexion | 10 ° | |
| Lumbar Extension | 0 ° | |
| Upper Quarter Manual Assessment | | |
| Physiological Side Glide (C2-7) | Limited due to pain | |
| Flexibility | | |
| L. Upper Trap | Abnormal | |
| Sub-occipital | Abnormal | |
| Neural Tension Tests | | |
| L. Median Tension Test | Positive | |
| L. Radial Nerve Tension Test | Positive | |
| Palpation Tenderness Scale | | |
| Tenderness | 4 = Unable to Palpate | |
| Elbow Muscle Testing | | |
| Triceps Strength | 3- /5 | |
| Wrist Muscle Testing | | |
| Wrist Flexor Strength | 3- /5 | |

| Bilateral Lower Extremity | Left | Right |
|---|---|---|
| LE Myotome Testing (MMT) | | |
| L2-3 (Hip Flexors) | 3 /5 | 4 /5 |
| L3-4 (Knee extensors) | 3 /5 | 4+ /5 |
| L4-5 (Ankle dorsiflexors) | 3 /5 | 4+ /5 |

## Assessment

Patient was able to perform about half the session standing and half the session in sitting which shows improved tolerance/endurance to more weightbearing positions with less pain. Introducing further low grade exercises to improve UE and LE weakness to tolerance with back pain. Able to perform entire therapy session without back brace and no significant increase in pain demonstrating improving endurance.

### Assessment

**Cervical Treatment Based Classification:** Neck pain with mobility deficits. Probable cervical myelopathy. **Rehabilitation Potential:** Good with skilled physical therapy and implementation of comprehensive HEP. **Lower Quarter Problems:** Backache. Difficulty walking. Muscle weakness. Stiffness in Joint. **Low Back Diagnosis:** Lumbar strain/sprain. **Thoracic Diagnosis:** Compression fracture T11-T12.

### Specific goal:

**Primary goal of continued therapy:** To achieve functional goal of: the above mentioned activities.

## Plan

### Plan

**Treatment Emphasis:** Treatment emphasis focused on improving pain, ROM, strength and functional abilities. Treatment to consist of HEP education, therapeutic/stabilization exercise and manual therapy techniques. Utilize modalities prn.

## Plan of Care

**Frequency:** 2-3 visits per week. **Duration:** 8-12 weeks. **Manual Therapy Techniques:** To reduce edema, muscle spasm/adhesion/trigger points. To decrease neural compression. To improve peripheral circulation & ROM. To increase m. relaxation and flexibility prior to exercise. Passive interventions utilized to facilitate progress in an active rehab program and to attain objective functional gains. **Stabilization Exercise:** Review and progress stabilization exercise program to improve motor control and enhance endurance during functional activities. To strengthen the spine in a neutral and anatomic position. **Therapeutic Exercise:** To improve cardiovascular fitness, decrease edema, improve muscle/connective tissue strength and integrity, improve bone density, to promote circulation and to enhance soft tissue healing. To improve muscle recruitment and range of motion. To promote normal movement patterns and enhance participation in functional activities. **Therapeutic Activities:** To use functional, dynamic tasks from everyday living to improve range of motion and strength. **Self Care/ Home Management:** For ADL training, safety and/or instruction in use of adaptive equipment. **Neuromuscular Re-education:** To re-educate movement, balance, coordination, kinesthetic sense, posture and/or propioception for sitting and/ or standing activities.

## Treatment Plan Discussion

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.

**Goals**

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|------|---------|---------|------|---------|----------|-------------|
| 1: Verbal Pain Rating at Present | 6 - Moderate Pain (4 - 6) | 6 - Moderate Pain (4 - 6) | 0 - No Pain | 11/8/18 | | |
| 2: Verbal Pain Rating at Worst | 10 – Worst Imaginable Pain | 10 – Worst Imaginable Pain | 0 - No Pain | 11/8/18 | | |
| 3: Section 1- Pain Intensity | 5.The pain is severe and does not vary much. | 5.The pain is severe and does not vary much. | 0.The pain comes and goes and is very mild. | 11/8/18 | | |
| 4: Section 4- Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | 4.I cannot walk more than 1/4 mile without increasing pain. | 0.I have no pain on walking. | 11/8/18 | | |
| 5: Section 5- Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | 3.Pain prevents me from sitting more than 1/2 hour. | 0.I can sit in any chair as long as I like. | 11/8/18 | | |
| 6: Section 6- Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | 4.I cannot stand for longer than 10 minutes without increasing pain. | 0.I can stand as long as I want without pain. | 11/8/18 | | |
| 7: Total Score | 38 /50 | 38 /50 | 0 /50 | 11/8/18 | | |

Shaulene Smith Printed on: 11/20/2018  12:49 PM
Page 4 of 6
Visit Date: 09/06/18

| | | | | |
|---|---|---|---|---|
| 8: Sitting | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 9: Squatting | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| 10: Balancing | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| 11: Walking-short distances | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 12: Reaching | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 13: Carrying | Unable to do (5) | Unable to do (5) | Able to do without any difficulty (1) | 11/8/18 |
| 14: Total Score | 66 /110 | 66 /110 | 22 /110 | 11/8/18 |
| 15: Abnormality | Slow Speed. Poor Balance. | Slow Speed. Poor Balance. | Normal gait | 11/8/18 |
| 16: Tenderness | 4 = Unable to Palpate | 4 = Unable to Palpate | 0 = No pain with Palpation | 11/8/18 |
| 17: L. Median Tension Test | Positive | Positive | Negative | 11/8/18 |
| 18: L. Radial Nerve Tension Test | Positive | Positive | Negative | 11/8/18 |
| 19: L. Upper Trap | Abnormal | Abnormal | Normal | 11/8/18 |
| 20: Sub-occipital | Abnormal | Abnormal | Normal | 11/8/18 |
| 21: Physiologica l Side Glide (C2-7) | Limited due to pain | Limited due to pain | WFL | 11/8/18 |
| 22: Lumbar Extension | 0 ° | 0 ° | 30 ° | 11/8/18 |
| 23: Lumbar Flexion | 10% ° | 10 ° | 90 ° | 11/8/18 |
| 24: Cervical Extension AROM | 27 degrees | 27 degrees | 60 degrees | 11/8/18 |
| 25: Cervical R. Rotation | 55 degrees | 55 degrees | 90 degrees | 11/8/18 |

**AROM**

| | | | | |
|---|---|---|---|---|
| **26: Wrist Flexor Strength** | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| **27: Triceps Strength** | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| **Bilateral Lower Extremity** | | | | |
| **28: L2-3 (Hip Flexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **29: L4-5 (Ankle dorsiflexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **30: L3-4 (Knee extensors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |

Thank you for the opportunity of working with Shaulene.

As always, please feel free to call us at (716) 282-2888 if you have any questions or concerns.

Respectfully yours,

*[signature]* PT, DPT

Nicholas Chuba, PT, DPT

09/06/18 6:16 pm

*[signature]* MS PT

Craig Reinstein MSPT CMTPT FAFS
CLT CCT
09/10/18 7:34 pm

**Advanced Care Wheatfield**

3780 Commerce
Court
STE 300
Wheatfield, NY
14120-2025

*Advanced Care*
Personal care that gets you results.

Phone: (716) 282-
2888
Fax: (716) 285-1281

Progress Evaluation for Shaulene
Smith 11/15/1973
Case: Neck & BAck/Wellcare
Therapist: Kristy Frye PT DPT
Nicholas Chuba, PT, DPT
Referred by: Jonathan Riley, MD

09/04/18 ✓
Diagnosis: Cervical disc disorder with
myelopathy, unspecified cervical region
Wedge compression fracture of T11-T12
vertebra, subsequent encounter for fracture with
routine healing

**Subjective**

I was very sore over the weekend from pushing it harder last visit from feeling so good. I was thinking about buying an exercise bike like the one here for home and hoping that's ok.

### Precautions

**Relevant precautions/contraindications:** Wedge fracture T11-T12 non surgical, HTN.

### Medical History Questionaire

**The Medical History Questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file:** Complete.

### Patient Rights

**The patient has read and signed the Patient Rights and Consent for Treatment forms, they have been reviewed by the evaluating therapist, and are on file.:** Complete.

### Medications

**Medications:** See attached list.

### Imaging

**Imaging:** Results: T11-T12 compression fx maintaining.

### Past Medical History:

**Past Medical History:** No significant history.

### Past Surgical History:

**Past Surgical History:** Hysterectomy, wrist sx.

### Onset

**Date of Onset:** February 2018. **Description:** Pt. reports slipping and falling on some black ice in February and landing on her back/tailbone, she does not remember if she hit her head. Pain started initially but not to the extent it is currently. After going to the hospital imaging found compression fx at T11-T12 and was placed in a thoracolumbar support brace for non-operative conservative care by surgeon and chiropractor. In June she began to note intermittent numbness, tingling and weakness into her left LE and UE that has consistently remained. Pt. will be obtaining results of imaging for therapist and is being scheduled to see a neurologist due to progressing condition. **Provacative Factors:** sitting, standing, lifting. **Alleviating Factors:** Laying down is most comfortable position. **Work Status:** Unemployed. **Past Treatments:** None.

### Pain Rating

| | |
|---|---|
| **Verbal Pain Rating at Present** | 6 - Moderate Pain (4 - 6) |
| **Verbal Pain Rating at Best** | 5 - Moderate Pain (4 - 6) |
| **Verbal Pain Rating at Worst** | 10 - Worst Imaginable Pain |

### Lower Quarter Medical Screen

**Saddle anesthesia, bladder/bowel dysfunction, sexual dysfunction::** Pt. denies symptoms.

### General Health Screen

**General Health Screen:** Pt. denies recent infection, unexplained weight loss or fever/chills. **Coughing, sneezing, laughing::** No change in pain. **History of cancer::** Pt. denies history of cancer. **MD appointment:** Pt. reports that they last attended appointment with medical doctor on:.

### Objective

| | Result | Note |
|---|---|---|
| **Low Back Pain Scale** | | |
| Section 1- Pain intensity | 5.The pain is severe and does not vary much. | |
| Section 4-Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | |
| Section 5-Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | |
| Section 6-Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | |
| Total Score | 38 /50 | |
| **OPTIMAL (Functional Tool)** | | |
| Sitting | Able to do with much difficulty (4) | |
| Squatting | Able to do with moderate difficulty (3) | |
| Balancing | Able to do with moderate difficulty (3) | |
| Walking- short distances | Able to do with much difficulty (4) | |
| Reaching | Able to do with much difficulty (4) | |
| Carrying | Unable to do (5) | |
| Total Score | 66 /110 | |

### Gait

**Abnormality:** Slow Speed. Poor Balance.

| | Result | Note |
|---|---|---|
| | | |

**Cervical Active ROM**

| | | |
|---|---|---|
| Cervical Extension AROM | 27 degrees | |
| Cervical R. Rotation AROM | 55 degrees | painful |

**Lumbar Active ROM**

| | |
|---|---|
| Lumbar Flexion | 10 ° |
| Lumbar Extension | 0 ° |

**Upper Quarter Manual Assessment**

| | |
|---|---|
| Physiological Side Glide (C2-7) | Limited due to pain |

**Flexibility**

| | |
|---|---|
| L. Upper Trap | Abnormal |
| Sub-occipital | Abnormal |

**Neural Tension Tests**

| | |
|---|---|
| L. Median Tension Test | Positive |
| L. Radial Nerve Tension Test | Positive |

**Palpation Tenderness Scale**

| | |
|---|---|
| Tenderness | 4 = Unable to Palpate |

**Elbow Muscle Testing**

| | |
|---|---|
| Triceps Strength | 3- /5 |

**Wrist Muscle Testing**

| | |
|---|---|
| Wrist Flexor Strength | 3- /5 |

| *Bilateral Lower Extremity* | *Left* | *Right* |
|---|---|---|
| **LE Myotome Testing (MMT)** | | |
| L2-3 (Hip Flexors) | 3 /5 | 4 /5 |
| L3-4 (Knee extensors) | 3 /5 | 4+ /5 |
| L4-5 (Ankle dorsiflexors) | 3 /5 | 4+ /5 |

**Assessment**

Patient was able to perform about half the session standing and half the session in sitting which shows improved tolerance/endurance to more weightbearing positions with less pain. Introducing further low grade exercises to improve UE and LE weakness to tolerance with back pain. Will assess tolerance to activities without brace next visit.

**Assessment**

**Cervical Treatment Based Classification:** Neck pain with mobility deficits. Probable cervical myelopathy. **Rehabilitation Potential:** Good with skilled physical therapy and implementation of comprehensive HEP. **Lower Quarter Problems:** Backache. Difficulty walking. Muscle weakness. Stiffness in Joint. **Low Back Diagnosis:** Lumbar strain/sprain. **Thoracic Diagnosis:** Compression fracture T11-T12.

**Specific goal:**

**Primary goal of continued therapy:** To achieve functional goal of: the above mentioned activities.

**Plan**

**Plan**

**Treatment Emphasis:** Treatment emphasis focused on improving pain, ROM, strength and

functional abilities. Treatment to consist of HEP education, therapeutic/stabilization exercise and manual therapy techniques. Utilize modalities prn.

**Plan of Care**

**Frequency:** 2-3 visits per week. **Duration:** 8-12 weeks. **Manual Therapy Techniques:** To reduce edema, muscle spasm/adhesion/trigger points. To decrease neural compression. To improve peripheral circulation & ROM. To increase m. relaxation and flexibility prior to exercise. Passive interventions utilized to facilitate progress in an active rehab program and to attain objective functional gains. **Stabilization Exercise:** Review and progress stabilization exercise program to improve motor control and enhance endurance during functional activities. To strengthen the spine in a neutral and anatomic position. **Therapeutic Exercise:** To improve cardiovascular fitness, decrease edema, improve muscle/connective tissue strength and integrity, improve bone density, to promote circulation and to enhance soft tissue healing. To improve. muscle recruitment and range of motion. To promote normal movement patterns and enhance participation in functional activities. **Therapeutic Activities:** To use functional, dynamic tasks from everyday living to improve range of motion and strength. **Self Care/ Home Management:** For ADL training, safety and/or instruction in use of adaptive equiptment. **Neuromuscular Re-education:** To re-educate movement, balance, coordination, kinesthetic sense, posture and/or propioception for sitting and/ or standing activities.

**Treatment Plan Discussion**

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.

| Goals | | | | | | |
|---|---|---|---|---|---|---|
| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
| 1: Verbal Pain Rating at Present | 6 - Moderate Pain (4 - 6) | 6 - Moderate Pain (4 - 6) | 0 - No Pain | 11/8/18 | | |
| 2: Verbal Pain Rating at Worst | 10 - Worst Imaginable Pain | 10 - Worst Imaginable Pain | 0 - No Pain | 11/8/18 | | |
| 3: Section 1- Pain intensity | 5.The pain is severe and does not vary much. | 5.The pain is severe and does not vary much. | 0.The pain comes and goes and is very mild. | 11/8/18 | | |
| 4: Section 4- Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | 4.I cannot walk more than 1/4 mile without increasing pain. | 0.I have no pain on walking. | 11/8/18 | | |
| 5: Section 5- Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | 3.Pain prevents me from sitting more than 1/2 hour. | 0.I can sit in any chair as long as I like. | 11/8/18 | | |
| 6: Section 6- Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | 4.I cannot stand for longer than 10 minutes without increasing pain. | 0.I can stand as long as I want without pain. | 11/8/18 | | |
| 7: Total Score | 38 /50 | 38 /50 | 0 /50 | 11/8/18 | | |
| 8: Sitting | Able to do | Able to do | Able to do | 11/8/18 | | |

| | with much difficulty (4) | with much difficulty (4) | without any difficulty (1) | |
|---|---|---|---|---|
| **9: Squatting** | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| **10: Balancing** | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| **11: Walking-short distances** | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| **12: Reaching** | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| **13: Carrying** | Unable to do (5) | Unable to do (5) | Able to do without any difficulty (1) | 11/8/18 |
| **14: Total Score** | 66 /110 | 66 /110 | 22 /110 | 11/8/18 |
| **15: Abnormality** | Slow Speed. Poor Balance. | Slow Speed. Poor Balance. | Normal gait | 11/8/18 |
| **16: Tenderness** | 4 = Unable to Palpate | 4 = Unable to Palpate | 0 = No pain with Palpation | 11/8/18 |
| **17: L. Median Tension Test** | Positive | Positive | Negative | 11/8/18 |
| **18: L. Radial Nerve Tension Test** | Positive | Positive | Negative | 11/8/18 |
| **19: L. Upper Trap** | Abnormal | Abnormal | Normal | 11/8/18 |
| **20: Sub-occipital** | Abnormal | Abnormal | Normal | 11/8/18 |
| **21: Physiological Side Glide (C2-7)** | Limited due to pain | Limited due to pain | WFL | 11/8/18 |
| **22: Lumbar Extension** | 0 ° | 0 ° | 30 ° | 11/8/18 |
| **23: Lumbar Flexion** | 10% ° | 10 ° | 90 ° | 11/8/18 |
| **24: Cervical Extension AROM** | 27 degrees | 27 degrees | 60 degrees | 11/8/18 |
| **25: Cervical R. Rotation AROM** | 55 degrees | 55 degrees | 90 degrees | 11/8/18 |

Emergency Medicine

# Vertebral Fracture

You have a fracture of one or more vertebra. These are the bony parts that form the spine. Minor vertebral fractures happen when people fall. Osteoporosis is associated with many of these fractures. Hospital care may not be necessary for minor compression fractures that are stable. However, multiple fractures of the spine or unstable injuries can cause severe pain and even damage the spinal cord. A spinal cord injury may cause paralysis, numbness, or loss of normal bowel and bladder control.



Normally there is pain and stiffness in the back for 3 to 6 weeks after a vertebral fracture. Bed rest for several days, pain medicine, and a slow return to activity is often the only treatment that is needed depending on the location of the fracture. Neck and back braces may be helpful in reducing pain and increasing mobility. When your pain allows, you should begin walking or swimming to help maintain your endurance. Exercises to improve motion and to strengthen the back may also be useful after the initial pain improves. Treatment for osteoporosis may be essential for full recovery. This will help reduce your risk of vertebral fractures with a future fall.

During the first few days after a spine fracture you may feel nauseated or vomit. If this is severe, hospital care with IV fluids will be needed.

Arrange for follow-up care as recommended to assure proper long-term care and prevention of further spine injury.

## SEEK IMMEDIATE MEDICAL CARE IF:
- You have increasing pain, vomiting, or are unable to move around at all.
- You develop numbness, tingling, weakness, or paralysis of any part of your body.
- You develop a loss of normal bowel or bladder control.
- You have difficulty breathing, cough, fever, chest or abdominal pain.

## MAKE SURE YOU:
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Patient Name SMITH, SHAULENE N
FIN # 75213332

6 of 8
MRN  1003295790

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 01/25/2006 Document Revised: 03/11/2013 Document Reviewed: 08/10/2010

ExitCare® Patient Information ©2015 ExitCare, LLC.



UNIVERSITY AT BUFFALO
NEUROSURGERY
UBNS.COM

**Neurosurgery**
Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAAHS
Veetai Li, MD
Douglas B. Moreland, MD, FACS
Robert J. Plunkett, MD
John Pollina, MD, FACS
Renée Reynolds, MD, FAAHS
Jonathan Riley, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD, FAAHS
Michael R. Stoffman, MD, FACS, FAAHS

**Interventional Pain Management**
Jafar W. Siddiqui, MD, FAAPMR, DABPM
Andrea C. Wong, MD, DABA, DABAPM, MPH

**Chiropractors**
Jonathan P. Beck, DC
Sunjay Kapoor, DC

3980-A Sheridan Drive
Amherst, NY 14226
**716/218-1000**
EMR Fax: 716/650-2691

Buffalo General Medical Center
100 High Street • Section B4
Buffalo, NY 14203
**716/218-1900**
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road • Suite 103
Orchard Park, NY 14127
**716/218-1000**
EMR Fax: 716/677-4038

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street • 3rd Floor
Buffalo, NY 14203
**716/218-1040**
EMR Fax: 716/342-2535

The Park Center
180 Park Club Lane
Williamsville, NY 14221
**716/839-9402**
EMR Fax: 716/839-3570

6930 Williams Road • Suite 3800
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
**716/218-1000**
EMR Fax: 716/205-8386

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wong)
180 Park Club Lane
Suite 250
Williamsville, NY 14221
**716/218-1000**
EMR Fax: 716/380-7677

April 26, 2018

**Patient Name:**  Shaulene N Smith
**Date of Birth:**  11/15/1973
**Date of Exam:**  04/26/18
**Physician:**  Jonathan Riley, MD

*History:* The patient is a 44-year-old female who had a fall in early February of 2018 with the development of focal back pain. The patient recently when seen on 03/15/2018 was put in a TLSO given the presence of ongoing pain after a prior compression fracture at this point. The patient is seen on 04/26/2018 approximately two weeks after having been fitted with the TLSO. She returns to clinic at this time with new imaging.

Her symptomatology is essentially the same. She has improvement while wearing the brace but has discomfort when removing.

**Physical Examination:** The patient is alert and oriented x 3. Following commands positive. Pupils equal, round, and reactive to light. Extraocular movements are intact. Following commands x four extremities. She is 5/5 x four extremities.

**Review of Studies:** Patient has thoracic AP and lateral films which show no discernible change, certainly no worsening compression.

**Medical Decision Making:** The patient is a 44-year-old female status post a minimal T12 compression fracture and now with a TLSO brace. We recommend that the patient maintain a three-month period of brace utilization. We will have her follow up in clinic in approximately 2 1/2 months with a repeat CT scan. That will be a total of three months of wearing the brace. At that point in time, we will consider removing the brace and beginning the patient in physical therapy.

Thank you for allowing us to participate in this patient's care. Please do not hesitate to call with any questions or concerns.

**Diagnosis:** Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture

Sincerely,

Shaulene N Smith  DD 04/26/2018                        Page #2

*[signature]*

Electronically signed by Jonathan Riley, MD
Jonathan Riley, MD
JR/jmb
cc Lynne Ross MD

# DAVID W. POLAK
## Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

**Legal Assistant:**
Cheryl A. Schenk

* (not for service)

May 7, 2018

City of North Tonawanda
Attn:  City Clerk
216 Payne Avenue
North Tonawanda, New York 14120

> Re:   **Our Client:   Shaulene Smith**
>        **DOL:          February 2, 2018**

Dear Sir or Madam:

Please be advised the undersigned has been retained to represent Shaulene Smith who sustained injury with respect to an incident that took place on the City Property on February 2, 2018 when she was walking along Payne Avenue (across from the Fore Hall) and was caused to slip and fall due to the dangerous, hazardous and slippery condition that was created by municipal entities and/or failure to remove snow and ice from the sidewalk along Payne Avenue in the City of North Tonawanda adjacent to the John Brauer Park.

As a result of the fall, Ms. Smith suffered a vertebral compression fracture of her thoracic spine at the T-12 level due to the fall.  Enclosed please find a copy of records we have received from UBNS on behalf of our client.

Thank you for your attention to this matter.  Should you have any questions please contact Mr. Polak at your earliest convenience.

Very truly yours,

Cheryl A. Schenk

/cs
Enclosure

# DAVID W. POLAK
## Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

**Legal Assistant:**
Cheryl A. Schenk

* (not for service)

May 7, 2018

City of North Tonawanda
Attn: City Clerk
216 Payne Avenue
North Tonawanda, New York 14120

Re:      **Our Client:**    **Shaulene Smith**
          **DOL:**           **February 2, 2018**

Dear Sir or Madam:

Please be advised the undersigned has been retained to represent Shaulene Smith who sustained injury with respect to an incident that took place on the City Property on February 2, 2018.

Enclosed please find a copy of a disability note we have received from UBNS on behalf of our client.

Thank you for your attention to this matter. Should you have any questions please contact Mr. Polak at your earliest convenience.

Very truly yours,

Cheryl A. Schenk

/cs
Enclosure



**UNIVERSITY AT BUFFALO**
## NEUROSURGERY
UBNS.COM

**Neurosurgery**
Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAANS
Veetai Li, MD
Douglas B. Moreland, MD, FACS
Robert J. Plunkett, MD
John Pollina, MD, FACS
Renée Reynolds, MD, FAANS
Jonathan Riley, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD, FAANS
Michael R. Stoffman, MD, FACS, FAANS

**Interventional Pain Management**
Jafar W. Siddiqui, MD, FAAPMR, DABPM
Andrea C. Wong, MD, DABA, DABAPM, MPH

**Chiropractors**
Jonathan P. Reck, DC
Sunjay Kapoor, DC

3980-A Sheridan Drive
Amherst, NY 14226
716/218-1000
EMR Fax 716/650-2691

Buffalo General Medical Center
100 High Street • Section B4
Buffalo, NY 14203
716/218-1000
EMR Fax 716/859-7480 & 7481

5959 Big Tree Road • Suite 103
Orchard Park, NY 14127
716/218-1000
EMR Fax 716/677-4038

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street • 3rd Floor
Buffalo, NY 14203
716/218-1040
EMR Fax 716/342-2535

The Park Center
180 Park Club Lane
Williamsville, NY 14221
716/839-9402
EMR Fax 716/839-3570

6930 Williams Road • Suite 3800
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
716/218-1000
EMR Fax 716/205-8386

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wong)
180 Park Club Lane
Suite 250
Williamsville, NY 14221
716/218-1000
EMR Fax 716/580-7677

April 26, 2018

**NAME:** Shaulene N Smith      **ID:** 418036
**DOB:** 11/15/1973

Please excuse Shaulene N Smith from work 04/26/2018 to 07/12/2018 due to illness/injury. She is scheduled to be re-evaluated on July 12, 2018 and further disability determination will be made at that time.

Sincerely,

Electronically signed by agent of provider: Jessica Kryszak

CC: Lynne Ross, MD

**Jonathan Riley, MD**

**Administrative Secretary:**
Jessica Kryszak.....................................(716) 218-1000, ext 6116

**For surgical scheduling questions:**
Jessica Kryszak.....................................(716) 218-1000, ext 6116
For billing questions...............................(716) 218-1000, Press 2

It is very important to bring all imaging films or CDs and their reports if you have them to any future office visit. This could include X-rays, CTs or MRIs. Thank you.

**\*\*Please be sure to have ALL testing/referral appointments completed before FOLLOW UP appointment. Failure to do so can results in your appointment being cancelled or rescheduled to the next available appointment.\*\***

# DAVID W. POLAK

**Attorney at Law** **P.C.**

**Attorney:**
David W. Polak, Esq.

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

**Legal Assistant:**
Cheryl A. Schenk

* (not for service)

April 26, 2018

UBNS
**Attn: Medical Records**
3980-A Sheridan Drive
Amherst, New York 14226

Re:   **Your Patient:**     **Shaulene Smith**
      **Date of Birth:**    **November 15, 1973**
      **Date of Injury:**   **February 2, 2018**

Dear Sir or Madam:

Please be advised that this office represents Shaulene Smith with respect to injuries she sustained when she fell on ice while walking to work on February 2, 2018.

Kindly forward a copy of your medical records of treatment provided to Shaulene from **March 16, 2018 to present** as it relates to injuries sustained on February 2, 2018. Please include an invoice for any charge incurred in accordance with the New York State Health Law that sets a maximum charge of 75¢ per page and a check will be promptly forwarded. An Authorization is provided which will enable you to release this information to our office.

Thank you for your cooperation.

Very truly yours,

Cheryl Schenk

Enclosure

OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Shaulene Smith | 11/15/73 | |

Patient Address
655 Oliver St. #2 North Tonawanda N.Y. 14120

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:
In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information: UBSMS - 3980 SHERIDAN DR. - AMHERST, NEW YORK 14880

8. Name and address of person(s) or category of person to whom this information will be sent: DAVID W. POLAK ESQ. 1510 UNION ROAD - WEST SENECA NY 14224

9(a). Specific information to be released: 3/10/18 to (insert date) Present
- ☑ Medical Record from (insert date)
- ☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.
- ☐ Other: _____

Include: (Indicate by Initialing)
_____ Alcohol/Drug Treatment
_____ Mental Health Information
_____ HIV-Related Information

Authorization to Discuss Health Information

(b) ☐ By initialing here _____ I authorize _____
Initials                          Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:
_____
(Attorney/Firm Name or Governmental Agency Name)

| 10 Reason for release of information: ☐ At request of individual ☑ Other: litigation | 11. Date or event on which this authorization will expire: 1 yr. from date of signature |
|---|---|
| 12 If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

_____ Smith                                    Date: 4/20/18
Signature of patient or representative authorized by law.

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

USE OF THIS AUTHORIZATION REQUIRES DEFENSE COUNSEL TO PROVIDE ALL RECORDS OBTAINED TO PLAINTIFFS COUNSEL UPON RECEIPT OF THOSE RECORDS

# DAVID W. POLAK

## Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

**Legal Assistant:**
Cheryl A. Schenk

\* (not for service)

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

March 20, 2018

Degraff Memorial Hospital
**Attn: Medical Records**
445 Tremont Street
N. Tonawanda, New York 14120

Re:   **Your Patient:**      **Shaulene Smith**
      **Date of Birth:**      **November 15, 1973**
      **Date of Injury:**     **February 2, 2018**

Dear Sir or Madam:

Please be advised that this office represents Shaulene Smith with respect to injuries she sustained when she fell on ice while walking to work on February 2, 2018.

Kindly forward a copy of your medical records of treatment provided to Shaulene from **February 26, 2018 to present** as it relates to injuries sustained on February 2, 2018. Please include an invoice for any charge incurred in accordance with the New York State Health Law that sets a maximum charge of 75¢ per page and a check will be promptly forwarded. An Authorization is provided which will enable you to release this information to our office.

Thank you for your cooperation.

Very truly yours,

*Cheryl Schenk*

Cheryl Schenk

Enclosure

OCA Official Form No.: 960

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Shaulene Smith | 11/15/73 | |

Patient Address: 655 Oliver St. #2 North Tonawanda N.Y. 14120

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information: DeGRAFF MEMORIAL HOSPITAL 445 TREMONT STREET - N. TONAWANDA NY 14150

8. Name and address of person(s) or category of person to whom this information will be sent: DAVID W. POLAK ESQ. 1370 UNION ROAD WEST SENECA, NEW YORK 14224

9(a). Specific information to be released: ☑ Medical Record from (insert date) 2/8/18 to (insert date) present

☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☐ Other: _____

_____

Include: (Indicate by Initialing)

_____ Alcohol/Drug Treatment
_____ Mental Health Information
_____ HIV-Related Information

Authorization to Discuss Health Information

(b) ☐ By initialing here _____ I authorize _____
   Initials                              Name of individual health care provider
to discuss my health information with my attorney, or a governmental agency, listed here:

_____
(Attorney/Firm Name or Governmental Agency Name)

10. Reason for release of information:
☐ At request of individual
☑ Other: litigation

11. Date or event on which this authorization will expire: 1 yr. from date of signature

12. If not the patient, name of person signing form:

13. Authority to sign on behalf of patient:

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature of patient or representative authorized by law: _Smith_

Date: 3/20/18

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

USE OF THIS AUTHORIZATION REQUIRES DEFENSE COUNSEL TO PROVIDE ALL RECORDS OBTAINED TO PLAINTIFFS COUNSEL UPON RECEIPT OF THOSE RECORDS

# DAVID W. POLAK

## Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

**Legal Assistant:**
Cheryl A. Schenk

* (not for service)

March 8, 2018

City of North Tonawanda
Attn:  City Clerk
216 Payne Avenue
North Tonawanda, New York 14120

> **Re:    Our Client:  Shaulene Smith**
> **DOL:           February 2, 2018**

Dear Sir or Madam:

Please be advised the undersigned has been retained to represent Shaulene Smith who sustained injury with respect to an incident that took place on the City Property on February 2, 2018 when she was walking along Payne Avenue (across from the Fore Hall) and was caused to slip and fall due to the dangerous, hazardous and slippery condition that was created by municipal entities and/or failure to remove snow and ice from the sidewalk along Payne Avenue in the City of North Tonawanda adjacent to the John Brauer Park.

As a result of the fall, Ms. Smith suffered a vertebral compression fracture of her thoracic spine at the T-12 level due to the fall.  Due to the fact that the City of North Tonawanda through its actions or inactions created the hazardous and dangerous condition thus leading to Ms. Smith's fall and resulting injury, notice is not a requirement for a premise liability claim.

Let this serve as our client's Notice of Claim of this incident.  A formal Notice of Claim will be filed separately.

Notwithstanding, in the meanwhile, please place the insurance carrier on notice for the City of North Tonawanda for this injury.  We will supplement this correspondence with additional medical records once they become available.  In the meantime, please find enclosed herein medical records noting the T-12 compression fracture which occurred on February 2, 2018 while on the City of North Tonawanda property.

OCA Official Form No.: 960

# AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA
[This form has been approved by the New York State Department of Health]

| Patient Name Shaulene Smith | Date of Birth 11/15/73 | Social Security Number |
|---|---|---|

Patient Address 655 Oliver St. #2 North Tonawanda NY. 14120

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with New York State Law and the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, except psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the New York State Division of Human Rights at (212) 480-2493 or the New York City Commission of Human Rights at (212) 306-7450. These agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9 (b).

7. Name and address of health provider or entity to release this information: UBNS - 3980-A SHERIDAN DR. AMHERST, NEW YORK 14226

8. Name and address of person(s) or category of person to whom this information will be sent: DAVID W. POLLAE, ESQ. 1370 UNION ROAD WEST SENECA, NEW YORK 14224

9(a). Specific information to be released: ___3/2/18___ to (insert date) ___PRESENT___

☑ Medical Record from (insert date)

☐ Entire Medical Record, including patient histories, office notes (except psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

Include: (Indicate by Initialing)

☐ Other: _____

_____ Alcohol/Drug Treatment

_____ Mental Health Information

_____ HIV-Related Information

Authorization to Discuss Health Information

(b) ☐ By initialing here _____ I authorize _____
Initials                                Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:

_____

(Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information:<br>☐ At request of individual<br>☑ Other: litigation | 11. Date or event on which this authorization will expire:<br>1 yr. from date of signature |
|---|---|
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of the form.

Signature of patient or representative authorized by law.      Date: 3/16/18

* Human Immunodeficiency Virus that causes AIDS. The New York State Public Health Law protects information which reasonably could identify someone as having HIV symptoms or infection and information regarding a person's contacts.

USE OF THIS AUTHORIZATION REQUIRES DEFENSE COUNSEL TO PROVIDE ALL RECORDS OBTAINED TO PLAINTIFFS COUNSEL UPON RECEIPT OF THOSE RECORDS



# Kaleida Health

Degraff Memorial Hospital
445 Tremont Street
North Tonawanda, New York 14120
(716) 694-4500

**Emergency Department
Discharge Instructions**

Name SMITH, SHAULENE N        DOB 11/15/1973        Date/Time 2/3/2018 15:12:00

MR# 1003295790        Acct# 75213332

**Visit Date/Time:** 2/03/2018 9:44 AM

# Diagnosis: T12 compression fracture

**PCP:** ROSS, LYNNE S. MD
**ED Provider:** LYNCH, JOSHUA J. DO
**Instructions prepared by:** LYNCH, JOSHUA J. DO

Kaleida Health would like to thank you for allowing us to assist you with your healthcare needs.
**It is IMPORTANT to see your DOCTOR or PRIMARY CARE PROVIDER.** Emergency Care may
be incomplete without proper follow-up. If you become worse in any way, it is important that you call
your doctor, or return to the Emergency Department. **Please remember to take these instructions to
your next doctor's appointment.**

**Follow-up Instructions:**

## VITALS INFORMATION

| Vital Sign | Triage | Latest |
|---|---|---|
| Pulse Rate, Peripheral | 64 bpm | 70 bpm |
| Respiratory Rate | 18 BR/min | 16 BR/min |
| Blood Pressure | 140 mmHg /98 mmHg | 142 mmHg /91 mmHg |
| Temperature Oral | 36.9 degC | 36.6 degC |
| Temperature Rectal | | |
| Temperature Axillary | | |
| Temperature Temporal | | |

Patient Name SMITH, SHAULENE N
FIN # 75213332

# DAVID W. POLAK
## Attorney at Law P.C.

**Attorney:**
David W. Polak, Esq.

1370 Union Road
West Seneca, New York 14224
Phone (716) **675-ATTY** (2889)
Fax (716) 675-2885 *
www.personalinjurywny.com
www.wnytrucklawyer.com

**Legal Assistant:**
Cheryl A. Schenk

* (not for service)

March 16, 2018

UBNS
**Attn: Medical Records**
3980-A Sheridan Drive
Amherst, New York 14226

Re:   **Your Patient:       Shaulene Smith**
      **Date of Birth:      November 15, 1973**
      **Date of Injury:     February 2, 2018**

Dear Sir or Madam:

Please be advised that this office represents Shaulene Smith with respect to injuries she sustained when she fell on ice while walking to work on February 2, 2018.

Kindly forward a copy of your medical records of treatment provided to Shaulene as it relates to injuries sustained on February 2, 2018. Please include an invoice for any charge incurred in accordance with the New York State Health Law that sets a maximum charge of 75¢ per page and a check will be promptly forwarded. An Authorization is provided which will enable you to release this information to our office.

Thank you for your cooperation.

Very truly yours,

Cheryl Schenk

Enclosure

Thank you for your attention to this matter.  Should you have any questions please contact the undersigned at your earliest convenience.

Very truly yours,

David W. Polak

DWP/cs
CC:  Shaulene Smith

## Pain Rating

| | |
|---|---|
| Verbal Pain Rating at Present | 6 – Moderate Pain (4 - 6) |
| Verbal Pain Rating at Best | 5 - Moderate Pain (4 - 6) |
| Verbal Pain Rating at Worst | 10 - Worst Imaginable Pain |

## Lower Quarter Medical Screen

Saddle anesthesia, bladder/bowel dysfunction, sexual dysfunction:: Pt. denies symptoms.

## General Health Screen

**General Health Screen:** Pt. denies recent infection, unexplained weight loss or fever/chills. **Coughing, sneezing, laughing::** No change in pain. **History of cancer::** Pt. denies history of cancer. **MD appointment:** Pt. reports that they last attended appointment with medical doctor on:.

**Objective**

| Low Back Pain Scale | Result | Note |
|---|---|---|
| Section 1- Pain Intensity | 5.The pain is severe and does not vary much. | |
| Section 4-Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | |
| Section 5-Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | |
| Section 6-Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | |
| Total Score | 38 /50 | |
| OPTIMAL (Functional Tool) | | |
| Sitting | Able to do with much difficulty (4) | |
| Squatting | Able to do with moderate difficulty (3) | |
| Balancing | Able to do with moderate difficulty (3) | |
| Walking- short distances | Able to do with much difficulty (4) | |
| Reaching | Able to do with much difficulty (4) | |
| Carrying | Unable to do (5) | |
| Total Score | 66 /110 | |

## Gait

**Abnormality:** Slow Speed. Poor Balance.

| | | | | |
|---|---|---|---|---|
| **26: Wrist Flexor Strength** | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| **27: Triceps Strength** | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| ***Bilateral Lower Extremity*** | | | | |
| **28: L2-3 (Hip Flexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **29: L4-5 (Ankle dorsiflexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **30: L3-4 (Knee extensors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |

Thank you for the opportunity of working with Shaulene.

As always, please feel free to call us at (716) 282-2888 if you have any questions or concerns.

**Respectfully yours,**

Nicholas Chuba, PT, DPT
09/05/18 7:53 am

Kristy Frye PT DPT
09/05/18 9:47 am

**Advanced Care Wheatfield**

3780 Commerce
Court
STE 300
Wheatfield, NY
14120-2025

Phone: (716) 282-
2888
Fax: (716) 285-1281

Personal care that gets you results.

---

Progress Evaluation for Shaulene
Smith11/15/1973
Case: Neck & BAck/Wellcare
Therapist: Craig Reinstein MSPT CMTPT FAFS
CLT CCT
Nicholas Chuba, PT, DPT
Referred by: Jonathan Riley, MD

08/21/18
Diagnosis: Cervical disc disorder with
myelopathy, unspecified cervical region
Wedge compression fracture of T11-T12
vertebra, subsequent encounter for fracture with
routine healing

**Subjective**

My back was sore for a few days after the therapy session, but, it is better know. I"ve had no headaches since my evaluation on Thursday and the exercises are getting easier and not causing as much discomfort. I'm still trying to get in with a neurologist that takes my insurance.

**Precautions**

Relevant precautions/contraindications: Wedge fracture T11-T12 non surgical, HTN.

**Medical History Questionaire**

The Medical History Questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file: Complete.

**Patient Rights**

The patient has read and signed the Patient Rights and Consent for Treatment forms, they have been reviewed by the evaluating therapist, and are on file.: Complete.

**Medications**

Medications: See attached list.

**Imaging**

Imaging: Results: T11-T12 compression fx maintaining.

**Past Medical History:**

Past Medical History: No significant history.

**Past Surgical History:**

Past Surgical History: Hysterectomy, wrist sx.

**Onset**

Date of Onset: February 2018. Description: Pt. reports slipping and falling on some black ice in February and landing on her back/tailbone, she does not remember if she hit her head. Pain started initially but not to the extent it is currently. After going to the hospital imaging found compression fx at T11-T12 and was placed in a thoracolumbar support brace for non-operative conservative care by surgeon and chiropractor. In June she began to note intermittent numbness, tingling and weakness into her left LE and UE that has consistently remained. Pt. will be obtaining results of imaging for therapist and is being scheduled to see a neurologist due to progressing condition. Provacative Factors: sitting, standing, lifting. Alleviating Factors: Laying down is most comfortable position. Work Status: Unemployed. Past Treatments: None.

## Pain Rating

| Verbal Pain Rating at Present | 6 - Moderate Pain (4 - 6) |
| Verbal Pain Rating at Best | 5 - Moderate Pain (4 - 6) |
| Verbal Pain Rating at Worst | 10 - Worst Imaginable Pain |

### Lower Quarter Medical Screen

**Saddle anesthesia, bladder/bowel dysfunction, sexual dysfunction::** Pt. denies symptoms.

### General Health Screen

**General Health Screen:** Pt. denies recent infection, unexplained weight loss or fever/chills. **Coughing, sneezing, laughing::** No change in pain. **History of cancer::** Pt. denies history of cancer. **MD appointment:** Pt. reports that they last attended appointment with medical doctor on:.

## Objective

| Low Back Pain Scale | Result | Note |
|---|---|---|
| Section 1- Pain Intensity | 5.The pain is severe and does not vary much. | |
| Section 4-Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | |
| Section 5-Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | |
| Section 6-Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | |
| **Total Score** | 38 /50 | |

### OPTIMAL (Functional Tool)

| Sitting | Able to do with much difficulty (4) |
| Squatting | Able to do with moderate difficulty (3) |
| Balancing | Able to do with moderate difficulty (3) |
| Walking- short distances | Able to do with much difficulty (4) |
| **Reaching** | Able to do with much difficulty (4) |
| **Carrying** | Unable to do (5) |
| **Total Score** | 66 /110 |

### Gait

**Abnormality:** Slow Speed. Poor Balance.

| | Result | Note |
|---|---|---|

**Cervical Active ROM**

    **Cervical Extension AROM**            27 degrees

    **Cervical R. Rotation AROM**        55 degrees            painful

**Lumbar Active ROM**

    **Lumbar Flexion**                    10% °

    **Lumbar Extension**               0 °

**Upper Quarter Manual Assessment**

    **Physiological Side Glide (C2-7)**       Limited due to pain

**Flexibility**

    **L. Upper Trap**                   Abnormal

    **Sub-occipital**                    Abnormal

**Neural Tension Tests**

    **L. Median Tension Test**          Positive

    **L. Radial Nerve Tension Test**     Positive

**Palpation Tenderness Scale**

    **Tenderness**                     4 = Unable to Palpate

**Elbow Muscle Testing**

    **Triceps Strength**               3- /5

**Wrist Muscle Testing**

    **Wrist Flexor Strength**          3- /5

| *Bilateral Lower Extremity* | Left | Right |
|---|---|---|
| **LE Myotome Testing (MMT)** | | |
| **L2-3 (Hip Flexors)** | 3 /5 | 4 /5 |
| **L3-4 (Knee extensors)** | 3 /5 | 4+ /5 |
| **L4-5 (Ankle dorsiflexors)** | 3 /5 | 4+ /5 |

**Assessment**

No reports of nausea during therapy session. Patient required additional rest breaks to tolerate new activities and exercises, however, tolerated further sitting and standing exercises during today's session. Talked with patient about diligently seeking to talk to neurologist.

    **Assessment**

    **Cervical Treatment Based Classification:** Neck pain with mobility deficits. Probable cervical myelopathy. **Rehabilitation Potential:** Good with skilled physical therapy and implementation of comprehensive HEP. **Lower Quarter Problems:** Backache. Difficulty walking. Muscle weakness. Stiffness in Joint. **Low Back Diagnosis:** Lumbar strain/sprain. **Thoracic Diagnosis:** Compression fracture T11-T12.

**Specific goal:**

    **Primary goal of continued therapy:** To achieve functional goal of: the above mentioned activities.

**Plan**

    **Plan**

    **Treatment Emphasis:** Treatment emphasis focused on improving pain, ROM, strength and functional abilities. Treatment to consist of HEP education, therapeutic/stabilization exercise

and manual therapy techniques. Utilize modalities prn.

**Plan of Care**

**Frequency:** 2-3 visits per week. **Duration:** 8-12 weeks. **Manual Therapy Techniques:** To reduce edema, muscle spasm/adhesion/trigger points. To decrease neural compression. To improve peripheral circulation & ROM. To increase m. relaxation and flexibility prior to exercise. Passive interventions utilized to facilitate progress in an active rehab program and to attain objective functional gains. **Stabilization Exercise:** Review and progress stabilization exercise program to improve motor control and enhance endurance during functional activities. To strengthen the spine in a neutral and anatomic position. **Therapeutic Exercise:** To improve cardiovascular fitness, decrease edema, improve muscle/connective tissue strength and integrity, improve bone density, to promote circulation and to enhance soft tissue healing. To improve muscle recruitment and range of motion. To promote normal movement patterns and enhance participation in functional activities. **Therapeutic Activities:** To use functional, dynamic tasks from everyday living to improve range of motion and strength. **Self Care/ Home Management:** For ADL training, safety and/or instruction in use of adaptive equipment. **Neuromuscular Re-education:** To re-educate movement, balance, coordination, kinesthetic sense, posture and/or propioception for sitting and/ or standing activities.

**Treatment Plan Discussion**

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.

Goals

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|------|---------|---------|------|---------|----------|-------------|
| **1: Verbal Pain Rating at Present** | 6 - Moderate Pain (4 - 6) | 6 - Moderate Pain (4 - 6) | 0 - No Pain | 11/8/18 | | |
| **2: Verbal Pain Rating at Worst** | 10 - Worst Imaginable Pain | 10 - Worst Imaginable Pain | 0 - No Pain | 11/8/18 | | |
| **3: Section 1- Pain intensity** | 5.The pain is severe and does not vary much. | 5.The pain is severe and does not vary much. | 0.The pain comes and goes and is very mild. | 11/8/18 | | |
| **4: Section 4- Walking** | 4.I cannot walk more than 1/4 mile without increasing pain. | 4.I cannot walk more than 1/4 mile without increasing pain. | 0.I have no pain on walking. | 11/8/18 | | |
| **5: Section 5- Sitting** | 3.Pain prevents me from sitting more than 1/2 hour. | 3.Pain prevents me from sitting more than 1/2 hour. | 0.I can sit in any chair as long as I like. | 11/8/18 | | |
| **6: Section 6- Standing** | 4.I cannot stand for longer than 10 minutes without increasing pain. | 4.I cannot stand for longer than 10 minutes without increasing pain. | 0.I can stand as long as I want without pain. | 11/8/18 | | |
| **7: Total Score** | 38 /50 | 38 /50 | 0 /50 | 11/8/18 | | |
| **8: Sitting** | Able to do with much | Able to do with much | Able to do without any | 11/8/18 | | |

From:

| | difficulty (4) | difficulty (4) | difficulty (1) | |
|---|---|---|---|---|
| **9: Squatting** | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| **10: Balancing** | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| **11: Walking- short distances** | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| **12: Reaching** | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| **13: Carrying** | Unable to do (5) | Unable to do (5) | Able to do without any difficulty (1) | 11/8/18 |
| **14: Total Score** | 66 /110 | 66 /110 | 22 /110 | 11/8/18 |
| **15: Abnormality** | Slow Speed. Poor Balance. | Slow Speed. Poor Balance. | Normal gait | 11/8/18 |
| **16: Tenderness** | 4 = Unable to Palpate | 4 = Unable to Palpate | 0 = No pain with Palpation | 11/8/18 |
| **17: L. Median Tension Test** | Positive | Positive | Negative | 11/8/18 |
| **18: L. Radial Nerve Tension Test** | Positive | Positive | Negative | 11/8/18 |
| **19: L. Upper Trap** | Abnormal | Abnormal | Normal | 11/8/18 |
| **20: Sub- occipital** | Abnormal | Abnormal | Normal | 11/8/18 |
| **21: Physiologica l Side Glide (C2-7)** | Limited due to pain | Limited due to pain | WFL | 11/8/18 |
| **22: Lumbar Extension** | 0 ° | 0 ° | 30 ° | 11/8/18 |
| **23: Lumbar Flexion** | 10% ° | 10% ° | 90 ° | 11/8/18 |
| **24: Cervical Extension AROM** | 27 degrees | 27 degrees | 60 degrees | 11/8/18 |
| **25: Cervical R. Rotation AROM** | 55 degrees | 55 degrees | 90 degrees | 11/8/18 |
| **26: Wrist** | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |

| **Flexor Strength** | | | | |
|---|---|---|---|---|
| **27: Triceps Strength** | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| *Bilateral Lower Extremity* | | | | |
| **28: L2-3 (Hip Flexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **29: L4-5 (Ankle dorsiflexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **30: L3-4 (Knee extensors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |

Thank you for the opportunity of working with Shaulene.

As always, please feel free to call us at (716) 282-2888 if you have any questions or concerns.

Respectfully yours,

*Nicholas Chuba, PT, DPT*

Nicholas Chuba, PT, DPT

08/21/18 2:01 pm

*Craig Reinstein MS PT*

Craig Reinstein MSPT CMTPT FAFS
CLT CCT
08/22/18 12:43 pm

## Advanced Care Wheatfield

3780 Commerce
Court
STE 300
Wheatfield, NY
14120-2025

Phone: (716) 282-
2888
Fax: (716) 285-1281

*Advanced Care*
Personal care that gets you results.

| Progress Evaluation for Shaulene Smith 11/15/1973 | 08/23/18 |
|---|---|
| Case: Neck & BAck/Wellcare | Diagnosis: Cervical disc disorder with myelopathy, unspecified cervical region |
| Therapist: Craig Reinstein MSPT CMTPT FAFS CLT CCT | Wedge compression fracture of T11-T12 vertebra, subsequent encounter for fracture with routine healing |
| Kimberly Attwood DPT | |
| Referred by: Jonathan Riley, MD | |

## Subjective

In terrible pain today, and my hands feel extremely weak for some reason.

### Precautions

**Relevant precautions/contraindications:** Wedge fracture T11-T12 non surgical, HTN.

### Medical History Questionaire

**The Medical History Questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file:** Complete.

### Patient Rights

**The patient has read and signed the Patient Rights and Consent for Treatment forms, they have been reviewed by the evaluating therapist, and are on file.:** Complete.

### Medications

**Medications:** See attached list.

### Imaging

**Imaging:** Results: T11-T12 compression fx maintaining.

### Past Medical History:

**Past Medical History:** No significant history.

### Past Surgical History:

**Past Surgical History:** Hysterectomy, wrist sx.

### Onset

**Date of Onset:** February 2018. **Description:** Pt. reports slipping and falling on some black ice in February and landing on her back/tailbone, she does not remember if she hit her head. Pain started initially but not to the extent it is currently. After going to the hospital imaging found compression fx at T11-T12 and was placed in a thoracolumbar support brace for non-operative conservative care by surgeon and chiropractor. In June she began to note intermittent numbness, tingling and weakness into her left LE and UE that has consistently remained. Pt. will be obtaining results of imaging for therapist and is being scheduled to see a neurologist due to progressing condition. **Provacative Factors:** sitting, standing, lifting. **Alleviating Factors:** Laying down is most comfortable position. **Work Status:** Unemployed. **Past Treatments:** None.

### Pain Rating

| Verbal Pain Rating at Present | 6 – Moderate Pain (4 – 6) |
| Verbal Pain Rating at Best | 5 - Moderate Pain (4 – 6) |

### Lower Quarter Medical Screen

**Saddle anesthesia, bladder/bowel dysfunction, sexual dysfunction::** Pt. denies symptoms.

### General Health Screen

**General Health Screen:** Pt. denies recent infection, unexplained weight loss or fever/chills. **Coughing, sneezing, laughing::** No change in pain. **History of cancer::** Pt. denies history of cancer. **MD appointment:** Pt. reports that they last attended appointment with medical doctor on:.

### Objective

### Gait

**Abnormality:** Slow Speed. Poor Balance.

| | Result | Note |
|---|---|---|
| **Cervical Active ROM** | | |
| Cervical Extension AROM | 27 degrees | |
| Cervical R. Rotation AROM | 55 degrees | painful |
| **Lumbar Active ROM** | | |
| Lumbar Flexion | 10 ° | |
| Lumbar Extension | 0 ° | |
| **Upper Quarter Manual Assessment** | | |
| Physiological Side Glide (C2-7) | Limited due to pain | |
| **Flexibility** | | |
| L. Upper Trap | Abnormal | |
| Sub-occipital | Abnormal | |
| **Neural Tension Tests** | | |
| L. Median Tension Test | Positive | |
| L. Radial Nerve Tension Test | Positive | |
| **Palpation Tenderness Scale** | | |
| Tenderness | 4 = Unable to Palpate | |
| **Elbow Muscle Testing** | | |
| Triceps Strength | 3- /5 | |
| **Wrist Muscle Testing** | | |
| Wrist Flexor Strength | 3- /5 | |

| *Bilateral Lower Extremity* | Left | Right |
|---|---|---|
| **LE Myotome Testing (MMT)** | | |
| L2-3 (Hip Flexors) | 3 /5 | 4 /5 |
| L3-4 (Knee extensors) | 3 /5 | 4+ /5 |
| L4-5 (Ankle dorsiflexors) | 3 /5 | 4+ /5 |

Assessment

The patient was extremely intolerant of postural exercises today, and transfers caused her to be tearful. It was discussed with er about the possibility of aquatic therapy for future appointments due to her intolerance of land therapy.

## Assessment

**Cervical Treatment Based Classification:** Neck pain with mobility deficits. Probable cervical myelopathy. **Rehabilitation Potential:** Good with skilled physical therapy and implementation of comprehensive HEP. **Lower Quarter Problems:** Backache. Difficulty walking. Muscle weakness. Stiffness in Joint. **Low Back Diagnosis:** Lumbar strain/sprain. **Thoracic Diagnosis:** Compression fracture T11–T12.

### Specific goal:

**Primary goal of continued therapy:** To achieve functional goal of: the above mentioned activities.

Plan

## Plan

**Treatment Emphasis:** Treatment emphasis focused on improving pain, ROM, strength and functional abilities. Treatment to consist of HEP education, therapeutic/stabilization exercise and manual therapy techniques. Utilize modalities prn.

### Plan of Care

**Frequency:** 2-3 visits per week. **Duration:** 8-12 weeks. **Manual Therapy Techniques:** To reduce edema, muscle spasm/adhesion/trigger points. To decrease neural compression. To improve peripheral circulation & ROM. To increase m. relaxation and flexibility prior to exercise. Passive interventions utilized to facilitate progress in an active rehab program and to attain objective functional gains. **Stabilization Exercise:** Review and progress stabilization exercise program to improve motor control and enhance endurance during functional activities. To strengthen the spine in a neutral and anatomic position. **Therapeutic Exercise:** To improve cardiovascular fitness, decrease edema, improve muscle/connective tissue strength and integrity, improve bone density, to promote circulation and to enhance soft tissue healing. To improve. muscle recruitment and range of motion. To promote normal movement patterns and enhance participation in functional activities. **Therapeutic Activities:** To use functional, dynamic tasks from everyday living to improve range of motion and strength. **Self Care/ Home Management:** For ADL training, safety and/or instruction in use of adaptive equiptment. **Neuromuscular Re-education:** To re-educate movement, balance, coordination, kinesthetic sense, posture and/or proploception for sitting and/ or standing activities.

### Treatment Plan Discussion

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.

Goals

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|---|---|---|---|---|---|---|
| 1: Verbal Pain Rating at Present | 6 - Moderate Pain (4 - 6) | 6 - Moderate Pain (4 - 6) | 0 – No Pain | 11/8/18 | | |
| 2: Verbal Pain Rating at Worst | 10 - Worst Imaginable Pain | | 0 – No Pain | 11/8/18 | | |
| 3: Section 1- Pain intensity | 5.The pain is severe and does not vary much. | | 0.The pain comes and goes and is very mild. | 11/8/18 | | |

| | | | | |
|---|---|---|---|---|
| 4: Section 4- Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | | 0.I have no pain on walking. | 11/8/18 |
| 5: Section 5- Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | | 0.I can sit in any chair as long as I like. | 11/8/18 |
| 6: Section 6- Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | | 0.I can stand as long as I want without pain. | 11/8/18 |
| 7: Total Score | 38 /50 | | 0 /50 | 11/8/18 |
| 8: Sitting | Able to do with much difficulty (4) | | Able to do without any difficulty (1) | 11/8/18 |
| 9: Squatting | Able to do with moderate difficulty (3) | | Able to do without any difficulty (1) | 11/8/18 |
| 10: Balancing | Able to do with moderate difficulty (3) | | Able to do without any difficulty (1) | 11/8/18 |
| 11: Walking- short distances | Able to do with much difficulty (4) | | Able to do without any difficulty (1) | 11/8/18 |
| 12: Reaching | Able to do with much difficulty (4) | | Able to do without any difficulty (1) | 11/8/18 |
| 13: Carrying | Unable to do (5) | | Able to do without any difficulty (1) | 11/8/18 |
| 14: Total Score | 66 /110 | | 22 /110 | 11/8/18 |
| 15: Abnormality | Slow Speed. Poor Balance. | Slow Speed. Poor Balance. | Normal gait | 11/8/18 |
| 16: Tenderness | 4 = Unable to Palpate | 4 = Unable to Palpate | 0 = No pain with Palpation | 11/8/18 |
| 17: L. Median Tension Test | Positive | Positive | Negative | 11/8/18 |
| 18: L. Radial Nerve Tension Test | Positive | Positive | Negative | 11/8/18 |

From:

| | | | | |
|---|---|---|---|---|
| 19: L. Upper Trap | Abnormal | Abnormal | Normal | 11/8/18 |
| 20: Sub-occipital | Abnormal | Abnormal | Normal | 11/8/18 |
| 21: Physiological Side Glide (C2-7) | Limited due to pain | Limited due to pain | WFL | 11/8/18 |
| 22: Lumbar Extension | 0 ° | 0 ° | 30 ° | 11/8/18 |
| 23: Lumbar Flexion | 10% ° | 10 ° | 90 ° | 11/8/18 |
| 24: Cervical Extension AROM | 27 degrees | 27 degrees | 60 degrees | 11/8/18 |
| 25: Cervical R. Rotation AROM | 55 degrees | 55 degrees | 90 degrees | 11/8/18 |
| 26: Wrist Flexor Strength | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| 27: Triceps Strength | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| *Bilateral Lower Extremity* | | | | |
| 28: L2-3 (Hip Flexors) | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| 29: L4-5 (Ankle dorsiflexors) | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| 30: L3-4 (Knee extensors) | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |

Thank you for the opportunity of working with Shaulene.

As always, please feel free to call us at (716) 282-2888 if you have any questions or concerns.

Respectfully yours,

Kimberly Attwood DPT

08/23/18 3:54 pm

Craig Reinstein MSPT CMTPT FAFS
CLT CCT
08/24/18 11:38 am

**Advanced Care Wheatfield**

3780 Commerce
Court
STE 300
Wheatfield, NY
14120-2025

*Advanced Care*

Personal care that gets you results.

Phone: (716) 282-
2888
Fax: (716) 285-1281

---

Progress Evaluation for Shaulene
Smith11/15/1973
Case:  Neck & BAck/Wellcare
Therapist: Craig Reinstein MSPT CMTPT FAFS
CLT CCT
Nicholas Chuba, PT, DPT
Referred by: Jonathan Riley, MD

08/28/18
Diagnosis: Cervical disc disorder with
myelopathy, unspecified cervical region
Wedge compression fracture of T11-T12
vertebra, subsequent encounter for fracture with
routine healing

**Subjective**

Still in a decent amount of pain, I'm trying to do more in sitting and standing which is making me tired. Still trying to get in with a neurologist because of my weakness and numbness into my left side. I've been noticing some spasms in my hands that is new as well.

**Precautions**

Relevant precautions/contraindications: Wedge fracture T11-T12 non surgical, HTN.

**Medical History Questionaire**

The Medical History Questionaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file: Complete.

**Patient Rights**

The patient has read and signed the Patient Rights and Consent for Treatment forms, they have been reviewed by the evaluating therapist, and are on file.: Complete.

**Medications**

Medications: See attached list.

**Imaging**

Imaging: Results: T11-T12 compression fx maintaining.

**Past Medical History:**

Past Medical History: No significant history.

**Past Surgical History:**

Past Surgical History: Hysterectomy, wrist sx.

**Onset**

Date of Onset: February 2018. Description: Pt. reports slipping and falling on some black ice in February and landing on her back/tailbone, she does not remember if she hit her head. Pain started initially but not to the extent it is currently. After going to the hospital imaging found compression fx at T11-T12 and was placed in a thoracolumbar support brace for non-operative conservative care by surgeon and chiropractor. In June she began to note intermittent numbness, tingling and weakness into her left LE and UE that has consistently remained. Pt. will be obtaining results of imaging for therapist and is being scheduled to see a neurologist due to progressing condition. Provacative Factors: sitting, standing, lifting. Alleviating Factors: Laying down is most comfortable position. Work Status: Unemployed. Past Treatments: None.

## Pain Rating

| | |
|---|---|
| Verbal Pain Rating at Present | 6 - Moderate Pain (4 - 6) |
| Verbal Pain Rating at Best | 5 - Moderate Pain (4 - 6) |
| Verbal Pain Rating at Worst | 10 - Worst Imaginable Pain |

### Lower Quarter Medical Screen

**Saddle anesthesia, bladder/bowel dysfunction, sexual dysfunction::** Pt. denies symptoms.

### General Health Screen

**General Health Screen:** Pt. denies recent infection, unexplained weight loss or fever/chills. **Coughing, sneezing, laughing::** No change in pain. **History of cancer::** Pt. denies history of cancer. **MD appointment:** Pt. reports that they last attended appointment with medical doctor on:.

**Objective**

| Low Back Pain Scale | Result | Note |
|---|---|---|
| Section 1- Pain Intensity | 5.The pain is severe and does not vary much. | |
| Section 4-Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | |
| Section 5-Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | |
| Section 6-Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | |
| Total Score | 38 /50 | |

| OPTIMAL (Functional Tool) | | |
|---|---|---|
| Sitting | Able to do with much difficulty (4) | |
| Squatting | Able to do with moderate difficulty (3) | |
| Balancing | Able to do with moderate difficulty (3) | |
| Walking- short distances | Able to do with much difficulty (4) | |
| Reaching | Able to do with much difficulty (4) | |
| Carrying | Unable to do (5) | |
| Total Score | 66 /110 | |

### Gait

**Abnormality:** Slow Speed. Poor Balance.

| | Result | Note |
|---|---|---|

**Cervical Active ROM**

| | | |
|---|---|---|
| Cervical Extension AROM | 27 degrees | |
| Cervical R. Rotation AROM | 55 degrees | painful |

**Lumbar Active ROM**

| | |
|---|---|
| Lumbar Flexion | 10 ° |
| Lumbar Extension | 0 ° |

**Upper Quarter Manual Assessment**

| | |
|---|---|
| Physiological Side Glide (C2-7) | Limited due to pain |

**Flexibility**

| | |
|---|---|
| L. Upper Trap | Abnormal |
| Sub-occipital | Abnormal |

**Neural Tension Tests**

| | |
|---|---|
| L. Median Tension Test | Positive |
| L. Radial Nerve Tension Test | Positive |

**Palpation Tenderness Scale**

| | |
|---|---|
| Tenderness | 4 = Unable to Palpate |

**Elbow Muscle Testing**

| | |
|---|---|
| Triceps Strength | 3- /5 |

**Wrist Muscle Testing**

| | |
|---|---|
| Wrist Flexor Strength | 3- /5 |

| *Bilateral Lower Extremity* | *Left* | *Right* |
|---|---|---|
| **LE Myotome Testing (MMT)** | | |
| L2-3 (Hip Flexors) | 3 /5 | 4 /5 |
| L3-4 (Knee extensors) | 3 /5 | 4+ /5 |
| L4-5 (Ankle dorsiflexors) | 3 /5 | 4+ /5 |

**Assessment**

Patient able to perform more standing and seated postural strengthening exercises today with improved tolerance. Spoke to patient about benefits of aquatic therapy and patient would like to try therapy here first before going that route.

**Assessment**

**Cervical Treatment Based Classification:** Neck pain with mobility deficits. Probable cervical myelopathy. **Rehabilitation Potential:** Good with skilled physical therapy and implementation of comprehensive HEP. **Lower Quarter Problems:** Backache. Difficulty walking. Muscle weakness. Stiffness in Joint. **Low Back Diagnosis:** Lumbar strain/sprain. **Thoracic Diagnosis:** Compression fracture T11-T12.

**Specific goal:**

**Primary goal of continued therapy:** To achieve functional goal of: the above mentioned activities.

**Plan**

**Plan**

**Treatment Emphasis:** Treatment emphasis focused on improving pain, ROM, strength and functional abilities. Treatment to consist of HEP education, therapeutic/stabilization exercise

and manual therapy techniques. Utilize modalities prn.

**Plan of Care**

**Frequency:** 2-3 visits per week. **Duration:** 8-12 weeks. **Manual Therapy Techniques:** To reduce edema, muscle spasm/adhesion/trigger points. To decrease neural compression. To improve peripheral circulation & ROM. To increase m. relaxation and flexibility prior to exercise. Passive interventions utilized to facilitate progress in an active rehab program and to attain objective functional gains. **Stabilization Exercise:** Review and progress stabilization exercise program to improve motor control and enhance endurance during functional activities. To strengthen the spine in a neutral and anatomic position. **Therapeutic Exercise:** To improve cardiovascular fitness, decrease edema, improve muscle/connective tissue strength and integrity, improve bone density, to promote circulation and to enhance soft tissue healing. To improve. muscle recruitment and range of motion. To promote normal movement patterns and enhance participation in functional activities. **Therapeutic Activities:** To use functional, dynamic tasks from everyday living to improve range of motion and strength. **Self Care/ Home Management:** For ADL training, safety and/or instruction in use of adaptive equipment. **Neuromuscular Re-education:** To re-educate movement, balance, coordination, kinesthetic sense, posture and/or propioception for sitting and/ or standing activities.

**Treatment Plan Discussion**

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.

Goals

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|------|---------|---------|------|---------|----------|-------------|
| 1: Verbal Pain Rating at Present | 6 - Moderate Pain (4 – 6) | 6 - Moderate Pain (4 – 6) | 0 - No Pain | 11/8/18 | | |
| 2: Verbal Pain Rating at Worst | 10 - Worst Imaginable Pain | 10 - Worst Imaginable Pain | 0 - No Pain | 11/8/18 | | |
| 3: Section 1- Pain Intensity | 5.The pain is severe and does not vary much. | 5.The pain is severe and does not vary much. | 0.The pain comes and goes and is very mild. | 11/8/18 | | |
| 4: Section 4- Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | 4.I cannot walk more than 1/4 mile without increasing pain. | 0.I have no pain on walking. | 11/8/18 | | |
| 5: Section 5- Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | 3.Pain prevents me from sitting more than 1/2 hour. | 0.I can sit in any chair as long as I like. | 11/8/18 | | |
| 6: Section 6- Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | 4.I cannot stand for longer than 10 minutes without increasing pain. | 0.I can stand as long as I want without pain. | 11/8/18 | | |
| 7: Total Score | 38 /50 | 38 /50 | 0 /50 | 11/8/18 | | |
| 8: Sitting | Able to do with much | Able to do with much | Able to do without any | 11/8/18 | | |

|  |  |  |  |  |
|---|---|---|---|---|
|  | difficulty (4) | difficulty (4) | difficulty (1) |  |
| 9: Squatting | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| 10: Balancing | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| 11: Walking-short distances | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 12: Reaching | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 13: Carrying | Unable to do (5) | Unable to do (5) | Able to do without any difficulty (1) | 11/8/18 |
| 14: Total Score | 66 /110 | 66 /110 | 22 /110 | 11/8/18 |
| 15: Abnormality | Slow Speed. Poor Balance. | Slow Speed. Poor Balance. | Normal gait | 11/8/18 |
| 16: Tenderness | 4 = Unable to Palpate | 4 = Unable to Palpate | 0 = No pain with Palpation | 11/8/18 |
| 17: L. Median Tension Test | Positive | Positive | Negative | 11/8/18 |
| 18: L. Radial Nerve Tension Test | Positive | Positive | Negative | 11/8/18 |
| 19: L. Upper Trap | Abnormal | Abnormal | Normal | 11/8/18 |
| 20: Sub-occipital | Abnormal | Abnormal | Normal | 11/8/18 |
| 21: Physiological Side Glide (C2-7) | Limited due to pain | Limited due to pain | WFL | 11/8/18 |
| 22: Lumbar Extension | 0 ° | 0 ° | 30 ° | 11/8/18 |
| 23: Lumbar Flexion | 10% ° | 10 ° | 90 ° | 11/8/18 |
| 24: Cervical Extension AROM | 27 degrees | 27 degrees | 60 degrees | 11/8/18 |
| 25: Cervical R. Rotation AROM | 55 degrees | 55 degrees | 90 degrees | 11/8/18 |
| 26: Wrist | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |

**Flexor Strength**

| | | | | |
|---|---|---|---|---|
| **27: Triceps Strength** | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |

*Bilateral Lower Extremity*

| | | | | |
|---|---|---|---|---|
| **28: L2-3 (Hip Flexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **29: L4-5 (Ankle dorsiflexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **30: L3-4 (Knee extensors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |

Thank you for the opportunity of working with Shaulene.

As always, please feel free to call us at (716) 282-2888 if you have any questions or concerns.

Respectfully yours,

*[signature]* PT,DPT

Nicholas Chuba, PT, DPT

08/28/18 3:01 pm

*[signature]* MSPT

Craig Reinstein MSPT CMTPT FAFS
CLT CCT
08/29/18 9:09 am

| | | | | |
|---|---|---|---|---|
| **26: Wrist Flexor Strength** | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| **27: Triceps Strength** | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| ***Bilateral Lower Extremity*** | | | | |
| **28: L2-3 (Hip Flexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **29: L4-5 (Ankle dorsiflexors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| **30: L3-4 (Knee extensors)** | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |

Thank you for the opportunity of working with Shaulene.

As always, please feel free to call us at (716) 282-2888 if you have any questions or concerns.

**Respectfully yours,**

*Nicholas Chuba PT, DPT*

Nicholas Chuba, PT, DPT
09/05/18 7:53 am

*Kristy J Frye M, DPT*

Kristy Frye PT DPT
09/05/18 9:47 am

**Advanced Care Wheatfield**

3780 Commerce
Court
STE 300
Wheatfield, NY
14120-2025

*Advanced Care*
Personal care that gets you results.

Phone: (716) 282-
2888
Fax: (716) 285-1281

| | |
|---|---|
| Progress Evaluation for Shaulene Smith11/15/1973 | 08/30/18 |
| Case:  Neck & BAck/Wellcare | Diagnosis: Cervical disc disorder with myelopathy, unspecified cervical region |
| Therapist: Craig Reinstein MSPT CMTPT FAFS CLT CCT | Wedge compression fracture of T11-T12 vertebra, subsequent encounter for fracture with routine healing |
| Nicholas Chuba, PT, DPT | |
| Referred by: Jonathan Riley, MD | |

**Subjective**

I feel really good today actually, trying to do more in sitting and standing at home. I've been taking the brace off more at home since they told me to start discontinuing it and starting slow during times when I'm not as active. I'll be calling a neurologist today, they're supposed to be getting me in soon.

**Precautions**

Relevant precautions/contraindications: Wedge fracture T11-T12 non surgical, HTN.

**Medical History Questionaire**

The Medical History Questionnaire has been completed and signed by the patient, reviewed by the evaluating therapist, and is on file: Complete.

**Patient Rights**

The patient has read and signed the Patient Rights and Consent for Treatment forms, they have been reviewed by the evaluating therapist, and are on file.: Complete.

**Medications**

Medications: See attached list.

**Imaging**

Imaging: Results: T11-T12 compression fx maintaining.

**Past Medical History:**

Past Medical History: No significant history.

**Past Surgical History:**

Past Surgical History: Hysterectomy, wrist sx.

**Onset**

Date of Onset: February 2018. Description: Pt. reports slipping and falling on some black ice in February and landing on her back/tailbone, she does not remember if she hit her head. Pain started initially but not to the extent it is currently. After going to the hospital imaging found compression fx at T11-T12 and was placed in a thoracolumbar support brace for non-operative conservative care by surgeon and chiropractor. In June she began to note intermittent numbness, tingling and weakness into her left LE and UE that has consistently remained. Pt. will be discussing results of imaging for therapist and is being scheduled to see a neurologist due to progressing condition. Provacative Factors: sitting, standing, lifting. Alleviating Factors: Laying down is most comfortable position. Work Status: Unemployed. Past Treatments: None.

### Pain Rating

| | |
|---|---|
| **Verbal Pain Rating at Present** | 6 - Moderate Pain (4 - 6) |
| **Verbal Pain Rating at Best** | 5 - Moderate Pain (4 - 6) |
| **Verbal Pain Rating at Worst** | 10 - Worst Imaginable Pain |

### Lower Quarter Medical Screen

**Saddle anesthesia, bladder/bowel dysfunction, sexual dysfunction::** Pt. denies symptoms.

### General Health Screen

**General Health Screen:** Pt. denies recent infection, unexplained weight loss or fever/chills. **Coughing, sneezing, laughing::** No change in pain. **History of cancer::** Pt. denies history of cancer. **MD appointment:** Pt. reports that they last attended appointment with medical doctor on:.

## Objective

| | Result | Note |
|---|---|---|
| **Low Back Pain Scale** | | |
| Section 1- Pain intensity | 5.The pain is severe and does not vary much. | |
| Section 4-Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | |
| Section 5-Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | |
| Section 6-Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | |
| **Total Score** | 38 /50 | |
| **OPTIMAL (Functional Tool)** | | |
| Sitting | Able to do with much difficulty (4) | |
| Squatting | Able to do with moderate difficulty (3) | |
| Balancing | Able to do with moderate difficulty (3) | |
| Walking- short distances | Able to do with much difficulty (4) | |
| Reaching | Able to do with much difficulty (4) | |
| Carrying | Unable to do (5) | |
| **Total Score** | 66 /110 | |

### Gait

**Abnormality:** Slow Speed. Poor Balance.

| | Result | Note |
|---|---|---|
| **Cervical Active ROM** | | |
| Cervical Extension AROM | 27 degrees | |
| Cervical R. Rotation AROM | 55 degrees | painful |
| **Lumbar Active ROM** | | |
| Lumbar Flexion | 10 ° | |
| Lumbar Extension | 0 ° | |
| **Upper Quarter Manual Assessment** | | |
| Physiological Side Glide (C2-7) | Limited due to pain | |
| **Flexibility** | | |
| L. Upper Trap | Abnormal | |
| Sub-occipital | Abnormal | |
| **Neural Tension Tests** | | |
| L. Median Tension Test | Positive | |
| L. Radial Nerve Tension Test | Positive | |
| **Palpation Tenderness Scale** | | |
| Tenderness | 4 = Unable to Palpate | |
| **Elbow Muscle Testing** | | |
| Triceps Strength | 3- /5 | |
| **Wrist Muscle Testing** | | |
| Wrist Flexor Strength | 3- /5 | |

| *Bilateral Lower Extremity* | Left | Right |
|---|---|---|
| **LE Myotome Testing (MMT)** | | |
| L2-3 (Hip Flexors) | 3 /5 | 4 /5 |
| L3-4 (Knee extensors) | 3 /5 | 4+ /5 |
| L4-5 (Ankle dorsiflexors) | 3 /5 | 4+ /5 |

## Assessment

Patient was able to perform about half the session standing and half the session in sitting which shows improved tolerance/endurance to more weightbearing positions with less pain. Only muscular soreness reported following the treatment session with minor pain compared to previously.

### Assessment

**Cervical Treatment Based Classification:** Neck pain with mobility deficits. Probable cervical myelopathy. **Rehabilitation Potential:** Good with skilled physical therapy and implementation of comprehensive HEP. **Lower Quarter Problems:** Backache. Difficulty walking. Muscle weakness. Stiffness in Joint. **Low Back Diagnosis:** Lumbar strain/sprain. **Thoracic Diagnosis:** Compression fracture T11-T12.

### Specific goal:

**Primary goal of continued therapy:** To achieve functional goal of: the above mentioned activities.

## Plan

Plan

**Treatment Emphasis:** Treatment emphasis focused on improving pain, ROM, strength and functional abilities. Treatment to consist of HEP education, therapeutic/stabilization exercise and manual therapy techniques. Utilize modalities prn.

**Plan of Care**

**Frequency:** 2-3 visits per week. **Duration:** 8-12 weeks. **Manual Therapy Techniques:** To reduce edema, muscle spasm/adhesion/trigger points. To decrease neural compression. To improve peripheral circulation & ROM. To increase m. relaxation and flexibility prior to exercise. Passive interventions utilized to facilitate progress in an active rehab program and to attain objective functional gains. **Stabilization Exercise:** Review and progress stabilization exercise program to improve motor control and enhance endurance during functional activities. To strengthen the spine in a neutral and anatomic position. **Therapeutic Exercise:** To improve cardiovascular fitness, decrease edema, improve muscle/connective tissue strength and integrity, improve bone density, to promote circulation and to enhance soft tissue healing. To improve. muscle recruitment and range of motion. To promote normal movement patterns and enhance participation in functional activities. **Therapeutic Activities:** To use functional, dynamic tasks from everyday living to improve range of motion and strength. **Self Care/ Home Management:** For ADL training, safety and/or instruction in use of adaptive equipment. **Neuromuscular Re-education:** To re-educate movement, balance, coordination, kinesthetic sense, posture and/or propioception for sitting and/ or standing activities.

**Treatment Plan Discussion**

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.

**Goals**

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|---|---|---|---|---|---|---|
| 1: Verbal Pain Rating at Present | 6 - Moderate Pain (4 - 6) | 6 - Moderate Pain (4 - 6) | 0 - No Pain | 11/8/18 | | |
| 2: Verbal Pain Rating at Worst | 10 - Worst Imaginable Pain | 10 - Worst Imaginable Pain | 0 - No Pain | 11/8/18 | | |
| 3: Section 1- Pain Intensity | 5.The pain is severe and does not vary much. | 5.The pain is severe and does not vary much. | 0.The pain comes and goes and is very mild. | 11/8/18 | | |
| 4: Section 4- Walking | 4.I cannot walk more than 1/4 mile without increasing pain. | 4.I cannot walk more than 1/4 mile without increasing pain. | 0.I have no pain on walking. | 11/8/18 | | |
| 5: Section 5- Sitting | 3.Pain prevents me from sitting more than 1/2 hour. | 3.Pain prevents me from sitting more than 1/2 hour. | 0.I can sit in any chair as long as I like. | 11/8/18 | | |
| 6: Section 6- Standing | 4.I cannot stand for longer than 10 minutes without increasing pain. | 4.I cannot stand for longer than 10 minutes without increasing pain. | 0.I can stand as long as I want without pain. | 11/8/18 | | |
| 7: Total Score | 38 /50 | 38 /50 | 0 /50 | 11/8/18 | | |

| | | | | |
|---|---|---|---|---|
| **8: Sitting** | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| **9: Squatting** | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| **10: Balancing** | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| **11: Walking-short distances** | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| **12: Reaching** | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| **13: Carrying** | Unable to do (5) | Unable to do (5) | Able to do without any difficulty (1) | 11/8/18 |
| **14: Total Score** | 66 /110 | 66 /110 | 22 /110 | 11/8/18 |
| **15: Abnormality** | Slow Speed. Poor Balance. | Slow Speed. Poor Balance. | Normal gait | 11/8/18 |
| **16: Tenderness** | 4 = Unable to Palpate | 4 = Unable to Palpate | 0 = No pain with Palpation | 11/8/18 |
| **17: L. Median Tension Test** | Positive | Positive | Negative | 11/8/18 |
| **18: L. Radial Nerve Tension Test** | Positive | Positive | Negative | 11/8/18 |
| **19: L. Upper Trap** | Abnormal | Abnormal | Normal | 11/8/18 |
| **20: Sub-occipital** | Abnormal | Abnormal | Normal | 11/8/18 |
| **21: Physiological Side Glide (C2-7)** | Limited due to pain | Limited due to pain | WFL | 11/8/18 |
| **22: Lumbar Extension** | 0 ° | 0 ° | 30 ° | 11/8/18 |
| **23: Lumbar Flexion** | 10% ° | 10 ° | 90 ° | 11/8/18 |
| **24: Cervical Extension AROM** | 27 degrees | 27 degrees | 60 degrees | 11/8/18 |
| **25: Cervical R. Rotation** | 55 degrees | 55 degrees | 90 degrees | 11/8/18 |

# Advanced Care Physical Therapy Appointments for Smith, Shaulene

| Time | Status | Type | Case | Staff | Clinic | Signed? |
|---|---|---|---|---|---|---|
| 9/6/18 1:00 pm | Arrived | Daily Visit | Neck & BAck/Wellcare | Nicholas Chuba PT | Advance d Care Wheatfie ld | ☐ |
| 9/4/18 1:00 pm | Arrived | Daily Visit | Neck & BAck/Wellcare | Nicholas Chuba PT | Advance d Care Wheatfie ld | ☑ |
| 8/30/18 1:00 pm | Arrived | Daily Visit | Neck & BAck/Wellcare | Nicholas Chuba PT | Advance d Care Wheatfie ld | ☑ |
| 8/28/18 1:30 pm | Arrived | Daily Visit | Neck & BAck/Wellcare | Nicholas Chuba PT | Advance d Care Wheatfie ld | ☑ |
| 8/23/18 1:00 pm | Arrived | Daily Visit | Neck & BAck/Wellcare | Kimberly Attwood PT | Advance d Care Wheatfie ld | ☑ |
| 8/21/18 12:00 pm | Arrived | Daily Visit | Neck & BAck/Wellcare | Nicholas Chuba PT | Advance d Care Wheatfie ld | ☑ |
| 8/16/18 5:00 pm | Arrived | Initial Eval | Neck & BAck/Wellcare | Nicholas Chuba PT | Advance d Care Wheatfie ld | ☑ |

7

38/8

ChartNotes = 38 × .75 = 28.50

| | |
|---|---|
| Lying Flat | Able to do with little difficulty (2) |
| Rolling over | Able to do with little difficulty (2) |
| Sitting | Able to do with much difficulty (4) |
| Squatting | Able to do with moderate difficulty (3) |
| Bending/stooping | Able to do with much difficulty (4) |
| Balancing | Able to do with moderate difficulty (3) |
| Kneeling | Able to do with moderate difficulty (3) |
| Standing | Able to do with much difficulty (4) |
| Walking- short distances | Able to do with much difficulty (4) |
| Walking- long distances | Unable to do (5) |
| Climbing stairs | Able to do with little difficulty (2) |
| Hopping | Able to do with little difficulty (2) |
| Jumping | Able to do with little difficulty (2) |
| Running | Unable to do (5) |
| Pushing | Able to do with little difficulty (2) |
| Pulling | Able to do with moderate difficulty (3) |
| Reaching | Able to do with much difficulty (4) |
| Grasping | Able to do with little difficulty (2) |
| Lifting | Unable to do (5) |
| Carrying | Unable to do (5) |
| Total Score | 66 /110 |

Myotomes (C4-T1) All are 5/5 except:

| | |
|---|---|
| C4 (Shoulder shrug) | Significant weakness compared to relative side |
| C5 (Deltoid) | Significant weakness compared to relative side |
| C6 (Biceps, ECRL, ECRB) | Significant weakness compared to relative side |
| C7 (Tricep, FCR) | Significant weakness compared to relative side |
| C8 (APB) | Significant weakness compared to relative side |

| | | |
|---|---|---|
| **T1 (1st Dorsal interossei)** | Significant weakness compared to relative side | |
| **Cervical Screen (Myotomes)** | | |
| **C1-3 (Cervical Rotation)** | Significant difference | |
| **Sensory Screen: Nerve Root** | | |
| C5- Mid-deltoid | Abnormal | 50% Left |
| C6- Radial aspect 2nd metacarpal | Abnormal | 25% Left |
| C7- Dorsal aspect middle finger | Normal | |
| C8- Ulnar aspect 5th metacarpal | Abnormal | 95% Left |
| T1- Medial forearm | Abnormal | 50% Left |
| **DTR** | | |
| Biceps brachii C5 | Normal | |
| Brachioradialis C6 | Normal | |
| Tricep C7 | Normal | |
| **C-T Special Tests** | | |
| Cervical Distraction | Positive; Symptoms are reduced | |
| ULTT A | Positive, symptoms reproduced/ relative difference >10 degrees elbow ext. | |
| **LE Dermatome Testing** | | |
| L1-2 (Groin) | Equal bilaterally | |
| L2-3 (Anteromedial Thigh) | Diminished R | hypersensitive left |
| L4 (Medial lower leg) | Diminished L | 50% left |
| L5 (Lat. lower leg, dosum of foot) | Equal bilaterally | |
| S1 (Post. Lat. thigh/lower leg, lat. foot) | Diminished L | 90% left |
| S2 (plantar surface of foot) | Equal bilaterally | |
| **LE Reflexes** | | |
| L. Achilles Tendon Reflex (S1) | Normal (2+) | |
| L. Patellar Tendon Reflex (L4) | Diminished (1+) | |
| R. Patellar Tendon Reflex (L4) (Copy) | Normal (2+) | |
| R. Achilles Tendon Reflex (S1) (Copy) | Normal (2+) | |

**Posture and Alignment**

Trunk and Pelvis: Excessive lumbar lordosis.

**Gait**

Abnormality: Slow Speed. Poor Balance. **Ambulation Aids:** None.

| | Result | Note |
|---|---|---|
| **Cervical Active ROM** | | |
| Cervical Extension AROM | 27 degrees | |
| Cervical Flexion AROM | 38 degrees | |

| | | |
|---|---|---|
| **Cervical L. Lateral Flexion AROM** | 55% degrees | |
| **Cervical L. Rotation AROM** | 75 degrees | |
| **Cervical R. Lateral Flexion AROM** | 45% degrees | painful |
| **Cervical R. Rotation AROM** | 55 degrees | painful |

**Upper Cervical Motion**

| | |
|---|---|
| **Upper Cervical Flexion (Nod)** | Limited |
| **Upper Cervical Rotation** | Limited |

**Thoracic AROM Percentage**

| | |
|---|---|
| **Thoracic Flexion** | 30% |
| **Thoracic Extension** | 5% |

**Lumbar Active ROM**

| | |
|---|---|
| **Lumbar Flexion** | 10% ° |
| **Lumbar Extension** | 0 ° |
| **Lumbar Sidebending Right** | 35% ° |
| **Lumbar Sidebending Left** | 25% ° |
| **Lumbar Rotation Right** | 25% ° |
| **Lumbar Rotation Left** | 75% ° |

**Upper Quarter Manual Assessment**

| | |
|---|---|
| **Physiological Side Glide (C2-7)** | Limited due to pain |
| **Central Posterior to Anterior (CPA) Glide** | Limited due to pain |
| **Unilateral Posterior-Anterior (UPA) Glide** | Limited due to pain |

**Flexibility**

| | |
|---|---|
| **L. Scalenes** | Normal |
| **L. Sternocleidomastoid** | Normal |
| **L. Upper Trap** | Abnormal |
| **Pectoralis Minor** | Abnormal |
| **Pectoralis Major** | Abnormal |
| **R. Scalenes** | Normal |
| **R. Sternocleidomastoid** | Normal |
| **R. Upper Trap** | Abnormal |
| **Sub-occipital** | Abnormal |
| **Lev. Scap** | Abnormal |

**Leg Length Discrepancy**

    **Apparent Leg Length Discrepancy:** No apparent difference.

| | *Result* | *Note* |
|---|---|---|
| **Lumbar Segmental Mobility** | | |
| **Lumbar Segmental Mobility** | Hypomobile | |
| **Neural Tension Tests** | | |
| **L. Median Tension Test** | Positive | |
| **R. Median Tension Test** | Negative | |

| | |
|---|---|
| **L. Radial Nerve Tension Test** | Positive |
| **R.Radial Nerve Tension Test** | Negative |
| **L. Ulnar Nerve Tension Test** | Negative |
| **R. Ulnar Nerve Tension Test** | Positive |
| **Palpation Tenderness Scale** | |
| **Tenderness** | **4 = Unable to Palpate** |
| **Cervical Strength Testing** | |
| **Neck Extension** | 3 /5 |
| **Neck Flexion** | 3 /5 |
| **Neck L. Rotation** | 4- /5 |
| **Neck L. Side Bending** | 4- /5 |
| **Neck R. Rotation** | 3 /5 |
| **Neck R. Side Bending** | 3 /5 |
| **Elbow Muscle Testing** | |
| **Biceps Strength** | 3 /5 |
| **Triceps Strength** | 3- /5 |
| **Wrist Muscle Testing** | |
| **Wrist Extensor Strength** | 3 /5 |
| **Wrist Flexor Strength** | 3- /5 |
| **Functional Strength Testing** | |
| **Squat** | Pt. exhibits limited gluteal/core activation during functional squat. |

| *Bilateral Lower Extremity* | *Left* | *Right* |
|---|---|---|
| **LE Myotome Testing (MMT)** | | |
| **L2–3 (Hip Flexors)** | 3 /5 | 4  /5 |
| **L3–4 (Knee extensors)** | 3 /5 | 4+ /5 |
| **L4–5 (Ankle dorsiflexors)** | 3 /5 | 4+ /5 |
| **L5 (Great toe extensors)** | 3 /5 | 5 /5 |
| **S1 (Plantar Flexors)** | 3 /5 | 5 /5 |

**Assessment**

Unable to fully assess Cervical spine due to inability to palpate from level of pain. Asses further based on patient tolerance. Patient reported alleviation of headache following light manual traction. Repeated cases of nausea during entire evaluation, would like to assess Upper cervical instability to rule out any concerns there.

**Assessment**

**Cervical Treatment Based Classification:** Neck pain with mobility deficits. Probable cervical myelopathy. **Rehabilitation Potential:** Good with skilled physical therapy and implementation of comprehensive HEP. **Lower Quarter Problems:** Backache. Difficulty walking. Muscle weakness. Stiffness in Joint. **Low Back Diagnosis:** Lumbar strain/sprain. **Thoracic Diagnosis:** Compression fracture T11-T12.

**Specific goal:**

**Primary goal of continued therapy:** To achieve functional goal of: the above mentioned

activities.

**Plan**

## Plan

**Treatment Emphasis:** Treatment emphasis focused on improving pain, ROM, strength and functional abilities. Treatment to consist of HEP education, therapeutic/stabilization exercise and manual therapy techniques. Utilize modalities prn.

**Plan of Care**

**Frequency:** 2-3 visits per week. **Duration:** 8-12 weeks. **Manual Therapy Techniques:** To reduce edema, muscle spasm/adhesion/trigger points. To decrease neural compression. To improve peripheral circulation & ROM. To increase m. relaxation and flexibility prior to exercise. Passive interventions utilized to facilitate progress in an active rehab program and to attain objective functional gains. **Stabilization Exercise:** Review and progress stabilization exercise program to improve motor control and enhance endurance during functional activities. To strengthen the spine in a neutral and anatomic position. **Therapeutic Exercise:** To improve cardiovascular fitness, decrease edema, improve muscle/connective tissue strength and integrity, improve bone density, to promote circulation and to enhance soft tissue healing. To improve. muscle recruitment and range of motion. To promote normal movement patterns and enhance participation in functional activities. **Therapeutic Activities:** To use functional, dynamic tasks from everyday living to improve range of motion and strength. **Self Care/ Home Management:** For ADL training, safety and/or instruction in use of adaptive equiptment. **Neuromuscular Re-education:** To re-educate movement, balance, coordination, kinesthetic sense, posture and/or propioception for sitting and/ or standing activities.

**Treatment Plan Discussion**

**Plan of Care Discussion:** Discussed plan of care, goals and prognosis with patient.

**Goals**

| Item | Initial | Current | Goal | By Date | Progress | Achieved On |
|------|---------|---------|------|---------|----------|-------------|
| 1: **Verbal Pain Rating at Present** | 6 - Moderate Pain (4 - 6) | 6 - Moderate Pain (4 - 6) | 0 - No Pain | 11/8/18 | | |
| 2: **Verbal Pain Rating at Worst** | 10 - Worst Imaginable Pain | 10 - Worst Imaginable Pain | 0 - No Pain | 11/8/18 | | |
| 3: **Section 1- Pain intensity** | 5.The pain is severe and does not vary much. | 5.The pain is severe and does not vary much. | 0.The pain comes and goes and is very mild. | 11/8/18 | | |
| 4: **Section 4- Walking** | 4.I cannot walk more than 1/4 mile without increasing pain. | 4.I cannot walk more than 1/4 mile without increasing pain. | 0.I have no pain on walking. | 11/8/18 | | |
| 5: **Section 5- Sitting** | 3.Pain prevents me from sitting more than 1/2 hour. | 3.Pain prevents me from sitting more than 1/2 hour. | 0.I can sit in any chair as long as I like. | 11/8/18 | | |
| 6: **Section 6- Standing** | 4.I cannot stand for longer than 10 minutes | 4.I cannot stand for longer than 10 minutes | 0.I can stand as long as I want without pain. | 11/8/18 | | |

| | without increasing pain. | without increasing pain. | | |
|---|---|---|---|---|
| 7: Total Score | 38 /50 | 38 /50 | 0 /50 | 11/8/18 |
| 8: Sitting | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 9: Squatting | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| 10: Balancing | Able to do with moderate difficulty (3) | Able to do with moderate difficulty (3) | Able to do without any difficulty (1) | 11/8/18 |
| 11: Walking-short distances | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 12: Reaching | Able to do with much difficulty (4) | Able to do with much difficulty (4) | Able to do without any difficulty (1) | 11/8/18 |
| 13: Carrying | Unable to do (5) | Unable to do (5) | Able to do without any difficulty (1) | 11/8/18 |
| 14: Total Score | 66 /110 | 66 /110 | 22 /110 | 11/8/18 |
| 15: Abnormality | Slow Speed. Poor Balance. | Slow Speed. Poor Balance. | Normal gait | 11/8/18 |
| 16: Tenderness | 4 = Unable to Palpate | 4 = Unable to Palpate | 0 = No pain with Palpation | 11/8/18 |
| 17: L. Median Tension Test | Positive | Positive | Negative | 11/8/18 |
| 18: L. Radial Nerve Tension Test | Positive | Positive | Negative | 11/8/18 |
| 19: L. Upper Trap | Abnormal | Abnormal | Normal | 11/8/18 |
| 20: Sub-occipital | Abnormal | Abnormal | Normal | 11/8/18 |
| 21: Physiological Side Glide (C2-7) | Limited due to pain | Limited due to pain | WFL | 11/8/18 |
| 22: Lumbar Extension | 0 ° | 0 ° | 30 ° | 11/8/18 |
| 23: Lumbar Flexion | 10% ° | 10% ° | 90 ° | 11/8/18 |

| | | | | |
|---|---|---|---|---|
| 24: Cervical Extension AROM | 27 degrees | 27 degrees | 60 degrees | 11/8/18 |
| 25: Cervical R. Rotation AROM | 55 degrees | 55 degrees | 90 degrees | 11/8/18 |
| 26: Wrist Flexor Strength | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| 27: Triceps Strength | 3- /5 | 3- /5 | 5 /5 | 11/8/18 |
| *Bilateral Lower Extremity* | | | | |
| 28: L2-3 (Hip Flexors) | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| 29: L4-5 (Ankle dorsiflexors) | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |
| 30: L3-4 (Knee extensors) | 3 /5 | 3 /5 | 5 /5 | 11/8/18 |

Thank you for the opportunity of working with Shaulene.

As always, please feel free to call us at (716) 282-2888 if you have any questions or concerns.

Respectfully yours,

Nicholas Chuba, PT, DPT

08/17/18 10:05 am

Craig Reinstein MSPT CMTPT FAFS
CLT CCT

08/17/18 3:30 pm

| | Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
|---|---|---|---|---|
| | Financial Nbr: | 75213332 | Patient Name: | **SMITH, SHAULENE N** |
| | Client Med Rec Nbr: | 4437 | Organization: | **KH DEGRAFF** |
| **Medical Record Request** | DOB: | **11/15/1973** | Patient Location: | **D-Emergency Rm** |
| | Sex: | **Female** | Physician: | **LYNCH,JOSHUA J.DO** |
| | Adm: **02/03/2018** | Dsch: **02/03/2018** | | |

## Demographic Documents

| LAB KEY: ^=Abnormal, C=Critical, i=Interp Data, m=Corrected, L=Low, H=High, R=Result Comments, O=Order Comments, T=Textual Result |

Printed: 03/02/2018 14:49          | @=Performed at, S=Susceptible, I = Intermediate, R=Resistant, N/A = Not Applicable|     Page 1 of 77

Patient Name: **SMITH, SHAULENE N**                169103478                          Master Report Template

| Kaleida Health Center for Laboratory Medicine Amherst 3980 Maple Road Amherst, NY 14221 Phone: (716) 565-5700 Fax: (716) 565-5058 | Kaleida Health Center for Laboratory Medicine 115 Flint Road Williamsville, NY 14221 Phone: (716) 626-7203 Fax: (716) 633-2361 | Kaleida Health John R. Oishei Children's Hospital Laboratory 818 Ellicott Street Buffalo, NY 14203 Phone: (716) 323-2880 Fax: (716) 323-1378 | Kaleida Health DeGraff Laboratory 445 Tremont Street P O Box 0750 N.Tonawanda, NY 14120 Phone: (716) 690-2100 Fax: (716) 690-2584 | Clinical Laboratories of the Buffalo General Hospital 100 High Street Buffalo, NY 14203 Phone: (716) 859-1287 Fax: (716) 859-3221 | Niagara Falls Memorial Medical Center Dept. of Pathology 621 10th Street, PO Box 708 Niagara Falls, NY 14302 Phone: (716) 278-4327 Fax: (716) 278-4376 |

\* Auth (Verified) \*

**KALEIDA HEALTH**

- ☐ Buffalo General Hospital
- ☐ DeGraff Memorial Hospital
- ☐ Millard Fillmore Gates Circle Hospital
- ☐ Millard Fillmore Suburban Hospital
- ☐ Women & Children's Hospital of Buffalo
- ☐ Others: _____

SMITH SHAULENE N
MR- 1003295790          PT- 75213332
DOB-11/15/73            AGE-044Y      SEX- F
ATT- LYNCH JOSHUA J
PCP-ROSS LYNNE S
FC-      EMR       E        ADM DT02/03/18
DEGRAFF MEMORIAL

**FACE SHEET** 1 of 1

| MEDICAL RECORD NO. | PATIENT NUMBER | PATIENT NAME (LAST, FIRST, MIDDLE) | | SVC AREA | LOCATION | ROOM NO BED |
|---|---|---|---|---|---|---|
| 1003295790 | 75213332 | SMITH SHAULENE N | | EMR | QRS | |

| STREET ADDRESS, CITY, STATE, ZIP CODE | | COUNTY | SOCIAL SECURITY NO. | BIRTHDATE | AGE |
|---|---|---|---|---|---|
| 655 OLIVER ST APT 2          N TONAWANDA, NY 14120 | | 29 | NOT DISPLAYED | 11/15/73 | 044Y |

| SEX | MAR STAT | RACE | REL'GION | ADMIT TYPE | ADMIT PRIORITY | ADMIT SOURCE | HIPAA | MODE OF ARRIVAL | ADMIT DATE | ADMIT TIME |
|---|---|---|---|---|---|---|---|---|---|---|
| F | S | U | | EMERGENCY | EMERGENCY | NONHLT FAC | Y | 1 | 02/03/18 | 09:45 |

| HEALTH CARE AGENT | | LAS/LEP | | VIP | |
|---|---|---|---|---|---|
| | | 001 | ENGLISH | | |

| PRIOR STAY LOCATION | PRIOR STAY DATES | HOME PHONE | ALTERNATE PHONE | HOSPICE INDICATOR | ORGAN DONOR? | VISIT TYPE |
|---|---|---|---|---|---|---|
| | | 716-310-6649 | 716-310-6649 | N | N | E |

| ATTENDING PHYSICIAN | REFERRING PHYSICIAN | | ADMIT BY (LOGIN ID) | RECEIVED BILL OF RIGHTS? |
|---|---|---|---|---|
| LYNCH JOSHUA J | | | INT | YES |

| PRIMARY CARE PROVIDER | STREET ADDRESS, CITY, STATE, ZIP CODE | OFFICE PHONE | OFFICE FAX |
|---|---|---|---|
| ROSS LYNNE S | NORTH TONAWANDA | 716-690-2001 | 716-690-2239 |

| EMERGENCY CONTACT 1 | | REL | HOME PHONE | WORK PHONE | CELL PHONE | PAGER NUMBER |
|---|---|---|---|---|---|---|
| ZARIA | SMITH | CHILD | 716-245-3204 | -- | | |

| EMERGENCY CONTACT 2 | REL | HOME PHONE | WORK PHONE | CELL PHONE | PAGER NUMBER |
|---|---|---|---|---|---|
| | | -- | -- | | -- |

| ADMITTING DIAGNOSIS (CODE & VERBIAGE) | CHIEF COMPLAINT |
|---|---|
| \ | fall / back pain |

| LAST NAME, FIRST, MI | STREET ADDRESS, CITY, STATE, ZIP CODE, COUNTY | |
|---|---|---|
| SMITH, SHAULENE, N | 655 OLIVER ST APT 2          N TONAWANDA,NY 14120 | |

| SOCIAL SECURITY NO. | TELEPHONE NUMBER | RELATIONSHIP OF GUARANTOR | EMPLOYER | EMPLOYER TELEPHONE NUMBER |
|---|---|---|---|---|
| NOT DISPLAYED | 716-310-6649 | SELF | GOODWILL INDUSTRIES | 716-854-3494 |

| COMMENTS: | SMOKING CESSATION INFORMATION PROVIDED |
|---|---|
| MH | TO PATIENT / CAREGIVER: YES |

| INSURANCE CARRIER | PLAN NAME | CERTIFICATE/POLICY NO | SECOND POLICY NUMBER | EFFECTIVE DATE | |
|---|---|---|---|---|---|
| COMM HMOS MEDICAID | HEALTHY CHOICE | FT73655B | FT73655B | // | |
| INSURED NAME | | DATE OF BIRTH | REL TO PT | ACC (Y/N) | DATE OF ACCIDENT | AUTHORIZATION NUMBER |
| SHAULENE SMITH | | 11/15/1973 | 1 | N | | |

| INSURANCE CARRIER | PLAN NAME | CERTIFICATE/POLICY NO | SECOND POLICY NUMBER | EFFECTIVE DATE |
|---|---|---|---|---|
| SELF PAY | | | | |
| INSURED NAME | | DATE OF BIRTH | REL TO PT | ACC (Y/N) | DATE OF ACCIDENT | AUTHORIZATION NUMBER |
| | | | 1 | | | |

| INSURANCE CARRIER | PLAN NAME | CERTIFICATE/POLICY NO | SECOND POLICY NUMBER | EFFECTIVE DATE |
|---|---|---|---|---|
| | | | | |
| INSURED NAME | | DATE OF BIRTH | REL TO PT | ACC (Y/N) | DATE OF ACCIDENT | AUTHORIZATION NUMBER |

| INSURANCE CARRIER | PLAN NAME | CERTIFICATE/POLICY NO | SECOND POLICY NUMBER | EFFECTIVE DATE |
|---|---|---|---|---|
| | | | | |
| INSURED NAME | | DATE OF BIRTH | REL TO PT | ACC (Y/N) | DATE OF ACCIDENT | AUTHORIZATION NUMBER |

| ISOLATION INDICATOR 1 | ISOLATION INDICATOR 2 | ISOLATION INDICATOR 3 | ISOLATION INDICATOR 4 | ISOLATION INDICATOR 5 | ISOLATION INDICATOR 6 |
|---|---|---|---|---|---|
| | | | | | |

PRINCIPAL DIAGNOSIS

SECONDARY DIAGNOSIS

PROCEDURES

| ATTENDING PHYSICIAN | DATE |
|---|---|
| | 02/03/2018      09:58 |

KH01161 Rev. 01/07/09

**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: | 02/03/2018 |
| Dsch: | 02/03/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J,DO |

## Consents Documents

MRN: 1003295790
FIN: 75213332

* Auth (Verified) *

⊞ ⊠
⊠ ⊞
**Kaleida Health**

| DOWNTIME | ☐ Entered into electronic record downtime |
| | date          time |
| | initials |

SMITH SHAULENE N
MR- 1003295790          PT- 75213332
DOB- 11/15/73          AGE- 044Y          SEX- F
ATT- LYNCH JOSHUA J
PCP- ROSS LYNNE S
FC-          EMR          E          ADM DT- 02/03/18
Patient ID Area    DEGRAFF MEMORIAL

### CONSENT FOR TREATMENT AND PAYMENT AGREEMENT 1 of 2

HI Claim Number: _____

**AUTHORIZATION FOR CARE & TREATMENT** I hereby agree that Kaleida Health may perform care and treatment, and may conduct such examinations, laboratory tests and procedures, administer such local anesthetics, medication and treatment, as may be directed by my physician or treating practitioner. I acknowledge that no guarantees have been made to me as to the effect of such examinations, tests, procedures or treatment of my condition.

**CONSENT TO USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION** I consent to the use and disclosure of my Protected Health Information by Kaleida Health for purposes of treatment, payment, and health care operations. For example, my attending physician or treating practitioner at Kaleida Health may furnish Protected Health Information maintained by Kaleida Health in the course of my care and treatment. Also, as Kaleida Health is a teaching hospital, I consent to the use and disclosure of my Protected Health Information (i) for training and educational purposes to faculty physicians, residents, and medical, dental, pharmacy, nursing or other students in health-related professions from local colleges and universities affiliated with Kaleida Health, and (ii) for review in preparation for possible research. Release of medical records and information will be made according to state and federal regulations. I understand that Kaleida Health may release medical information to any third party, including my employer, which may be responsible for payment of my hospital or medical expenses. (Release of medical information to employers is limited to those employers who are directly liable for the costs of the patient's health care benefits through and employer, self-insured group health plan or worker's compensation, or in other circumstances in which such disclosure is legally allowed). I understand that it may be necessary for a hospital treating practitioner to contact another treating provider or pharmacy to obtain complete medical history and/ or medicine dosage.

**CONSENT TO RELEASE INFORMATION TO THE UNIVERSITY OF BUFFALO INSTITUTE FOR HEALTHCARE INFORMATICS (IHI)** I understand that my PHI will be released to a research database supervised by the University of Buffalo Institutional Review Board for use in future research. ☐ Restriction: I do not want my PHI released to IHI.

**INSURANCE AUTHORIZATION:** I understand that I am responsible for knowing the terms and conditions of my insurance coverage. I further understand that I may be responsible for obtaining prior authorization for certain services in order for my insurance company to pay for those services and I understand that I may be personally responsible for payment if I do not obtain any necessary prior authorization or my insurance benefits are denied, reduced, or terminated. (In accordance with federal law, the hospital will not deny or delay necessary care or treatment in the Emergency Department because of a person's inability to pay for such necessary emergency treatment.)

**ASSIGNMENT OF BENEFITS, INSURANCE PROCEEDS, SETTLEMENTS** If I am entitled to health care services under any insurance policy from any person or organization which may become liable to me to provide such benefits, I assign such benefits to the hospital and physicians employed by the hospital who render such services to me. I further authorize payment directly to Kaleida Health and such physicians of all such insurance benefits payable to me. Such insurance may include, but is not limited to, private commercial insurance, auto liability insurance, worker's compensation, programs such as Medicare and Medicaid, or other governmental sources. I certify that the information given regarding my insurance is accurate and current to the best of my knowledge. I further assign to Kaleida Health any payments for medical benefits payable to me as a result of any settlement or judgment in a lawsuit.

**CERTIFICATION OF MEDICARE BENEFITS TO HOSPITAL AND/OR PHYSICIANS: (Applicable to Medicare beneficiaries only)** I hereby authorize Kaleida Health to bill Medicare and receive payment on my behalf for any authorized Medicare benefits for services furnished to me by Kaleida Health, including physician services. I certify that the information given by me in applying for such payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical information or other information about me to release it to Medicare or its agents, as necessary, for payment of this, or any related Medicare claim.

**FINANCIAL AGREEMENT** In consideration for services rendered by Kaleida Health and physicians employed by Kaleida Health, I guarantee prompt payment of all such services not paid by insurance carriers or third parties within thirty (30) days. I understand that any amounts not covered by my insurance carrier or other third party payor is my personal responsibility, and I agree to make payment for any such amounts. If Kaleida Health does not receive such payment within thirty (30) days from the date such balance is due, the bill may be turned over to an attorney or a collection agency and, if so, I agree to pay all reasonable collection costs including attorney's fees and/or collection fees in addition to the payment owed. I give the hospital the right to examine my consumer credit report for financial information relating to my responsibility to pay for medical services. I understand that, in most cases, my attending physician, emergency department physician, radiologist, anesthesiologist and other consultants and/or surgeons of Kaleida Health are independent practitioners, and not hospital employees. I will receive a separate bill from them for their services.

KH00267 Rev. 06/28/17                    | CONSENT |

Patient Name: SMITH, SHAULENE N
Date of Birth: 11/15/1973

MRN: 1003295790
FIN: 75213332

* Auth (Verified) *

☐ Entered into electronic record downtime

date _____ time _____

Initials _____

**Kaleida Health**

SMITH SHAULENE N
MR- 1003295790          PT- 75213332
DOB- 11/15/73           AGE- 044Y      SEX- F
ATT- LYNCH JOSHUA J
PCP- ROSS LYNNE S
FC-                     EMR        E    ADM DT- 02/03/18
Patient ID Area   DEGRAFF MEMORIAL

## CONSENT FOR TREATMENT AND PAYMENT AGREEMENT 2 of 2

**NOTICES AND CUSTOMER COMMUNICATIONS** You expressly consent to be contacted by Kaleida Health, its agents, assigns, debt collectors, or anyone calling on its behalf, for purposes relating to medical treatment or billing/payment, at any residential or cellular telephone number, or physical residential or electronic address (which may include a hospital/facility patient room) you provide herein. You agree that Kaleida Health, its agents, assigns, debt collectors, or anyone calling on its behalf may contact you {between the hours of 8:00 a.m. and 9:00 p.m.} at such number(s) and address(es), including by calls delivered by an automatic telephone dialing system and/or prerecorded or voice messages.

**RELEASE OF LIABILITY FOR VALUABLES:** I understand and agree that money, jewelry, and other valuables should not be brought into the hospital. I understand and agree that Kaleida Health shall not be liable for loss or damage to any personal property.

**ADVANCED DIRECTIVES:** I acknowledge that I received or had made available to me information on advance directives and a copy of "Your Patient Bill of Rights," prepared by New York State.

**ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICE:** I acknowledge that I have received the Kaleida Health Notice of Privacy Practices.

**PATIENT DIRECTORY** I understand that I am automatically included in the hospital's Patient Directory, which allows Kaleida Health to relay my location and general condition if asked for by name and my religious affiliation to clergy without asking by name. If I do not want this information disclosed from the Patient Directory, I will indicate that by checking the box. ☐ Restriction: I do not want to be listed in the Patient Directory. I understand that, by checking this box, if family members, my clergy, neighbors, friends or others inquire about me while I am a patient, my presence here will not be disclosed, and any mail or flowers addressed to me will be returned.

**DISCLOSURE TO FAMILY OR FRIENDS INVOLVED IN MY CARE:** I understand that I may limit the disclosure of my health information to family members, other relatives or close personal friends by notifying a member of the staff assigned to care for me.

**I have read all the above statements and accept the terms and conditions as stated.**

X _____     Date 2/3/18     Time 10:30
Patient/Parent/Agent/Guardian Signature

_____     Date 2/3/18     Time 10:30 AM
Witness Signature

_____     Date _____     Time _____
Interpreter (if used) Signature

_____     Date _____     Time _____
Witness Signature

### TELEPHONE ACCEPTANCE OF TERMS & CONDITIONS

Person contacted: _____     Telephone Number: _____

Relationship to Patient: _____     Date of contact: _____     Time of contact: _____

**Person contacted has stated his/her understanding and acceptance of terms and conditions on behalf of the patient.**

_____     Date _____     Time _____
Speaker Signature

_____     Date _____     Time _____
Witness Signature

**PHOTO IDENTIFICATION OBTAINED:** ☐ YES   ☑ NO
NOTE: If the individual signing is the Health Care Agent or Guardian(s), he/she must provide written documentation to authorize his/her legal authority to consent. A copy of the documentation must be placed in the patient's medical record.

KH00287 Rev. 06/28/17

CONSENT

**\* Auth (Verified) \***

**Kaleida Health**

☐ Entered into electronic record downtime

date        time

Initials

| | |
|---|---|
| SMITH SHAULENE N | |
| MR- 1003295790 | PT- 4012330 |
| DOB- 11/15/73 | AGE- 044Y    SEX- F |
| ATT- REFERRING DOC | |
| PCP- ROSS LYNNE S | |
| FG- RAD        C | ADM DT- 03/15/18 |
| Patient ID Area    DEGRAFF MEMORIAL | |

## CONSENT FOR TREATMENT AND PAYMENT AGREEMENT 2 of 2

**NOTICES AND CUSTOMER COMMUNICATIONS** You expressly consent to be contacted by Kaleida Health, its agents, assigns, debt collectors, or anyone calling on its behalf, for purposes relating to medical treatment or billing/payment, at any residential or cellular telephone number, or physical residential or electronic address (which may include a hospital/facility patient room) you provide herein. You agree that Kaleida Health, its agents, assigns, debt collectors, or anyone calling on its behalf may contact you (between the hours of 8:00 a.m. and 9:00 p.m.) at such number(s) and address(es), including by calls delivered by an automatic telephone dialing system and/or prerecorded or voice messages.

**RELEASE OF LIABILITY FOR VALUABLES:** I understand and agree that money, jewelry, and other valuables should not be brought into the hospital. I understand and agree that Kaleida Health shall not be liable for loss or damage to any personal property.

**ADVANCED DIRECTIVES:** I acknowledge that I received or had made available to me information on advance directives and a copy of "Your Patient Bill of Rights," prepared by New York State.

**ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICE:** I acknowledge that I have received the Kaleida Health Notice of Privacy Practices.

**PATIENT DIRECTORY** I understand that I am automatically included in the hospital's Patient Directory, which allows Kaleida Health to relay my location and general condition if asked for by name and my religious affiliation to clergy without asking by name. If I do not want this information disclosed from the Patient Directory, I will indicate that by checking the box. ☐ Restriction: I do not want to be listed in the Patient Directory. I understand that, by checking this box, if family members, my clergy, neighbors, friends or others inquire about me while I am a patient, my presence here will not be disclosed, and any mail or flowers addressed to me will be returned.

**DISCLOSURE TO FAMILY OR FRIENDS INVOLVED IN MY CARE:** I understand that I may limit the disclosure of my health information to family members, other relatives or close personal friends by notifying a member of the staff assigned to care for me.

I have read all the above statements and accept the terms and conditions as stated.

| | | |
|---|---|---|
| _Smith_ | 3-15-18 | 10:18 |
| Patient/Parent/Agent/Guardian Signature | Date | Time |
| _Lmagnoli_ | 3-15-18 | 10:18 a |
| Witness Signature | Date | Time |
| | | |
| Interpreter (if used) Signature | Date | Time |
| | | |
| Witness Signature | Date | Time |

### TELEPHONE ACCEPTANCE OF TERMS & CONDITIONS

Person contacted: _____    Telephone Number: _____

Relationship to Patient: _____    Date of contact: _____    Time of contact: _____

**Person contacted has stated his/her understanding and acceptance of terms and conditions on behalf of the patient.**

| | | |
|---|---|---|
| Speaker Signature | Date | Time |
| Witness Signature | Date | Time |

**PHOTO IDENTIFICATION OBTAINED:** ☒ YES   ☐ NO

NOTE: If the individual signing is the Health Care Agent or Guardian(s), he/she must provide written documentation to authorize his/her legal authority to consent. A copy of the documentation must be placed in the patient's medical record.

KH00287 Rev. 08/28/17

CONSENT

**Medical Record Request**

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 4012330 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Xray |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: 03/15/2018 | | Dsch: 03/16/2018 | |

## Orders

* Transcribed *

03/15/18

UB NEUROSURGERY, INC
Patient Xray Order Requisition

Page 1

---

Smith, Shaulene N
655 OLIVER ST.
APT. 2
N TONAWANDA, NY  14120

**PATIENT**

H-Phone:(716)-310-6649          DOB   :11/15/1973
W-Phone:(716)- -
C-Phone:(716)-310-6649          Sex   :F
Race    :Unknown                Chart:030618AS
Account:418036

**PRIMARY INSURANCE**

Co#: 150  Policy#: FT73655B
WELLCARE - MCD PLAN
PO BOX 31372
TAMPA, FL 33631-3372

Insured Name: SHAULENE N SMITH
DOB       : 11/15/1973
Group Number:
Plan Name   :
Expired Date: 00/00/00

**FACILITY INFORMATION**

Name  :DEGRAFF MEMORIAL HOSPITAL - RADIOLOGY   Phone :(716)-690-2250
       445 TREMONT STREET                      Fax   :(716)-690-2324

       NORTH TONAWANDA, NY 14120

**X-RAY ORDER**

Status:Ordered
Doctor:Riley, Jonathan, MD
       3980A SHERIDAN DRIVE
       AMHERST, NY  14226-1727

UPIN  : NPI:1346483039
Id    :03-0445678

Ordered :03/15/18     9:43 am
Sched    :00/00/00
Acquired:00/00/00
Req#    :235204
Phone   :(716)-218-1000
Fax     : (716)-650-2691

**ORDER NOTES**

PLEASE DO NOT LEAVE THE IMAGING FACILITY WITHOUT OBTAINING A DISK TO BRING TO
OUR OFFICE. THANK YOU

---

| CPT | Test Name | | Priority | Acc# |
|-----|-----------|---|----------|------|
| 72070 | Xray, Thoracic, Ap/Lat | | Routine | 235204-1493333 |
| Dx: S22.080A | Wedge compression fracture of T11-T12 vertebra, init | | | |

Ordering Provider's Signature: _Jonathan Riley_

Electronically signed by agent of provider: Jessica Kryszak on 03/15/18 at  9:44 am

* Transcribed *

SMITH SHAULENE N
MR- 1003295790  PT- 4012330
DOB- 11/15/73   AGE- O44Y        SEX- F
PCP- ROSS LYNNE S
FC-        RAD   C    ADM DT- 03/15/18

**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 4012330 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 03/15/2018 | Dsch: 03/16/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Xray |
| Physician: | RILEY,JONATHAN P.MD |

## Radiology Records

\* Auth (Verified) \*

ACCESSION #: DX–18–0047461
SMITH, SHAULENE N
MR #: 1003295790
REQ FOR DATE: 03/15/2018
DeGraff Memorial Hospital
455 Tremont Street, North Tonawanda, New York 14120–0750

# KALEIDA
## H E A L T H
### DEGRAFF MEMORIAL HOSPITAL
455 Tremont Street, North Tonawanda, New York 14120–0750

## RADIOLOGY REQUISITION

| PATIENT NAME | | MEDICAL REC # | PATIENT LOCATION | SEX | AGE | DOB. | | PRIORITY |
|---|---|---|---|---|---|---|---|---|
| SMITH, SHAULENE N | | 1003295790 | D–Xray | F | 44 Y | 11/15/1973 | | Routine |

| Order For | Time | PT TYPE | TRANS. MODE | O2 | | IV | | ISO |
|---|---|---|---|---|---|---|---|---|
| 03/15/2018 | 10:21 am | Clinic | Ambulatory | | | | | |

| ORDERING PHYSICIAN | PHONE NUMBER | CONSULTING PHYSICIAN | | PHONE NUMBER |
|---|---|---|---|---|
| RILEY, JONATHAN P. MD | (716) 218–1000 | | | |

| EXAM REQUESTED | PACS ID # | CLINICAL INDICATION | ICD CODES |
|---|---|---|---|
| 1 Spine thoracic– 2 views | 7276789 | wedge comp fx | Wedge comp |

**COMMENTS / SPECIAL INSTRUCTIONS:**

cmc

**TECHNOLOGIST'S COMMENT:**

fell 2/2/18
ER visit 2/3/18 - fracture of T12
pain radiates (from) to (L) side

### PAT. UID #: 1003295790

**LAST 5 EXAMS:**
| | | |
|---|---|---|
| 1.) CT Abd+Pel w IV contrast | | 02/03/2018 |
| 2.) US Transvaginal | | 01/16/2018 |
| 3.) MAM DIGITAL Scrn Bilat w or... | | 01/16/2018 |
| 4.) CT Abd+Pel w IV contrast | | 08/01/2017 |
| 5.) US Pelvic complete | | 09/22/2016 |

ISOLATION CODES:

| | LMP | NO POTENTIAL FOR PREGNANCY EXISTS | TECH INIT. |
|---|---|---|---|
| | | X | |

**ALLERGIES:**
1 No Known Medication Allergies

| DIABETES | LAB RESULTS | | | | | |
|---|---|---|---|---|---|---|
| | HCT/HBG | PLT | PT/PTT/INR | BUN | CRT | HCG |
| No | | | | | 0.64 | |

MEDICAL RECORD NUMBER
1003295790

ACCESSION NO.
DX–18–6047461

| TECHNOLOGIST NAME | 8 x 10 | 10 x 12 | 11 x 14 | 14 x 17 | 14 x 36 | 7 x 17 | OTHER | TOTAL FILMS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| INJECTION TIME | CONTRAST / RADIOPHARM | NO. OF CC / mCi–uCi | INJECTED / CATHED BY |
|---|---|---|---|
| | | | |

PRELIMINARY RADIOLOGICAL INTERPRETATIONS:
Financial Number
4012330

**Digital Dictation.**

Entered by: CLINE, CHRISTINE M

*ORIGINAL*

\* Auth (Verified) \*

## Kaleida Health

**IMAGING SERVICES
PREGNANCY ATTESTATION**

☐ Entered into electronic record after downtime
date ___ time ___
Initials ___

SMITH SHAULENE N
MR 1003295790 PT 4012330
DOB 11/15/73  AGE 044Y  SEX F  SEX
PCP ROSS LYNNE S
FC    RAD   C   ADM DT 03/15/18

---

I X Shaulene Smith _____ attest and confirm that I am not currently pregnant and that to the best of my knowledge there is no possibility that I could be pregnant. I understand that if there is a possibility that I could be pregnant I must alert the health care providers and discuss that possibility with the physician performing my procedure. There may be risks associated with the care I am to receive in the event that I am pregnant.

My last menstrual period was (date) X Hysterectomy

3/15/18 _____ X _Smith_ _____
Date    Time    Patient Signature

---

☐ I am unsure if I am pregnant and request a pregnancy test be performed. If the test is positive my attending physician will discuss safe options for care

Results of human chorionic gonadotropin (hCG) test performed _____ Date _____

☐ I acknowledge that I am pregnant. I understand the risks and benefits explained to me by the requesting physician and all of my questions have been answered to my satisfaction. I agree to have the Diagnostic Imaging examination requested

☐ I understand that when possible the technologist will collimate (reduce) the area of x ray beam to the area being examined, shield me by placing a piece of lead over the fetal area, and limit the number of routine films and/or views taken for examination in order to reduce the potential dose of radiation to the fetus

Exam to be performed _____

Date _____   Time _____   Physician Signature _____

Date _____   Time _____   Patient Signature _____

Date _____   Time _____   Parent/Guardian Signature _____

Date _____   Time _____   Witness Signature _____

Witness Print Name _____

KH01300-001  Rev 07/29/11

CONSENT

Patient Name: SMITH, SHAULENE N
Date of Birth: 11/15/1973

MRN: 1003295790
FIN: 4012330

* Auth (Verified) *

| | | | | | |
|---|---|---|---|---|---|
| | Med Rec Nbr: | 1003295790 | | UI Nbr: | 1003295790 |
| | Financial Nbr: | 4012330 | | Patient Name: | SMITH, SHAULENE N |
| | Client Med Rec Nbr: | 4437 | | Organization: | KH DEGRAFF |
| | DOB: | 11/15/1973 | | Patient Location: | D-Xray |
| | Sex: | Female | | Physician: | RILEY,JONATHAN P.MD |
| **Medical Record Request** | Adm:  03/15/2018 | | Dsch:  03/16/2018 | | |

## General Diagnostic Radiology

**EXAM**
Spine thoracic- 2 views

**EXAM DATE/TIME**
03/15/2018 10:59

**ACCESSION NUMBER**
DX-18-0047461

**ORDERING DOCTOR**
RILEY,JONATHAN P.MD

### REASON FOR EXAM
(Spine thoracic- 2 views) wedge comp fx

### Findings
INDICATION: Follow-up of fracture of T12 seen on the CT examination of 2/3/2018.

FINDINGS:
AP and lateral views of the thoracic spine , AP view of the cervicothoracic junction and a lateral view the thoracolumbar junction demonstrate normal curvature.
Mild compression of the superior endplate of T12 is seen.
No retrolisthesis is seen.
Mild disc space narrowing of T11-T12 is seen.
The remainder the thoracic vertebrae are normal in height.

IMPRESSION:
Mild compression of the superior endplate of T12 is seen.
No significant change is seen from the CT examination of 2/3/2018.
The remainder the thoracic vertebrae appear normal in height and alignment.

*READ BY............: MAKHIJA, JASBEER S. MD*
*DICTATED ...........: 03/15/2018 12:16 pm*
*TRANSCRIBED BY.....: 03/15/2018 12:16 pm JSM*
*SIGNED        03/15/2018 12:19 pm*
*ELECTRONICALLY BY..: MAKHIJA, JASBEER S. MD*

*A Kaleida Health dictation system was used to prepare this imaging report.*
*Although each report is personally scanned for syntactic or grammatical errors,*
*unintended but conspicuous translational errors can occur.*
*Please contact the Radiology department if there are questions about contents of this report.*

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 4012330 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Xray |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: 03/15/2018 | | Dsch: 03/16/2018 | |

**Medical Record Request**

## Past Medical History

### Problem Name: Anemia

| Status: Active | Age at Onset: 18 years; Onset Date: 1991; Age at Resolved: ; Resolved Date: ; Responsible Provider: |
|---|---|

C: 09/19/2016 10:03 ; CRONIN, LINDA J.; hospitalized at age 18, dx'ed as iron deficient anemia

### Problem Name: Polycystic ovarian syndrome

| Status: Resolved | Age at Onset: ; Onset Date: ; Age at Resolved: ; Resolved Date: ; Responsible Provider: |
|---|---|

### Problem Name: Pregnant

| Status: Resolved | Age at Onset: 20 years; Onset Date: 03/27/1994; Age at Resolved: Unknown 21 years; Resolved Date: Unknown 1995; Responsible Provider: |
|---|---|

### Problem Name: Pregnant

| Status: Resolved | Age at Onset: 22 years; Onset Date: 10/23/1996; Age at Resolved: Unknown 23 years; Resolved Date: Unknown 1997; Responsible Provider: |
|---|---|

### Problem Name: Pregnant

| Status: Resolved | Age at Onset: 33 years; Onset Date: 03/27/2007; Age at Resolved: Unknown 34 years; Resolved Date: Unknown 2008; Responsible Provider: |
|---|---|

### Problem Name: Pregnant

| Status: Resolved | Age at Onset: 34 years; Onset Date: 03/27/2008; Age at Resolved: Unknown 35 years; Resolved Date: Unknown 2009; Responsible Provider: |
|---|---|

| | | | | |
|---|---|---|---|---|
| **Med Rec Nbr:** | 1003295790 | | **UI Nbr:** | 1003295790 |
| **Financial Nbr:** | 4012330 | | **Patient Name:** | SMITH, SHAULENE N |
| **Client Med Rec Nbr:** | 4437 | | **Organization:** | KH DEGRAFF |
| **DOB:** | 11/15/1973 | | **Patient Location:** | D-Xray |
| **Sex:** | Female | | **Physician:** | RILEY,JONATHAN P.MD |
| **Adm:** | 03/15/2018 | **Dsch:** 03/16/2018 | | |

**Medical Record Request**

## Family History

Last Update: 09/19/2016 09:56 by CRONIN,LINDA J.

### Mother: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Hypertension | Positive | | | |
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Sister: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Breast cancer[C1] | Positive | | | |
| Diabetes mellitus | Positive | | | |
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

C1: 09/19/2016 09:56 ; CRONIN, LINDA J.; dx'ed age 30, deceased

### Sister: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Diabetes mellitus | Positive | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Brother: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Brother: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Diabetes mellitus | Positive | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Cousin: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Father: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Diabetes mellitus | Positive | | | |
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Mat Grandfather: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA - Cancer of colon | Negative | | | |

Printed:   03/26/2018 16:47

Patient Name:   **SMITH, SHAULENE N**          171335728          Master Report Template

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 4012330 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Xray |
| Sex: | Female | Physician: | RILEY, JONATHAN P. MD |
| Adm: 03/15/2018 | Dsch: 03/16/2018 | | |

**Medical Record Request**

## Family History

### Mat Grandfather: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Mat Grandmother: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Nephew: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Niece: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Pat Grandfather: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Pat Grandmother: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

**Medical Record Request**

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 4012330 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Xray |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: 03/15/2018 | Dsch: 03/16/2018 | | |

## Allergy

### Substance: No Known Medication Allergies

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 09/19/2016 09:50 | CRONIN,LINDA J. | Reaction Status: Active; Allergy Type: Allergy; Category Drug; Reviewed Date/Time: 02/03/2018 10:09 ; Reviewed By: LYNCH,JOSHUA J.DO |



**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 4012330 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 03/15/2018 | Dsch: 03/16/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Xray |
| Physician: | RILEY,JONATHAN P.MD |

## Problem List

### Problem Name: Anemia
Last Updated: 09/19/2016                          Status Date: 09/19/2016
Last Reviewed: 02/03/2018                          Responsible Provider:

### Problem Name: Obesity
Last Updated: 09/19/2016                          Status Date: 09/19/2016
Last Reviewed: 09/19/2016                          Responsible Provider:

### Problem Name: Polycystic ovarian syndrome
Last Updated: 09/19/2016                          Status Date: 09/19/2016
Last Reviewed: 02/03/2018                          Responsible Provider:

### Problem Name: Pregnant
Last Updated: 09/19/2016                          Status Date:
Last Reviewed: 02/03/2018                          Responsible Provider:

### Problem Name: Pregnant
Last Updated: 09/19/2016                          Status Date:
Last Reviewed: 02/03/2018                          Responsible Provider:

### Problem Name: Pregnant
Last Updated: 09/19/2016                          Status Date:
Last Reviewed: 02/03/2018                          Responsible Provider:

### Problem Name: Pregnant
Last Updated: 09/19/2016                          Status Date:
Last Reviewed: 02/03/2018                          Responsible Provider:

**Medical Record Request**

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 4012330 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Xray |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: 03/15/2018 | Dsch: 03/16/2018 | | |

## Procedures-Surgical History

### Procedure: Laparoscopy

| Last Updated: 09/19/2016 | | Status: Active |
|---|---|---|
| | Location: | |
| Provider: | Last Reviewed: 02/03/2018 | Related Diagnosis: |

C: 09/19/2016 09:54 ; CRONIN, LINDA J.; exploratory, for abdominal pain, nothing found



**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 4012330 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 03/15/2018 | Dsch: 03/16/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Xray |
| Physician: | RILEY, JONATHAN P.MD |

# Orders

## Radiology

### Order: Spine thoracic-2 views
Order Date/Time: 03/15/2018 10:21

| | | |
|---|---|---|
| Department Status: Completed | Catalog Type: Radiology | Activity Type: Radiology |
| End-state Date/Time: 03/15/2018 12:20 | | End-state Reason: |
| Ordering Physician: RILEY, JONATHAN P.MD | | Consulting Physician: |

Entered & Electronically Signed By: CLINE, CHRISTINE M on 03/15/2018 10:21

Order Details: Routine, 3/15/18 10:21:00 AM EDT, wedge comp fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, cmc, CMB579

Order Comment:

| | | |
|---|---|---|
| Action Type: Complete | Action Date/Time: 03/15/2018 12:20 | Action Personnel: MAKHIJA, JASBEER S.MD |

Order Details: Routine, 03/15/18 10:21:00, wedge comp fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, cmc, CMB579

Review Information:
Doctor Cosign: Not Required

Order Comment:

| | | |
|---|---|---|
| Action Type: Status Change | Action Date/Time: 03/15/2018 10:59 | Action Personnel: LAROSE, VANESSA J |
| | | Radiology Technologist |

Order Details: Routine, 03/15/18 10:21:00, wedge comp fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, cmc, CMB579

Review Information:
Doctor Cosign: Not Required

Order Comment:

| | | |
|---|---|---|
| Action Type: Order | Action Date/Time: 03/15/2018 10:21 | Action Personnel: CLINE, CHRISTINE M |

Order Details: Routine, 03/15/18 10:21:00, wedge comp fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, cmc, CMB579

Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required

Order Comment:

# DEGRAFF HOSPITAL



# Kaleida Health

Degraff Memorial Hospital
445 Tremont Street
North Tonawanda, New York 14120
(716) 694-4500

### Emergency Department
### Discharge Instructions

Name SMITH, SHAULENE N          DOB 11/15/1973          Date/Time 2/3/2018 15:12:00

MR# 1003295790                  Acct# 75213332

**Visit Date/Time:** 2/03/2018 9:44 AM

## Diagnosis: T12 compression fracture

**PCP:** ROSS, LYNNE S. MD
**ED Provider:** LYNCH, JOSHUA J. DO
**Instructions prepared by:** LYNCH, JOSHUA J. DO

Kaleida Health would like to thank you for allowing us to assist you with your healthcare needs.
**It is IMPORTANT to see your DOCTOR or PRIMARY CARE PROVIDER.** Emergency Care may
be incomplete without proper follow-up. If you become worse in any way, it is important that you call
your doctor, or return to the Emergency Department. **Please remember to take these instructions to
your next doctor's appointment.**

**Follow-up Instructions:**

## VITALS INFORMATION

| Vital Sign | Triage | Latest |
|---|---|---|
| Pulse Rate, Peripheral | 64 bpm | 70 bpm |
| Respiratory Rate | 18 BR/min | 16 BR/min |
| Blood Pressure | 140 mmHg /98 mmHg | 142 mmHg /91 mmHg |
| Temperature Oral | 36.9 degC | 36.6 degC |
| Temperature Rectal | | |
| Temperature Axillary | | |
| Temperature Temporal | | |

Patient Name SMITH, SHAULENE N
FIN # 75213332
MRN 1003295790

Emergency Medicine

# Vertebral Fracture

You have a fracture of one or more vertebra. These are the bony parts that form the spine. Minor vertebral fractures happen when people fall. Osteoporosis is associated with many of these fractures. Hospital care may not be necessary for minor compression fractures that are stable. However, multiple fractures of the spine or unstable injuries can cause severe pain and even damage the spinal cord. A spinal cord injury may cause paralysis, numbness, or loss of normal bowel and bladder control.



Normally there is pain and stiffness in the back for 3 to 6 weeks after a vertebral fracture. Bed rest for several days, pain medicine, and a slow return to activity is often the only treatment that is needed depending on the location of the fracture. Neck and back braces may be helpful in reducing pain and increasing mobility. When your pain allows, you should begin walking or swimming to help maintain your endurance. Exercises to improve motion and to strengthen the back may also be useful after the initial pain improves. Treatment for osteoporosis may be essential for full recovery. This will help reduce your risk of vertebral fractures with a future fall.

During the first few days after a spine fracture you may feel nauseated or vomit. If this is severe, hospital care with IV fluids will be needed.

Arrange for follow-up care as recommended to assure proper long-term care and prevention of further spine injury.

## SEEK IMMEDIATE MEDICAL CARE IF:
- You have increasing pain, vomiting, or are unable to move around at all.
- You develop numbness, tingling, weakness, or paralysis of any part of your body.
- You develop a loss of normal bowel or bladder control.
- You have difficulty breathing, cough, fever, chest or abdominal pain.

## MAKE SURE YOU:
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Patient Name SMITH, SHAULENE N
FIN # 75213332

6 of 8
MRN  1003295790

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 01/25/2006 Document Revised: 03/11/2013 Document Reviewed: 08/10/2010
ExitCare® Patient Information ©2015 ExitCare, LLC.

**\* Auth (Verified) \***

☒☒ ☒☒
☒☒ ☒☒

**Kaleida Health**

| DOWNTIME | ☐Entered into electronic record downtime | |
|---|---|---|
| | date | time |
| | initials | |

SMITH SHAULENE N
MR- 1003295790          PT- 75617428
DOB- 11/15/73          AGE- 044Y       SEX- F
ATT- REFERRING DOC
PCP- ROSS LYNNE S
FC- RAD              G       ADMDT- 08/08/18
Patient ID Area   MILLARD FILLMORE SUBURBAN

## CONSENT FOR TREATMENT AND PAYMENT AGREEMENT 2 of 2

**NOTICES AND CUSTOMER COMMUNICATIONS** You expressly consent to be contacted by Kaleida Health, its agents, assigns, debt collectors, or anyone calling on its behalf, for purposes relating to medical treatment or billing/payment, at any residential or cellular telephone number, or physical residential or electronic address (which may include a hospital/facility patient room) you provide herein. You agree that Kaleida Health, its agents, assigns, debt collectors, or anyone calling on its behalf may contact you (between the hours of 8:00 a.m. and 9:00 p.m.) at such number(s) and address(es), including by calls delivered by an automatic telephone dialing system and/or prerecorded or voice messages.

**RELEASE OF LIABILITY FOR VALUABLES:** I understand and agree that money, jewelry, and other valuables should not be brought into the hospital. I understand and agree that Kaleida Health shall not be liable for loss or damage to any personal property.

**ADVANCED DIRECTIVES:** I acknowledge that I received or had made available to me information on advance directives and a copy of "Your Patient Bill of Rights," prepared by New York State.

**ACKNOWLEDGEMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICE:** I acknowledge that I have received the Kaleida Health Notice of Privacy Practices.

**PATIENT DIRECTORY** I understand that I am automatically included in the hospital's Patient Directory, which allows Kaleida Health to relay my location and general condition if asked for by name and my religious affiliation to clergy without asking by name. If I do not want this information disclosed from the Patient Directory, I will indicate that by checking the box. ☐ Restriction: I do not want to be listed in the Patient Directory. I understand that, by checking this box, if family members, my clergy, neighbors, friends or others inquire about me while I am a patient, my presence here will not be disclosed, and any mail or flowers addressed to me will be returned.

**DISCLOSURE TO FAMILY OR FRIENDS INVOLVED IN MY CARE:** I understand that I may limit the disclosure of my health information to family members, other relatives or close personal friends by notifying a member of the staff assigned to care for me.

**I have read all the above statements and accept the terms and conditions as stated.**

| _(signature)_ | 8/8/18 | |
|---|---|---|
| Patient/Parent/Agent/Guardian Signature | Date  8-8-18 | Time |

| _(signature)_ | | |
|---|---|---|
| Witness Signature | Date | Time |

| | | |
|---|---|---|
| Interpreter (if used) Signature | Date | Time |

| | | |
|---|---|---|
| Witness Signature | Date | Time |

### TELEPHONE ACCEPTANCE OF TERMS & CONDITIONS

Person contacted: _____  Telephone Number: _____

Relationship to Patient: _____  Date of contact: _____  Time of contact: _____

**Person contacted has stated his/her understanding and acceptance of terms and conditions on behalf of the patient.**

| | | |
|---|---|---|
| Speaker Signature | Date | Time |

| | | |
|---|---|---|
| Witness Signature | Date | Time |

**PHOTO IDENTIFICATION OBTAINED:**    ☐ YES   ☐ NO
NOTE: If the individual signing is the Health Care Agent or Guardian(s), he/she must provide written documentation to authorize his/her legal authority to consent. A copy of the documentation must be placed in the patient's medical record.

KH00287 Rev. 06/28/17

CONSENT

| | | |
|---|---|---|
| Temperature | | |
| Intravascular | | |
| Weight | 67.59 kg | 67.59 kg |

**With:**     **Address:**     **When:**

UB Neuro Surgery 218-1000

**With:**     **Address:**     **When:**

University Ortho 204-3200

**With:**     **Address:**     **When:**

LYNNE ROSS      LYNNE ROSS, MD, PC, 43
NIAGARA STREET  NORTH
TONAWANDA, NY  14120
(716) 690-2001 Business (1)

## Medication Information:

Allergy Info:
    No Known Medication Allergies

Immunizations:
None given this visit

**Below is a Complete list of your medications**

> **oxyCODONE-acetaminophen (oxyCODONE-acetaminophen 7.5 mg-325 mg oral tablet)** 1 tablet oral every 6 hours for 3 days. Refills: 0.

**Medication Comments:**

**Additional Comments:**

**DISCHARGE INSTRUCTIONS**

**Order Name**          **Order Details**

**TEST RESULTS**
**PENDING LABORATORY RESULTS:**
None

**PENDING RADIOLOGY RESULTS:**
None

**Laboratory or Other Results This Visit** (last charted value for your 02/03/2018 visit)

**GENERAL LABORATORY**
  02/03/2018  10:23 AM
  **Albumin Level:** 3.8 g/dL -- Normal range between ( 3.5 and 5.0 )
  **Alkaline Phosphatase:** 72 unit/L -- Normal range between ( 30 and 140 )
  **ALT:** 11 unit/L -- Normal range between ( 5 and 50 )
  **Anion Gap:** 7 mmol/L -- Normal range between ( 5 and 15 )
  **AST:** 15 unit/L -- Normal range between ( 5 and 50 )
  **Baso Abs:** 0.0 x10^9/L
  **Basophils:** 0.7 %
  **Bilirubin:** 0.6 mg/dL -- Normal range between ( 0.2 and 1.2 )
  **BUN:** 8 mg/dL -- Normal range between ( 5 and 25 )
  **Calcium Level:** 10.1 mg/dL -- Normal range between ( 8.5 and 10.5 )
  **Carbon Dioxide:** 25 mmol/L -- Normal range between ( 20 and 32 )
  **Chloride:** 105 mmol/L -- Normal range between ( 96 and 110 )
  **Eos Abs:** 0.2 x10^9/L
  **Eos:** 3.2 %
  **MCH:** 26.7 pg -- Normal range between ( 28.0 and 34.0 )

Patient Name SMITH, SHAULENE N
FIN # 75213332

**Explanation of your Complete Medication List (if you are not on any medications, below will be blank)**

**CHANGES: Medications with changes in dosing**

CVS/pharmacy #0589, 955 PAYNE AVE MID-CITY PLAZA NORTH TONAWANDA, NY 14120, (716) 693 - 1091

Start Taking: **oxyCODONE-acetaminophen (oxyCODONE-acetaminophen 7.5 mg-325 mg oral tablet)** 1 tablet oral every 6 hours for 3 days. Refills: 0.

Stop Taking: **oxyCODONE-acetaminophen (oxyCODONE-acetaminophen 7.5 mg-325 mg oral tablet)** 1 tablet oral every 6 hours.

Patient Name SMITH, SHAULENE N
FIN # 75213332

3 of 8
MRN 1003295790

**MCHC:** 32.8 g/dL -- Normal range between ( 32.0 and 36.0 )
**MCV:** 81.4 fL -- Normal range between ( 78.0 and 100.0 )
**RDW:** 13.4 % -- Normal range between ( 11.5 and 14.0 )
**RBC:** 4.31 x10^12/L -- Normal range between ( 4.20 and 5.40 )
**Hct:** 35.1 % -- Normal range between ( 37.0 and 47.0 )
**Hgb:** 11.5 g/dL -- Normal range between ( 12.0 and 16.0 )
**WBC:** 6.0 x10^9/L -- Normal range between ( 4.0 and 10.5 )
**Lipase Level:** 39 unit/L -- Normal range between ( 7 and 78 )
**Lymp Abs:** 1.9 x10^9/L -- Normal range between ( 1.5 and 3.5 )
**Lymph:** 32.1 % -- Normal range between ( 20.0 and 48.0 )
**Mono Abs:** 0.4 x10^9/L
**Mono:** 7.2 %
**Neut Abs:** 3.4 x10^9/L -- Normal range between ( 1.5 and 6.6 )
**Platelet:** 257 x10^9/L -- Normal range between ( 150 and 450 )
**Protein:** 7.1 g/dL -- Normal range between ( 6.0 and 8.0 )
**Creatinine:** 0.64 mg/dL -- Normal range between ( 0.40 and 1.40 )
**Glucose Level:** 90 mg/dL -- Normal range between ( 60 and 100 )
**MPV:** 9.8 fL -- Normal range between ( 9.0 and 12.0 )
**Potassium Level:** 4.1 mmol/L -- Normal range between ( 3.5 and 5.3 )
**Sodium Level:** 137 mmol/L -- Normal range between ( 135 and 145 )
**GFR:** >60 mL/min/1.73 m2
**GFR AfrAmer:** >60 mL/min/1.73 m2
**Neutrophils:** 56.6 % -- Normal range between ( 38.0 and 77.0 )

**ADDITIONAL LABORATORY AND/OR OTHER DIAGNOSTIC TEST RESULTS MAY BE AVAILABLE. PLEASE FOLLOW UP WITH YOUR PRIMARY CARE PROVIDER.**

**Medical Record Request**

| | | | |
|---|---|---|---|
| *Med Rec Nbr:* | 1003295790 | *UI Nbr:* | 1003295790 |
| *Financial Nbr:* | 75617428 | *Patient Name:* | SMITH, SHAULENE N |
| *Client Med Rec Nbr:* | 4437 | *Organization:* | KH SUBURBAN |
| *DOB:* | 11/15/1973 | *Patient Location:* | A-MRI Service |
| *Sex:* | Famale | *Physician:* | RILEY,JONATHAN P.MD |
| *Adm:* 08/08/2018 | *Dsch:* 08/09/2018 | | |

## Consents Documents

| LAB KEY: ^=Abnormal. C=Critical, I=Interp Data, m=Corrected, L=Low, H=High, R=Result Comments, O=Order Comments, T=Textual Result |

Printed: 08/23/2018 16:54 | @=Performed at, S=Susceptible, I = Intermediate, R=Resistant, N/A = Not Applicable| 

Patient Name: **SMITH, SHAULENE N** 185060156 Master Report Template

| | | | | | |
|---|---|---|---|---|---|
| Kaleida Health Center for Laboratory Medicine Amherst | Kaleida Health Center for Laboratory Medicine | Kaleida Health John R. Oishei Children's Hospital Laboratory | Kaleida Health DeGraff Laboratory | Clinical Laboratories of the Buffalo General Hospital | Niagara Falls Memorial Medical Center Dept. of Pathology |
| 1540 Maple Road Amherst, NY 14221 | 115 Flint Road Williamsville, NY 14221 | 818 Ellicott Street Buffalo, NY 14203 | 445 Tremont Street P O Box 0750 N. Tonawanda, NY 14120 | 100 High Street Buffalo, NY 14203 | 621 10th Street, PO Box 708 Niagara Falls, NY 14302 |
| Phone: (716) 568-3700 Fax (716) 568-3035 | Phone: (716) 626-7200 Fax (716) 633-2361 | Phone: (716) 323-2040 Fax (716) 323-1370 | Phone: (716) 690-2170 Fax (716) 690-2336 | Phone: (716) 859-1987 Fax: (716) 859-3221 | Phone: (716) 278-4337 Fax (716) 278-4676 |

\* Auth (Verified) \*

| | | ☐ Entered into electronic record | | SMITH SHAULENE N | |
|---|---|---|---|---|---|
| | | downtime | | MR: 1003295790 | PT: 75617428 |
| **Kaleida Health** | DOWNTIME | date | time | DOB: 11/15/73 | AGE: 044Y    SEX: F |
| | | initials | | ATT: REFERRING DOC | |
| | | | | PEP: ROSS LYNNE S | |
| **CONSENT FOR TREATMENT AND PAYMENT AGREEMENT** 1 of 2 | | | | FC:          RAD          G | ADM DT: 08/08/18 |
| | | | | Patient ID Area    MILLARD FILLMORE SUBURBAN | |

HI Claim Number: _____

**AUTHORIZATION FOR CARE & TREATMENT** I hereby agree that Kaleida Health may perform care and treatment, and may conduct such examinations, laboratory tests and procedures, administer such local anesthetics, medication and treatment, as may be directed by my physician or treating practitioner. I acknowledge that no guarantees have been made to me as to the effect of such examinations, tests, procedures or treatment of my condition.

**CONSENT TO USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION** I consent to the use and disclosure of my Protected Health Information by Kaleida Health for purposes of treatment, payment, and health care operations. For example, my attending physician or treating practitioner at Kaleida Health may furnish Protected Health Information maintained by Kaleida Health in the course of my care and treatment. Also, as Kaleida Health is a teaching hospital, I consent to the use and disclosure of my Protected Health Information (i) for training and educational purposes to faculty physicians, residents, and medical, dental, pharmacy, nursing or other students in health-related professions from local colleges and universities affiliated with Kaleida Health, and (ii) for review in preparation for possible research. Release of medical records and information will be made according to state and federal regulations. I understand that Kaleida Health may release medical information to any third party, including my employer, which may be responsible for payment of my hospital or medical expenses. (Release of medical information to employers is limited to those employers who are directly liable for the costs of the patient's health care benefits through and employer, self-insured group health plan or worker's compensation, or in other circumstances in which such disclosure is legally allowed). I understand that it may be necessary for a hospital treating practitioner to contact another treating provider or pharmacy to obtain complete medical history and/ or medicine dosage.

**CONSENT TO RELEASE INFORMATION TO THE UNIVERSITY OF BUFFALO INSTITUTE FOR HEALTHCARE INFORMATICS (IHI)** I understand that my PHI will be released to a research database supervised by the University of Buffalo Institutional Review Board for use in future research. ☐ Restriction: I do not want my PHI released to IHI.

**INSURANCE AUTHORIZATION:** I understand that I am responsible for knowing the terms and conditions of my insurance coverage. I further understand that I may be responsible for obtaining prior authorization for certain services in order for my insurance company to pay for those services and I understand that I may be personally responsible for payment if I do not obtain any necessary prior authorization or my insurance benefits are denied, reduced, or terminated. (In accordance with federal law, the hospital will not deny or delay necessary care or treatment in the Emergency Department because of a person's inability to pay for such necessary emergency treatment.)

**ASSIGNMENT OF BENEFITS, INSURANCE PROCEEDS, SETTLEMENTS** If I am entitled to health care services under any insurance policy from any person or organization which may become liable to me to provide such benefits, I assign such benefits to the hospital and physicians employed by the hospital who render such services to me. I further authorize payment directly to Kaleida Health and such physicians of all such insurance benefits payable to me. Such insurance may include, but is not limited to, private commercial insurance, auto liability insurance, worker's compensation, programs such as Medicare and Medicaid, or other governmental sources. I certify that the information given regarding my insurance is accurate and current to the best of my knowledge. I further assign to Kaleida Health any payments for medical benefits payable to me as a result of any settlement or judgment in a lawsuit.

**CERTIFICATION OF MEDICARE BENEFITS TO HOSPITAL AND/OR PHYSICIANS: (Applicable to Medicare beneficiaries only)** I hereby authorize Kaleida Health to bill Medicare and receive payment on my behalf for any authorized Medicare benefits for services furnished to me by Kaleida Health, including physician services. I certify that the information given by me in applying for such payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical information or other information about me to release it to Medicare or its agents, as necessary, for payment of this, or any related Medicare claim.

**FINANCIAL AGREEMENT** In consideration for services rendered by Kaleida Health and physicians employed by Kaleida Health, I guarantee prompt payment of all such services not paid by insurance carriers or third parties within thirty (30) days. I understand that any amounts not covered by my insurance carrier or other third party payor is my personal responsibility, and I agree to make payment for any such amounts. If Kaleida Health does not receive such payment within thirty (30) days from the date such balance is due, the bill may be turned over to an attorney or a collection agency and, if so, I agree to pay all reasonable collection costs including attorney's fees and/or collection fees in addition to the payment owed. I give the hospital the right to examine my consumer credit report for financial information relating to my responsibility to pay for medical services. I understand that, in most cases, my attending physician, emergency department physician, radiologist, anesthesiologist and other consultants and/or surgeons of Kaleida Health are independent practitioners, and not hospital employees. I will receive a separate bill from them for their services.

KH00287 Rev. 06/28/17                    [CONSENT]

**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75617428 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: | 08/08/2018 |
| Dsch: | 08/09/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH SUBURBAN |
| Patient Location: | A-MRI Service |
| Physician: | RILEY,JONATHAN P.MD |

## Orders

\* Transcribed \*

08/01/18 01:00 PM  UB Neurosurgery    Fax@ (716)-677-4038    Page 3 of 3 #00510  B3

08/01/18                        UB NEUROSURGERY, INC                          Page 1
                           Patient Xray Order Requisition

──────────────────────────── PATIENT ────────────────────────────
Smith, Shaulene N                 H-Phone:(716)-310-6649       DOB  :11/15/1973
655 OLIVER ST.                    W-Phone:(716)- -
APT. 2                            C-Phone:(716)-310-6649       Sex  :F
N TONAWANDA, NY  14120            Race  :Black / African America Chart:07051BNS
                                  Account:418036
──────────────────────── PRIMARY INSURANCE ────────────────────────
CO#: 150  Policy#: FT73655B       Insured Name: SHAULENE N SMITH
WELLCARE - MCD PLAN               DOB       ; 11/15/1973
PO BOX 31372                      Group Number:
TAMPA, FL 23631-3372              Plan Name   :
                                  Expired Date: 00/00/00
──────────────────────── FACILITY INFORMATION ────────────────────────
Name :MILLARD FILLMORE SUBURBAN - RADIOLOGY   Phone:(716)-568-6400
       1540 MAPLE ROAD                        Fax  :(716)-568-3014

       WILLIAMSVILLE NY  14221
──────────────────────────── X-RAY ORDER ────────────────────────────
Status:Ordered                    Ordered :07/12/18    1:19 pm
Doctor:Riley, Jonathan, MD        Sched   :00/00/00
       3980A SHERIDAN DRIVE       Acquired:00/00/00
       AMHERST, NY  14226-1727    Req#    :246446
                                  Phone   :(716)-218-1000
UPIN  : NPI:1346483039            Fax     :(716)-650-2691
Id    :03-0445678
──────────────────────────── ORDER NOTES ────────────────────────────
PLEASE DO NOT LEAVE THE IMAGING FACILITY WITHOUT OBTAINING A DISK TO BRING TO
OUR OFFICE. THANK YOU
Authorization Number:  A108507658
Case Number: 1101041326
Health Plan Auth Number:  125274846
Status:  Approved
Approval Date:  7/25/2018 12:00:00 AM
Service Code:  72141

Service Description:  MRI CERVICAL SPINE W/O CONTRAS
Site Name:  DEGRAFF MEMORIAL HOSPITAL
Expiration Date:  9/8/2018
──────────────────────────────────────────────────────────────────
CPT      Test Name                                      Priority     Acc#
72141    MRI, Cervical Spine, W/O Contrast              Routine      246446-1493345
Dx: M54.2     Cervicalgia

SMITH SHAULENE N
MR- 1003295790  PT- 75617428
DOB- 11/15/73   AGE-044Y
PCP- ROSS LYNNE S        SEX- F
FC-           RAD    G   ADM DT- 08/08/18

Ordering Provider's Signature:  _Jonathan Riley_

Electronically signed by agent of provider: Jessica Kryszak on 07/12/18 at  1:29 pm

* Transcribed *

08/01/18 01:00 PM   UB Neurosurgery   Fax# (716)-677-4038    Page 2 of 3 #80510   UE

08/01/18                          UB NEUROSURGERY, INC                      Page 1
                                Patient Xray Order Requisition

---
**PATIENT**

Smith, Shaulene N                H-Phone: (716)-310-6649        DOB  :11/15/1973
655 OLIVER ST.                   W-Phone: (716)-  -
APT. 2                           C-Phone: (716)-310-6649        Sex  :F
N TONAWANDA, NY  14120           Race  :Black / African America Chart:070518NS
                                 Account:418035

---
**PRIMARY INSURANCE**

Co#: 150  Policy#: FT73655B       Insured Name: SHAULENE N SMITH
WELLCARE - MCD PLAN               DOB        : 11/15/1973
PO BOX 31372                      Group Number:
TAMPA, FL 33631-3372              Plan Name   :
                                  Expired Date: 00/00/00

---
**FACILITY INFORMATION**

Name  :MILLARD FILLMORE SUBURBAN - RADIOLOGY   Phone: (716)-568-6400
       1540 MAPLE ROAD                          Fax  : (716)-568-3014

       WILLIAMSVILLE NY  14221

---
**X-RAY ORDER**

Status:Ordered                    Ordered :07/12/18    1:19 pm
Doctor:Riley, Jonathan, MD        Sched   :00/00/00
       3980A SHERIDAN DRIVE       Acquired:00/00/00
       AMHERST, NY  14226-1727    Req#    :246445
                                  Phone   : (716)-218-1000
UPIN  : NPI:1346483039            Fax     : (716)-650-2691
Id    :03-0445678

---
**ORDER NOTES**

PLEASE DO NOT LEAVE THE IMAGING FACILITY WITHOUT OBTAINING A DISK TO BRING TO
OUR OFFICE. THANK YOU
Authorization Number: A108507844
Case Number:  1101841514
Health Plan Auth Number:  125274891
Status:  Approved
Approval Date:  7/25/2018 12:00:00 AM
Service Code:  72146

Service Description:  MRI THORACIC SPINE W/O CONTRAS
Site Name:  DEGRAFF MEMORIAL HOSPITAL
Expiration Date:  9/8/2018

---
CPT    Test Name                                    Priority     Acc#
72146  MRI, Thoracic Spine W/O Cont                 Routine      246445-1493345
Dx: S22.080A   Wedge compression fracture of T11-T12 vertebra, init

SMITH SHAULENE N
MB- 1003295790  FT- 75617428
DOB- 11/15/73  AGE-044Y    SEX- F
PGP- ROSS LYNNE S
FC-        RAD  G   ADM DT- 08/08/18

_Jonathan Riley_

Ordering Provider's Signature:

Electronically signed by agent of provider: Jessica Kryszak on 07/12/18 at  1:19 pm

**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1005295790 |
| Financial Nbr: | 75617428 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 08/08/2018 | Dsch: 08/09/2018 |

| | |
|---|---|
| UI Nbr: | 1005295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH SUBURBAN |
| Patient Location: | A-MRI Service |
| Physician: | RILEY,JONATHAN P.MD |

## Radiology Records

* Auth (Verified) *

**Kaleida Health**

DOWNTIME
☐ Entered into electronic record after downtime
date ___ time ___
initials ___

SMITH SHAULENE N
MR   1003295790            PT  75617428
DOB 11/15/73               AGE 44Y      SEX F
ATT REFERRING DOC
PCP ROSS LYNNE
FC        RAD        G     ADM DT 08/08/18
Patient ID Area   MILLARD FILLMORE SUBURBAN

**MRI PRE-SCAN PATIENT QUESTIONNAIRE 1 of 2**

| | Buffalo General Medical Center | DeGraff Memorial Hospital | Millard Fillmore Suburban Hospital | John R Oishei Children s Hospital |
|---|---|---|---|---|
| | 100 High Street Buffalo NY 14203 | 445 Tremont Street North Tonawanda NY 14120 | 1540 Maple Road Williamsville NY 14221 | 818 Ellicott Street Buffalo NY 14203 |
| | | | APPOINTMENTS &: | |
| PHONE | 716 859 2834 | 716 690 2250 | 716 568 6341 | 716 323 2220 |
| FAX | 716 859 2709 | 716 690 2324 | 716 568 6340 | 716 323 1340 |
| | | | REQUEST FOR REPORTS OR FILMS | |
| PHONE | 7 6 859 2842 | 716 690 2249 | 716 568 6415 | 716 323 2220 |
| FAX | 716 859 1500 | 716 690 2324 | 716 568 3015 | 716 323 1340 |

**PLEASE ANSWER ALL QUESTIONS AND SIGN THIS FORM**

Age _44_  Weight _150_  ☑ lbs ☐ kg   Ordering Physician _J Ryleg_

Exam Ordered _____

1  Briefly why are you having this test? _Compressed T12 fracture_

2  Do you have allergies? ☑ No ☐ Yes (please list) _____

3  Are you claustrophobic? ☑ No ☐ Yes
4  Have you had a previous MRI? ☐ No ☑ Yes  When _2/2/18_
    Where _Degraff Memorial Hospital_

5  Do you have a history of renal disease  seizures or radiation treatment? ☑ No ☐ Yes (please list) _____

6  Do you have anemia  sickle cell disease or trait  and/or blood disorder? ☐ No ☑ Yes (please list)
    _Anemia_

7  Have you ever worked with metal or had an injury to the eyes involving metal (e g  metallic slivers  shavings  etc)?
    ☑ No ☐ Yes explain _____

8  Do you have shrapnel or bullet(s) in your body? ☑ No ☐ Yes
9  Have you had a recent capsule endoscopy? ☑ No ☐ Yes
10 **HAVE YOU EVER HAD SURGERY ON (SELECT IF YES)**

| | DATE | TYPE | | DATE | TYPE |
|---|---|---|---|---|---|
| ☐ Head | | | ☐ Abdomen | 5/29/17 | Hysterectomy |
| ☐ Neck | | | ☐ Back | | |
| ☐ Eyes | | | ☐ Other | | |
| ☐ Heart | | | | | |

11 **Have you ever had Cancer?** ☑ No
    ☐ Yes -- When _____  What part of the body _____
    Treatment _____

12 a  Are you pregnant? ☑ No  ☐ Yes
    b  Are you breastfeeding? ☑ No ☐ Yes
    c  Date of your last menstrual cycle _____ ☑ N/A
    d  Do you have a diaphragm/intrauterine device (IUD)/pessary? ☑ No ☐ Yes
    e  Do you have breast implants or tissue expander? ☑ No ☐ Yes

**Continue on back ⟹**

KHO1013 Rev 11/10/17

RADIOLOGY

* Auth (Verified) *

☐ Entered into electronic record after downtime

DOWNTIME

date   time

initials

**Kaleida Health**

SMITH, SHAULENE N  
MR   1003295790          PT 75617428  
DOB 11/15/73              AGE 44Y       SEX F  
ATT REFERRING DOC  
PCP ROSS LYNNE  
FC      RAD      G      ADM DT 08/08/18  
MILLARD FILLMORE SUBURBAN  
Patient ID Area

**MRI PRE-SCAN PATIENT QUESTIONNAIRE 2 of 2**

## 13 DO YOU HAVE ANY OF THE FOLLOWING?

*Directions   Each box must be checked DO NOT draw a line through all*

NO YES

| NO | YES | |
|----|-----|---|
| ☑ | ☐ | Cardiac pacemaker |
| ☑ | ☐ | Implantable Cardioverter Defibrillator (AICD) |
| ☑ | ☐ | Aneurysm clips |
| ☑ | ☐ | Pacing wires |
| ☑ | ☐ | Any type of ear implant (cochlear, stapes, ear drum, etc ) |
| ☑ | ☐ | Any implant held in place with a magnet |
| ☑ | ☐ | Artificial heart valve |
| ☑ | ☐ | Any type of bio stimulator/Transcutaneous Electrical Nerve Stimulation (TENS) Unit |
| ☑ | ☐ | Bone growth/fusion stimulator |
| ☑ | ☐ | Neurostimulator |
| ☑ | ☐ | Intravascular coil, filter stent      Date implanted |
| ☑ | ☐ | Insulin or drug infusion pump |
| ☑ | ☐ | Vascular access port/catheter |
| ☑ | ☐ | Swan Ganz catheter |
| ☑ | ☐ | Tissue expanders |
| ☑ | ☐ | Shunt |
| ☑ | ☐ | Carotid artery vascular clamp |
| ☑ | ☐ | Surgical clips or staples |
| ☑ | ☐ | Halo vest/metallic cervical fixation device |
| ☑ | ☐ | Any type of electrodes |
| ☑ | ☐ | Artificial limbs |
| ☑ | ☐ | Artificial joint replacements (hip knee, shoulder, etc ) |
| ☑ | ☐ | Orthopaedic implants (screws rods pins plates)      Where in body |
| ☑ | ☐ | Any spine implants (Harrington rods) |
| ☑ | ☐ | Penile prosthesis |
| ☑ | ☐ | Orbital eye prosthesis |
| ☑ | ☐ | Hearing aid |
| ☑ | ☐ | Dentures or partial plates (especially those held in place with magnets) |
| ☑ | ☐ | Any type of trans dermal patches (nicotine, nitro, duragesic estrogen, etc) |
| ☑ | ☐ | Acticoat wound dressings |
| ☑ | ☐ | Body piercings (other than ears) |
| ☐ | ☑ | Tattoos (or tattooed eyeliner) |

## 14 CAN PATIENT LIE FLAT?   ☐ No   ☑ Yes

**NOTE**
If you have information cards on any implanted devices  please make them available to the technologist
Please remove all jewelry dentures  partials from your body  Empty your pockets of all items and wear clothing
without snaps  buttons  or zippers  A gown and/or scrub pants will be provided to you
A technologist will perform a reasonable visual assessment of the patient to evaluate for possible hidden objects

Date 8/3/18   Time 9.02   Signature _____   Print Name SHAULINE SMITH

Relationship to Patient ( if not completed by patient)_____

Date_____ Time_____ Nurse/Secretary Signature_____   Print Name_____

Date_____ Time_____ Technologist Signature_____   Print Name_____

Date_____ Time_____ Technologist Signature_____   Print Name_____

KHU1013 Rev 10/0/97          RADIOLOGY

* Auth (Verified) *

ACCESSION #: MR-18-0016547
SMITH, SHAULENE N
MR #: 1003295790
REQ FOR DATE: 08/08/2018
Millard Fillmore Suburban Hospital
1540 Maple Road, Williamsville, New York 14221-2099



# KALEIDA
## H E A L T H
MILLARD FILLMORE SUBURBAN HOSPITAL
1540 Maple Road, Williamsville, New York 14221-2099

## RADIOLOGY REQUISITION

| PATIENT NAME | | MEDICAL REC # | PATIENT LOCATION | SEX | AGE | DOB. | | PRIORITY |
|---|---|---|---|---|---|---|---|---|
| SMITH, SHAULENE N | | 1003295790 | A-MRI Service | F | 44 Y | 11/15/1973 | | Routine |

| Order For | Time | PT TYPE | | TRANS. MODE | O2 | | IV | | ISO |
|---|---|---|---|---|---|---|---|---|---|
| 08/08/2018 | 09:45 am | Clinic | | Ambulatory | | | | | |

| ORDERING PHYSICIAN | PHONE NUMBER | CONSULTING PHYSICIAN | PHONE NUMBER |
|---|---|---|---|
| RILEY, JONATHAN P. MD | (716) 218-1000 | | |

| EXAM REQUESTED | PACS ID # | CLINICAL INDICATION | ICD CODES |
|---|---|---|---|
| 1 MRI Cervical spine w/o contrast | 7442052 | compression fx | Wedge comp |

COMMENTS / SPECIAL INSTRUCTIONS:

TECHNOLOGIST'S COMMENT:

**PAT. UID #: 1003295790**

LAST 5 EXAMS:
1.) Spine lumbosacral– 2 or 3 v...      06/18/2018
2.) Spine thoracic– 2 views             06/18/2018
3.) Spine thoracic– 2 views             03/15/2018
4.) CT Abd+Pel w IV contrast            02/03/2018
5.) US Transvaginal                     01/16/2018

ISOLATION CODES:

LMP  |  NO POTENTIAL FOR PREGNANCY EXISTS  | TECH INIT.
X

| ALLERGIES | | DIABETES | LAB RESULTS | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 No Known Medication Allergies | | No | HCT/MBG | PLT | PT/PTT/INR | BUN | CRT 0.64 | HCG |

MEDICAL RECORD NUMBER
1003295790

ACCESSION NO
MR-18-0016547

| TECHNOLOGIST NAME | 8 x 10 | 10 x 12 | 11 x 14 | 14 x 17 | 14 x 36 | 7 x 17 | OTHER | TOTAL FILMS |
|---|---|---|---|---|---|---|---|---|
| INJECTION TIME | CONTRAST / RADIOPHARM | | NO. OF CC / mCi–uCi | | INJECTED / CATHED BY | | | |

PRELIMINARY RADIOLOGICAL INTERPRETATIONS:
Financial Number
75617428

Digital Dictation.

Entered by: ESTRADA, RAQUEL

*ORIGINAL*

* Auth (Verified) *

ACCESSION #: MR-18-0016546
SMITH, SHAULENE N
MR #: 1003295790
REQ FOR DATE: 08/08/2018
Millard Fillmore Suburban Hospital
1540 Maple Road, Williamsville, New York 14221-2099

# KALEIDA
## H E A L T H
### MILLARD FILLMORE SUBURBAN HOSPITAL
1540 Maple Road, Williamsville, New York 14221-2099

## RADIOLOGY REQUISITION

| PATIENT NAME | MEDICAL REC # | PATIENT LOCATION | SEX | AGE | DOB. | | PRIORITY |
|---|---|---|---|---|---|---|---|
| SMITH, SHAULENE N | 1003295790 | A-MRI Service | F | 44 Y | 11/15/1973 | | Routine |

| Order For | Time | PT TYPE | TRANS. MODE | O2 | | IV | ISO |
|---|---|---|---|---|---|---|---|
| 08/08/2018 | 09:00 am | Clinic | Ambulatory | | | | |

| ORDERING PHYSICIAN | PHONE NUMBER | CONSULTING PHYSICIAN | PHONE NUMBER |
|---|---|---|---|
| RILEY, JONATHAN P. MD | (716) 218-1000 | | |

| EXAM REQUESTED | PACS ID # | CLINICAL INDICATION | ICD CODES |
|---|---|---|---|
| 1 MRI Thoracic imaging w/o contrast | 7442028 | compression fx | Wedge comp |

COMMENTS / SPECIAL INSTRUCTIONS:

TECHNOLOGIST'S COMMENT:

### PAT. UID #: 1003295790

LAST 5 EXAMS:
1.) Spine lumbosacral– 2 or 3 v...      06/18/2018
2.) Spine thoracic– 2 views             06/18/2018
3.) Spine thoracic– 2 views             03/15/2018
4.) CT Abd+Pel w IV contrast            02/03/2018
5.) US Transvaginal                     01/16/2018

ISOLATION CODES:

| LMP | NO POTENTIAL FOR PREGNANCY EXISTS | | TECH INIT. |
|---|---|---|---|
| | X | | |

| ALLERGIES | DIABETES | LAB RESULTS | | | | | |
|---|---|---|---|---|---|---|---|
| 1 No Known Medication Allergies | No | HCT/HBG | PLT | PT/PT/INR | BUN | CRT | HCG |
| | | | | | | 0.64 | |

| MEDICAL RECORD NUMBER | ACCESSION NO. |
|---|---|
| 1003295790 | MR-18-0016546 |

| TECHNOLOGIST NAME | 8 x 10 | 10 x 12 | 11 x 14 | 14 x 17 | 14 x 36 | 7 x 17 | OTHER | TOTAL FILMS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| INJECTION TIME | CONTRAST / RADIOPHARM | | NO. OF CC / mCi–uCi | | | INJECTED / CATHED BY | | |

PRELIMINARY RADIOLOGICAL INTERPRETATIONS:
Financial Number
75617428

Digital Dictation.

Entered by: ESTRADA, RAQUEL

*ORIGINAL*

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: 08/08/2018 | Dsch: 08/09/2018 | | |

**Medical Record Request**

## MRI

EXAM | EXAM DATE/TIME | ACCESSION NUMBER | ORDERING DOCTOR
MRI Thoracic imaging w/o contrast | 08/08/2018 10:09 | MR-18-0016546 | RILEY,JONATHAN P.MD

**REASON FOR EXAM**
(MRI Thoracic imaging w/o contrast) compression fx

**Findings**
CLINICAL HISTORY: Numbness fingers and toes on the left.

TECHNIQUE: Multiple pulse sequences performed

COMPARISON: none

FINDINGS:
Thoracic intervertebral disc spaces well maintained.
No focal disc herniation or stenosis is seen.
No intramedullary abnormalities are appreciated.
Minor disc degeneration at T11-12 with a minimal bulging disc is seen.
No discitis or osteomyelitis is seen.

IMPRESSION:
Minor disc degeneration at T11-12. No significant thoracic MRI abnormalities appreciated.

READ BY............: REGENBOGEN, VICTOR S. MD
DICTATED ...........: 08/08/2018 10:13 am
TRANSCRIBED BY.....: 08/08/2018 10:13 am VSR
SIGNED        08/08/2018 10:17 am
ELECTRONICALLY BY..: REGENBOGEN, VICTOR S. MD

A Kaleida Health dictation system was used to prepare this imaging report.
Although each report is personally scanned for syntactic or grammatical errors,
unintended but conspicuous translational errors can occur.
Please contact the Radiology department if there are questions about contents of this report.
.
.

EXAM | EXAM DATE/TIME | ACCESSION NUMBER | ORDERING DOCTOR
MRI Cervical spine w/o contrast | 08/08/2018 10:09 | MR-18-0016547 | RILEY,JONATHAN P.MD

**REASON FOR EXAM**
(MRI Cervical spine w/o contrast) compression fx

**Findings**
HISTORY: Finger and toe numbness

TECHNIQUE: Multiple pulse sequences obtained through the cervical spine.

| | | | |
|---|---|---|---|
| | Med Rec Nbr: | 1003295790 | Ur Nbr: | 1003295790 |
| | Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| | Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| | DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| | Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| **Medical Record Request** | Adm: 08/08/2018 | Dsch: 08/09/2018 | | |

## MRI

| EXAM | EXAM DATE/TIME | ACCESSION NUMBER | ORDERING DOCTOR |
|---|---|---|---|
| MRI Cervical spine w/o contrast | 08/08/2018 10:09 | MR-18-0016547 | RILEY,JONATHAN P.MD |

**Findings**

COMPARISON: none

FINDINGS:

Craniocervical junction unremarkable.
Cervical intervertebral disc spaces well maintained.
No focal disc herniation or stenosis seen.
Upper 4 thoracic levels unremarkable.
No intramedullary abnormalities are appreciated.
No discitis or osteomyelitis appreciated.

IMPRESSION:
Unremarkable MRI of the cervical spine.

*READ BY...........: REGENBOGEN, VICTOR S. MD*
*DICTATED ..........: 08/08/2018 10:09 am*
*TRANSCRIBED BY.....: 08/08/2018 10:09 am VSR*
*SIGNED       08/08/2018 10:12 am*
*ELECTRONICALLY BY..: REGENBOGEN, VICTOR S. MD*

*A Kaleida Health dictation system was used to prepare this imaging report.*
*Although each report is personally scanned for syntactic or grammatical errors,*
*unintended but conspicuous translational errors can occur.*
*Please contact the Radiology department if there are questions about contents of this report.*

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: | 08/08/2018 | Dsch: 08/09/2018 | |

**Medical Record Request**

## Past Medical History

### Problem Name: Anemia

Status: Active      Age at Onset: 18 years; Onset Date: 1991; Age at Resolved: ; Resolved Date: ; Responsible Provider:

C: 09/19/2016 10:03 : CRONIN, LINDA J.: hospitalized at age 18. dx'ed as iron deficient anemia

### Problem Name: Polycystic ovarian syndrome

Status: Resolved      Age at Onset: ; Onset Date: ; Age at Resolved: ; Resolved Date: ; Responsible Provider:

### Problem Name: Pregnant

Status: Resolved      Age at Onset: 20 years; Onset Date: 03/27/1994; Age at Resolved: Unknown 21 years; Resolved Date: Unknown 1995; Responsible Provider:

### Problem Name: Pregnant

Status: Resolved      Age at Onset: 22 years; Onset Date: 10/23/1996; Age at Resolved: Unknown 23 years; Resolved Date: Unknown 1997; Responsible Provider:

### Problem Name: Pregnant

Status: Resolved      Age at Onset: 33 years; Onset Date: 03/27/2007; Age at Resolved: Unknown 34 years; Resolved Date: Unknown 2008; Responsible Provider:

### Problem Name: Pregnant

Status: Resolved      Age at Onset: 34 years; Onset Date: 03/27/2008; Age at Resolved: Unknown 35 years; Resolved Date: Unknown 2009; Responsible Provider:

Patient Name: SMITH, SHAULENE N                185060156                Master Report Template



| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: 08/08/2018 | Dsch: 08/09/2018 | | |

**Medical Record Request**

## Family History

### Mat Grandfather: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Mat Grandmother: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA – Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Nephew: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA – Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Niece: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA – Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Pat Grandfather: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA – Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Pat Grandmother: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA – Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: 08/08/2018 | | Dsch: 08/09/2018 | |

**Medical Record Request**

## Family History

Last Update: 09/19/2016 09:56 by CRONIN,LINDA J.

### Mother: Alive

| Condition | Age of Onset | Life Cycle | Severity |
|---|---|---|---|
| Hypertension | Positive | | |
| CA - Cancer of colon | Negative | | |
| Ovarian cancer | Negative | | |
| Thyroid disease | Negative | | |

### Sister: Alive

| Condition | Age of Onset | Life Cycle | Severity |
|---|---|---|---|
| Breast cancer | Positive | | |
| Diabetes mellitus | Positive | | |
| CA - Cancer of colon | Negative | | |
| Ovarian cancer | Negative | | |
| Thyroid disease | Negative | | |

C1: 09/19/2016 09:56 ; CRONIN, LINDA J.; dx'ed age 30, deceased

### Sister: Alive

| Condition | Age of Onset | Life Cycle | Severity |
|---|---|---|---|
| Diabetes mellitus | Positive | | |
| Ovarian cancer | Negative | | |
| Thyroid disease | Negative | | |

### Brother: Alive

| Condition | Age of Onset | Life Cycle | Severity |
|---|---|---|---|
| CA - Cancer of colon | Negative | | |
| Ovarian cancer | Negative | | |
| Thyroid disease | Negative | | |

### Brother: Alive

| Condition | Age of Onset | Life Cycle | Severity |
|---|---|---|---|
| Diabetes mellitus | Positive | | |
| Ovarian cancer | Negative | | |
| Thyroid disease | Negative | | |

### Cousin: Alive

| Condition | Age of Onset | Life Cycle | Severity |
|---|---|---|---|
| CA - Cancer of colon | Negative | | |
| Ovarian cancer | Negative | | |
| Thyroid disease | Negative | | |

### Father: Alive

| Condition | Age of Onset | Life Cycle | Severity |
|---|---|---|---|
| Diabetes mellitus | Positive | | |
| CA - Cancer of colon | Negative | | |
| Ovarian cancer | Negative | | |
| Thyroid disease | Negative | | |

### Mat Grandfather: Alive

| Condition | Age of Onset | Life Cycle | Severity |
|---|---|---|---|
| CA - Cancer of colon | Negative | | |

Printed: 08/23/2016 16:54

Page 15 of 21



| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | Ur Nbr: | 1003295790 |
| Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm:   08/08/2018 | Dsch:   08/09/2018 | | |

**Medical Record Request**

## Allergy

### Substance: No Known Medication Allergies

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 09/19/2016 09:50 | CRONIN,LINDA J. | Reaction Status: Active; Allergy Type: Allergy; Category Drug; Reviewed Date/Time: 02/03/2018 10:09 ; Reviewed By: LYNCH,JOSHUA J.DO |

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: 08/08/2018 | Dsch: 08/09/2018 | | |

**Medical Record Request**

## Problem List

### Problem Name: Anemia

| | |
|---|---|
| Last Updated: 09/19/2016 | Status Date: 09/19/2016 |
| Last Reviewed: 02/03/2018 | Responsible Provider: |

### Problem Name: Obesity

| | |
|---|---|
| Last Updated: 09/19/2016 | Status Date: 09/19/2016 |
| Last Reviewed: 09/19/2016 | Responsible Provider: |

### Problem Name: Polycystic ovarian syndrome

| | |
|---|---|
| Last Updated: 09/19/2016 | Status Date: 09/19/2016 |
| Last Reviewed: 02/03/2018 | Responsible Provider: |

### Problem Name: Pregnant

| | |
|---|---|
| Last Updated: 09/19/2016 | Status Date: |
| Last Reviewed: 02/03/2018 | Responsible Provider: |

### Problem Name: Pregnant

| | |
|---|---|
| Last Updated: 09/19/2016 | Status Date: |
| Last Reviewed: 02/03/2018 | Responsible Provider: |

### Problem Name: Pregnant

| | |
|---|---|
| Last Updated: 09/19/2016 | Status Date: |
| Last Reviewed: 02/03/2018 | Responsible Provider: |

### Problem Name: Pregnant

| | |
|---|---|
| Last Updated: 09/19/2016 | Status Date: |
| Last Reviewed: 02/03/2018 | Responsible Provider: |

| | | |
|---|---|---|
| *Med Rec Nbr:* | 1003295790 | *UI Nbr:* | 1003295790 |
| *Financial Nbr:* | 75617428 | *Patient Name:* | SMITH, SHAULENE N |
| *Client Med Rec Nbr:* | 4437 | *Organization:* | KH SUBURBAN |
| *DOB:* | 11/15/1973 | *Patient Location:* | A-MRI Service |
| *Sex:* | Famale | *Physician:* | RILEY,JONATHAN P.MD |
| *Adm:* 08/08/2018 | *Dsch:* 08/09/2018 | | |

**Medical Record Request**

## Procedures-Surgical History

### Procedure: Laparoscopy

| Last Updated: | | Status: |
|---|---|---|
| 09/19/2016 | | Active |
| | Location: | |
| Provider: | Last Reviewed: | Related Diagnosis: |
| | 02/03/2018 | |

C: 09/19/2016 09:54 ; CRONIN, LINDA J.; exploratory, for abdominal pain, nothing found



| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: | 08/08/2018 | Dsch: | 08/09/2018 |

**Medical Record Request**

## Orders

## Radiology

### Order: MRI Cervical spine w/o contrast

Order Date/Time: 08/01/2018 12:56

| Department Status: Completed | Catalog Type: Radiology | Activity Type: Radiology |
|---|---|---|
| End-state Date/Time: 08/08/2018 10:14 | | End-state Reason: |
| Ordering Physician: RILEY,JONATHAN P.MD | | Consulting Physician: |

Entered & Electronically Signed By: ESTRADA,RAQUEL on 08/01/2018 12:56

Order Details: Routine, 8/8/18 9:45:00 AM EDT, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Order Comment:

| Action Type: Complete | Action Date/Time: 08/08/2018 10:14 | Action Personnel: REGENBOGEN,VICTOR S.MD |
|---|---|---|

Order Details: Routine, 08/08/18 9:45:00, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 08/08/2018 10:09 | Action Personnel: MATYAS,ROB C MRI Tech |
|---|---|---|

Order Details: Routine, 08/08/18 9:45:00, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 08/08/2018 09:25 | Action Personnel: MATYAS,ROB C MRI Tech |
|---|---|---|

Order Details: Routine, 08/08/18 9:45:00, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Activate | Action Date/Time: 08/08/2018 09:09 | Action Personnel: ESTRADA,RAQUEL |
|---|---|---|

Order Details: Routine, 08/08/18 9:45:00, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Order | Action Date/Time: 08/01/2018 12:56 | Action Personnel: ESTRADA,RAQUEL |
|---|---|---|

Order Details: Routine, 08/08/18, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Review Information:
Nurse Review: Not Reviewed
Doctor Cosign: Not Required
Order Comment:

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75617428 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH SUBURBAN |
| DOB: | 11/15/1973 | Patient Location: | A-MRI Service |
| Sex: | Female | Physician: | RILEY,JONATHAN P.MD |
| Adm: 08/08/2018 | Dsch: 08/09/2018 | | |

**Medical Record Request**

## Orders

### Radiology

#### Order: MRI Thoracic imaging w/o contrast

Order Date/Time: 08/01/2018 12:55

Department Status: Completed | Catalog Type: Radiology | Activity Type: Radiology

End-state Date/Time: 08/08/2018 10:18 | End-state Reason:

Ordering Physician: RILEY,JONATHAN P.MD | Consulting Physician:

Entered & Electronically Signed By: ESTRADA,RAQUEL on 08/01/2018 12:55

Order Details: Routine, 8/8/18 9:00:00 AM EDT, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD. None, ~THECURRENTUSER

Order Comment:

Action Type: Complete | Action Date/Time: 08/08/2018 10:18 | Action Personnel: REGENBOGEN,VICTOR S.MD

Order Details: Routine, 08/08/18 9:00:00, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD. None, ~THECURRENTUSER

Review Information:

Doctor Cosign: Not Required

Order Comment:

Action Type: Status Change | Action Date/Time: 08/08/2018 10:09 | Action Personnel: MATYAS,ROB C MRI Tech

Order Details: Routine, 08/08/18 9:00:00, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD. None, ~THECURRENTUSER

Review Information:

Doctor Cosign: Not Required

Order Comment:

Action Type: Status Change | Action Date/Time: 08/08/2018 09:25 | Action Personnel: MATYAS,ROB C MRI Tech

Order Details: Routine, 08/08/18 9:00:00, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD. None, ~THECURRENTUSER

Review Information:

Doctor Cosign: Not Required

Order Comment:

Action Type: Activate | Action Date/Time: 08/08/2018 09:08 | Action Personnel: ESTRADA,RAQUEL

Order Details: Routine, 08/08/18 9:00:00, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD. None, ~THECURRENTUSER

Review Information:

Doctor Cosign: Not Required

Order Comment:

Action Type: Modify | Action Date/Time: 08/01/2018 12:56 | Action Personnel: ESTRADA,RAQUEL

Order Details: Routine, 08/08/18. compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient, RILEY, JONATHAN P. MD. None, ~THECURRENTUSER

Review Information:

Doctor Cosign: Not Required

Order Comment:

Action Type: Order | Action Date/Time: 08/01/2018 12:55 | Action Personnel: ESTRADA,RAQUEL

Order Details: Routine, 08/08/18, compression fx, Ambulatory, Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture, Patient. RILEY, JONATHAN P. MD, None, ~THECURRENTUSER

Review Information:

Nurse Review: Not Reviewed

Doctor Cosign: Not Required

Order Comment:

| | |
|---|---|
| **Med Rec Nbr:** | **1003295790** |
| **Financial Nbr:** | **4012330** |
| **Client Med Rec Nbr:** | **4437** |
| **DOB:** | **11/15/1973** |
| **Sex:** | **Female** |
| **Adm:** | **03/15/2018** |

| | |
|---|---|
| **UI Nbr:** | **1003295790** |
| **Patient Name:** | **SMITH, SHAULENE N** |
| **Organization:** | **KH DEGRAFF** |
| **Patient Location:** | **D-Xray** |
| **Physician:** | **RILEY, JONATHAN P.MD** |

**Dsch:** **03/16/2018**

**Medical Record Request**

## Consents Documents

---

| LAB KEY: ^=Abnormal, C=Critical, i=Interp Data, m=Corrected, L=Low, H=High, R=Result Comments, O=Order Comments, T=Textual Result |

Printed: 03/26/2018 16:47          | @=Performed at, S=Susceptible, I = Intermediate, R=Resistant, N/A = Not Applicable|          Page 1 of 18

Patient Name: **SMITH, SHAULENE N**                    171335728                    Master Report Template

Kaleida Health
Center for Laboratory
Medicine Amherst
3532 Maple Road
Amherst, NY 14221
Phone: (716) 568-3700
Fax: (716) 568-3858

Kaleida Health
Center for
Laboratory Medicine
115 Flint Road
Williamsville, NY 14221
Phone: (716) 626-7200
Fax: (716) 633-2561

Kaleida Health
John R. Oishei Children's
Hospital Laboratory
818 Ellicott Street
Buffalo, NY 14203
Phone: (716) 323-2860
Fax (716) 323-1829

Kaleida Health
DeGraff Laboratory
445 Tremont Street
P O Box 0750
N.Tonawanda, NY 14120
Phone: (716) 690-2120
Fax: (716) 690-3536

Clinical Laboratories
of the Buffalo
General Hospital
100 High Street
Buffalo, NY 14203
Phone: (716) 859-1293
Fax (716) 859-3221

Niagara Falls Memorial
Medical Center
Dept. of Pathology
621 10th Street, PO Box 708
Niagara Falls, NY 14302
Phone: (716) 278-4537
Fax (716) 278-4674

Patient Name: SMITH, SHAULENE N
Date of Birth: 11/15/1973

MRN: 1003295790
FIN: 4012330

* Auth (Verified) *

Kaleida Health

□ Entered into electronic record
downtime

date          time

_____
initials

SMITH SHAULENE N
MRN· 1003295790          PT· 4012330
DOB· 11/15/73            AGE· 044Y      SEX· F
ATT· REFERRING DOC
PCP· ROSS LYNNE S
FC·         RAD        C       ADM DT· 03/15/18
Patient ID Area    DEGRAFF MEMORIAL

**CONSENT FOR TREATMENT AND PAYMENT AGREEMENT** 1 of 2

HI Claim Number: _____

**AUTHORIZATION FOR CARE & TREATMENT** I hereby agree that Kaleida Health may perform care and treatment, and may conduct such examinations, laboratory tests and procedures, administer such local anesthetics, medication and treatment, as may be directed by my physician or treating practitioner. I acknowledge that no guarantees have been made to me as to the effect of such examinations, tests, procedures or treatment of my condition.

**CONSENT TO USE AND DISCLOSURE OF PROTECTED HEALTH INFORMATION** I consent to the use and disclosure of my Protected Health Information by Kaleida Health for purposes of treatment, payment, and health care operations. For example, my attending physician or treating practitioner at Kaleida Health may furnish Protected Health Information maintained by Kaleida Health in the course of my care and treatment. Also, as Kaleida Health is a teaching hospital, I consent to the use and disclosure of my Protected Health Information (i) for training and educational purposes to faculty physicians, residents, and medical, dental, pharmacy, nursing or other students in health-related professions from local colleges and universities affiliated with Kaleida Health, and (ii) for review in preparation for possible research. Release of medical records and information will be made according to state and federal regulations. I understand that Kaleida Health may release medical information to any third party, including my employer, which may be responsible for payment of my hospital or medical expenses. (Release of medical information to employers is limited to those employers who are directly liable for the costs of the patient's health care benefits through and employer, self-insured group health plan or worker's compensation, or in other circumstances in which such disclosure is legally allowed.) I understand that it may be necessary for a hospital treating practitioner to contact another treating provider or pharmacy to obtain complete medical history and/ or medicine dosage.

**CONSENT TO RELEASE INFORMATION TO THE UNIVERSITY OF BUFFALO INSTITUTE FOR HEALTHCARE INFORMATICS (IHI)** I understand that my PHI will be released to a research database supervised by the University of Buffalo Institutional Review Board for use in future research. □ Restriction: I do not want my PHI released to IHI.

**INSURANCE AUTHORIZATION:** I understand that I am responsible for knowing the terms and conditions of my insurance coverage. I further understand that I may be responsible for obtaining prior authorization for certain services in order for my insurance company to pay for those services and I understand that I may be personally responsible for payment if I do not obtain any necessary prior authorization or my insurance benefits are denied, reduced, or terminated. (In accordance with federal law, the hospital will not deny or delay necessary care or treatment in the Emergency Department because of a person's inability to pay for such necessary emergency treatment.)

**ASSIGNMENT OF BENEFITS, INSURANCE PROCEEDS, SETTLEMENTS** If I am entitled to health care services under any insurance policy from any person or organization which may become liable to me to provide such benefits, I assign such benefits to the hospital and physicians employed by the hospital who render such services to me. I further authorize payment directly to Kaleida Health and such physicians of all such insurance benefits payable to me. Such insurance may include, but is not limited to, private commercial insurance, auto liability insurance, worker's compensation, programs such as Medicare and Medicaid, or other governmental sources. I certify that the information given regarding my insurance is accurate and current to the best of my knowledge. I further assign to Kaleida Health any payments for medical benefits payable to me as a result of any settlement or judgment in a lawsuit.

**CERTIFICATION OF MEDICARE BENEFITS TO HOSPITAL AND/OR PHYSICIANS: (Applicable to Medicare beneficiaries only)** I hereby authorize Kaleida Health to bill Medicare and receive payment on my behalf for any authorized Medicare benefits for services furnished to me by Kaleida Health, including physician services. I certify that the information given by me in applying for such payment under Title XVIII of the Social Security Act is correct. I authorize any holder of medical information or other information about me to release it to Medicare or its agents, as necessary, for payment of this, or any related Medicare claim.

**FINANCIAL AGREEMENT** In consideration for services rendered by Kaleida Health and physicians employed by Kaleida Health, I guarantee prompt payment of all such services not paid by insurance carriers or third parties within thirty (30) days. I understand that any amounts not covered by my insurance carrier or other third party payor is my personal responsibility, and I agree to make payment for any such amounts. If Kaleida Health does not receive such payment within thirty (30) days from the date such balance is due, the bill may be turned over to an attorney or a collection agency and, if so, I agree to pay all reasonable collection costs including attorney's fees and/or collection fees in addition to the payment owed. I give the hospital the right to examine my consumer credit report for financial information relating to my responsibility to pay for medical services. I understand that, in most cases, my attending physician, emergency department physician, radiologist, anesthesiologist and other consultants and/or surgeons of Kaleida Health are independent practitioners, and not hospital employees. I will receive a separate bill from them for their services.

KH00287 Rev. 06/28/17

CONSENT

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| Adm: | 02/03/2018 | Dsch: 02/03/2018 | |

**Medical Record Request**

## Medication Administration Record

## Medications

---

**Admin Date/Time: 02/03/2018 12:39**     **Charted Date/Time: 02/03/2018 12:40**
Medication Name: **HYDROmorphone**
**Ingredients:** h.5l 1 mg 1 mL
**Admin Details: (Auth)** IV push, Antecubital Fossa, Left
**Action Details:** Order: LYNCH,JOSHUA J.DO 02/03/2018 12:39; Perform: CZAJA,ALLYSON E RN 02/03/2018 12:40; VERIFY: CZAJA,ALLYSON E RN 02/03/2018 12:40

---

**Admin Date/Time: 02/03/2018 12:37**     **Charted Date/Time: 02/03/2018 12:37**
Medication Name: ondansetron
**Ingredients:** onda4l 4 mg 2 mL
**Admin Details: (Auth)** IV push, Antecubital Fossa, Left
**Action Details:** Order: LYNCH,JOSHUA J.DO 02/03/2018 12:37; Perform: CZAJA,ALLYSON E RN 02/03/2018 12:37; VERIFY: CZAJA,ALLYSON E RN 02/03/2018 12:37

---

**Admin Date/Time: 02/03/2018 11:04**     **Charted Date/Time: 02/03/2018 13:38**
Medication Name: **HYDROmorphone (Dilaudid)**
**Admin Details: Auth (Verified)**
Primary Pain Present: No actual or suspected pain; Primary Preferred Pain Tool: FACES/Numeric rating scale; Primary FACES/Numeric Rating Score Activ: 0; Primary FACES/Numeric Rating Score Rest: 0; Primary FACES/Numeric Rating Activity: 0 = No pain; Primary FACES/Numeric Rating at Rest: 0 = No pain; Primary Pain Quality: Aching; Primary Pain Location: Other: back, abdomen, left side; Primary Pain Laterality: Left; Primary Pain Time Pattern: Acute
**Action Details:** Order: LYNCH,JOSHUA J.DO 02/03/2018 10:23; Perform: CZAJA,ALLYSON E RN 02/03/2018 13:37; VERIFY: CZAJA,ALLYSON E RN 02/03/2018 13:37

---

**Admin Date/Time: 02/03/2018 10:49**     **Charted Date/Time: 02/03/2018 10:53**
Medication Name: **HYDROmorphone (Dilaudid)**
**Ingredients:** Dilaudid 1 mg 1 mL
**Admin Details: (Auth)** IV push, Antecubital Fossa, Left
Clinical Observation Complete: Yes; Primary FACES/Numeric Rating at Rest: 10 = Worst possible pain; Primary Preferred Pain Tool: FACES/Numeric rating scale
**Action Details:** Order: LYNCH,JOSHUA J.DO 02/03/2018 10:23; Perform: CZAJA,ALLYSON E RN 02/03/2018 10:51; VERIFY: CZAJA,ALLYSON E RN 02/03/2018 10:51

---

**Admin Date/Time: 02/03/2018 10:49**     **Charted Date/Time: 02/03/2018 10:53**
Medication Name: **Sodium Chloride 0.9% (NS bolus (Sodium Chloride 0.9%))**
**Ingredients:** nacl.91000b 1000 mL
**Admin Details: (Auth)** IV piggyback, Antecubital Fossa, Left
**Action Details:** Order: LYNCH,JOSHUA J.DO 02/03/2018 10:23; Perform: CZAJA,ALLYSON E RN 02/03/2018 10:51; VERIFY: CZAJA,ALLYSON E RN 02/03/2018 10:51

---

**Admin Date/Time: 02/03/2018 10:48**     **Charted Date/Time: 02/03/2018 10:53**
Medication Name: **ondansetron (Zofran)**
**Ingredients:** Zofran 4 mg 2 mL
**Admin Details: (Auth)** IV push, Antecubital Fossa, Left
**Action Details:** Order: LYNCH,JOSHUA J.DO 02/03/2018 10:23; Perform: CZAJA,ALLYSON E RN 02/03/2018 10:51; VERIFY: CZAJA,ALLYSON E RN 02/03/2018 10:51

---

Patient Name: SMITH, SHAULENE N     169103478     Master Report Template



**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 02/03/2018 | Dsch: 02/03/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J.DO |

## Hematology

## Complete Blood Count

| Orderable Name | Ordering Provider | Accession Number | Specimen Type | Collected Date/Time | Received Date/Time |
|---|---|---|---|---|---|
| CBC w/ Differential (CBC Diff) | LYNCH,JOSHUA J.DO | 18-034-03168 | Blood | 02/03/2018 10:23 | 02/03/2018 11:08 |

| Procedure | Result | Result Symbol | Units | Reference Range | Report Date/Time | Footnote Symbol |
|---|---|---|---|---|---|---|
| WBC | 6.0 | | x10^9/L | [4.0-10.5] | 02/03/2018 11:53 | @1 |
| RBC | 4.31 | | x10^12/L | [4.20-5.40] | 02/03/2018 11:53 | @1 |
| Hgb | 11.5 | L | g/dL | [12.0-16.0] | 02/03/2018 11:53 | @1 |
| Hct | 35.1 | L | % | [37.0-47.0] | 02/03/2018 11:53 | @1 |
| MCV | 81.4 | | fL | [78.0-100.0] | 02/03/2018 11:53 | @1 |
| MCH | 26.7 | L | pg | [28.0-34.0] | 02/03/2018 11:53 | @1 |
| MCHC | 32.8 | | g/dL | [32.0-36.0] | 02/03/2018 11:53 | @1 |
| RDW | 13.4 | | % | [11.5-14.0] | 02/03/2018 11:53 | @1 |
| Platelet | 257 | | x10^9/L | [150-450] | 02/03/2018 11:53 | @1 |
| MPV | 9.8 | | fL | [9.0-12.0] | 02/03/2018 11:53 | @1 |
| Neut Abs | 3.4 | | x10^9/L | [1.5-6.6] | 02/03/2018 11:53 | @1 |
| Lymp Abs | 1.9 | | x10^9/L | [1.5-3.5] | 02/03/2018 11:53 | @1 |
| Mono Abs | 0.4 | | x10^9/L | [<=1.0] | 02/03/2018 11:53 | @1 |
| Eos Abs | 0.2 | | x10^9/L | [<=0.7] | 02/03/2018 11:53 | @1 |
| Baso Abs | 0.0 | | x10^9/L | [<=0.1] | 02/03/2018 11:53 | @1 |
| Neutrophils | 56.6 | | % | [38.0-77.0] | 02/03/2018 11:53 | @1 |
| Lymph | 32.1 | | % | [20.0-48.0] | 02/03/2018 11:53 | @1 |
| Mono | 7.2 | | % | [<=12.0] | 02/03/2018 11:53 | @1 |
| Eos | 3.2 | | % | [<=6.0] | 02/03/2018 11:53 | @1 |
| Basophils | 0.7 | | % | [<=3.0] | 02/03/2018 11:53 | @1 |

**Performing Locations**

@1:   This test was performed at:
DG Labs, Kaleida Health Degraff Laboratory, 445 Tremont Street  PO Box 0750, North Tonawanda, NY 14120, P: (716) 690-2181, F: (716) 690-2336

| | | | | | |
|---|---|---|---|---|---|
| | Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 | |
| | Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N | |
| | Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF | |
| | DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm | |
| **Medical Record Request** | Sex: | Female | Physician: | LYNCH,JOSHUA J.DO | |
| | Adm: 02/03/2018 | Dsch: 02/03/2018 | | | |

## Chemistry

## Routine Chemistry

| Orderable Name | Ordering Provider | Accession Number | Specimen Type | Collected Date/Time | Received Date/Time |
|---|---|---|---|---|---|
| Comprehensive Metabolic Panel (CMP Comprehensive Metabolic Panel) | LYNCH,JOSHUA J.DO | 18-034-03169 | Blood | 02/03/2018 10:23 | 02/03/2018 11:08 |

| Procedure | Result | Result Symbol | Units | Reference Range | Report Date/Time | Footnote Symbol |
|---|---|---|---|---|---|---|
| Sodium Level | 137 | | mmol/L | [135-145] | 02/03/2018 11:28 | @1 |
| Potassium Level | 4.1 | | mmol/L | [3.5-5.3] | 02/03/2018 11:28 | @1 |
| Chloride | 105 | | mmol/L | [96-110] | 02/03/2018 11:28 | @1 |
| Carbon Dioxide | 25 | | mmol/L | [20-32] | 02/03/2018 11:28 | @1 |
| Anion Gap | 7 | | mmol/L | [5-15] | 02/03/2018 11:28 | @1 |
| BUN | 8 | | mg/dL | [5-25] | 02/03/2018 11:28 | @1 |
| Creatinine | 0.64 | | mg/dL | [0.40-1.40] | 02/03/2018 11:28 | @1 |
| Calcium Level | 10.1 | | mg/dL | [8.5-10.5] | 02/03/2018 11:28 | @1 |
| Bilirubin | 0.6 | | mg/dL | [0.2-1.2] | 02/03/2018 11:28 | @1 |
| Alkaline Phosphatase | 72 | | unit/L | [30-140] | 02/03/2018 11:28 | @1 |
| AST | 15 | | unit/L | [5-50] | 02/03/2018 11:28 | @1 |
| ALT | 11 | | unit/L | [5-50] | 02/03/2018 11:28 | @1 |
| Protein | 7.1 | | g/dL | [6.0-8.0] | 02/03/2018 11:28 | @1 |
| Albumin Level | 3.8 | | g/dL | [3.5-5.0] | 02/03/2018 11:28 | @1 |
| Glucose Level | 90 | | mg/dL | [60-100] | 02/03/2018 11:28 | @1 |
| GFR | >60 | | mL/min/1.73 m2 | [>=60] | 02/03/2018 11:28 | i1 @1 |
| GFR AfrAmer | >60 | | mL/min/1.73 m2 | [>=60] | 02/03/2018 11:28 | @1 |

| Orderable Name | Ordering Provider | Accession Number | Specimen Type | Collected Date/Time | Received Date/Time |
|---|---|---|---|---|---|
| Lipase Level | LYNCH,JOSHUA J.DO | 18-034-03169 | Blood | 02/03/2018 10:23 | 02/03/2018 11:08 |

| Procedure | Result | Result Symbol | Units | Reference Range | Report Date/Time | Footnote Symbol |
|---|---|---|---|---|---|---|
| Lipase Level | 39 | | unit/L | [7-78] | 02/03/2018 11:28 | @1 |

**Interpretive Data**

i1:     GFR

Interpretation of Estimated Glomerular Filtration Rate (eGFR)
values (for adults only):

The eGFR is estimated using the abbreviated MDRD Study
equation based on creatinine (IDMS calibrated), age, gender
and ethnicity. The eGFR is provided as an aid in the
assessment of renal function in adults. eGFR for both
Non-African American and African American ethnicities are
provided. eGFR >= 60 are reported as > 60.

Chronic kidney disease (CKD) is defined as either kidney damage
or eGFR < 60 mL/min/1.73 m2 for >= 3 months. Patients with
eGFR values >= 60 mL/min/1.73 m2 may also have CKD if
evidence of persistent proteinuria is present.

Printed:   03/02/2018 14:49

Patient Name: **SMITH, SHAULENE N**          169103478          Master Report Template

| | | | | | |
|---|---|---|---|---|---|
| | *Med Rec Nbr:* | **1003295790** | *UI Nbr:* | **1003295790** | |
| | *Financial Nbr:* | **75213332** | *Patient Name:* | **SMITH, SHAULENE N** | |
| | *Client Med Rec Nbr:* | **4437** | *Organization:* | **KH DEGRAFF** | |
| | *DOB:* | **11/15/1973** | *Patient Location:* | **D-Emergency Rm** | |
| | *Sex:* | **Female** | *Physician:* . | **LYNCH,JOSHUA J.DO** | |
| **Medical Record Request** | *Adm:* **02/03/2018** | *Dsch:* **02/03/2018** | | | |

## Chemistry

### *Interpretive Data*

i1:  GFR

```
Stages of CKD associated with eGFR < 60 mL/min/1.73 m2:
Stage 3    Moderate decrease in GFR        GFR = 30-59
Stage 4    Severe decrease in GFR          GFR = 15-29
Stage 5    Kidney failure                  GFR =  <15
```

### *Performing Locations*

@1:  This test was performed at:
DG Labs, Kaleida Health Degraff Laboratory, 445 Tremont Street  PO Box 0750, North Tonawanda, NY 14120, P: (716) 690-2181, F: (716) 690-2336

Patient Name: **SMITH, SHAULENE N**          169103478          Master Report Template

**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: | 02/03/2018 |

| | |
|---|---|
| Ur Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J.DO |

Dsch: 02/03/2018

## Radiology Records

Patient Name: SMITH, SHAULENE N
Date of Birth: 11/15/1973

MRN: 1003295790
FIN: 75213332

* Auth (Verified) *

☒☒ ☒☒
☒☒ ☒☒

**Kaleida Health**

**IMAGING SERVICES
PREGNANCY ATTESTATION**

☐ Entered into electronic record after downtime

DOWNTIME

date          time

initials

SMITH SHAULENE N
MR   1003295790                    PT 75213332
DOB 11/15/73              AGE 44Y            SEX F
ATT LYNCH JOSHUA
PGP ROSS LYNNE
FC          EMR          E        ADM DT 02/03/18
Patient ID Area      DEGRAFF MEMORIAL

---

I _____ attest and confirm that I am not currently pregnant and that to the best of my knowledge there is no possibility that I could be pregnant  I understand that if there is a possibility that I could be pregnant  I must alert the health care providers and discuss that possibility with the physician performing my procedure  There may be risks associated with the care I am to receive  in the event that I am pregnant

My last menstrual period was (date)  *hysterectomy (partial)*

_____  _____  _____
Date          Time          Patient Signature

---

☐ I am unsure if I am pregnant  and request a pregnancy test be performed  If the test is positive  my attending physician will discuss safe options for care

Results of human chorionic gonadotropin (hCG) test performed _____  Date _____

☐ I acknowledge that I am pregnant  I understand the risks and benefits explained to me by the requesting physician  and all of my questions have been answered to my satisfaction  I agree to have the Diagnostic Imaging examination requested

☐ I understand that when possible  the technologist will collimate (reduce) the area of x ray beam to the area being examined  shield me by placing a piece of lead over the fetal area  and limit the number of routine films and/or views taken for examination in order to reduce the potential dose of radiation to the fetus

Exam to be performed _____

_____  _____  _____
Date          Time          Physician Signature

_____  _____  _____
Date          Time          Patient Signature

_____  _____  _____
Date          Time          Parent/Guardian Signature

_____  _____  _____
Date          Time          Witness Signature

_____
Witness Print Name

KH01300 001 Rev 07/29/11

CON ENT

* Auth (Verified) *

Patient Name: SMITH, SHAULENE N
Date of Birth: 11/15/1973

MRN: 1003295790
FIN: 75213332

**\* Auth (Verified) \***

**Kaleida Health**

| DOWNTIME | ☐ Entered into electronic record after downtime | |
|---|---|---|
| | date | time |
| | | initials |

SMITH SHAULENE N
MR  1003295790          PT 75213332
DOB 11/15/73          AGE 44Y          SEX F
ATT LYNCH JOSHUA
PCP ROSS LYNNE
FC          EMR          E          ADM DT 02/03/18
Patient ID Area          DEGRAFF MEMORIAL

## RADIOGRAPHIC IV
## CONTRAST SCREENING RECORD 1 of 2

Reason for Examination _____

### MEDICAL HISTORY

| | | NO | YES | COMMENT |
|---|---|---|---|---|
| 1 | Diabetic | ☑ | ☐ | If yes on metFORMIN ☐ Yes ☐ No |
| 2 | Heart Disease | ☑ | ☐ | |
| 3 | Kidney Disease | ☑ | ☐ | If on dialysis ☐ Yes ☐ No |
| 4 | Asthma | ☑ | ☐ | |
| 5 | Gout | ☑ | ☐ | |
| 6 | Sickle Cell | ☑ | ☐ | |
| 7 | Multiple Myeloma | ☑ | ☐ | |
| 8 | Pheochromocytoma | ☑ | ☐ | |
| 9 | Pregnancy | ☑ | ☐ | If no last menstrual period _____ |
| 10 | Smoker | ☑ | ☐ | |

NOTE  metFORMIN (Glucophage/Glucovance/Others) must be held for 48 hours after injection
Instruction sheet provided  ☐ Yes ☐ No
Patient was informed to contact primary physician
☐ Yes ☐ No          Initials _____

Blood/Urea/Nitrogen (BUN) ___8___
Glomerular Filtration Rate (GFR) >100
Creatinine  0.67  Date Drawn _____
Height _____ cm Weight _____ kg

Patient Initials _____  ☐ N/A
Labs Verified  SM          RN/Tech Initials
OK to Inject ☑ Yes ☐ No _____ RN/Tech Initials

Pertinent History  pt fall w/ AM, increasing pain
entire left side body from mint to spine

Date 2/3/18  Time 1150  Initials SM

### SURGICAL HISTORY (All previous surgeries)

partial hysterectomy <1 yr

Date 2/3/18  Time 1150  Initials SM

### ALLERGY HISTORY

Medication Allergies ☑ None Known ☐ Refer to Allergy Profile _____

| | NO | YES | REACTION |
|---|---|---|---|
| Iodine | ☑ | ☐ | |
| Food | ☑ | ☐ | |
| Pollen | ☑ | ☐ | |
| Other | ☑ | ☐ | |

**PREVIOUS REACTION TO CONTRAST/ X RAY DYE** ☑ No ☐ Yes describe _____

Premedication ordered ☑ No ☐ Yes list _____

Date 2/3/18  Time 1150  Initials SM

### TIME OUT REPORT

| Verified ID | | Verified second form of ID | | Verified correct Order |
|---|---|---|---|---|
| DOB | SM | wristband | SM | SM |
| Form of ID verified | RN/Tech Initials | Form of ID verified | RN/Tech Initials | RN/Tech Initials |

Verified Correct Body part dose route and contrast to be used  SM
RN/Tech Initials

KH00552 Rev 08/18/15

| DIAGNOSTIC IMAGING |
|---|

Facility: KH DMH

Patient Name: SMITH, SHAULENE N
Date of Birth: 11/15/1973

MRN: 1003295790
FIN: 75213332

* Auth (Verified) *

**Kaleıda Health**

☐ Entered into electronic record after downtime
date _____ time _____
initials _____

SMITH SHAULENE N
MR  1003295790         PT  75213332
DOB 11/15/73           AGE 44Y        SEX F
ATT LYNCH JOSHUA
PCP ROSS LYNNE
FC            EMR        E       ADM DT 02/03/18
Patient ID Area    DEGRAFF MEMORIAL

**RADIOGRAPHIC IV
CONTRAST SCREENING RECORD** 2 of 2

### SCREENING RECORD REVIEW

List Findings Reviewed _____

Reviewed with Dr _____
Outcome _____
Date _____ Time _____ Initials _____

### CURRENT MEDICATIONS

For exams with contrast complete medication list below For administration of <u>any other</u> medication complete full Medication Reconciliation Form KH01116 001 (omit medication list below)

| Medication | Dose | Route | Interval | Indication | Last Dose (Date/Time) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Date _____ Time _____ Initials _____   ☐ If inpatient refer to patient active medication list

### INJECTION RECORD

Exam  CT abd/pel  IV  contrast only

Contrast  Omnipaque  350                        mL  90
Time  ___  Intravenous Site  R A AC  Size  22g  Injected by  SM
Notes _____
Date  2/3/18  Time  11 30  Initials  SM   ☑ IV already exists  IV inserted initials _____

### ADVERSE REACTION REPORT

Adverse Reaction Noted  ☑ No  ☐ Yes physician notified _____
Describe Reaction _____

Action Taken _____

**VITAL SIGNS**   Temperature _____   Pulse _____   Respirations _____
            Blood Pressure _____   Oxygen Saturation _____
Nurses Notes _____

Date  2/3/18  Time  11 30  Initials  SM
Date  2/3/18  Time  11 30  Imaged by  SM

| Date | Time | Signature/Title | Initials | Date | Time | Signature/Title | Initials |
|---|---|---|---|---|---|---|---|
| 2/3/18 | 11 50 | Sau Alillo | SM |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

KH00552 Rev 08/18/15          DIAGNOSTIC IMAGING

Patient Name: SMITH, SHAULENE N
Date of Birth: 11/15/1973

MRN: 1003295790
FIN: 75213332

\* Auth (Verified) \*

ACCESSION #: CT-18-0007802
SMITH, SHAULENE N
MR #: 1003295790
REQ FOR DATE: 02/03/2018
DeGraff Memorial Hospital
455 Tremont Street, North Tonawanda, New York 14120-0750

# KALEIDA
## H E A L T H
### DEGRAFF MEMORIAL HOSPITAL
455 Tremont Street, North Tonawanda, New York 14120-0750

## RADIOLOGY REQUISITION

| PATIENT NAME | MEDICAL REC # | PATIENT LOCATION | SEX | AGE | DOB. | | PRIORITY |
|---|---|---|---|---|---|---|---|
| SMITH, SHAULENE N | 1003295790 | D-Emergency Rm | F | 44 Y | 11/15/1973 | | Stat |

| Order For | Time | PT TYPE | TRANS. MODE | O2 | | IV | ISO |
|---|---|---|---|---|---|---|---|
| 02/03/2018 | 10:23 am | Emergency | Wheelchair | No | | No | Standard |

| ORDERING PHYSICIAN | PHONE NUMBER | CONSULTING PHYSICIAN | PHONE NUMBER |
|---|---|---|---|
| LYNCH, JOSHUA J. DO | (716) 677-2575 | | |

| EXAM REQUESTED | PACS ID # | CLINICAL INDICATION | ICD CODES |
|---|---|---|---|
| 1 CT Abd+Pel w IV contrast | 7229521 | Abdominal Pain | |

COMMENTS / SPECIAL INSTRUCTIONS:

TECHNOLOGIST'S COMMENT:

## PAT. UID #: 1003295790

LAST 5 EXAMS:
1.) US Transvaginal                01/16/2018
2.) MAM DIGITAL Scrn Bilat w or...  01/16/2018
3.) CT Abd+Pel w IV contrast       08/01/2017
4.) US Pelvic complete             09/22/2016
5.) US Transvaginal                09/22/2016

ISOLATION CODES:

| LMP | NO POTENTIAL FOR PREGNANCY EXISTS | | TECH INIT. |
|---|---|---|---|
| | X_____ | | |

| ALLERGIES | DIABETES | LAB RESULTS | | | | | |
|---|---|---|---|---|---|---|---|
| 1 No Known Medication Allergies | No | HCT/HBG | PLT | PT/PTT/INR | BUN | CRT | HCG |
| | | | | | | 0.68 | |

MEDICAL RECORD NUMBER
1003295790

ACCESSION NO.
CT-18-0007802

| TECHNOLOGIST NAME | 8 x 10 | 10 x 12 | 11 x 14 | 14 x 17 | 14 x 36 | 7 x 17 | OTHER | TOTAL FILMS |
|---|---|---|---|---|---|---|---|---|
| INJECTION TIME | CONTRAST / RADIOPHARM | | NO. OF CC / mCi-uCi | | INJECTED / CATHED BY | | | |

PRELIMINARY RADIOLOGICAL INTERPRETATIONS:
Financial Number
75213332

Digital Dictation.

Entered by: LYNCH, JOSHUA J. DO

*ORIGINAL*



| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| Adm: 02/03/2018 | | Dsch: 02/03/2018 | |

**Medical Record Request**

## CAT SCAN

EXAM
CT Abd+Pel w IV contrast

EXAM DATE/TIME
02/03/2018 12:08

ACCESSION NUMBER
CT-18-0007802

ORDERING DOCTOR
LYNCH,JOSHUA J.DO

**REASON FOR EXAM**
(CT Abd+Pel w IV contrast) Abdominal Pain

**Findings**
INDICATION: The patient is complaining of abdominal pain evaluate. Status post fall on ice yesterday , took some old oxycodone for the pain, worsening pain back, left abdominal pain 10/10, nausea.


TECHNIQUE: Contiguous helical axial images from the lung bases to the ischial tuberosities were performed following the administration of 90 cc of Omnipaque- 350. In addition delayed images of the abdomen and pelvis were obtained. Oral contrast was given. 3-D reconstruction images in the sagittal and coronal planes were generated. Saline chaser bolus delivered.

COMPARISON: None.

CT SCAN OF THE ABDOMEN:

FINDINGS:


Inferior thorax: Lung bases demonstrates dependent atelectatic changes. Inferior heart/pericardium unremarkable. A hiatal hernia is present.

Lines and tubes: None.

Liver/Biliary Tree: No significant hepatic steatosis or hepatomegaly. No suspicious lesion. Low-attenuation lesion within the liver are too small characterize by CT criteria. No significant biliary dilation. The portal, superior mesenteric and splenic veins are patent.

Gallbladder: Unremarkable.

Pancreas: Unremarkable.

Spleen: Unremarkable.

Adrenal glands: Within normal limits.

Kidneys/Ureters: No hydronephrosis. No suspicious renal lesion. No urinary tract calculi identified.

Retroperitoneum: No enlarged lymph nodes. The abdominal aorta is normal in caliber. The inferior vena cava is unremarkable.

Bowel/Mesentery: The bowel and mesentery unremarkable without obstruction or inflammatory changes. No enlarged mesenteric nodes. The appendix is normal.

| | | | |
|---|---|---|---|
| Med Rec Nbr: | **1003295790** | UI Nbr: | **1003295790** |
| Financial Nbr: | **75213332** | Patient Name: | **SMITH, SHAULENE N** |
| Client Med Rec Nbr: | **4437** | Organization: | **KH DEGRAFF** |
| DOB: | **11/15/1973** | Patient Location: | **D-Emergency Rm** |
| Sex: | **Female** | Physician: | **LYNCH,JOSHUA J.DO** |
| Adm: **02/03/2018** | Dsch: **02/03/2018** | | |

**Medical Record Request**

## CAT SCAN

| EXAM | EXAM DATE/TIME | ACCESSION NUMBER | ORDERING DOCTOR |
|---|---|---|---|
| CT Abd+Pel w IV contrast | 02/03/2018 12:08 | CT-18-0007802 | LYNCH,JOSHUA J.DO |

**Findings**
Ascites: None.

CT SCAN OF THE PELVIS:

FINDINGS:

Bladder: Unremarkable.

Reproductive Organs: 2.2 cm dominant right ovarian follicle.

Lymph Nodes: None pathologically enlarged.

Free fluid: None.

Bones/superficial soft tissues: Acute mild compression fracture superior endplate of T12. No destructive lytic or sclerotic lesions. No inguinal hernias.

IMPRESSION ABDOMEN:

1. No acute intra-abdominal process.
2. Acute mild compression fracture superior endplate of T12 with fracture lines extending to involve the right posterior elements.

IMPRESSION PELVIS:

1. No acute intrapelvic process.

.
*READ BY............: NOTINO, ANTHONY G. MD*
*DICTATED .........: 02/03/2018 2:20 pm*
*TRANSCRIBED BY.....: 02/03/2018 2:20 pm  AGN*
*SIGNED         02/03/2018 2:28 pm*
*ELECTRONICALLY BY..: NOTINO, ANTHONY G. MD*

*A Kaleida Health dictation system was used to prepare this imaging report.*
*Although each report is personally scanned for syntactic or grammatical errors,*
*unintended but conspicuous translational errors can occur.*
*Please contact the Radiology department if there are questions about contents of this report.*
.
.



**Medical Record Request**

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| Adm: 02/03/2018 | Dsch: 02/03/2018 | | |

## Intake and Output

### INTAKE

| All time in EST | | 02/03/2018 - 02/04/2018 | | | |
|---|---|---|---|---|---|
| | | 0000 - 0800 | 0800 - 1600 | 1600 - 0000 | Total |
| HYDROmorphone | mL | - | 2 | - | 2 |
| ondansetron | mL | - | 4 | - | 4 |
| Sodium Chloride 0.9% | mL | - | 1000 | - | 1000 |
| 8 Hour Total | mL | - | 1006 | - | |
| 24 Hour Total | mL | | 1006 | | |

### OUTPUT

| All time in EST | | 02/03/2018 - 02/04/2018 | | | |
|---|---|---|---|---|---|
| | | 0000 - 0800 | 0800 - 1600 | 1600 - 0000 | Total |
| 8 Hour Total | mL | | | | |
| 24 Hour Total | mL | No documented output results for date range | | | |

## Clinical Range Total from 02/03/2018 to 02/04/2018

| Total Intake (mL) | Total Output (mL) | Fluid Balance (mL) |
|---|---|---|
| 1006 | 0 | 1006 |



**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 02/03/2018 | Dsch: 02/03/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J.DO |

## Care Plans Power Plans

## Medical

### Plan: CT Abdomen/Pelvis w/ IV contrast
### Status: Completed

**History:** Initiated at 02/03/2018 10:23 electronically signed by LYNCH,JOSHUA J.DO

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| Adm: | 02/03/2018 | Dsch: | 02/03/2018 |

**Medical Record Request**

## Past Medical History

### Problem Name: Anemia

| Status: **Active** | **Age at Onset:** 18 years; **Onset Date:** 1991; **Age at Resolved:** ; **Resolved Date:** ; **Responsible Provider:** |
|---|---|

C: 09/19/2016 10:03 ; CRONIN, LINDA J.; hospitalized at age 18, dx'ed as iron deficient anemia

### Problem Name: Polycystic ovarian syndrome

| Status: **Resolved** | **Age at Onset:** ; **Onset Date:** ; **Age at Resolved:** ; **Resolved Date:** ; **Responsible Provider:** |
|---|---|

### Problem Name: Pregnant

| Status: **Resolved** | **Age at Onset:** 20 years; **Onset Date:** 03/27/1994; **Age at Resolved:** Unknown 21 years; **Resolved Date:** Unknown 1995; **Responsible Provider:** |
|---|---|

### Problem Name: Pregnant

| Status: **Resolved** | **Age at Onset:** 22 years; **Onset Date:** 10/23/1996; **Age at Resolved:** Unknown 23 years; **Resolved Date:** Unknown 1997; **Responsible Provider:** |
|---|---|

### Problem Name: Pregnant

| Status: **Resolved** | **Age at Onset:** 33 years; **Onset Date:** 03/27/2007; **Age at Resolved:** Unknown 34 years; **Resolved Date:** Unknown 2008; **Responsible Provider:** |
|---|---|

### Problem Name: Pregnant

| Status: **Resolved** | **Age at Onset:** 34 years; **Onset Date:** 03/27/2008; **Age at Resolved:** Unknown 35 years; **Resolved Date:** Unknown 2009; **Responsible Provider:** |
|---|---|



**Medical Record Request**

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| Adm: 02/03/2018 | | Dsch: 02/03/2018 | |

## Family History

Last Update: 09/19/2016 09:56 by CRONIN,LINDA J.

### Mother: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Hypertension | Positive | | | |
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Sister: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Breast cancer[C1] | Positive | | | |
| Diabetes mellitus | Positive | | | |
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

C1: 09/19/2016 09:56 ; CRONIN, LINDA J.; dx'ed age 30, deceased

### Sister: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Diabetes mellitus | Positive | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Brother: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Brother: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Diabetes mellitus | Positive | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Cousin: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Father: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| Diabetes mellitus | Positive | | | |
| CA - Cancer of colon | Negative | | | |
| Ovarian cancer | Negative | | | |
| Thyroid disease | Negative | | | |

### Mat Grandfather: Alive

| Condition | | Age of Onset | Life Cycle | Severity |
|---|---|---|---|---|
| CA - Cancer of colon | Negative | | | |



**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 02/03/2018 | Dsch: 02/03/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J.DO |

## Family History

### Mat Grandfather: Alive

| Condition | Age of Onset | Life Cycle | Severity |
|---|---|---|---|
| Ovarian cancer | Negative | | |
| Thyroid disease | Negative | | |

### Mat Grandmother: Alive

| Condition | Age of Onset | Life Cycle | Severity |
|---|---|---|---|
| CA - Cancer of colon | Negative | | |
| Ovarian cancer | Negative | | |
| Thyroid disease | Negative | | |

### Nephew: Alive

| Condition | Age of Onset | Life Cycle | Severity |
|---|---|---|---|
| CA - Cancer of colon | Negative | | |
| Ovarian cancer | Negative | | |
| Thyroid disease | Negative | | |

### Niece: Alive

| Condition | Age of Onset | Life Cycle | Severity |
|---|---|---|---|
| CA - Cancer of colon | Negative | | |
| Ovarian cancer | Negative | | |
| Thyroid disease | Negative | | |

### Pat Grandfather: Alive

| Condition | Age of Onset | Life Cycle | Severity |
|---|---|---|---|
| CA - Cancer of colon | Negative | | |
| Ovarian cancer | Negative | | |
| Thyroid disease | Negative | | |

### Pat Grandmother: Alive

| Condition | Age of Onset | Life Cycle | Severity |
|---|---|---|---|
| CA - Cancer of colon | Negative | | |
| Ovarian cancer | Negative | | |
| Thyroid disease | Negative | | |

**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 02/03/2018 | Dsch: 02/03/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J,DO |

## Allergy

### Substance: No Known Medication Allergies

| Recorded Date/Time | Recorded By | |
|---|---|---|
| 09/19/2016 09:50 | CRONIN,LINDA J. | Reaction Status: Active; Allergy Type: Allergy; Category Drug; Reviewed Date/Time: 02/03/2018 10:09 ; Reviewed By: LYNCH,JOSHUA J,DO |

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| Adm: | 02/03/2018 | Dsch: 02/03/2018 | |

**Medical Record Request**

## Orders - Medications

## Documented medications

### Order: oxyCODONE-acetaminophen (oxyCODONE-acetaminophen 7.5 mg-325 mg oral tablet)

Order Date/Time: 02/03/2018 09:49

Order Status: Discontinued

End-state Date/Time: 02/03/2018 15:10      End-state Reason:

Ordering Physician: LYNCH,JOSHUA J.DO      Consulting Physician:

Entered By: GAILE,MARIE P RN on 02/03/2018 09:49

Order Details: 1 tab, oral, q6h, 0, 0

Order Comment:

Action Type: Discontinue     Action Date/Time: 02/03/2018 15:11     Action Personnel: LYNCH,JOSHUA J.DO

Order Details: 1 tab, oral, q6h, 0, 0

Order Comment:

Action Type: Document     Action Date/Time: 02/03/2018 09:49     Action Personnel: GAILE,MARIE P RN

Order Details: 1 tab, oral, q6h, 0, 0

Order Comment:

Action Type: Compliance     Action Date/Time: 02/03/2018 09:49     Action Personnel: GAILE,MARIE P RN

Compliance Information:

**Status: Still taking, as prescribed; Information source:** Patient; **Last dose date:** 02/02/2018

## Inpatient

### Order: HYDROmorphone

Order Date/Time: 02/03/2018 12:39

Order Status: Completed

End-state Date/Time: 02/03/2018 12:39      End-state Reason:

Ordering Physician: LYNCH,JOSHUA J.DO      Consulting Physician:

Entered By: CZAJA,ALLYSON E RN on 02/03/2018 12:39

Order Details: 1 mg = 1 mL, injection, IV push, Once, Start date: 2/3/18 12:39:00 PM EST, Stop Date: 2/3/18 12:39:00 PM EST

Order Comment:

Action Type: Order     Action Date/Time: 02/03/2018 12:40     Action Personnel: CZAJA,ALLYSON E RN

Order Details: 1 mg = 1 mL, injection, IV push, Once, Start date: 02/03/18 12:39:00, Stop date: 02/03/18 12:39:00

Order Comment:

### Order: ondansetron

Order Date/Time: 02/03/2018 12:37

Order Status: Completed

End-state Date/Time: 02/03/2018 12:37      End-state Reason:

Ordering Physician: LYNCH,JOSHUA J.DO      Consulting Physician:

Entered By: CZAJA,ALLYSON E RN on 02/03/2018 12:37

Order Details: 4 mg = 2 mL, injection, IV push, Once, Start date: 2/3/18 12:37:00 PM EST, Stop Date: 2/3/18 12:37:00 PM EST

Order Comment:

Action Type: Order     Action Date/Time: 02/03/2018 12:37     Action Personnel: CZAJA,ALLYSON E RN

Order Details: 4 mg = 2 mL, injection, IV push, Once, Start date: 02/03/18 12:37:00, Stop date: 02/03/18 12:37:00

Order Comment:



**Medical Record Request**

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| Adm: 02/03/2018 | | Dsch: 02/03/2018 | |

## Orders - Medications

### Inpatient

#### Order: HYDROmorphone (Dilaudid)

Order Date/Time: 02/03/2018 10:23
Order Status: Completed

End-state Date/Time: 02/03/2018 10:53          End-state Reason:
Ordering Physician: LYNCH,JOSHUA J.DO          Consulting Physician:
Entered By: LYNCH,JOSHUA J.DO on 02/03/2018 10:23
Order Details: 1 mg = 1 mL, injection, IV push, Once, Indication: pain, Start date: 2/3/18 11:00:00 AM EST, Stop Date: 2/3/18 10:53:40 AM EST
Order Comment:

Action Type: Complete          Action Date/Time: 02/03/2018 10:53          Action Personnel: CZAJA,ALLYSON E RN
Order Details: 1 mg = 1 mL, injection, IV push, Once, Indication: pain, Start date: 02/03/18 11:00:00, Stop Date: 02/03/18 11:00:00
Order Comment:

Action Type: Order          Action Date/Time: 02/03/2018 10:23          Action Personnel: LYNCH,JOSHUA J.DO
Order Details: 1 mg = 1 mL, injection, IV push, Once, Indication: pain, Start date: 02/03/18 11:00:00, Stop Date: 02/03/18 11:00:00
Order Comment:

#### Order: ondansetron (Zofran)

Order Date/Time: 02/03/2018 10:23
Order Status: Completed

End-state Date/Time: 02/03/2018 10:53          End-state Reason:
Ordering Physician: LYNCH,JOSHUA J.DO          Consulting Physician:
Entered By: LYNCH,JOSHUA J.DO on 02/03/2018 10:23
Order Details: 4 mg = 2 mL, injection, IV push, Once, Indication: nausea, Start date: 2/3/18 11:00:00 AM EST, Stop Date: 2/3/18 10:53:40 AM EST
Order Comment:

Action Type: Complete          Action Date/Time: 02/03/2018 10:53          Action Personnel: CZAJA,ALLYSON E RN
Order Details: 4 mg = 2 mL, injection, IV push, Once, Indication: nausea, Start date: 02/03/18 11:00:00, Stop Date: 02/03/18 11:00:00
Order Comment:

Action Type: Order          Action Date/Time: 02/03/2018 10:23          Action Personnel: LYNCH,JOSHUA J.DO
Order Details: 4 mg = 2 mL, injection, IV push, Once, Indication: nausea, Start date: 02/03/18 11:00:00, Stop Date: 02/03/18 11:00:00
Order Comment:

#### Order: Sodium Chloride 0.9% (NS bolus (Sodium Chloride 0.9%))

Order Date/Time: 02/03/2018 10:23
Order Status: Completed

End-state Date/Time: 02/03/2018 10:53          End-state Reason:
Ordering Physician: LYNCH,JOSHUA J.DO          Consulting Physician:
Entered By: LYNCH,JOSHUA J.DO on 02/03/2018 10:23
Order Details: 1,000 mL, injection, IV piggyback, Infuse over: 60 min, Once, Indication: hydration, Start date: 2/3/18 11:00:00 AM EST, Stop date: 2/3/18 10:53:41 AM EST
Order Comment:

Action Type: Complete          Action Date/Time: 02/03/2018 10:53          Action Personnel: CZAJA,ALLYSON E RN
Order Details: 1,000 mL, injection, IV piggyback, Infuse over: 60 min, Once, Indication: hydration, Start date: 02/03/18 11:00:00, Stop Date: 02/03/18 11:00:00
Order Comment:

Action Type: Order          Action Date/Time: 02/03/2018 10:23          Action Personnel: LYNCH,JOSHUA J.DO
Order Details: 1,000 mL, injection, IV piggyback, Infuse over: 60 min, Once, Indication: hydration, Start date: 02/03/18 11:00:00, Stop Date: 02/03/18 11:00:00
Order Comment:

| | | | |
|---|---|---|---|
| **Medical Record Request** | Med Rec Nbr: | **1003295790** | Ul Nbr: | **1003295790** |
| | Financial Nbr: | **75213332** | Patient Name: | **SMITH, SHAULENE N** |
| | Client Med Rec Nbr: | **4437** | Organization: | **KH DEGRAFF** |
| | DOB: | **11/15/1973** | Patient Location: | **D-Emergency Rm** |
| | Sex: | **Female** | Physician: | **LYNCH,JOSHUA J.DO** |
| | Adm: **02/03/2018** | Dsch: **02/03/2018** | | |

## Orders - Medications

## Prescription

### Order: oxyCODONE-acetaminophen (oxyCODONE-acetaminophen 7.5 mg-325 mg oral tablet)

Order Date/Time: 02/03/2018 15:10

Order Status: Completed

| End-state Date/Time: 02/03/2018 15:10 | End-state Reason: |
|---|---|
| Ordering Physician: LYNCH,JOSHUA J.DO | Consulting Physician: |

Entered By: LYNCH,JOSHUA J.DO on 02/03/2018 15:10

Order Details: 1 tab, oral, q6h, pain, 3 days, 12 tab, 0, 0, Route to Pharmacy Electronically, CVS/pharmacy #0589, tab

Order Comment:

| Action Type: Status Change | Action Date/Time: 02/06/2018 15:10 | Action Personnel: System,System |
|---|---|---|

Order Details: 1 tab, oral, q6h, pain, 3 days, 12 tab, 0, 0, Route to Pharmacy Electronically, CVS/pharmacy #0589, tab

Order Comment:

| Action Type: Prescribe | Action Date/Time: 02/03/2018 15:11 | Action Personnel: LYNCH,JOSHUA J.DO |
|---|---|---|

Order Details: 1 tab, oral, q6h, pain, 3 days, 12 tab, 0, 0, Route to Pharmacy Electronically, CVS/pharmacy #0589, tab

Order Comment:

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 02/03/2018 | Dsch: 02/03/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J.DO |

**Medical Record Request**

## Problem List

### Problem Name: Anemia

Last Updated: 09/19/2016          Status Date: 09/19/2016
Last Reviewed: 02/03/2018          Responsible Provider:

### Problem Name: Obesity

Last Updated: 09/19/2016          Status Date: 09/19/2016
Last Reviewed: 09/19/2016          Responsible Provider:

### Problem Name: Polycystic ovarian syndrome

Last Updated: 09/19/2016          Status Date: 09/19/2016
Last Reviewed: 02/03/2018          Responsible Provider:

### Problem Name: Pregnant

Last Updated: 09/19/2016          Status Date:
Last Reviewed: 02/03/2018          Responsible Provider:

### Problem Name: Pregnant

Last Updated: 09/19/2016          Status Date:
Last Reviewed: 02/03/2018          Responsible Provider:

### Problem Name: Pregnant

Last Updated: 09/19/2015          Status Date:
Last Reviewed: 02/03/2018          Responsible Provider:

### Problem Name: Pregnant

Last Updated: 09/19/2016          Status Date:
Last Reviewed: 02/03/2018          Responsible Provider:

| | | |
|---|---|---|
| | Med Rec Nbr: **1003295790** | UI Nbr: **1003295790** |
| | Financial Nbr: **75213332** | Patient Name: **SMITH, SHAULENE N** |
| | Client Med Rec Nbr: **4437** | Organization: **KH DEGRAFF** |
| | DOB: **11/15/1973** | Patient Location: **D-Emergency Rm** |
| | Sex: **Female** | Physician: **LYNCH,JOSHUA J.DO** |
| **Medical Record Request** | Adm: **02/03/2018**      Dsch: **02/03/2018** | |

## Procedures-Surgical History

### Procedure: Laparoscopy

| Last Updated: 09/19/2016 | Status: Active |
|---|---|

| Location: | |
|---|---|

| Provider: | Last Reviewed: 02/03/2018 | Related Diagnosis: |
|---|---|---|

**C:** 09/19/2016 09:54 ; CRONIN, LINDA J.; exploratory, for abdominal pain, nothing found



**Medical Record Request**

| | | | |
|---|---|---|---|
| Med Rec Nbr: | **1003295790** | UI Nbr: | **1003295790** |
| Financial Nbr: | **75213332** | Patient Name: | **SMITH, SHAULENE N** |
| Client Med Rec Nbr: | **4437** | Organization: | **KH DEGRAFF** |
| DOB: | **11/15/1973** | Patient Location: | **D-Emergency Rm** |
| Sex: | **Female** | Physician: | **LYNCH,JOSHUA J.DO** |
| Adm: **02/03/2018** | | Dsch: **02/03/2018** | |

## Orders

## Laboratory

### *Order: Lipase Level*

Order Date/Time: 02/03/2018 10:23

| Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
|---|---|---|
| End-state Date/Time: 02/03/2018 11:28 | | End-state Reason: |
| Ordering Physician: LYNCH,JOSHUA J.DO | | Consulting Physician: |

Entered & Electronically Signed By: LYNCH,JOSHUA J.DO on 02/03/2018 10:23
Order Details: Stat, 2/3/18 10:23:00 AM EST, Once, Blood, 2/3/18 11:28:46 AM EST
Order Comment:

| Action Type: Complete | Action Date/Time: 02/03/2018 11:28 | Action Personnel: BANKS,ROBIN L |
|---|---|---|

Order Details: Stat, 02/03/18 10:23:00, Once, Blood, 02/03/18 10:23:00
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 02/03/2018 11:08 | Action Personnel: BANKS,ROBIN L |
|---|---|---|

Order Details: Stat, 02/03/18 10:23:00, Once, Blood, 02/03/18 10:23:00
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 02/03/2018 11:08 | Action Personnel: BANKS,ROBIN L |
|---|---|---|

Order Details: Stat, 02/03/18 10:23:00, Once, Blood, 02/03/18 10:23:00
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Order | Action Date/Time: 02/03/2018 10:23 | Action Personnel: LYNCH,JOSHUA J.DO |
|---|---|---|

Order Details: Stat, 02/03/18 10:23:00, Once, Blood, 02/03/18 10:23:00
Review Information:
Nurse Review: Electronically Signed, CZAJA,ALLYSON E RN on 02/03/2018 11:32
Doctor Cosign: Not Required
Order Comment:

**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 02/03/2018 | Dsch: 02/03/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J.DO |

## Orders

## Laboratory

### Order: Comprehensive Metabolic Panel (CMP Comprehensive Metabolic Panel)

Order Date/Time: 02/03/2018 10:23

| | | |
|---|---|---|
| Department Status: Completed | Catalog Type: Laboratory | Activity Type: General Lab |
| End-state Date/Time: 02/03/2018 11:28 | | End-state Reason: |
| Ordering Physician: LYNCH,JOSHUA J.DO | | Consulting Physician: |

Entered & Electronically Signed By: LYNCH,JOSHUA J.DO on 02/03/2018 10:23
Order Details: Stat, 2/3/18 10:23:00 AM EST, Once, Blood, 2/3/18 11:28:46 AM EST
Order Comment:

| | | |
|---|---|---|
| Action Type: Complete | Action Date/Time: 02/03/2018 11:28 | Action Personnel: BANKS,ROBIN L |

Order Details: Stat, 02/03/18 10:23:00, Once, Blood, 02/03/18 10:23:00
Review Information:
Doctor Cosign: Not Required
Order Comment:

| | | |
|---|---|---|
| Action Type: Status Change | Action Date/Time: 02/03/2018 11:08 | Action Personnel: BANKS,ROBIN L |

Order Details: Stat, 02/03/18 10:23:00, Once, Blood, 02/03/18 10:23:00
Review Information:
Doctor Cosign: Not Required
Order Comment:

| | | |
|---|---|---|
| Action Type: Status Change | Action Date/Time: 02/03/2018 11:08 | Action Personnel: BANKS,ROBIN L |

Order Details: Stat, 02/03/18 10:23:00, Once, Blood, 02/03/18 10:23:00
Review Information:
Doctor Cosign: Not Required
Order Comment:

| | | |
|---|---|---|
| Action Type: Order | Action Date/Time: 02/03/2018 10:23 | Action Personnel: LYNCH,JOSHUA J.DO |

Order Details: Stat, 02/03/18 10:23:00, Once, Blood, 02/03/18 10:23:00
Review Information:
Nurse Review: Electronically Signed, CZAJA,ALLYSON E RN on 02/03/2018 11:32
Doctor Cosign: Not Required
Order Comment:

# LYNN ROSS, M.D., P.C.

**Date:** 02/08/18
**Name:** Shaulene N Smith

# Lynne Ross, M.D., P.C.
**DOB:** 11/15/1973 **Sex:** F **Age:** 44 yrs **Acct#:** 4437

**PHQ2-Over the last 2 weeks, how often have you been bothered by any of the following problems?**

|   | Not at all | Several Days | More than half the days | Nearly every day |
|---|---|---|---|---|
| 1. Little interest or pleasure in doing things | ☑ | ☐ | ☐ | ☐ |
| 2. Feeling down, depressed, or hopeless | ☑ | ☐ | ☐ | ☐ |
|   |   |   | **Total: 0** |   |

**HPI: Follow-up.** 44 yo presents today for slip and fall
was walking to work last friday 2/2/18 and slipped and fell and landed on her back

**Lower back pain.** went to the Hospital pt has T 12 compression fracture  Ambulating without assistance. Mechanism of injury: fall. Located on the lower back. Present for several days. Onset of symptoms occurred on: 2/2/18  pain radiates to her abdomen pt having trouble having a BM possible from the percocet  Pain radiates from the mid back to the abdomen. Has been seen by an emergency room physician. Has tried Percocet. Aggravated by bending, movement, prolonged sitting, pulling, pushing, rising from a chair, rising from a deep chair, sidelying, squatting, stairs, turning, twisting, walking and weight bearing. Alleviated by pain medication. Symptom disturbs sleep. Sleeps poorly, cannot find a comfortable position to sleep and not getting enough sleep at night. Patient reported no fever. States has decreased quality of life. Patient is able to ascend stairs and descend stairs, but unable to bend, pull, push, run, turn or twist. Previous testing: CAT scan. Has not tried anticonvulsants. Has not tried antivirals. Has not tried NSAIDs and has tried opiates. Has not tried psychotropics. Has not tried steroids. Has not tried topical anesthetics. Has not tried tricyclic. No new activities. Work status: off work. Precipitated by direct trauma to the spine.

**ROS:**


**Meds Prior to Visit:**
　　Losartan Potassium  25 mg  take 1 tablet by mouth daily for high blood pressure
　　Flonase Allergy Relief  50 mcg/Act  1-2 sprays per nare per day
　　Vitamin D (Ergocalciferol)  50000 Unit  take 1 capsule by mouth weekly for vitamin d deficiency
　　Ferrous Sulfate  325 (65 Fe) MG  1 by mouth twice a day
　　Medroxyprogesterone Acetate  10 mg  1 by mouth every day

**Allergies:** NKDA

**PMH:**
**Problem List:** Iron deficiency anemia, Headache, Neck pain, Body mass index 30+ - obesity
**Health Maintenance:**
CBC - (5/25/2017)
CMP - (5/10/2017)
Vit D - (3/17/2017) 15
FLP - (3/17/2017)
TSH - (3/17/2017)
Urinalysis - (3/17/2017)
B 12 - (3/17/2017)
Flu Shot - (9/2016) at pharmacy
Physical Exam - (8/9/2016)
HgbA1C - (3/17/2017) 5.6
Mammogram - (1/16/2018)
**Surgical Hx:**
uterine biopsy
cyst removal right wrist - x2
Exploratory Laparotomy, Dilation & Curettage
**OB/Gyn Hx:Gravidity:** (4)**Parity:** Full term (3), one miscarriage
Reviewed, no changes.

Shaulene N Smith  DOB 11/15/1973 LYNNE ROSS, M.D., P.C.                    Page #2

**FH:**
**Father:**
Diabetes. Deceased due to Unknown Causes - (age 57 Years).
**Mother:**
Stroke, Hypertension. Deceased due to Unknown Causes - (age 78 Years).
Siblings:9.
**Brother 1:**
Alive and well - (age 46 Years).
**Brother 2:**
Diabetes - (age 45 Years).
**Sister 1:**
Alive and well.
**Sister 2:**
Alive and well, Hypertension. Deceased due to Breast Cancer.
**Sister 3:**
Alive and well, Diabetes. Deceased due to Leukemia.
**Sister 4:**
Alive and well, Diabetes.
**Sister 5:**
Hypertension, Alive And Well.
**Sister 6:**
Alive and well.
Reviewed, no changes.
**SH:**
**Marital:** Single.**Lives With:** Children.**Pets:** 1 dog.**Occupation:** stay at home Mom.**Work Status:**
Unemployed.**Diet:** Adequate diet.**Sleep:** Reports normal sleep activity, Typically sleeps 5 hours a night.
**Personal Habits:  Smoking:** Patient has never smoked.**Alcohol:** Denies alcohol use.**Drug Use:** Denies Drug
Use.**Daily Caffeine:** Consumes on average 2 cups of hot tea per day.**Exercise Type:** Does not
exercise.**Tattoo/Piercing:** Tattoo, Pierced ears.
Reviewed, no changes.
Date: 02/08/2018
Was the patient queried about smoking behavior?           ☐ Yes ☐ No
**Does the patient currently smoke?     Smoking:** Patient has never smoked.


**Wt:** 159lb 2oz **Wt Prior:** 165lb 4oz as of 05/17/17 **Wt Dif:** -6lb -2.0oz **Ht:** 60" 5'0" **BP:** 130/80 **Pulse:** 70
**Resp:** 16 **O2SatR:** 99 **IBW:** 100 **BMI:** 31.1


**Exam:**
**Const:** Appears well developed and well nourished. No signs of acute distress present.
**Head/Face:** Atraumatic, normocephalic on inspection.
**Neck:** Supple. No masses appreciated. Trachea midline. No jugular venous distention.
**Resp:** Respiration rate is normal. No wheezing. Clear to auscultation bilaterally. No rales or rhonchi
appreciated over the lungs bilaterally.
**CV:** Rate is regular. Rhythm is regular. S1 is normal. S2 is normal. No gallop or rubs. No heart
murmur appreciated. **Extremities:** No clubbing or cyanosis. No edema of lower limbs bilaterally.
**Musculo:** Walks with a limping gait and walks with a slow gait. **Spine:** Landmarks are equal, spinal
contour is normal and landmarks are equal and spinal contour is normal. Normal to palpation. Moderate
midline tenderness at the lumbar spinous process, significant midline tenderness at the thoracic spinous
process. No obvious instability. Strength: Motor strength is intact. Limited left lateral flexion with pain.
Limited right lateral flexion with discomfort. Limited extension with pain. Limited flexion with pain. Limited
left rotation with pain. Limited right rotation with pain.
**Neuro:** Alert and oriented x3. Awake. Speech is fluent with no aphasia. Upper Extremities: motor
strength is 5/5 bilaterally. Lower Extremities: motor strength is 5/5 bilaterally.
Cranial Nerves: Cranial nerves II-XII grossly intact.
**Psych: Mood/Affect:** Mood is normal. **Cognition:** Knowledge and vocabulary are consistent with
education. **Risk Assessment:** Suicidality: None. Homicidality: None. Dangerousness: None, others and self.

Shaulene N Smith  DOB 11/15/1973 LYNNE ROSS, M.D., P.C.                    Page #3

**Assessment #1:**  M54.9 Dorsalgia, unspecified
**Care Plan:**
Comments          : Acute.
                    pt will be out of work for the next few weeks
                    will give note when she needs to go back to work
                    went to the ER T 12 mild compression fracture
Med New           : Gabapentin 100 mg
                    take 1 capsule by mouth at bedtimes as needed for nerve pain
                    Cyclobenzaprine HCL 5 mg
                    take 1 tablet by mouth 3 times per day
                    as needed for muscle spasm
                    Naproxen DR 500 mg Take 1 tablet by mouth 2 times per day
Correspond's      : Excuse From Work

**Assessment #2:**  Z68.31 Body mass index (BMI) 31.0-31.9, adult
**Care Plan:**
Comments          : D&E

**Plan Other:**
Comments          : D&E
Med Discont       : Vitamin D (Ergocalciferol) 50000 Unit
                    take 1 capsule by mouth weekly for vitamin d deficiency
                    Ferrous Sulfate 325 (65 Fe) MG 1 by mouth twice a day
Correspond's      : Excuse From Work
**BMI: 31.1**

Updated plan of care and medications reviewed and reconciled with patient, taking into consideration
patient's preferences, potential barriers assessed and addressed as needed, health literacy assessed, and
patient verbalized understanding of plan of care.



DeborahBush,FNP-BC
Seen by:  Electronically signed by Deborah Bush, FNP on 02/08/2018 at  1:06 pm

Lynne Ross, M.D.

Electronically signed by Lynne Ross, M.D., P.C. on 02/08/2018





**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 02/03/2018 | Dsch: 02/03/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J.DO |

## Vascular Access

### Peripheral IV's

| Recorded By | CZAJA,ALLYSON E RN | CZAJA,ALLYSON E RN | | Units | Reference Range |
|---|---|---|---|---|---|
| Recorded Date | 02/03/2018 | 02/03/2018 | | | |
| Recorded Time | 15:00 | 12:00 | | | |
| Procedure | | | | | |
| | Left Antecubital 20 gauge | | | | |
| Peripheral IV Fluid Infusing: | - | ns | | | |
| Peripheral IV Activity: | Discontinue | Assess | | | |
| Peripheral IV Site Condition: | No complications | No complications | | | |
| Peripheral IV Dressing: | Dry, Intact, Transparent | - | | | |
| Peripheral IV Patency: | No complications | - | | | |

| Recorded By | CZAJA,ALLYSON E RN | | Units | Reference Range |
|---|---|---|---|---|
| Recorded Date | 02/03/2018 | | | |
| Recorded Time | 10:00 | | | |
| Procedure | | | | |
| | Left Antecubital 20 gauge | | | |
| Peripheral IV Fluid Infusing: | sl | | | |
| Peripheral IV Activity: | Start | | | |
| Peripheral IV Number of Attempts: | 1 | | | |
| Peripheral IV Site Condition: | No complications | | | |
| Peripheral IV Dressing: | Dry, Intact, Transparent | | | |
| Peripheral IV Patency: | No complications | | | |

| | | | |
|---|---|---|---|
| Med Rec Nbr: | **1003295790** | UI Nbr: | **1003295790** |
| Financial Nbr: | **75213332** | Patient Name: | **SMITH, SHAULENE N** |
| Client Med Rec Nbr: | **4437** | Organization: | **KH DEGRAFF** |
| DOB: | **11/15/1973** | Patient Location: | **D-Emergency Rm** |
| Sex: | **Female** | Physician: | **LYNCH,JOSHUA J,DO** |
| Adm: **02/03/2018** | Dsch: **02/03/2018** | | |

**Medical Record Request**

## Integumentary

## Integumentary Assessment

| Recorded By | GAILE MARIE P RN |
|---|---|
| Recorded Date | 02/03/2018 |
| Recorded Time | 09:45 |
| Procedure | |
| Skin Integrity | Intact, no abnormalities |

**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 02/03/2018 | Dsch: 02/03/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J.DO |

## Neurological

## Neurological Assessment

| Recorded By | GAILE MARIE P RN |
|---|---|
| Recorded Date | 02/03/2018 |
| Recorded Time | 09:45 |
| Procedure | |
| Orientation Assessment | Oriented x 4 |
| Level of Consciousness | Alert |
| Dysphagia Screen Result | Pass |

**Medical Record Request**

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| Adm: 02/03/2018 | Dsch: 02/03/2018 | | |

## General Info

### Activity

| Recorded By | GAILE,MARIE P RN |
|---|---|
| Recorded Date | 02/03/2018 |
| Recorded Time | 09:45 |
| Procedure | |
| Activity Assistance | See Below T1 |

**Textual Results**

T1:   02/03/2018 09:45 (Activity Assistance)
      Independent/No Lift Device Applicable

### Miscellaneous Information

| Recorded By | CZAJA,ALLYSON E RN | CZAJA,ALLYSON E RN | GAILE,MARIE P RN |
|---|---|---|---|
| Recorded Date | 02/03/2018 | 02/03/2018 | 02/03/2018 |
| Recorded Time | 15:00 | 12:00 | 09:45 |
| Procedure | | | |
| ED Nursing Reassessment Completed | Yes | Yes | - |
| Travel Within Last 21 Days | - | - | No |
| ID Ebola Screen Close Contact Travel | - | - | No |
| ID Ebola Screen Close Contact Caregiver | - | - | No |

| Recorded By | CZAJA,ALLYSON E RN |
|---|---|
| Recorded Date | 02/03/2018 |
| Recorded Time | 09:00 |
| Procedure | |
| ED Nursing Reassessment Completed | Yes |

| | | |
|---|---|---|
| Patient Name: **SMITH, SHAULENE N** | 169103478 | Master Report Template |

| | | |
|---|---|---|
| **Medical Record Request** | Med Rec Nbr: **1003295790** | UI Nbr: **1003295790** |
| | Financial Nbr: **75213332** | Patient Name: **SMITH, SHAULENE N** |
| | Client Med Rec Nbr: **4437** | Organization: **KH DEGRAFF** |
| | DOB: **11/15/1973** | Patient Location: **D-Emergency Rm** |
| | Sex: **Female** | Physician: **LYNCH, JOSHUA J.DO** |
| | Adm: **02/03/2018** | Dsch: **02/03/2018** |

## Orders

## Laboratory

### Order: CBC w/Differential (CBC Diff)

Order Date/Time: 02/03/2018 10:23

Department Status: Completed     Catalog Type: Laboratory     Activity Type: General Lab

End-state Date/Time: 02/03/2018 11:53     End-state Reason:

Ordering Physician: LYNCH, JOSHUA J.DO     Consulting Physician:

Entered & Electronically Signed By: LYNCH, JOSHUA J.DO on 02/03/2018 10:23

Order Details: Stat, 2/3/18 10:23:00 AM EST, Once, Blood, 2/3/18 11:53:06 AM EST

Order Comment:

Action Type: Complete     Action Date/Time: 02/03/2018 11:53     Action Personnel: VICTOR, BONNIE S

Order Details: Stat, 02/03/18 10:23:00, Once, Blood, 02/03/18 10:23:00

Review Information:

Doctor Cosign: Not Required

Order Comment:

Action Type: Status Change     Action Date/Time: 02/03/2018 11:08     Action Personnel: BANKS, ROBIN L

Order Details: Stat, 02/03/18 10:23:00, Once, Blood, 02/03/18 10:23:00

Review Information:

Doctor Cosign: Not Required

Order Comment:

Action Type: Status Change     Action Date/Time: 02/03/2018 11:08     Action Personnel: BANKS, ROBIN L

Order Details: Stat, 02/03/18 10:23:00, Once, Blood, 02/03/18 10:23:00

Review Information:

Doctor Cosign: Not Required

Order Comment:

Action Type: Order     Action Date/Time: 02/03/2018 10:23     Action Personnel: LYNCH, JOSHUA J.DO

Order Details: Stat, 02/03/18 10:23:00, Once, Blood, 02/03/18 10:23:00

Review Information:

Nurse Review: Electronically Signed, CZAJA, ALLYSON E RN on 02/03/2018 11:32

Doctor Cosign: Not Required

Order Comment:

## Patient Care

### Order: Medication Re-Evaluation 15 min

Order Date/Time: 02/03/2018 12:40

Department Status: Discontinued     Catalog Type: Patient Care     Activity Type: Communication Orders

End-state Date/Time: 02/07/2018 16:16     End-state Reason:

Ordering Physician: System, System     Consulting Physician:

Entered & Electronically Signed By: System, System on 02/03/2018 12:40

Order Details: 2/3/18 12:40:19 PM EST

Order Comment: Order generated by kh_fn_response_event_1 rule

Action Type: Discontinue     Action Date/Time: 02/07/2018 16:16     Action Personnel: System, System

Order Details: 02/03/18 12:40:19

Review Information:

Doctor Cosign: Not Required

Order Comment:

Action Type: Order     Action Date/Time: 02/03/2018 12:40     Action Personnel: System, System

Order Details: 02/03/18 12:40:19

Review Information:

Nurse Review: Electronically Signed, CZAJA, ALLYSON E RN on 02/03/2018 13:37

Doctor Cosign: Not Required

Order Comment: Order generated by kh_fn_response_event_1 rule

| | | | |
|---|---|---|---|
| | Med Rec Nbr: | **1003295790** | UI Nbr: | **1003295790** |
| | Financial Nbr: | **75214332** | Patient Name: | **SMITH, SHAULENE N** |
| | Client Med Rec Nbr: | **4437** | Organization: | **KH DEGRAFF** |
| | DOB: | **11/15/1973** | Patient Location: | **D-Emergency Rm** |
| **Medical Record Request** | Sex: | **Female** | Physician: | **LYNCH,JOSHUA J.DO** |
| | Adm: | **02/03/2018** | Dsch: **02/03/2018** | |

## Orders

## Patient Care

### Order: Medication Re-Evaluation 15 min

Order Date/Time: 02/03/2018 10:53

| Department Status: Discontinued | Catalog Type: Patient Care | Activity Type: Communication Orders |
|---|---|---|
| End-state Date/Time: 02/07/2018 16:16 | | End-state Reason: |
| Ordering Physician: System,System | | Consulting Physician: |

Entered & Electronically Signed By: System,System on 02/03/2018 10:53

Order Details: 2/3/18 10:53:40 AM EST

Order Comment: Order generated by kh_fn_response_event_1 rule

| Action Type: Discontinue | Action Date/Time: 02/07/2018 16:16 | Action Personnel: System,System |
|---|---|---|

Order Details: 02/03/18 10:53:40

Review Information:

Doctor Cosign: Not Required

Order Comment:

| Action Type: Order | Action Date/Time: 02/03/2018 10:53 | Action Personnel: System,System |
|---|---|---|

Order Details: 02/03/18 10:53:40

Review Information:

Nurse Review: Electronically Signed, CZAJA,ALLYSON E RN on 02/03/2018 11:32

Doctor Cosign: Not Required

Order Comment: Order generated by kh_fn_response_event_1 rule

### Order: Saline Lock Insert

Order Date/Time: 02/03/2018 10:23

| Department Status: Discontinued | Catalog Type: Patient Care | Activity Type: Asmt/Tx/Monitoring |
|---|---|---|
| End-state Date/Time: 02/07/2018 16:16 | | End-state Reason: |
| Ordering Physician: LYNCH,JOSHUA J.DO | | Consulting Physician: |

Entered & Electronically Signed By: LYNCH,JOSHUA J.DO on 02/03/2018 10:23

Order Details: 2/3/18 10:23:00 AM EST

Order Comment:

| Action Type: Discontinue | Action Date/Time: 02/07/2018 16:16 | Action Personnel: System,System |
|---|---|---|

Order Details: 02/03/18 10:23:00

Review Information:

Doctor Cosign: Not Required

Order Comment:

| Action Type: Order | Action Date/Time: 02/03/2018 10:23 | Action Personnel: LYNCH,JOSHUA J.DO |
|---|---|---|

Order Details: 02/03/18 10:23:00

Review Information:

Nurse Review: Electronically Signed, CZAJA,ALLYSON E RN on 02/03/2018 11:32

Doctor Cosign: Not Required

Order Comment:

| | | |
|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: D-Emergency Rm |
| Sex: | Female | Physician: LYNCH, JOSHUA J.DO |
| Adm: 02/03/2018 | Dsch: 02/03/2018 | |

**Medical Record Request**

## Orders

## Radiology

### Order: CT Abd+Pel w IV contrast

Order Date/Time: 02/03/2018 10:23

| Department Status: Completed | Catalog Type: Radiology | Activity Type: Radiology |
|---|---|---|
| End-state Date/Time: 02/03/2018 14:29 | | End-state Reason: |
| Ordering Physician: LYNCH, JOSHUA J.DO | | Consulting Physician: |

Entered & Electronically Signed By: LYNCH, JOSHUA J.DO on 02/03/2018 10:23
Order Details: Stat, 2/3/18 10:23:00 AM EST, Abdominal Pain, Standard, Wheelchair, LYNCH, JOSHUA J. DO
Order Comment:

| Action Type: Complete | Action Date/Time: 02/03/2018 14:29 | Action Personnel: NOTINO, ANTHONY G.MD |
|---|---|---|

Order Details: Stat, 02/03/18 10:23:00, Abdominal Pain, Standard, Wheelchair, LYNCH, JOSHUA J. DO
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 02/03/2018 12:08 | Action Personnel: MEDERSKI, SARA Certified CATT Scan Technologi |
|---|---|---|

Order Details: Stat, 02/03/18 10:23:00, Abdominal Pain, Standard, Wheelchair, LYNCH, JOSHUA J. DO
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Status Change | Action Date/Time: 02/03/2018 12:04 | Action Personnel: MEDERSKI, SARA Certified CATT Scan Technologi |
|---|---|---|

Order Details: Stat, 02/03/18 10:23:00, Abdominal Pain, Standard, Wheelchair, LYNCH, JOSHUA J. DO
Review Information:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Order | Action Date/Time: 02/03/2018 10:23 | Action Personnel: LYNCH, JOSHUA J.DO |
|---|---|---|

Order Details: Stat, 02/03/18 10:23:00, Abdominal Pain, Standard, Wheelchair, LYNCH, JOSHUA J. DO
Review Information:
Nurse Review: Electronically Signed, CZAJA, ALLYSON E RN on 02/03/2018 11:32
Doctor Cosign: Not Required
Order Comment:

| | | | | |
|---|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH, JOSHUA J.DO |
| Adm: 02/03/2018 | Dsch: 02/03/2018 | | |

**Medical Record Request**

## Assessment and Screen Forms

**Pain Assessment Entered On: 2/3/2018 13:38**
**Performed On: 2/3/2018 11:04 by CZAJA, ALLYSON E RN**

**Intervention Information:**
HYDROmorphone
Performed by CZAJA, ALLYSON E RN on 2/3/2018 10:49:00

HYDROmorphone, 1mg
IV push, Antecubital Fossa, Left

**Pain Scale**
Primary Pain Present : No actual or suspected pain
Primary Preferred Pain Tool : FACES/Numeric rating scale

CZAJA, ALLYSON E RN - 2/3/2018 13:37

**Pain Scale - Preferred Pain Tool Amb**
Primary FACES/Numeric Rating at Rest : 0 = No pain
Primary FACES/Numeric Rating Activity : 0 = No pain
Primary FACES/Numeric Rating Score Rest : 0
Primary FACES/Numeric Rating Score Active : 0

CZAJA, ALLYSON E RN - 2/3/2018 13:37

**Pain Assessment**
Location : Other: back, abdomen, left side
Laterality : Left
Quality : Aching
Primary Pain Time Pattern : Acute

CZAJA, ALLYSON E RN - 2/3/2018 13:37

Printed: 03/02/2018 14:49

Patient Name: **SMITH, SHAULENE N**              169103478              Master Report Template



**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: | 02/03/2018 |
| Dsch: | 02/03/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J.DO |

## Event Assessment

| Recorded By | CZAJA,ALLYSON E RN | CZAJA,ALLYSON E RN |
|---|---|---|
| **Recorded Date** | 02/03/2018 | 02/03/2018 |
| **Recorded Time** | 15:30 | 15:00 |
| **Procedure** | | |
| Ed-When to Call Health Care Provider | Verbalizes understanding | - |
| Ed-Activity Expectations | Verbalizes understanding | - |
| ED Nursing Reassessment Completed | - | Yes |
| Ed-Diagnostic Results | Verbalizes understanding | - |
| Barriers to Learning | None evident | - |
| Teaching Method | Explanation, Printed materials | - |
| Ed-Pain Management | Verbalizes understanding | - |
| Primary Pain Present | Yes actual or suspected pain | No actual or suspected pain |
| Primary Preferred Pain Tool | FACES/Numeric rating scale | - |
| Primary FACES/Numeric Rating at Rest | 2 | - |
| Primary FACES/Numeric Rating Score Rest | 2 | - |
| Primary FACES/Numeric Rating Activity | 4 | - |
| Primary FACES/Numeric Rating Score Activ | 4 | - |
| Primary Pain Location | Back | - |
| Primary Pain Laterality | Upper | - |
| Primary Pain Time Pattern | Acute | - |
| | Left Antecubital 20 gauge | |
| Peripheral IV Activity: | - | Discontinue |
| Peripheral IV Site Condition: | - | No complications |
| Peripheral IV Dressing: | - | Dry, Intact, Transparent |
| Peripheral IV Patency: | - | No complications |

| Recorded By | SCHWARTZMYER,JULIE L PCA | CZAJA,ALLYSON E RN |
|---|---|---|
| **Recorded Date** | 02/03/2018 | 02/03/2018 |
| **Recorded Time** | 13:00 | 12:42 |
| **Procedure** | | |
| Temperature Oral | 36.6 | - |
| Respiratory Rate | 16 | - |
| Systolic Blood Pressure | 142 H | - |
| Diastolic Blood Pressure | 91 H | - |
| Mean Arterial Pressure,Cuff | 108 H | - |
| Respirations | - | Unlabored |
| Respiratory Pattern | - | Regular |
| Primary Pain Present | - | Yes actual or suspected pain |
| Primary Acceptable Pain Level | - | 0 = No pain |
| Primary Preferred Pain Tool | - | FACES/Numeric rating scale |
| Primary FACES/Numeric Rating at Rest | - | 6 |
| Primary FACES/Numeric Rating Score Rest | - | 6 |
| Primary FACES/Numeric Rating Activity | - | 6 |
| Primary FACES/Numeric Rating Score Activ | - | 6 |
| Primary Pain Location | - | Other: back, abdomen, left side |
| Primary Pain Laterality | - | Left |
| Primary Pain Quality | - | Aching |
| Pulse Rate,Peripheral | 70 | - |

| | | |
|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| Adm: | 02/03/2018 | Dsch: | 02/03/2018 |

**Medical Record Request**

## Event Assessment

| Recorded By | CZAJA,ALLYSON E RN | CZAJA,ALLYSON E RN |
|---|---|---|
| **Recorded Date** | 02/03/2018 | 02/03/2018 |
| **Recorded Time** | 12:00 | 11:20 |
| **Procedure** | | |
| ED Nursing Reassessment Completed | Yes | - |
| GI Symptoms | Nausea | - |
| Respirations | Unlabored | - |
| Respiratory Pattern | Regular | - |
| Primary Pain Present | Yes actual or suspected pain | No actual or suspected pain |
| Primary Acceptable Pain Level | 0 = No pain | - |
| Primary Preferred Pain Tool | FACES/Numeric rating scale | FACES/Numeric rating scale |
| Primary FACES/Numeric Rating at Rest | 4 | 0 = No pain |
| Primary FACES/Numeric Rating Score Rest | 4 | 0 |
| Primary FACES/Numeric Rating Activity | 4 | 0 = No pain |
| Primary FACES/Numeric Rating Score Activ | 4 | 0 |
| Primary Pain Location | Other: back, left side, abdomen | - |
| Primary Pain Laterality | Left | - |
| Primary Pain Quality | Aching | - |
| | Left Antecubital 20 gauge | |
| Peripheral IV Fluid Infusing: | ns | - |
| Peripheral IV Activity: | Assess | - |
| Peripheral IV Site Condition: | No complications | - |

| Recorded By | CZAJA,ALLYSON E RN | SCHWARTZMYER,JULIE L PCA |
|---|---|---|
| **Recorded Date** | 02/03/2018 | 02/03/2018 |
| **Recorded Time** | 11:04 | 11:00 |
| **Procedure** | | |
| Temperature Oral | - | 36.4 |
| Respiratory Rate | - | 16 |
| Systolic Blood Pressure | - | 126" |
| Diastolic Blood Pressure | - | 64 |
| Mean Arterial Pressure,Cuff | - | 85 |
| Primary Pain Present | No actual or suspected pain | - |
| Primary Preferred Pain Tool | FACES/Numeric rating scale | - |
| Primary FACES/Numeric Rating at Rest | 0 = No pain | - |
| Primary FACES/Numeric Rating Score Rest | 0 | - |
| Primary FACES/Numeric Rating Activity | 0 = No pain | - |
| Primary FACES/Numeric Rating Score Activ | 0 | - |
| Primary Pain Location | Other: back, abdomen, left side | - |
| Primary Pain Laterality | Left | - |
| Primary Pain Quality | Aching | - |
| Primary Pain Time Pattern | Acute | - |
| Pulse Rate,Peripheral | - | 62 |

| Recorded By | CZAJA,ALLYSON E RN | CZAJA,ALLYSON E RN | BANKS,ROBIN L |
|---|---|---|---|
| **Recorded Date** | 02/03/2018 | 02/03/2018 | 02/03/2018 |
| **Recorded Time** | 11:00 | 10:49 | 10:23 |
| **Procedure** | | | |
| AST | - | - | 15 |
| Albumin Level | - | - | 3.8 |
| Bilirubin | - | - | 0.6 |
| BUN | - | - | 8 |
| Calcium Level | - | - | 10.1 |

| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
|---|---|---|---|
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| Adm: | 02/03/2018 | Dsch: 02/03/2018 | |

## Event Assessment

| Recorded By | CZAJA,ALLYSON E RN | CZAJA,ALLYSON E RN | BANKS,ROBIN L |
|---|---|---|---|
| Recorded Date | 02/03/2018 | 02/03/2018 | 02/03/2018 |
| Recorded Time | 11:00 | 10:49 | 10:23 |
| **Procedure** | | | |
| Chloride | - | - | 105 |
| Carbon Dioxide | - | - | 25 |
| Creatinine | - | - | 0.64 |
| Lipase Level | - | - | 39 |
| Potassium Level | - | - | 4.1 |
| Protein | - | - | 7.1 |
| Sodium Level | - | - | 137 |
| GFR | - | - | >60 H |
| ALT | - | - | 11 |
| Respirations | Unlabored | - | - |
| Respiratory Pattern | Regular | - | - |
| Primary Preferred Pain Tool | - | FACES/Numeric rating scale | - |
| Primary FACES/Numeric Rating at Rest | - | 10 = Worst possible pain | - |

| Recorded By | VICTOR,BONNIE S | CZAJA,ALLYSON E RN | GAILE,MARIE P RN |
|---|---|---|---|
| Recorded Date | 02/03/2018 | 02/03/2018 | 02/03/2018 |
| Recorded Time | 10:23 | 10:00 | 09:45 |
| **Procedure** | | | |
| Activity Assistance | - | - | See Below T1 |
| Temperature Oral | - | - | 36.9 |
| Respiratory Rate | - | - | 18 |
| SpO2 Monitored,EKG | - | - | 100 |
| Oxygen Therapy | - | - | Room air |
| Systolic Blood Pressure | - | - | 140 H |
| Diastolic Blood Pressure | - | - | 98 H |
| Level of Consciousness | - | - | Alert |
| Orientation Assessment | - | - | Oriented x 4 |
| Hgb | 11.5 L | - | - |
| Hct | 35.1 L | - | - |
| Platelet | 257 | - | - |
| WBC | 6.0 | - | - |
| RBC | 4.31 | - | - |
| Neut Abs | 3.4 | - | - |
| Lymp Abs | 1.9 | - | - |
| Mono Abs | 0.4 | - | - |
| Eos Abs | 0.2 | - | - |
| Baso Abs | 0.0 | - | - |
| GI Symptoms | - | Nausea | - |
| Travel Within Last 21 Days | - | - | No |
| ID Ebola Screen Close Contact Travel | - | - | No |
| ID Ebola Screen Close Contact Caregiver | - | - | No |
| Primary Pain Present | - | - | Yes actual or suspected pain |
| Primary Preferred Pain Tool | - | - | FACES/Numeric rating scale |
| Primary FACES/Numeric Rating at Rest | - | - | 10 = Worst possible pain |
| Primary FACES/Numeric Rating Score Rest | - | - | 10 |
| Primary Pain Location | - | - | Other: back, left side, abd. |
| Mode of Arrival | - | - | Walked |
| Pulse Rate,Peripheral | - | - | 64 |
| Height/Length Dosing | - | - | 154.9 |
| Weight Dosing | - | - | 67.59 |

Printed:   03/02/2018 14:49

| | | |
|---|---|---|
| Med Rec Nbr: | **1003295790** | |
| Financial Nbr: | **75213332** | |
| Client Med Rec Nbr: | **4437** | |
| DOB: | **11/15/1973** | |
| Sex: | **Female** | |
| Adm: | **02/03/2018** | Dsch: **02/03/2018** |

| | |
|---|---|
| UI Nbr: | **1003295790** |
| Patient Name: | **SMITH, SHAULENE N** |
| Organization: | **KH DEGRAFF** |
| Patient Location: | **D-Emergency Rm** |
| Physician: | **LYNCH, JOSHUA J. DO** |

**Medical Record Request**

## Event Assessment

| Recorded By | VICTOR, BONNIE S | CZAJA, ALLYSON E RN | GAILE, MARIE P RN |
|---|---|---|---|
| Recorded Date | 02/03/2018 | 02/03/2018 | 02/03/2018 |
| Recorded Time | 10:23 | 10:00 | 09:45 |
| **Procedure** | | | |
| BSA Dosing | - | - | 1.71 |
| Body Mass Index Dosing | - | - | 28.17 |
| | Left Antecubital 20 gauge | | |
| Peripheral IV Fluid Infusing: | - | sl | - |
| Peripheral IV Activity: | - | Start | - |
| Peripheral IV Number of Attempts: | - | 1 | - |
| Peripheral IV Site Condition: | - | No complications | - |
| Peripheral IV Dressing: | - | Dry, Intact, Transparent | - |
| Peripheral IV Patency: | - | No complications | - |

### Textual Results

T1:   02/03/2018 09:45 (Activity Assistance)
Independent/No Lift Device Applicable

| Recorded By | BANKS, LISA S Admin Support | CZAJA, ALLYSON E RN |
|---|---|---|
| Recorded Date | 02/03/2018 | 02/03/2018 |
| Recorded Time | 09:44 | 09:00 |
| **Procedure** | | |
| ED Nursing Reassessment Completed | - | Yes |
| Ed-Call Light Use, Conventional | - | Verbalizes understanding |
| Ed-Unit Procedures | - | Verbalizes understanding |
| Mode of Arrival | Walked | - |

### Interpretive Data

i1:   GFR

**Interpretation of Estimated Glomerular Filtration Rate (eGFR) values (for adults only):**

The eGFR is estimated using the abbreviated MDRD Study equation based on creatinine (IDMS calibrated), age, gender and ethnicity. The eGFR is provided as an aid in the assessment of renal function in adults. eGFR for both Non-African American and African American ethnicities are provided. eGFR >= 60 are reported as > 60.

Chronic kidney disease (CKD) is defined as either kidney damage or eGFR < 60 mL/min/1.73 m2 for >= 3 months. Patients with eGFR values >= 60 mL/min/1.73 m2 may also have CKD if evidence of persistent proteinuria is present.

Stages of CKD associated with eGFR < 60 mL/min/1.73 m2:
Stage 3     Moderate decrease in GFR           GFR = 30-59
Stage 4     Severe decrease in GFR             GFR = 15-29
Stage 5     Kidney failure                     GFR =   <15

**Medical Record Request**

| | | | | |
|---|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| Adm: | 02/03/2018 | Dsch: | 02/03/2018 | |

## Education

### General

| Recorded By | CZAJA,ALLYSON E RN | CZAJA,ALLYSON E RN |
|---|---|---|
| Recorded Date | 02/03/2018 | 02/03/2018 |
| Recorded Time | 15:30 | 09:00 |
| **Procedure** | | |
| Ed-Pain Management | Verbalizes understanding | - |
| Ed-Activity Expectations | Verbalizes understanding | - |
| Ed-Diagnostic Results | Verbalizes understanding | - |
| Ed-Unit Procedures | - | Verbalizes understanding |
| Ed-When to Call Health Care Provider | Verbalizes understanding | - |

### Skin & Wound

| Recorded By | CZAJA,ALLYSON E RN |
|---|---|
| Recorded Date | 02/03/2018 |
| Recorded Time | 15:30 |
| **Procedure** | |
| Ed-Pain Management | Verbalizes understanding |

### ADL's/Safety

| Recorded By | CZAJA,ALLYSON E RN |
|---|---|
| Recorded Date | 02/03/2018 |
| Recorded Time | 09:00 |
| **Procedure** | |
| Ed-Call Light Use,Conventional | Verbalizes understanding |

### Learning Assessment

| Recorded By | CZAJA,ALLYSON E RN |
|---|---|
| Recorded Date | 02/03/2018 |
| Recorded Time | 15:30 |
| **Procedure** | |
| Barriers to Learning | None evident |
| Teaching Method | Explanation, Printed materials |

| | Med Rec Nbr: | 1003295790 | | Dr Nbr: | 1003295790 |
|---|---|---|---|---|---|
| | Financial Nbr: | 75213332 | | Patient Name: | SMITH, SHAULENE N |
| | Client Med Rec Nbr: | 4437 | | Organization: | KH DEGRAFF |
| | DOB: | 11/15/1973 | | Patient Location: | D-Emergency Rm |
| | Sex: | Female | | Physician: | LYNCH,JOSHUA J.DO |
| **Medical Record Request** | Adm: 02/03/2018 | | Dsch: 02/03/2018 | | |

## Measurements

| Recorded By | GAILE,MARIE P RN | | |
|---|---|---|---|
| **Recorded Date** | 02/03/2018 | | |
| **Recorded Time** | 09:45 | | |
| **Procedure** | | **Units** | **Reference Range** |
| Height/Length Dosing | 154.9 | cm | |
| Weight Dosing | 67.59 | kg | |
| BSA Dosing | 1.71 | m2 | |
| Body Mass Index Dosing | 28.17 | kg/m2 | |
| Inches | 61 | in | |
| Lbs | 149 | lb | |



**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 02/03/2018 | Dsch: 02/03/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J.DO |

## Vital Signs

| Recorded By | SCHWARTZMYER JULIE L PCA | | |
|---|---|---|---|
| Recorded Date | 02/03/2018 | | |
| Recorded Time | 13:00 | | |
| Procedure | | Units | Reference Range |
| Temperature Oral | 36.6 | degC | [35.8-37.3] |
| Pulse Rate,Peripheral | 70 | bpm | [60-100] |
| Systolic Blood Pressure | 142 H | mmHg | [90-120] |
| Diastolic Blood Pressure | 91 H | mmHg | [50-80] |
| Mean Arterial Pressure,Cuff | 108 H | mmHg | [63-93] |
| Respiratory Rate | 16 | BR/min | [12-24] |

| Recorded By | SCHWARTZMYER JULIE L PCA | GAILE MARIE P RN | | |
|---|---|---|---|---|
| Recorded Date | 02/03/2018 | 02/03/2018 | | |
| Recorded Time | 11:00 | 09:45 | | |
| Procedure | | | Units | Reference Range |
| Temperature Oral | 36.4 | 36.9 | degC | [35.8-37.3] |
| Pulse Rate,Peripheral | 62 | 64 | bpm | [60-100] |
| Systolic Blood Pressure | 126 H | 140 H | mmHg | [90-120] |
| Diastolic Blood Pressure | 64 | 98 H | mmHg | [50-80] |
| Mean Arterial Pressure,Cuff | 85 | - | mmHg | [63-93] |
| SpO2 Monitored,EKG | - | 100 | % | [92-100] |
| Respiratory Rate | 16 | 18 | BR/min | [12-24] |

| | | |
|---|---|---|
| Med Rec Nbr: | 100329570X | Dr Nbr: | IV3895796 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| Adm: | 02/03/2018 | Dsch: | 02/03/2018 |

**Medical Record Request**

## Pain

## Pain Assessment

| Recorded By | CZAJA,ALLYSON E RN | CZAJA,ALLYSON E RN |
|---|---|---|
| **Recorded Date** | 02/03/2018 | 02/03/2018 |
| **Recorded Time** | 15:30 | 15:00 |
| **Procedure** | | |
| Primary Pain Present | Yes actual or suspected pain | No actual or suspected pain |
| Primary Preferred Pain Tool | FACES/Numeric rating scale | - |
| Primary FACES/Numeric Rating at Rest | 2 | - |
| Primary FACES/Numeric Rating Score Rest | 2 | - |
| Primary FACES/Numeric Rating Activity | 4 | - |
| Primary FACES/Numeric Rating Score Activ | 4 | - |
| Primary Pain Location | Back | - |
| Primary Pain Laterality | Upper | - |
| Primary Pain Time Pattern | Acute | - |

| Recorded By | CZAJA,ALLYSON E RN | CZAJA,ALLYSON E RN |
|---|---|---|
| **Recorded Date** | 02/03/2018 | 02/03/2018 |
| **Recorded Time** | 12:42 | 12:00 |
| **Procedure** | | |
| Primary Pain Present | Yes actual or suspected pain | Yes actual or suspected pain |
| Primary Acceptable Pain Level | 0 = No pain | 0 = No pain |
| Primary Preferred Pain Tool | FACES/Numeric rating scale | FACES/Numeric rating scale |
| Primary FACES/Numeric Rating at Rest | 6 | 4 |
| Primary FACES/Numeric Rating Score Rest | 6 | 4 |
| Primary FACES/Numeric Rating Activity | 6 | 4 |
| Primary FACES/Numeric Rating Score Activ | 6 | 4 |
| Primary Pain Location | Other: back, abdomen, left side | Other: back, left side, abdomen |
| Primary Pain Laterality | Left | Left |
| Primary Pain Quality | Aching | Aching |

| Recorded By | CZAJA,ALLYSON E RN | CZAJA,ALLYSON E RN |
|---|---|---|
| **Recorded Date** | 02/03/2018 | 02/03/2018 |
| **Recorded Time** | 11:20 | 11:04 |
| **Procedure** | | |
| Primary Pain Present | No actual or suspected pain | No actual or suspected pain |
| Primary Preferred Pain Tool | FACES/Numeric rating scale | FACES/Numeric rating scale |
| Primary FACES/Numeric Rating at Rest | 0 = No pain | 0 = No pain |
| Primary FACES/Numeric Rating Score Rest | 0 | 0 |
| Primary FACES/Numeric Rating Activity | 0 = No pain | 0 = No pain |
| Primary FACES/Numeric Rating Score Activ | 0 | 0 |
| Primary Pain Location | - | Other: back, abdomen, left side |
| Primary Pain Laterality | - | Left |
| Primary Pain Quality | - | Aching |
| Primary Pain Time Pattern | - | Acute |

| Recorded By | CZAJA,ALLYSON E RN | GAILE,MARIE P RN |
|---|---|---|
| **Recorded Date** | 02/03/2018 | 02/03/2018 |
| **Recorded Time** | 10:49 | 09:45 |
| **Procedure** | | |
| Primary Pain Present | | Yes actual or suspected pain |
| Primary Preferred Pain Tool | FACES/Numeric rating scale | FACES/Numeric rating scale |

Printed:  03/02/2018 14:49

Patient Name: **SMITH, SHAULENE N** | 169103478 | Master Report Template

| | | | |
|---|---|---|---|
| **Medical Record Request** | Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| | Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| | Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| | DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| | Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| | Adm: 02/03/2018 | Dsch: 02/03/2018 | | |

## Pain

## Pain Assessment

| Recorded By | CZAJA,ALLYSON E RN | GAILE,MARIE P RN |
|---|---|---|
| **Recorded Date** | 02/03/2018 | 02/03/2018 |
| **Recorded Time** | 10:49 | 09:45 |
| **Procedure** | | |
| Primary FACES/Numeric Rating at Rest | 10 = Worst possible pain | 10 = Worst possible pain |
| Primary FACES/Numeric Rating Score Rest | - | 10 |
| Primary Pain Location | - | Other: back, left side, abd. |



| | | |
|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| Adm: | 02/03/2018 | Dsch: | 02/03/2018 |

**Medical Record Request**

## Respiratory

## Respiratory Assessment

| Recorded By | CZAJA,ALLYSON E RN | CZAJA,ALLYSON E RN | CZAJA,ALLYSON E RN |
|---|---|---|---|
| Recorded Date | 02/03/2018 | 02/03/2018 | 02/03/2018 |
| Recorded Time | 12:43 | 12:00 | 11:00 |
| Procedure | | | |
| Respirations | Unlabored | Unlabored | Unlabored |
| Respiratory Pattern | Regular | Regular | Regular |

| Recorded By | GAILE,MARIE P RN |
|---|---|
| Recorded Date | 02/03/2018 |
| Recorded Time | 09:45 |
| Procedure | |
| Oxygen Therapy | Room air |

## Ventilator

| Recorded By | GAILE,MARIE P RN |
|---|---|
| Recorded Date | 02/03/2018 |
| Recorded Time | 09:45 |
| Procedure | |
| SpO2 Monitored,EKG | 100 |

**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 02/03/2018 | Dsch: 02/03/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J.DO |

## Gastrointestinal

### Gastrointestinal Assessment

| Recorded By | CZAJA,ALLYSON E RN | CZAJA,ALLYSON E RN | | |
|---|---|---|---|---|
| Recorded Date | 02/03/2018 | 02/03/2018 | | |
| Recorded Time | 12:00 | 10:00 | | |
| Procedure | | | Units | Reference Range |
| GI Symptoms | Nausea | Nausea | | |

**Date:** 03/01/18          **Lynne Ross, M.D., P.C.**
**Name:** Shaulene N Smith   **DOB:** 11/15/1973 **Sex:** F **Age:** 44 yrs **Acct#:** 4437

**PHQ2-Over the last 2 weeks, how often have you been bothered by any of the following problems?**

|   | Not at all | Several Days | More than half the days | Nearly every day |
|---|---|---|---|---|
| 1. Little interest or pleasure in doing things | ☐ | ☑ | ☐ | ☐ |
| 2. Feeling down, depressed, or hopeless | ☑ | ☐ | ☐ | ☐ |
|   |   |   | **Total: 0** |   |

**HPI: Follow-up.** 44 yo female presents today for work note
pt still has pain in her back that radiates to the left side with some burning sensation and travels. with difficulty sleep
bc the pain radiates to her hip.
some depression from the pain that she wants to activities and at times just can't plus she wants to go back to work.

**ROS:**

**Meds Prior to Visit:**
.   Gabapentin  100 mg  take 1 capsule by mouth at bedtimes as needed for nerve pain
Cyclobenzaprine HCL  5 mg  take 1 tablet by mouth 3 times per day as needed for muscle spasm
Naproxen DR  500 mg  Take 1 tablet by mouth 2 times per day
Losartan Potassium  25 mg  take 1 tablet by mouth daily for high blood pressure
Flonase Allergy Relief  50 mcg/Act  1-2 sprays per nare per day

**Allergies:** NKDA

**PMH:**
**Problem List:** Iron deficiency anemia, Headache, Neck pain, Body mass index 30+ - obesity
**Health Maintenance:**
CBC - (2/3/2018)
CMP - (2/3/2018)
Vit D - (3/17/2017) 15
FLP - (11/15/2017)
TSH - (11/15/2017)
Urinalysis - (11/15/2017)
B 12 - (3/17/2017)
Flu Shot - (9/2016) at pharmacy
Physical Exam - (8/9/2016)
HgbA1C - (3/17/2017) 5.6
Mammogram - (1/16/2018)
**Surgical Hx:**
uterine biopsy
cyst removal right wrist - x2
Exploratory Laparotomy, Dilation & Curettage
**OB/Gyn Hx:Gravidity:** (4)**Parity:** Full term (3), one miscarriage
Reviewed, no changes.
**FH:**
**Father:**
Diabetes. Deceased due to Unknown Causes - (age 57 Years).
**Mother:**
Stroke, Hypertension. Deceased due to Unknown Causes - (age 78 Years).
Siblings:9.
**Brother 1:**
Alive and well - (age 46 Years).
**Brother 2:**
Diabetes - (age 45 Years).

Shaulene N Smith  DOB 11/15/1973 LYNNE ROSS, M.D., P.C.                    Page #2

**Sister 1:**
Alive and well.
**Sister 2:**
Alive and well, Hypertension. Deceased due to Breast Cancer.
**Sister 3:**
Alive and well, Diabetes. Deceased due to Leukemia.
**Sister 4:**
Alive and well, Diabetes.
**Sister 5:**
Hypertension, Alive And Well.
**Sister 6:**
Alive and well.
Reviewed, no changes.
**SH:**
**Marital:** Single.**Lives With:** Children.**Pets:** 1 dog.**Occupation:** stay at home Mom.**Work Status:**
Unemployed.**Diet:** Adequate diet.**Sleep:** Reports normal sleep activity, Typically sleeps 5 hours a night.
**Personal Habits:  Smoking:** Patient has never smoked.**Alcohol:** Denies alcohol use.**Drug Use:** Denies Drug
Use.**Daily Caffeine:** Consumes on average 2 cups of hot tea per day.**Exercise Type:** Does not
exercise.**Tattoo/Piercing:** Tattoo, Pierced ears.
Reviewed, no changes.
Date: 02/28/2018
Was the patient queried about smoking behavior?       ☐ Yes ☐ No
**Does the patient currently smoke?     Smoking:** Patient has never smoked.


**Wt:** 159lb 6oz **Wt Prior:** 159lb 2oz as of 02/08/18 **Wt Dif:** +0lb 4.0oz **Ht:** 60" 5'0" **BP:** 146/104 **Pulse:**
92 **Resp:** 16 **O2SatR:** 99 **IBW:** 100 **BMI:** 31.1

**Exam:**
**Const:** Appears well developed and well nourished. No signs of acute distress present.
**Head/Face:** Atraumatic, normocephalic on inspection.
**Neck:** Supple. No masses appreciated. Trachea midline. No jugular venous distention.
**Resp:** Respiration rate is normal. No wheezing. Clear to auscultation bilaterally. No rales or rhonchi
appreciated over the lungs bilaterally.
**CV:** Rate is regular. Rhythm is regular. S1 is normal. S2 is normal. No gallop or rubs. No heart
murmur appreciated. **Extremities:** No clubbing or cyanosis. No edema of lower limbs bilaterally.
**Neuro:** Alert and oriented x3. Awake. Speech is fluent with no aphasia. Upper Extremities: motor
strength is 5/5 bilaterally. Lower Extremities: motor strength is 5/5 bilaterally.
Cranial Nerves: Cranial nerves II-XII grossly intact.
**Psych: Mood/Affect:** Mood is normal. **Cognition:** Knowledge and vocabulary are consistent with
education. **Risk Assessment:** Suicidality: None. Homicidality: None. Dangerousness: None, others and self.


| **Assessment #1:** | M54.9 Dorsalgia, unspecified |
| --- | --- |
| **Care Plan:** | |
| Comments | : Acute. |
| | gave neurosurgery cards to f/u |
| | will do disability paper work |
| | pt needs a RTW note |
| | flector patch given from the office will let office know if they help with the pain |
| Med New | : Medrol 4 mg |
| | take 6 today, 5 second day, 4 on third |
| | day, 3 fourth day, 2 on fifth day, 1 on sixth day |
| Correspond's | : Excuse From Work, Return To Work |

**Assessment #2:**   Z68.31 Body mass index (BMI) 31.0-31.9, adult
**Care Plan:**

Shaulene N Smith  DOB 11/15/1973 LYNNE ROSS, M.D., P.C.                    Page #3

Comments      : D&E

**Plan Other:**
Comments      : D&E
Correspond's  : Excuse From Work, Return To Work
**BMI:** 31.1

Updated plan of care and medications reviewed and reconciled with patient, taking into consideration patient's preferences, potential barriers assessed and addressed as needed, health literacy assessed, and patient verbalized understanding of plan of care.

Deborah Bush FNP-BC

DeborahBush,FNP-BC

Seen by: Electronically signed by Deborah Bush, FNP on 03/01/2018 at 9:21 am

Lynne Ross, M.D.

Electronically signed by Lynne Ross, M.D., P.C. on 03/01/2018

**Lynne Ross, M.D., P.C.**
43 Niagara Street
N. Tonawanda, NY 14120-6115

(716)-690-2001

# Clinical Visit Summary of Today's Visit

02/08/2018  Visit with DEBORAH BUSH, FNP

Shaulene N Smith
DOB: 11/15/1973   Sex: F    Race: Black / African American
Ethnicity: Not Hispanic / Latino   Preferred Language: English

## Vitals
**Wt**: 159lb 2oz **Ht**: 60" **BP**: 130/80 **Pulse**: 70 **Resp**: 16 **O2SatR**: 99 **IBW**: 100 **BMI**: 31.1

## Today's Diagnosis
Dorsalgia, unspecified (M54.9)
Body mass index (BMI) 31.0-31.9, adult (Z68.31)

## Problem List
Body mass index 30+ - obesity
Neck pain
Headache
Iron deficiency anemia

## Allergies
No Known Drug Allergy

## Medications
New
  DEBORAH BUSH, FNP
    Gabapentin : 100 mg, take 1 capsule by mouth at bedtimes as needed for nerve pain (M54.9)
    Cyclobenzaprine HCL : 5 mg, take 1 tablet by mouth 3 times per day as needed for muscle spasm (M54.9)
    Naproxen DR : 500 mg, take 1 tablet by mouth 2 times per day (M54.9)

Continue
  DEBORAH BUSH, FNP
    Flonase Allergy Relief : 50 mcg/Act, 1-2 sprays per nare per day (H69.90)
  ERIN VOGL, PA-C
    Losartan Potassium : 25 mg, take 1 tablet by mouth daily for high blood pressure (I10)

Discontinue
  DEBORAH BUSH, FNP
    Vitamin D (Ergocalciferol) : 50000 Unit, take 1 capsule by mouth weekly for vitamin d deficiency
    Ferrous Sulfate : 325 (65 Fe) MG, 1 by mouth twice a day
  Unspecified Prescriber
    Medroxyprogesterone Acetate : 10 mg, 1 by mouth every day

## Comments
Dorsalgia, unspecified (M54.9)
Acute.

Shàulene N Smith  DOB 11/15/1973                                                    Page #2

pt will be out of work for the next few weeks
will give note when she needs to go back to work
went to the ER T 12 mild compression fracture
D&E

## Future Appointments
03/01/18  Thr  8:40a  Loc: 1  BUSH, DEBORAH, FNP

Loc: 1
Lynne Ross, M.D., P.C.
Lynne Ross, M.D., P.C.
43 NIAGARA STREET
N. Tonawanda, NY 14120-6115
Phone: (716)-690-2001    Fax: (716)-690-2239

## Smoking Status
**Smoking**: Patient has never smoked.


**Today's Payment Type:**

**Today's Payment Amount:**    0.00

Integrated Patient Education – Medication Leaflets

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for FEMALE patients only. It does NOT include important information for MALE patients.

# Gabapentin Capsules

**Pronunciation** (GAB a PEN tin)
**Brand Names: US** Neurontin.
**Product Dispensed:** GABAPENTIN

## What is this drug used for?

- It is used to treat seizures.
- It is used to treat painful nerve diseases.
- It may be given to you for other reasons. Talk with the doctor.

## What do I need to tell my doctor BEFORE I take this drug?

- If you have an allergy to gabapentin or any other part of this drug.
- If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs.
- If you have kidney disease or are on dialysis.

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.
- This drug may affect certain lab tests. Tell all of your health care providers and lab workers that you take this drug.
- Have blood work checked as you have been told by the doctor. Talk with the doctor.
- Talk with your doctor before you drink alcohol or use other drugs and natural products that slow your actions.

- This drug is not the same as gabapentin enacarbil (Horizant™). Do not use in its place. Talk with the doctor.
- A very bad and sometimes deadly reaction has happened with this drug. Most of the time, this reaction has signs like fever, rash, or swollen glands with problems in body organs like the liver, kidney, blood, heart, muscles and joints, or lungs. Talk with the doctor.
- Do not stop taking this drug all of a sudden without calling your doctor. You may have a greater risk of side effects. If you need to stop this drug, you will want to slowly stop it as ordered by your doctor.
- If you are 65 or older, use this drug with care. You could have more side effects.
- Use with care in children. Talk with the doctor.
- Tell your doctor if you are pregnant or plan on getting pregnant. You will need to talk about the benefits and risks of using this drug while you are pregnant.
- Tell your doctor if you are breast-feeding. You will need to talk about any risks to your baby.

## What are some side effects that I need to call my doctor about right away?

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Signs of liver problems like dark urine, feeling tired, not hungry, upset stomach or stomach pain, light-colored stools, throwing up, or yellow skin or eyes.
- Signs of kidney problems like unable to pass urine, change in how much urine is passed, blood in the urine, or a big weight gain.
- Memory problems or loss.
- Change in eyesight.
- Feeling confused.

Integrated Patient Education — Medication Leaflets

- Shakiness.
- Shortness of breath, a big weight gain, or swelling in the arms or legs.
- Feeling very tired or weak.
- Not able to control eye movements.
- Twitching.
- If seizures are worse or not the same after starting this drug.
- Any unexplained bruising or bleeding.
- Swollen gland.
- Fever or chills.
- Sore throat.
- Muscle pain or weakness.
- Change in balance.
- Trouble speaking.
- Not able to focus.
- Very bad dizziness or passing out.
- Patients who take this drug may be at a greater risk of having thoughts or actions of suicide. The risk may be greater in people who have had these thoughts or actions in the past. Call the doctor right away if signs like low mood (depression), nervousness, restlessness, grouchiness, panic attacks, or changes in mood or actions are new or worse. Call the doctor right away if any thoughts or actions of suicide occur.

**What are some other side effects of this drug?**

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Dizziness.
- Feeling sleepy.
- Upset stomach or throwing up.
- Loose stools (diarrhea).
- Dry mouth.
- Feeling tired or weak.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to the FDA at 1-800-FDA-1088. You may also report side effects at http://www.fda.gov/medwatch.

**How is this drug best taken?**

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well.
- To gain the most benefit, do not miss doses.
- Do not take antacids within 2 hours before or 2 hours after taking this drug.
- Take with or without food. Take with food if it causes an upset stomach.
- Swallow whole with a full glass of water.

**What do I do if I miss a dose?**

- Take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.

**How do I store and/or throw out this drug?**

- Store at room temperature.
- Store in a dry place. Do not store in a bathroom.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

**General drug facts**

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.
- Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you. Give this list to your doctor.
- Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins.
- This drug comes with an extra patient fact sheet called a Medication Guide. Read it with care. Read it again each time this drug is refilled. If you have any questions about this drug, please talk with the doctor, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

Integrated Patient Education – Medication Leaflets

## Consumer Information Use and Disclaimer

This information should not be used to decide whether or not to take this medicine or any other medicine. Only the healthcare provider has the knowledge and training to decide which medicines are right for a specific patient. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from the healthcare provider. You must talk with the healthcare provider for complete information about the risks and benefits of using this medicine.

Issue Date: January 31, 2018
Database Edition 18.1.3.004
Copyright © 2018 Clinical Drug Information, LLC and Lexi-Comp, Inc.

Integrated Patient Education – Medication Leaflets

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for FEMALE patients only. It does NOT include important information for MALE patients.

# Cyclobenzaprine Tablets

Pronunciation (SYE kloe BEN za preen)
Brand Names: US Flexeril.
Product Dispensed: CYCLOBENZAPRINE HCL

## What is this drug used for?

- It is used to calm muscles.
- This drug is used with rest, PT (physical therapy), pain drugs, and other therapies.

## What do I need to tell my doctor BEFORE I take this drug?

- If you have an allergy to cyclobenzaprine or any other part of this drug.
- If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs.
- If you have any of these health problems: Heart block or other heartbeat that is not normal, heart failure (weak heart), liver disease, or an overactive thyroid gland.
- If you have had a recent heart attack.
- If you have taken certain drugs for low mood (depression) like isocarboxazid, phenelzine, or tranylcypromine or drugs used for Parkinson's disease like selegiline or rasagiline in the last 14 days. Taking this drug within 14 days of those drugs can cause very bad high blood pressure.

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.
- Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you.

- To lower the chance of feeling dizzy or passing out, rise slowly if you have been sitting or lying down. Be careful going up and down stairs.
- Be careful in hot weather or while being active. Drink lots of fluids to stop fluid loss.
- Talk with your doctor before you drink alcohol or use other drugs and natural products that slow your actions.
- Do not take this drug for longer than you were told by your doctor.
- Tell your doctor if you are pregnant or plan on getting pregnant. You will need to talk about the benefits and risks of using this drug while you are pregnant.
- Tell your doctor if you are breast-feeding. You will need to talk about any risks to your baby.
- If you are 65 or older, use this drug with care. You could have more side effects.

## What are some side effects that I need to call my doctor about right away?

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.
- Feeling very tired or weak.
- Not sweating during activities or in warm temperatures.
- A fast heartbeat.
- A heartbeat that does not feel normal.
- A very bad and sometimes deadly health problem called serotonin syndrome may happen if you take this drug with drugs for depression, migraines, or certain other drugs. Call your doctor right away if you have agitation; change in balance; confusion; hallucinations; fever; fast or abnormal heartbeat; flushing; muscle twitching or stiffness; seizures; shivering or shaking; sweating a lot; very bad diarrhea, upset stomach, or throwing up; or very bad headache.

Integrated Patient Education — Medication Leaflets

## What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Feeling sleepy.
- Dizziness.
- Dry mouth.
- Feeling tired or weak.
- Hard stools (constipation).
- Upset stomach.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to the FDA at 1-800-FDA-1088. You may also report side effects at http://www.fda.gov/medwatch.

## How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- Take with or without food.

## What do I do if I miss a dose?

- If you take this drug on a regular basis, take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.
- Many times this drug is taken on an as needed basis. Do not take more often than told by the doctor.

## How do I store and/or throw out this drug?

- Store at room temperature.
- Store in a dry place. Do not store in a bathroom.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

## General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.

- Do not share your drugs with others and do not take anyone else's drugs.
- Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you. Give this list to your doctor.
- Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins.
- Some drugs may have another patient information leaflet. Check with your pharmacist. If you have any questions about this drug, please talk with your doctor, nurse, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

### Consumer Information Use and Disclaimer

This information should not be used to decide whether or not to take this medicine or any other medicine. Only the healthcare provider has the knowledge and training to decide which medicines are right for a specific patient. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from the healthcare provider. You must talk with the healthcare provider for complete information about the risks and benefits of using this medicine.

Issue Date: January 31, 2018
Database Edition 18.1.3.004
Copyright © 2018 Clinical Drug Information, LLC and Lexi-Comp, Inc.

Integrated Patient Education – Medication Leaflets

Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the "Consumer Information Use and Disclaimer" below in order to understand and correctly use this information. This information is for FEMALE patients only. It does NOT include important information for MALE patients.

# Naproxen Enteric-Coated and Sustained-Release Tablets

**Pronunciation** (na PROX en)
**Brand Names: US** EC-Naprosyn.
**Product Dispensed:** NAPROXEN DR

## Warning

- This drug may raise the chance of heart and blood vessel side effects like heart attack and stroke. If these happen, they can be deadly. The risk of these side effects may be greater if you have heart disease or risks for heart disease. However, the risk may also be raised in people who do not have heart disease or risks for heart disease. The risk of these health problems can happen as soon as the first weeks of using this drug and may be greater with higher doses or with long-term use. Do not use this drug right before or after bypass heart surgery.

- This drug may raise the chance of very bad and sometimes deadly stomach or bowel side effects like ulcers or bleeding. The risk is greater in older people. The risk is also greater in people who have had stomach or bowel ulcers or bleeding before. These problems may occur without warning signs. Talk with the doctor.

## What is this drug used for?

- It is used to ease pain, swelling, and fever.
- It is used to ease painful period (menstrual) cycles.
- It is used to treat arthritis.
- It is used to treat ankylosing spondylitis.
- It is used to treat gout attacks.
- It may be given to you for other reasons. Talk with the doctor.

## What do I need to tell my doctor BEFORE I take this drug?

- If you have an allergy to naproxen or any other part of this drug.
- If you have an allergy to aspirin or NSAIDs.
- If you are allergic to any drugs like this one, any other drugs, foods, or other substances. Tell your doctor about the allergy and what signs you had, like rash; hives; itching; shortness of breath; wheezing; cough; swelling of face, lips, tongue, or throat; or any other signs.
- If you have any of these health problems: GI (gastrointestinal) bleeding or kidney problems.

- If you are having trouble getting pregnant or you are having your fertility checked.

- If you are pregnant or may be pregnant. Do not take this drug if you are in the third trimester of pregnancy. You may also need to avoid this drug at other times during pregnancy. Talk with your doctor to see when you need to avoid taking this drug during pregnancy.

- If you are taking any of these drugs: Antacids, cholestyramine, cimetidine, famotidine, nizatidine, ranitidine, or sucralfate.

- If you are taking any other NSAID.

- If you are taking a salicylate drug like aspirin.

- If you are taking pemetrexed.

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

## What are some things I need to know or do while I take this drug?

- Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.

- Have your blood work checked if you are on this drug for a long time. Talk with your doctor.

- This drug may affect certain lab tests. Tell all of your health care providers and lab workers that you take this drug.

- High blood pressure has happened with drugs like this one. Have your blood pressure checked as you have been told by your doctor.

- Talk with your doctor before you drink alcohol.

- If you smoke, talk with your doctor.

- Do not take more than what your doctor told you to take. Taking more than you are told may raise your chance of very bad side effects.

- Do not take this drug for longer than you were told by your doctor.

- If you have asthma, talk with your doctor. You may be

Integrated Patient Education – Medication Leaflets

more sensitive to this drug.

- You may bleed more easily. Be careful and avoid injury. Use a soft toothbrush and an electric razor.

- The chance of heart failure is raised with the use of drugs like this one. In people who already have heart failure, the chance of heart attack, having to go to the hospital for heart failure, and death is raised. Talk with the doctor.

- The chance of heart attack and heart-related death is raised in people taking drugs like this one after a recent heart attack. People taking drugs like this one after a first heart attack were also more likely to die in the year after the heart attack compared with people not taking drugs like this one. Talk with the doctor.

- If you are taking aspirin to help prevent a heart attack, talk with your doctor.

- If you are on a low-sodium or sodium-free diet, talk with your doctor. Some of these products have sodium.

- Do not switch brands or types of this drug (like tablets, liquid) unless you talk with the doctor. They may not work the same.

- This drug may affect how much of some other drugs are in your body. If you are taking other drugs, talk with your doctor. You may need to have your blood work checked more closely while taking this drug with your other drugs.

- Liver problems have happened with drugs like this one. Sometimes, this has been deadly. Call your doctor right away if you have signs of liver problems like dark urine, feeling tired, not hungry, upset stomach or stomach pain, light-colored stools, throwing up, or yellow skin or eyes.

- If you are 60 or older, use this drug with care. You could have more side effects.

- NSAIDs like this drug may affect egg release (ovulation) in women. This may cause you to not be able to get pregnant. This goes back to normal when this drug is stopped. Talk with your doctor.

- This drug may cause harm to the unborn baby if you take it while you are pregnant. If you are pregnant or you get pregnant while taking this drug, call your doctor right away.

- Tell your doctor if you are breast-feeding. You will need to talk about any risks to your baby.

## What are some side effects that I need to call my doctor about right away?

WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect:

- Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat.

- Signs of bleeding like throwing up blood or throw up that looks like coffee grounds; coughing up blood; blood in the urine; black, red, or tarry stools; bleeding from the gums; vaginal bleeding that is not normal; bruises without a reason or that get bigger; or any bleeding that is very bad or that you cannot stop.

- Signs of kidney problems like unable to pass urine, change in how much urine is passed, blood in the urine, or a big weight gain.

- Signs of high potassium levels like a heartbeat that does not feel normal; feeling confused; feeling weak, lightheaded, or dizzy; feeling like passing out; numbness or tingling; or shortness of breath.

- Signs of high blood pressure like very bad headache or dizziness, passing out, or change in eyesight.

- Shortness of breath, a big weight gain, or swelling in the arms or legs.

- Chest pain or pressure or a fast heartbeat.

- Weakness on 1 side of the body, trouble speaking or thinking, change in balance, drooping on one side of the face, or blurred eyesight.

- Feeling very tired or weak.

- Ringing in ears.

- Mood changes.

- Low mood (depression).

- Very bad belly pain.

- Very bad back pain.

- A very bad skin reaction (Stevens-Johnson syndrome/toxic epidermal necrolysis) may happen. It can cause very bad health problems that may not go away, and sometimes death. Get medical help right away if you have signs like red, swollen, blistered, or peeling skin (with or without fever); red or irritated eyes; or sores in your mouth, throat, nose, or eyes.

## What are some other side effects of this drug?

All drugs may cause side effects. However, many people have no side effects or only have minor side effects. Call your doctor or get medical help if any of these side effects or any other side effects bother you or do not go away:

- Headache.

- Belly pain or heartburn.

Integrated Patient Education – Medication Leaflets

- Upset stomach or throwing up.
- Loose stools (diarrhea).
- Hard stools (constipation).
- Gas.
- Dizziness.
- Feeling sleepy.

These are not all of the side effects that may occur. If you have questions about side effects, call your doctor. Call your doctor for medical advice about side effects.

You may report side effects to the FDA at 1-800-FDA-1088. You may also report side effects at http://www.fda.gov/medwatch.

### How is this drug best taken?

Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely.

- Take with or without food. Take with food if it causes an upset stomach.
- Take with a full glass of water.
- Swallow whole. Do not chew, break, or crush.

### What do I do if I miss a dose?

- If you take this drug on a regular basis, take a missed dose as soon as you think about it.
- If it is close to the time for your next dose, skip the missed dose and go back to your normal time.
- Do not take 2 doses at the same time or extra doses.
- Many times this drug is taken on an as needed basis. Do not take more often than told by the doctor.

### How do I store and/or throw out this drug?

- Store at room temperature.
- Protect from light.
- Store in a dry place. Do not store in a bathroom.
- Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets.
- Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area.

### General drug facts

- If your symptoms or health problems do not get better or if they become worse, call your doctor.
- Do not share your drugs with others and do not take anyone else's drugs.

- Keep a list of all your drugs (prescription, natural products, vitamins, OTC) with you. Give this list to your doctor.
- Talk with the doctor before starting any new drug, including prescription or OTC, natural products, or vitamins.
- This drug comes with an extra patient fact sheet called a Medication Guide. Read it with care. Read it again each time this drug is refilled. If you have any questions about this drug, please talk with the doctor, pharmacist, or other health care provider.
- If you think there has been an overdose, call your poison control center or get medical care right away. Be ready to tell or show what was taken, how much, and when it happened.

### Consumer Information Use and Disclaimer

This information should not be used to decide whether or not to take this medicine or any other medicine. Only the healthcare provider has the knowledge and training to decide which medicines are right for a specific patient. This information does not endorse any medicine as safe, effective, or approved for treating any patient or health condition. This is only a brief summary of general information about this medicine. It does NOT include all information about the possible uses, directions, warnings, precautions, interactions, adverse effects, or risks that may apply to this medicine. This information is not specific medical advice and does not replace information you receive from the healthcare provider. You must talk with the healthcare provider for complete information about the risks and benefits of using this medicine.

Issue Date: January 31, 2018
Database Edition 18.1.3.004
Copyright © 2018 Clinical Drug Information, LLC and Lexi-Comp, Inc.

MILLARD FILLMORE HOSPITAL

**KALEIDA HEALTH**

Millard Fillmore Suburban Hospital
1540 Maple Rd

Williamsville NY 14221
(716)-568-3600
MRI Brain imaging w + w/o contrast

Name: SHAULENE N SMITH
MR#: 1003295790
DOB: 11/15/1973 Age: 44
Location: KH SUBURBAN
Admission Date: 09/06/2018 08:11
Ordering Provider: Jonathan P. Riley
Patient Type: Clini

MRI Brain imaging w + w/o contrast

Exam Date/Time:   09/06/2018 09:30
Accession Number: MR-18-0018651
Reason For Exam:  cerv disc disorder

INDICATIONS: Numbness in the fingers and toes greater on the left

TECHNIQUE: Multiplanar MR imaging of the brain employing various different pulse sequences including postcontrast axial and sagittal T1 W images following the IV administration of 14mL of Omniscan contrast media.

COMPARISONS: No prior studies

FINDINGS:

The ventricles, cisterns and sulci are commensurate with patient's stated age.

White matter tracts are within normal limits.

No focal areas of restricted effusion to suggest acute infarction.

There are  no mass lesions, mass-effect or midline shift.

No extraaxial collections identified.

No areas of  signal void on the gradient-echo sequences suggest occult products of hemorrhage.

Brainstem and cerebellar hemispheres are unremarkable.

Normal flow-voids indicative of patency within the major vessels base of the brain on the axial FLAIR images.    .

Mild mucosal thickening ethmoid air cells bilaterally.

The remaining paranasal sinuses and mastoid air cells are unremarkable.

IMPRESSION:

No acute intracranial abnormality. Mild ethmoid mucosal thickening

.

READ BY............: HAMPTON, WILLIAM R. MD

DICTATED ..........: 09/06/2018 9:35 am

TRANSCRIBED BY.....: 09/06/2018 9:35 am  WRH

SIGNED          09/06/2018 9:49 am

ELECTRONICALLY BY..: HAMPTON, WILLIAM R. MD

A Kaleida Health dictation system was used to prepare this Imaging report.

Although each report is personally scanned for syntactic or grammatical errors,

unintended but conspicuous translational errors can occur.

Please contact the Radiology department if there are questions about contents of this report.

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |

**Medical Record Request**    Adm:  02/03/2018    Dsch:  02/03/2018

## ED Patient Discharge Inst

SERVICE DATE/TIME:          02/03/2018 15:32
RESULT STATUS:              Modified
PERFORM INFORMATION:        CZAJA,ALLYSON E RN (02/03/2018 15:32 )
SIGN INFORMATION:           CZAJA,ALLYSON E RN (02/03/2018 15:32 ); LYNCH,
                            JOSHUA J.DO (02/03/2018 15:12 )

**ED Patient Discharge Instructions**



## Kaleida Health

Degraff Memorial Hospital
445 Tremont Street
North Tonawanda, New York 14120
(716) 694-4500

### Emergency Department
### Discharge Instructions

**Name** SMITH, SHAULENE N       **DOB** 11/15/1973       **Date/Time** 2/3/2018 15:32:24
**MR#** 1003295790              **Acct#** 75213332

**Visit Date/Time:** 2/03/2018 9:44 AM
# Diagnosis: T12 compression fracture

**PCP:** ROSS, LYNNE S. MD
~~ED Provider:~~ LYNCH, JOSHUA J. DO
**Instructions prepared by:** LYNCH, JOSHUA J. DO
Kaleida Health would like to thank you for allowing us to assist you with your healthcare needs.
**It is IMPORTANT to see your DOCTOR or PRIMARY CARE PROVIDER.** Emergency Care may be incomplete without proper follow-up. If you become worse in any way, it is important that you call your doctor, or return to the Emergency Department. **Please remember to take these instructions to your next doctor's appointment.**

### Follow-up Instructions:
### VITALS INFORMATION

| Vital Sign | Triage | Latest |
|---|---|---|
| Pulse Rate, Peripheral | 64 bpm | 70 bpm |

**Medical Record Request**

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH, JOSHUA J. DO |
| Adm: 02/03/2018 | Dsch: 02/03/2018 | | |

## ED Patient Discharge Inst

| | | |
|---|---|---|
| Respiratory Rate | 18 BR/min | 16 BR/min |
| Blood Pressure | 140 mmHg /98 mmHg | 142 mmHg /91 mmHg |
| Temperature Oral | 36.9 degC | 36.6 degC |
| Temperature Rectal | | |
| Temperature Axillary | | |
| Temperature Temporal | | |
| Temperature Intravascular | | |
| Weight | 67.59 kg | 67.59 kg |

**With:**      **Address:**      **When:**

UB Neuro Surgery 218-1000


**With:**      **Address:**      **When:**

University Ortho 204-3200


**With:**      **Address:**      **When:**

LYNNE ROSS      LYNNE ROSS, MD, PC, 43 NIAGARA STREET NORTH TONAWANDA, NY 14120 (716) 690-2001 Business (1)


## Medication Information:

Allergy Info:

No Known Medication Allergies

Immunizations:

None given this visit

**Explanation of your Complete Medication List (if you are not on any medications, below will be blank)**


**CHANGES: Medications with changes in dosing**

CVS/pharmacy #0589, 955 PAYNE AVE MID-CITY PLAZA NORTH TONAWANDA, NY 14120, (716) 693 - 1091

| | | | |
|---|---|---|---|
| **Medical Record Request** | Med Rec Nbr: | **1003295790** | UI Nbr: | **1003295790** |
| | Financial Nbr: | **75213332** | Patient Name: | **SMITH, SHAULENE N** |
| | Client Med Rec Nbr: | **4437** | Organization: | **KH DEGRAFF** |
| | DOB: | **11/15/1973** | Patient Location: | **D-Emergency Rm** |
| | Sex: | **Female** | Physician: | **LYNCH,JOSHUA J.DO** |
| | Adm: **02/03/2018** | Dsch: **02/03/2018** | | |

## ED Patient Discharge Inst

Start Taking: **oxyCODONE-acetaminophen (oxyCODONE-acetaminophen 7.5 mg-325 mg oral tablet)**
1 tablet oral every 6 hours for 3 days. Refills: 0.
Stop Taking: **oxyCODONE-acetaminophen (oxyCODONE-acetaminophen 7.5 mg-325 mg oral tablet)**
1 tablet oral every 6 hours.


### Below is a Complete list of your medications

**oxyCODONE-acetaminophen (oxyCODONE-acetaminophen 7.5 mg-325 mg oral tablet)** 1 tablet oral
every 6 hours for 3 days. Refills: 0.



**Medication Comments:**


**Additional Comments:**
## DISCHARGE INSTRUCTIONS
**Order Name          Order Details**



## TEST RESULTS
## PENDING LABORATORY RESULTS:
None
## PENDING RADIOLOGY RESULTS:
None
**Laboratory or Other Results This Visit** (last charted value for your 02/03/2018 visit)

### GENERAL LABORATORY
02/03/2018  10:23 AM
    **Albumin Level:** 3.8 g/dL -- Normal range between ( 3.5 and 5.0 )
    **Alkaline Phosphatase:** 72 unit/L -- Normal range between ( 30 and 140 )
    **ALT:** 11 unit/L -- Normal range between ( 5 and 50 )
    **Anion Gap:** 7 mmol/L -- Normal range between ( 5 and 15 )
    **AST:** 15 unit/L -- Normal range between ( 5 and 50 )
    **Baso Abs:** 0.0 x10^9/L
    **Basophils:** 0.7 %
    **Bilirubin:** 0.6 mg/dL -- Normal range between ( 0.2 and 1.2 )
    **BUN:** 8 mg/dL -- Normal range between ( 5 and 25 )
    **Calcium Level:** 10.1 mg/dL -- Normal range between ( 8.5 and 10.5 )

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH, JOSHUA J.DO |
| Adm: 02/03/2018 | Dsch: 02/03/2018 | | |

**Medical Record Request**

## ED Patient Discharge Inst

**Carbon Dioxide:** 25 mmol/L -- Normal range between ( 20 and 32 )
**Chloride:** 105 mmol/L -- Normal range between ( 96 and 110 )
**Eos Abs:** 0.2 x10^9/L
**Eos:** 3.2 %
**MCH:** 26.7 pg -- Normal range between ( 28.0 and 34.0 )
**MCHC:** 32.8 g/dL -- Normal range between ( 32.0 and 36.0 )
**MCV:** 81.4 fL -- Normal range between ( 78.0 and 100.0 )
**RDW:** 13.4 % -- Normal range between ( 11.5 and 14.0 )
**RBC:** 4.31 x10^12/L -- Normal range between ( 4.20 and 5.40 )
**Hct:** 35.1 % -- Normal range between ( 37.0 and 47.0 )
**Hgb:** 11.5 g/dL -- Normal range between ( 12.0 and 16.0 )
**WBC:** 6.0 x10^9/L -- Normal range between ( 4.0 and 10.5 )
**Lipase Level:** 39 unit/L -- Normal range between ( 7 and 78 )
**Lymp Abs:** 1.9 x10^9/L -- Normal range between ( 1.5 and 3.5 )
**Lymph:** 32.1 % -- Normal range between ( 20.0 and 48.0 )
**Mono Abs:** 0.4 x10^9/L
**Mono:** 7.2 %
**Neut Abs:** 3.4 x10^9/L -- Normal range between ( 1.5 and 6.6 )
**Platelet:** 257 x10^9/L -- Normal range between ( 150 and 450 )
**Protein:** 7.1 g/dL -- Normal range between ( 6.0 and 8.0 )
**Creatinine:** 0.64 mg/dL -- Normal range between ( 0.40 and 1.40 )
**Glucose Level:** 90 mg/dL -- Normal range between ( 60 and 100 )
**MPV:** 9.8 fL -- Normal range between ( 9.0 and 12.0 )
**Potassium Level:** 4.1 mmol/L -- Normal range between ( 3.5 and 5.3 )
**Sodium Level:** 137 mmol/L -- Normal range between ( 135 and 145 )
**GFR:** >60 mL/min/1.73 m2
**GFR AfrAmer:** >60 mL/min/1.73 m2
**Neutrophils:** 56.6 % -- Normal range between ( 38.0 and 77.0 )

**ADDITIONAL LABORATORY AND/OR OTHER DIAGNOSTIC TEST RESULTS MAY BE AVAILABLE. PLEASE FOLLOW UP WITH YOUR PRIMARY CARE PROVIDER.**

Emergency Medicine

# Vertebral Fracture

You have a fracture of one or more vertebra. These are the bony parts that form the spine. Minor vertebral fractures happen when people fall. Osteoporosis is associated with many of these fractures. Hospital care may not be necessary for minor compression fractures that are stable. However, multiple fractures of the spine or unstable injuries can cause severe pain and even damage the spinal cord. A spinal cord injury may cause paralysis, numbness, or loss of normal bowel and bladder control.

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| Adm: 02/03/2018 | Dsch: 02/03/2018 | | |

## ED Patient Discharge Inst



Normally there is pain and stiffness in the back for 3 to 6 weeks after a vertebral fracture. Bed rest for several days, pain medicine, and a slow return to activity is often the only treatment that is needed depending on the location of the fracture. Neck and back braces may be helpful in reducing pain and increasing mobility. When your pain allows, you should begin walking or swimming to help maintain your endurance. Exercises to improve motion and to strengthen the back may also be useful after the initial pain improves. Treatment for osteoporosis may be essential for full recovery. This will help reduce your risk of vertebral fractures with a future fall.

During the first few days after a spine fracture you may feel nauseated or vomit. If this is severe, hospital care with IV fluids will be needed.

Arrange for follow-up care as recommended to assure proper long-term care and prevention of further spine injury.

## SEEK IMMEDIATE MEDICAL CARE IF:
- You have increasing pain, vomiting, or are unable to move around at all.
- You develop numbness, tingling, weakness, or paralysis of any part of your body.
- You develop a loss of normal bowel or bladder control.
- You have difficulty breathing, cough, fever, chest or abdominal pain.

## MAKE SURE YOU:
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 01/25/2006 Document Revised: 03/11/2013 Document Reviewed: 08/10/2010
ExitCare® Patient Information ©2015 ExitCare, LLC.
Printed:   03/02/2018 14:49                                                                Page 10 of 77



**Medical Record Request**

| | | | |
|---|---|---|---|
| Med Rec Nbr: | **1003295790** | UI Nbr: | **1003295790** |
| Financial Nbr: | **75213332** | Patient Name: | **SMITH, SHAULENE N** |
| Client Med Rec Nbr: | **4437** | Organization: | **KH DEGRAFF** |
| DOB: | **11/15/1973** | Patient Location: | **D-Emergency Rm** |
| Sex: | **Female** | Physician: | **LYNCH,JOSHUA J.DO** |
| Adm: **02/03/2018** | Dsch: **02/03/2018** | | |

**ED Patient Discharge Inst**

# Degraff Memorial Hospital

## Emergency Department
### Discharge Instruction
445 Tremont Street, North Tonawanda, NY 14120

Name: SMITH, SHAULENE N     DOB: 11/15/1973     Date/Time: 2/3/2018 15:32:24

MR#: 1003295790     Acct#: 75213332     Visit Date: 2/3/2018 09:44:00

**Patient Education Material(s)**

Emergency Medicine
  Vertebral Fracture

I, SMITH, SHAULENE N, have received printed and personalized patient education materials/instructions and have verbalized understanding of instructions given.

_____

Patient/Guardian Signature       Relation to Patient       Date/Time

_____

Staff Member Reviewing Discharge Instructions with Patient

* Auth (Verified) *

# Degraff Memorial Hospital

## Emergency Department
## Discharge Instruction

445 Tremont Street, North Tonawanda,  NY 14120

Name: SMITH, SHAULENE N
15:12:00
MR#: 1003295790

DOB:11/15/1973

Acct#: 75213332

Date/Time:2/3/2018

Visit Date:2/3/2018 09:44:00

## Patient Education Material(s)

Emergency Medicine
   Vertebral Fracture

I, SMITH, SHAULENE N, have received printed and personalized patient education materials/instructions and have verbalized understanding of instructions given.

_____              _____     2/3/18    1526
Patient/Guardian Signature                        Relation to Patient           Date/Time

_____
Staff Member Reviewing Discharge Instructions with Patient

Patient Name SMITH, SHAULENE N
FIN # 75213332

8 of 8
MRN  1003295790

Facility: KH DMH

Page 12 of 77



**Medical Record Request**

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| Adm: 02/03/2018 | Dsch: 02/03/2018 | | |

## ED Patient Discharge Inst

SERVICE DATE/TIME:     02/03/2018 15:32
RESULT STATUS:     Modified
PERFORM INFORMATION:     CZAJA,ALLYSON E RN (02/03/2018 15:32 )
SIGN INFORMATION:     CZAJA,ALLYSON E RN (02/03/2018 15:32 ); LYNCH, JOSHUA J.DO (02/03/2018 15:12 )

**ED Pat Edu**

Emergency Medicine

# Vertebral Fracture

You have a fracture of one or more vertebra. These are the bony parts that form the spine. Minor vertebral fractures happen when people fall. Osteoporosis is associated with many of these fractures. Hospital care may not be necessary for minor compression fractures that are stable. However, multiple fractures of the spine or unstable injuries can cause severe pain and even damage the spinal cord. A spinal cord injury may cause paralysis, numbness, or loss of normal bowel and bladder control.



Normally there is pain and stiffness in the back for 3 to 6 weeks after a vertebral fracture. Bed rest for several days, pain medicine, and a slow return to activity is often the only treatment that is needed depending on the location of the fracture. Neck and back braces may be helpful in reducing pain and increasing mobility. When your pain allows, you should begin walking or swimming to help maintain your endurance. Exercises to improve motion and to strengthen the back may also be useful after the initial pain improves. Treatment for osteoporosis may be essential for full recovery. This will help reduce your risk of vertebral fractures with a future fall.

During the first few days after a spine fracture you may feel nauseated or vomit. If this is severe, hospital care with IV fluids will be needed.

Arrange for follow-up care as recommended to assure proper long-term care and prevention of further spine injury.

Printed:   03/02/2018 14:49

Patient Name: **SMITH, SHAULENE N**      169103478      Master Report Template

| | Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| | Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| | Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| | DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| | Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| **Medical Record Request** | Adm: 02/03/2018 | Dsch: 02/03/2018 | | |

## ED Patient Discharge Inst

## SEEK IMMEDIATE MEDICAL CARE IF:
- You have increasing pain, vomiting, or are unable to move around at all.
- You develop numbness, tingling, weakness, or paralysis of any part of your body.
- You develop a loss of normal bowel or bladder control.
- You have difficulty breathing, cough, fever, chest or abdominal pain.

## MAKE SURE YOU:
- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 01/25/2006 Document Revised: 03/11/2013 Document Reviewed: 08/10/2010
ExitCare® Patient Information ©2015 ExitCare, LLC.

# Degraff Memorial Hospital
## Emergency Department
## Discharge Instruction
445 Tremont Street, North Tonawanda, NY 14120

Name: SMITH, SHAULENE N      DOB:11/15/1973      Date/Time:2/3/2018 15:32:26
MR#: 1003295790      Acct#: 75213332      Visit Date:2/3/2018 09:44:00

## Patient Education Material(s)
Emergency Medicine
  Vertebral Fracture

I, SMITH, SHAULENE N, have received printed and personalized patient education materials/instructions and have verbalized understanding of instructions given.

_____      _____      _____
Patient/Guardian Signature      Relation to Patient      Date/Time

Printed: 03/02/2018 14:49

**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | **1003295790** |
| Financial Nbr: | **75213332** |
| Client Med Rec Nbr: | **4437** |
| DOB: | **11/15/1973** |
| Sex: | **Female** |
| Adm: | **02/03/2018** |

| | |
|---|---|
| UI Nbr: | **1003295790** |
| Patient Name: | **SMITH, SHAULENE N** |
| Organization: | **KH DEGRAFF** |
| Patient Location: | **D-Emergency Rm** |
| Physician: | **LYNCH,JOSHUA J.DO** |

Dsch: **02/03/2018**

## ED Patient Discharge Inst

Staff Member Reviewing Discharge Instructions with Patient

| | | | | | |
|---|---|---|---|---|---|
| Med Rec Nbr: | 1003295790 | | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | | Patient Location: | D-Emergency Rm |
| Sex: | Female | | Physician: | LYNCH,JOSHUA J.DO |
| Adm: 02/03/2018 | | Dsch: 02/03/2018 | | |

**Medical Record Request**

## ED Discharge Clinical Summary

SERVICE DATE/TIME:    02/03/2018 15:32
RESULT STATUS:    Modified
PERFORM INFORMATION:    CZAJA,ALLYSON E RN (02/03/2018 15:32 )
SIGN INFORMATION:    CZAJA,ALLYSON E RN (02/03/2018 15:32 ); LYNCH,
JOSHUA J.DO (02/03/2018 15:12 )


**ED Discharge Clinical Summary**

### KALEIDA HEALTH

Degraff Memorial Hospital
445 Tremont Street
North Tonawanda, New York 14120
(716) 694-4500

### Emergency Department
### Clinical Summary

**PERSON INFORMATION**
**Name** SMITH, SHAULENE N
**Sex** Female
**Age** 44 Years
**DOB** 11/15/1973

**MR#** 1003295790
**Acct#** 75213332
**PCP** ROSS, LYNNE S. MD

**Checkin** 2/03/2018 9:44 AM
**Visit Reason** Fall; fall/ back pain

**Address**
655 OLIVER ST APT 2 N
TONAWANDA NY 14120

**Acuity 3 - Yellow**
**Phone** (716) 310-6649

**Condition on Discharge:**
Improved

**PROVIDER INFORMATION**
ED Provider: LYNCH, JOSHUA J. DO
Instructions prepared by: LYNCH, JOSHUA J. DO

## DIAGNOSIS: T12 compression fracture

### VITALS INFORMATION

| Vital Sign | Triage | Latest |
|---|---|---|
| Pulse Rate, Peripheral | 64 bpm | 70 bpm |
| Respiratory Rate | 18 BR/min | 16 BR/min |
| Blood Pressure | 140 mmHg /98 mmHg | 142 mmHg /91 mmHg |
| Temperature Oral | 36.9 degC | 36.6 degC |
| Temperature Rectal | | |

Printed:  03/02/2018 14:49

Page 16 of 77

|  | | |
|---|---|---|
| **Med Rec Nbr:** | 1003295790 | |
| **Financial Nbr:** | 75213332 | |
| **Client Med Rec Nbr:** | 4437 | |
| **DOB:** | 11/15/1973 | |
| **Sex:** | Female | |
| **Adm:** | 02/03/2018 | **Dsch:** 02/03/2018 |

| | |
|---|---|
| **UI Nbr:** | 1003295790 |
| **Patient Name:** | SMITH, SHAULENE N |
| **Organization:** | KH DEGRAFF |
| **Patient Location:** | D-Emergency Rm |
| **Physician:** | LYNCH,JOSHUA J.DO |

**Medical Record Request**

## ED Discharge Clinical Summary

| Temperature Axillary | | |
|---|---|---|
| Temperature Temporal | | |
| Temperature Intravascular | | |
| Weight | 67.59 kg | 67.59 kg |

## MEDICATION INFORMATION

Allergy Info:

No Known Medication Allergies

Immunizations:

None given this visit

**Explanation of your Complete Medication List (if you are not on any medications, below will be blank)**

**CHANGES: Medications with changes in dosing**

CVS/pharmacy #0589, 955 PAYNE AVE MID-CITY PLAZA NORTH TONAWANDA, NY 14120, (716) 693 – 1091

Start Taking: oxyCODONE-acetaminophen (oxyCODONE-acetaminophen 7.5 mg-325 mg oral tablet) 1 tablet oral every 6 hours for 3 days. Refills: 0.
Stop Taking: oxyCODONE-acetaminophen (oxyCODONE-acetaminophen 7.5 mg-325 mg oral tablet) 1 tablet oral every 6 hours.

**Below is a Complete list of your medications**

oxyCODONE-acetaminophen (oxyCODONE-acetaminophen 7.5 mg-325 mg oral tablet) 1 tablet oral every 6 hours for 3 days. Refills: 0.

**Medication Comments:**

**Additional Comments:**
## DISCHARGE INSTRUCTIONS
**Order Name        Order Details**

| | | | | |
|---|---|---|---|---|
| | Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| | Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| | Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| | DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| **Medical Record Request** | Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| | Adm: 02/03/2018 | Dsch: 02/03/2018 | | |

## ED Discharge Clinical Summary

## TEST RESULTS
## PENDING LABORATORY RESULTS:
None
## PENDING RADIOLOGY RESULTS:
None
**Laboratory or Other Results This Visit** (last charted value for your 02/03/2018 visit)

### GENERAL LABORATORY
02/03/2018  10:23 AM
**Albumin Level:** 3.8 g/dL -- Normal range between ( 3.5 and 5.0 )
**Alkaline Phosphatase:** 72 unit/L -- Normal range between ( 30 and 140 )
**ALT:** 11 unit/L -- Normal range between ( 5 and 50 )
**Anion Gap:** 7 mmol/L -- Normal range between ( 5 and 15 )
**AST:** 15 unit/L -- Normal range between ( 5 and 50 )
**Baso Abs:** 0.0 x10^9/L
**Basophils:** 0.7 %
**Bilirubin:** 0.6 mg/dL -- Normal range between ( 0.2 and 1.2 )
**BUN:** 8 mg/dL -- Normal range between ( 5 and 25 )
**Calcium Level:** 10.1 mg/dL -- Normal range between ( 8.5 and 10.5 )
**Carbon Dioxide:** 25 mmol/L -- Normal range between ( 20 and 32 )
**Chloride:** 105 mmol/L -- Normal range between ( 96 and 110 )
**Eos Abs:** 0.2 x10^9/L
**Eos:** 3.2 %
**MCH:** 26.7 pg -- Normal range between ( 28.0 and 34.0 )
**MCHC:** 32.8 g/dL -- Normal range between ( 32.0 and 36.0 )
**MCV:** 81.4 fL -- Normal range between ( 78.0 and 100.0 )
**RDW:** 13.4 % -- Normal range between ( 11.5 and 14.0 )
**RBC:** 4.31 x10^12/L -- Normal range between ( 4.20 and 5.40 )
**Hct:** 35.1 % -- Normal range between ( 37.0 and 47.0 )
**Hgb:** 11.5 g/dL -- Normal range between ( 12.0 and 16.0 )
**WBC:** 6.0 x10^9/L -- Normal range between ( 4.0 and 10.5 )
**Lipase Level:** 39 unit/L -- Normal range between ( 7 and 78 )
**Lymp Abs:** 1.9 x10^9/L -- Normal range between ( 1.5 and 3.5 )
**Lymph:** 32.1 % -- Normal range between ( 20.0 and 48.0 )
**Mono Abs:** 0.4 x10^9/L
**Mono:** 7.2 %
**Neut Abs:** 3.4 x10^9/L -- Normal range between ( 1.5 and 6.6 )
**Platelet:** 257 x10^9/L -- Normal range between ( 150 and 450 )
**Protein:** 7.1 g/dL -- Normal range between ( 6.0 and 8.0 )
**Creatinine:** 0.64 mg/dL -- Normal range between ( 0.40 and 1.40 )



**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 02/03/2018 | Dsch: 02/03/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J.DO |

## ED Discharge Clinical Summary

**Glucose Level:** 90 mg/dL -- Normal range between ( 60 and 100 )

**MPV:** 9.8 fL -- Normal range between ( 9.0 and 12.0 )

**Potassium Level:** 4.1 mmol/L -- Normal range between ( 3.5 and 5.3 )

**Sodium Level:** 137 mmol/L -- Normal range between ( 135 and 145 )

**GFR:** >60 mL/min/1.73 m2

**GFR AfrAmer:** >60 mL/min/1.73 m2

**Neutrophils:** 56.6 % -- Normal range between ( 38.0 and 77.0 )

**ADDITIONAL LABORATORY AND/OR OTHER DIAGNOSTIC TEST RESULTS MAY BE AVAILABLE. PLEASE FOLLOW UP WITH YOUR PRIMARY CARE PROVIDER.**

**IF YOU HAVE MEDICAL QUESTIONS ABOUT THIS HOSPITALIZATION, PLEASE CONTACT YOUR DISCHARGING PROVIDER AS FOLLOWS:**

**PATIENT EDUCATION INFORMATION**

Instructions:

Vertebral Fracture

Follow up:

| With: | Address: | When: |
|---|---|---|
| UB Neuro Surgery 218-1000 | | |

| With: | Address: | When: |
|---|---|---|
| University Ortho 204-3200 | | |

| With: | Address: | When: |
|---|---|---|
| LYNNE ROSS | LYNNE ROSS, MD, PC, 43 NIAGARA STREET NORTH TONAWANDA, NY 14120 (716) 690-2001 Business (1) | |

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 02/03/2018 | Dsch: 02/03/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J.DO |

**Medical Record Request**

## ED MD Note

DOCUMENT TYPE:      ED MD Note
SERVICE DATE/TIME:      02/03/2018 10:09
RESULT STATUS:      Auth (Verified)
PERFORM INFORMATION:      LYNCH,JOSHUA J.DO (02/03/2018 10:16 )
SIGN INFORMATION:      LYNCH,JOSHUA J.DO (02/03/2018 15:10 )

### Fall

Patient: **SMITH, SHAULENE N**      MRN: 1003295790      FIN: 75213332
Age: **44 years**   Sex: **Female**   DOB: **11/15/1973**
Associated Diagnoses: **T12 compression fracture**
Author: **LYNCH, JOSHUA J. DO**

#### Basic Information

**Disclaimer:** Disclaimer: Dragon voice-recognition may have been used to prepare this typewritten note. Although each note is personally scanned for syntactic or grammatical errors, unintended but conspicuous translational errors can occur. Please call or email me if there are any questions about the contents of this note..
**Time seen:** Date & time 2/3/2018 10:09:00.
**History source:** Patient.
**Arrival mode:** Private vehicle.
**Additional information:** Chief Complaint from Nursing Triage Note : Chief Complaint Description
     2/3/2018 9:45      Chief Complaint Description      States slipped on ice yesterday , took some old oxycodone for the pain, awoke today in worse pain back, left side and abd. pain 10/10. States today feel nausea. .

#### History of Present Illness

The patient presents following fall. The onset was 1 days ago. The occurrence was single episode. Slipped. The location where the incident occurred was in the street. The character of symptoms is pain. The degree at present is moderate. Exacerbating factors consist of changing position. Patient states she slipped on the ice yesterday and fell on her left side. She did not hit her head. No loss of consciousness. Complains of left-sided lower abdominal pain, left lower back pain. Pain is worse with movement, somewhat relieved with rest. No other complaints. No fever, chills, no headache or dizziness. States the pain in the lower back is worse with movement. No pain in the midline back, primarily over to the left.

#### Review of Systems

**Constitutional symptoms:** No fever, no chills.
**Skin symptoms:** No rash,
**Eye symptoms:** No recent vision problems, no pain.
**ENMT symptoms:** No sore throat,
**Respiratory symptoms:** No shortness of breath,
**Cardiovascular symptoms:** No chest pain, no palpitations.
**Gastrointestinal symptoms:** Abdominal pain, nausea, no vomiting, no diarrhea, no constipation.
**Genitourinary symptoms:** No dysuria,
**Musculoskeletal symptoms:** Back pain, Muscle pain, Joint pain.
**Neurologic symptoms:** No headache, no dizziness.
**Endocrine symptoms:** No polyuria,
**Hematologic/Lymphatic symptoms:** Bleeding tendency negative,

#### Health Status

**Allergies:**
     Allergic Reactions (Selected)
         No Known Medication Allergies.
**Medications:** Home Meds w/compliance

**Active Medications**

     **oxyCODONE-acetaminophen: 1 tab, oral, q6h, 0 Refill(s), Refills:** 0
     Still taking, as prescribed.

#### Past Medical/ Family/ Social History

**Medical history:** Medical history
     Active

Printed: 03/02/2018 14:49

---

| | | | | | |
|---|---|---|---|---|---|
| | Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| | Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| | Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| | DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| | Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| **Medical Record Request** | Adm: | 02/03/2018 | Dsch: 02/03/2018 | | |

## ED MD Note

Anemia (A25058B2-B8BF-48F2-B352-55586DF957D4): Onset in 1991 at 18 years.
  Comments:
  9/19/2016 10:03 - CRONIN, LINDA J. WHNP
  hospitalized at age 18, dx'ed as iron deficient anemia
Resolved
  Pregnant (191073013): Onset on 3/27/2008 at 34 years.  Resolved in 2009 at 35 years.
  Pregnant (191073013): Onset on 3/27/2007 at 33 years.  Resolved in 2008 at 34 years.
  Pregnant (191073013): Onset on 10/23/1996 at 22 years.  Resolved in 1997 at 23 years.
  Pregnant (191073013): Onset on 3/27/1994 at 20 years.  Resolved in 1995 at 21 years.
  Polycystic ovarian syndrome (2478811014):  Resolved..
**Surgical history:** Surgical history
  Laparoscopy (SNOMED CT 122272015) in 2005 at 32 Years.
    Comments:
    9/19/2016 09:54 - CRONIN, LINDA J.
    exploratory, for abdominal pain, nothing found.
**Family history:** Family history
  Diabetes mellitus
    Father
    Sister
    Brother
    Sister
  Breast cancer
    Sister
      Comments:
      9/19/2016 09:56 - CRONIN, LINDA J. WHNP
      dx'ed age 30, deceased
  Hypertension
    Mother
      .
**Social history:** Tobacco use: Denies, Drug use: Denies.
**Social history:** Include smart template
Social & Psychosocial History
Social History
  Alcohol
  Denies Alcohol Use (09/19/2016)


  Employment/School


  Unemployed


  Home/Environment


  Lives with Children, granddaughter.


  Sexual


  Comment: was using condoms previously (09/19/2016 10:00 - CRONIN, LINDA J. WHNP)
  Sexually active: No.
  Comment: no sexual activity for 2 months, split up w/ partner (09/19/2016 10:00 - CRONIN, LINDA J. WHNP)


  Substance Abuse
  Denies Substance Abuse (09/19/2016)


  Tobacco

| | | | |
|---|---|---|---|
| | Med Rec Nbr: | 1003295790 | |
| | Financial Nbr: | 75213332 | UI Nbr: | 1003295790 |
| | Client Med Rec Nbr: | 4437 | Patient Name: | SMITH, SHAULENE N |
| | DOB: | 11/15/1973 | Organization: | KH DEGRAFF |
| | Sex: | Female | Patient Location: | D-Emergency Rm |
| **Medical Record Request** | Adm: | 02/03/2018 | Physician: | LYNCH, JOSHUA J.DO |
| | | Dsch: | 02/03/2018 | |

## ED MD Note

Never smoker
Never smoker

**Psychosocial History**
No active psychosocial history has been recorded.

## Physical Examination

### Vital Signs
Vital Signs.

| 2/3/2018 9:45 | | |
|---|---|---|
| | Temperature Oral | 36.9 degC |
| | Pulse Rate, Peripheral | 64 bpm |
| | **Systolic Blood Pressure** | **140 mmHg   High** |
| | **Diastolic Blood Pressure** | **98 mmHg   High** |
| | SpO2 Monitored, EKG | 100 % |
| | Respiratory Rate | 18 BR/min  . |

Measurements

| 2/3/2018 9:45 | | |
|---|---|---|
| | Height/Length Dosing | 154.9 cm |
| | Weight Dosing | 67.59 kg |
| | BSA Dosing | 1.71 m2 |
| | Body Mass Index Dosing | 28.17 kg/m2 |
| | Inches | 61 in |
| | Lbs | 149 lb  . |

SpO2
2/3/2018 9:45      SpO2 Monitored, EKG      100 % .

**General:** Alert, no acute distress.
**Skin:** Warm, dry, intact.
**Head:** Normocephalic, atraumatic.
**Neck:** Supple, trachea midline, no tenderness.
**Eye:** Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva.
**Ears, nose, mouth and throat:** Oral mucosa moist, no pharyngeal erythema or exudate.
**Cardiovascular:** Regular rate and rhythm, No murmur, Normal peripheral perfusion.
**Respiratory:** Lungs are clear to auscultation, respirations are non-labored, breath sounds are equal.
**Chest wall:** No tenderness.
**Back:** Tenderness to palpation in the left paraspinal region. No midline tenderness to the CT, LS spine..
**Musculoskeletal:** Normal ROM, normal strength.
**Gastrointestinal:** Soft, Non distended, Normal bowel sounds, Mild tenderness to the left mid and lower abdomen. No distention. No rebound tenderness. No CVA tenderness..
**Neurological:** Alert and oriented to person, place, time, and situation, No focal neurological deficit observed, normal sensory observed, normal motor observed, normal speech observed.
**Psychiatric:** Cooperative, appropriate mood & affect.

### Medical Decision Making
**Electrocardiogram:** Time 2/3/2018 15:07:00, Rapid atrial fibrillation, normal axis, normal intervals, no acute ischemic changes..
**Results review:** Lab results : LABORATORY

| 2/3/2018 10:23 | | |
|---|---|---|
| | WBC | 6.0 x10^9/L |
| | RBC | 4.31 x10^12/L |
| | **Hgb** | **11.5 g/dL  Low** |
| | **Hct** | **35.1 %  Low** |
| | MCV | 81.4 fL |
| | **MCH** | **26.7 pg  Low** |
| | MCHC | 32.8 g/dL |
| | RDW | 13.4 % |
| | Platelet | 257 x10^9/L |



| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 02/03/2018 | Dsch: 02/03/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J.DO |

**Medical Record Request**

## ED MD Note

| | |
|---|---|
| MPV | 9.8 fL |
| Neut Abs | 3.4 x10^9/L |
| Lymp Abs | 1.9 x10^9/L |
| Mono Abs | 0.4 x10^9/L |
| Eos Abs | 0.2 x10^9/L |
| Baso Abs | 0.0 x10^9/L |
| Neutrophils | 56.6 % |
| Lymph | 32.1 % |
| Mono | 7.2 % |
| Eos | 3.2 % |
| Basophils | 0.7 % |
| Sodium Level | 137 mmol/L |
| Potassium Level | 4.1 mmol/L |
| Chloride | 105 mmol/L |
| Carbon Dioxide | 25 mmol/L |
| Anion Gap | 7 mmol/L |
| BUN | 8 mg/dL |
| Creatinine | 0.64 mg/dL |
| Calcium Level | 10.1 mg/dL |
| Bilirubin | 0.6 mg/dL |
| Alkaline Phosphatase | 72 unit/L |
| AST | 15 unit/L |
| ALT | 11 unit/L |
| Lipase Level | 39 unit/L |
| Protein | 7.1 g/dL |
| Albumin Level | 3.8 g/dL |
| Glucose Level | 90 mg/dL |
| GFR | >60 mL/min/1.73 m2 |
| GFR AfrAmer | >60 mL/min/1.73 m2 . |

**Radiology results:** Radiology Results
CT Abd+Pel w IV contrast

02/03/18 14:29:31
INDICATION: The patient is complaining of abdominal pain evaluate. Status post fall on ice yesterday , took some old oxycodone for the pain, worsening pain back, left abdominal pain 10/10, nausea.

TECHNIQUE: Contiguous helical axial images from the lung bases to the ischial tuberosities were performed following the administration of 90 cc of Omnipaque- 350. In addition delayed images of the abdomen and pelvis were obtained. Oral contrast was given. 3-D reconstruction images in the sagittal and coronal planes were generated. Saline chaser bolus delivered.

COMPARISON: None.

CT SCAN OF THE ABDOMEN:

FINDINGS:

Inferior thorax: Lung bases demonstrates dependent atelectatic changes. Inferior heart/pericardium unremarkable. A hiatal hernia is present.

Lines and tubes: None.

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 02/03/2018 | Dsch: 02/03/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J,DO |

**Medical Record Request**

## ED MD Note

Liver/Biliary Tree: No significant hepatic steatosis or hepatomegaly. No suspicious lesion. Low-attenuation lesion within the liver are too small characterize by CT criteria. No significant biliary dilation. The portal, superior mesenteric and splenic veins are patent.

Gallbladder: Unremarkable.

Pancreas: Unremarkable.

Spleen: Unremarkable.

Adrenal glands: Within normal limits.

Kidneys/Ureters: No hydronephrosis. No suspicious renal lesion. No urinary tract calculi identified.

Retroperitoneum: No enlarged lymph nodes. The abdominal aorta is normal in caliber. The inferior vena cava is unremarkable.

Bowel/Mesentery: The bowel and mesentery unremarkable without obstruction or inflammatory changes. No enlarged mesenteric nodes. The appendix is normal.

Ascites: None.

CT SCAN OF THE PELVIS:

FINDINGS:

Bladder: Unremarkable.

Reproductive Organs: 2.2 cm dominant right ovarian follicle.

Lymph Nodes: None pathologically enlarged.

Free fluid: None.

Bones/superficial soft tissues: Acute mild compression fracture superior endplate of T12. No destructive lytic or sclerotic lesions. No inguinal hernias.

IMPRESSION ABDOMEN:

1. No acute intra-abdominal process.
2. Acute mild compression fracture superior endplate of T12 with fracture lines extending to involve the right posterior elements.

IMPRESSION PELVIS:

1. No acute intrapelvic process.
Signed By: NOTINO, ANTHONY G. MD
.

**Notes:** Patient presents today with tenderness and pain after a fall yesterday. At this point, we'll obtain appropriate radiographic studies, basic laboratory studies, treat pain and nausea..

### Reexamination/ Reevaluation
Time: 2/3/2018 15:07:00 .
Notes: Patient's workup is consistent with mild T12 compression fracture. At this point, we'll discharge to follow up with primary care and orthopedic spine surgery. We'll treat pain.

The patient understands to call or return immediately with worsening symptoms or other concerns..

### Impression and Plan
T12 compression fracture
**Plan**

Printed: 03/02/2018 14:49

---



**Medical Record Request**

| | | | |
|---|---|---|---|
| Med Rec Nbr: | **1003295790** | Ut Nbr: | **1003295790** |
| Financial Nbr: | **75213332** | Patient Name: | **SMITH, SHAULENE N** |
| Client Med Rec Nbr: | **4437** | Organization: | **KH DEGRAFF** |
| DOB: | **11/15/1973** | Patient Location: | **D-Emergency Rm** |
| Sex: | **Female** | Physician: | **LYNCH,JOSHUA J.DO** |
| Adm: **02/03/2018** | Dsch: **02/03/2018** | | |

## ED MD Note

**Condition:** Improved.

**Disposition:** Discharged: Time  2/3/2018 15:09:00, to home.

**Patient was given the following educational materials:** Vertebral Fracture.

**Follow up with:** LYNNE ROSS; University Ortho 204-3200; UB Neuro Surgery 218-1000.

**Counseled:** Patient, Regarding diagnosis, Regarding diagnostic results, Regarding treatment plan, Regarding prescription, Patient indicated understanding of instructions.

| | | | |
|---|---|---|---|
| | Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| | Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| | Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| | DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| **Medical Record Request** | Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| | Adm: 02/03/2018 | Dsch: 02/03/2018 | | |

## ED RN

SERVICE DATE/TIME:          02/03/2018 15:30
RESULT STATUS:              Auth (Verified)
PERFORM INFORMATION:        CZAJA,ALLYSON E RN (02/03/2018 15:30 )
SIGN INFORMATION:           CZAJA,ALLYSON E RN (02/03/2018 15:30 )

### ED Depart Vital Signs and Pain Entered On: 2/3/2018 15:30
### Performed On: 2/3/2018 15:30 by CZAJA, ALLYSON E RN

**Pain Scale**
*Primary Pain Present :* Yes actual or suspected pain
*Primary Preferred Pain Tool :* FACES/Numeric rating scale

CZAJA, ALLYSON E  RN - 2/3/2018 15:30

**Pain Scale - Preferred Pain Tool Amb**
*Primary FACES/Numeric Rating at Rest :* 2
*Primary FACES/Numeric Rating Activity :* 4
*Primary FACES/Numeric Rating Score Rest :* 2
*Primary FACES/Numeric Rating Score Active :* 4

CZAJA, ALLYSON E  RN - 2/3/2018 15:30

**Pain Assessment**
*Location :* Back
*Laterality :* Upper
*Primary Pain Time Pattern :* Acute

CZAJA, ALLYSON E  RN - 2/3/2018 15:30

SERVICE DATE/TIME:          02/03/2018 15:30
RESULT STATUS:              Auth (Verified)
PERFORM INFORMATION:        CZAJA,ALLYSON E RN (02/03/2018 15:30 )
SIGN INFORMATION:           CZAJA,ALLYSON E RN (02/03/2018 15:30 )

### ED Nursing Discharge Summary Entered On: 2/3/2018 15:32
### Performed On: 2/3/2018 15:30 by CZAJA, ALLYSON E RN

**DC information**
*DC Status :* Discharged
*Discharged To :* Home independently
*Discharge Home Treatments :* None
*Discharge Home Equipment :* None
*Professional Skilled Services :* None
*Special Services and Community Resources :* None
*ED Mode of Discharge :* Walked
*Transportation :* Other: lyft transportation

CZAJA, ALLYSON E  RN - 2/3/2018 15:30

Printed:  03/02/2018 14:48

| | | | | |
|---|---|---|---|---|
| | *Med Rec Nbr:* | **1003295790** | *UI Nbr:* | **1003295790** |
| | *Financial Nbr:* | **75213332** | *Patient Name:* | **SMITH, SHAULENE N** |
| | *Client Med Rec Nbr:* | **4437** | *Organization:* | **KH DEGRAFF** |
| | *DOB:* | **11/15/1973** | *Patient Location:* | **D-Emergency Rm** |
| | *Sex:* | **Female** | *Physician:* | **LYNCH,JOSHUA J.DO** |
| **Medical Record Request** | *Adm:* **02/03/2018** | *Dsch:* **02/03/2018** | | |

## ED RN

**Education Adult**
*Responsible Learner(s) :*  No Data Available
*Home Caregiver Present for Session :*  No
*Barriers To Learning :*  None evident
*Teaching Method :*  Explanation, Printed materials

CZAJA, ALLYSON E  RN - 2/3/2018 15:30

Post-Hospital Education Adult Grid
*Activity Expectations :*  Verbalizes understanding
*Diagnostic Results :*  Verbalizes understanding
*Importance of Follow-Up Visits :*  Verbalizes understanding
*Pain Management :*  Verbalizes understanding
*When to Call Health Care Provider :*  Verbalizes understanding

CZAJA, ALLYSON E  RN - 2/3/2018 15:30

| | | | |
|---|---|---|---|
| | Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| | Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| | Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| | DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| | Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| **Medical Record Request** | Adm: 02/03/2018 | Dsch: 02/03/2018 | | |

## ED Triage

SERVICE DATE/TIME:                     02/03/2018 09:45
RESULT STATUS:                          Auth (Verified)
PERFORM INFORMATION:              GAILE,MARIE P RN (02/03/2018 09:45 )
SIGN INFORMATION:                      GAILE,MARIE P RN (02/03/2018 09:45 )

### ED Triage and Assessment Adult Entered On:  2/3/2018 9:52
### Performed On:  2/3/2018 9:45  by GAILE, MARIE P  RN

**Dysphagia Screen**
*Dysphagia Screen Result :*  Pass

GAILE, MARIE P  RN - 2/3/2018 9:45

**General Triage**
*Arrival Date/Time :*  02/03/2018 09:44
*Mode of Arrival :*  Walked
*Chief Complaint Description :*  States slipped on ice yesterday , took some old oxycodone for the pain, awoke today in worse pain back, left side and abd. pain 10/10. States today feel nausea.
*Vitals/HT/WT :*  Documented previously for this visit
*High Risk/Psychosocial Screen :*  N/A
*VS :*  Yes
*Triage Date/Time :*  2/3/2018 9:45

GAILE, MARIE P  RN - 2/3/2018 9:45

**Language**
*Languages :*  English

GAILE, MARIE P  RN - 2/3/2018 9:45

**ID Screen**
*Travel Within Last 21 Days :*  No
*ID Ebola Screen Close Contact Travel :*  No
*ID Ebola Screen Close Contact Caregiver :*  No
*Symptom Trigger :*  0

GAILE. MARIE P  RN - 2/3/2018 9:45

**Advance Directive**
*\*Advance Directive :*  Declined

GAILE, MARIE P  RN - 2/3/2018 9:45

**Pain Scale**
*Primary Pain Present :*  Yes actual or suspected pain
*Primary Preferred Pain Tool :*  FACES/Numeric rating scale

GAILE, MARIE P  RN - 2/3/2018 9:45

**Pain Scale - Preferred Pain Tool Amb**
*Primary FACES/Numeric Rating at Rest :*  10 = Worst possible pain
*Primary FACES/Numeric Rating Score Rest :*  10

GAILE, MARIE P  RN - 2/3/2018 9:45

**Pain Assessment**
*Location :*  Other: back, left side, abd.

GAILE, MARIE P  RN - 2/3/2018 9:45

**Violent Behavior**
*Violent Behavior Risk Factors :*  None

Printed:  03/02/2018 14:49

Page 28 of 77

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH,JOSHUA J.DO |
| Adm: 02/03/2018 | Dsch: 02/03/2018 | | |

**Medical Record Request**

## ED Triage

GAILE, MARIE P  RN - 2/3/2018 9:45

**Reason for Visit/Problem List**
*Reason For Visit Entered :*  Yes

GAILE, MARIE P  RN - 2/3/2018 9:45
(As Of: 2/3/2018 09:52:04 EST)

Problems(Active)

Anemia (SNOMED CT
:A25058B2-B8BF-48F2-B352-
55586DF957D4 )

*Name of Problem:*  Anemia ; *Onset Date:*  1991 ; *Recorder:*
CRONIN, LINDA J. WHNP; *Confirmation:*  Confirmed ;
*Classification:*  Medical ; *Code:*
A25058B2-B8BF-48F2-B352-55586DF957D4 ; *Contributor
System:*  PowerChart ; *Last Updated:*  9/19/2016 10:03 ; *Life
Cycle Date:*  9/19/2016 ; *Life Cycle Status:*  Active ;
*Vocabulary:*  SNOMED CT
; *Comments:*

9/19/2016 10:03 - CRONIN, LINDA J. WHNP
hospitalized at age 18, dx'ed as iron deficient anemia

Obesity (SNOMED CT
:2535065012 )

*Name of Problem:*  Obesity ; *Recorder:*  System, System;
*Confirmation:*  Confirmed ; *Classification:*  Medical ; *Code:*
2535065012 ; *Last Updated:*  9/19/2016 9:51 ; *Life Cycle Date:*
9/19/2016 ; *Life Cycle Status:*  Active ; *Vocabulary:*
SNOMED CT
; *Comments:*

9/19/2016 9:51 - System, System
This problem was added by Discern Expert. KH_MU_BMI

Diagnoses(Active)
Fall

*Date:*  2/3/2018 ; *Diagnosis Type:*  Reason For Visit ;
*Confirmation:*  Complaint of ; *Clinical Dx:*  Fall ; *Classification:*
Medical ; *Clinical Service:*  Emergency medicine ; *Code:*
PNED ; *Probability:*  0 ; *Diagnosis Code:*
972DCDB6-6058-47E5-9321-44B9DBFE0EC6

**Vital Signs**
*Temperature Oral :*  36.9 degC(Converted to: 98.4 degF)
*Pulse Rate, Peripheral :*  64 bpm
*Respiratory Rate :*  18 BR/min
*Systolic/ Diastolic BP :*  140 mmHg (High)
*Diastolic Blood Pressure :*  98 mmHg (High)
*SpO2 :*  100 %
*O2 Therapy :*  Room air

GAILE, MARIE P  RN - 2/3/2018 9:45

**Order Details**
*Transport Mode Order Detail :*  Wheelchair
*Isolation Precautions Order Detail :*  Standard
*Isolation Precautions RTF :*  No qualifying data available
*Pregnant Order Detail :*  No

| | | | |
|---|---|---|---|
| | *Med Rec Nbr:* 1003295790 | *UI Nbr:* 1003295790 | |
| | *Financial Nbr:* 75213332 | *Patient Name:* SMITH, SHAULENE N | |
| | *Client Med Rec Nbr:* 4437 | *Organization:* KH DEGRAFF | |
| | *DOB:* 11/15/1973 | *Patient Location:* D-Emergency Rm | |
| **Medical Record Request** | *Sex:* Female | *Physician:* LYNCH,JOSHUA J.DO | |
| | *Adm:* 02/03/2018 *Dsch:* 02/03/2018 | | |

## ED Triage

*IV Order Detail :*  0
*Oxygen Order Detail :*  0

GAILE, MARIE P  RN – 2/3/2018 9:45

**Neurological Adult**
*Level of Consciousness :*  Alert
*Orientation Assessment :*  Oriented x 4

GAILE, MARIE P  RN – 2/3/2018 9:45

**Allergies/Home Medications**
*Allergy Information Status :*  Documented/Updated for this visit

GAILE, MARIE P  RN – 2/3/2018 9:45
(As Of: 2/3/2018 09:52:04 EST)

Allergies (Active)

No Known Medication Allergies  *Estimated Onset Date:*  Unspecified ; *Created By:*  CRONIN, LINDA J.; *Reaction Status:*  Active ; *Category:*  Drug ; *Substance:*  No Known Medication Allergies ; *Type:*  Allergy ; *Updated By:*  CRONIN, LINDA J.; *Reviewed Date:*  2/3/2018 9:49

Medication List

(As Of: 2/3/2018 09:52:04 EST)

*Home Meds*
oxyCODONE-acetaminophen  :  oxyCODONE-acetaminophen ; *Status:*  Documented ; *Ordered As Mnemonic:*  oxyCODONE-acetaminophen 7.5 mg-325 mg oral tablet ; *Simple Display Line:*  1 tab, oral, q6h, 0 Refill(s) ; *Catalog Code:*  oxyCODONE-acetaminophen ; *Order Dt/Tm:*  2/3/2018 09:49:33

**General**
*Lactating :*  No
*Pregnancy Status :*  No menses
*Lines or Tubes Present on Admission :*  None
*Activity Assistance :*  Independent/No Lift Device Applicable
*Lactating Age :*  Yes

GAILE, MARIE P  RN – 2/3/2018 9:45

**Integumentary**
*Skin Integrity :*  Intact, no abnormalities

GAILE, MARIE P  RN – 2/3/2018 9:45

**Social History**
*Exposure to Tobacco Smoke :*  None

GAILE, MARIE P  RN – 2/3/2018 9:45

Social History

(As Of: 2/3/2018 09:52:04 EST)

Alcohol:                    Denies Alcohol Use
                            (Last Updated: 9/19/2016 09:59:06 EDT by CRONIN, LINDA J. WHNP )

Employment/School:

Printed:  03/02/2018 14:49

Page 30 of 77

---



**Medical Record Request**

| | | | |
|---|---|---|---|
| Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| Sex: | Female | Physician: | LYNCH, JOSHUA J,DO |
| Adm: 02/03/2018 | Dsch: 02/03/2018 | | |

## ED Triage

Unemployed   (Last Updated: 9/19/2016 09:59:43 EDT by CRONIN, LINDA J. WHNP)

**Home/Environment:**

Lives with Children, granddaughter.   (Last Updated: 9/19/2016 09:59:35 EDT by CRONIN, LINDA J. WHNP)

**Sexual:**

Sexually active: No.   Comments: 9/19/2016 10:00 - CRONIN, LINDA J. WHNP: no sexual activity for 2 months, split up w/ partner   (Last Updated: 9/19/2016 10:00:11 EDT by CRONIN, LINDA J. WHNP)   Comments: 9/19/2016 10:00 - CRONIN, LINDA J. WHNP: was using condoms previously   (Last Updated: 9/19/2016 10:00:45 EDT by CRONIN, LINDA J. WHNP)

**Substance Abuse:**

Denies Substance Abuse
(Last Updated: 9/19/2016 09:59:10 EDT by CRONIN, LINDA J. WHNP )

**Tobacco:**

Never smoker   (Last Updated: 9/19/2016 09:51:30 EDT by SAEGERE, KEYVONNA S)   Never smoker   (Last Updated: 2/3/2018 09:50:14 EST by GAILE, MARIE P  RN)

SERVICE DATE/TIME:          02/03/2018 09:45
RESULT STATUS:              Auth (Verified)
PERFORM INFORMATION:        GAILE,MARIE P RN (02/03/2018 09:45 )
SIGN INFORMATION:           GAILE,MARIE P RN (02/03/2018 09:45 )

**ED ESI Entered On: 2/3/2018 9:45**
**Performed On: 2/3/2018 9:45 by GAILE, MARIE P  RN**

**ESI**
*Is This*
*Patient Dying? :*  No
*Is This a Patient Who Shouldn't Wait? :*  No
*How Many Resources Will This Patient Need? :*  Many

GAILE, MARIE P  RN - 2/3/2018 9:45

**DCP GENERIC CODE**
*Visit Reason :*  fall/ back pain
*Triage Date/Time :*  2/3/2018 9:45
*Tracking Acuity :*  3 - Yellow
*Tracking Group :*  DMH Tracking Group

Printed:  03/02/2018 14:49

| | | | | |
|---|---|---|---|---|
| **Medical Record Request** | Med Rec Nbr: | 1003295790 | UI Nbr: | 1003295790 |
| | Financial Nbr: | 75213332 | Patient Name: | SMITH, SHAULENE N |
| | Client Med Rec Nbr: | 4437 | Organization: | KH DEGRAFF |
| | DOB: | 11/15/1973 | Patient Location: | D-Emergency Rm |
| | Sex: | Female | Physician: | LYNCH,JOSHUA J,DO |
| | Adm: 02/03/2018 | Dsch: 02/03/2018 | | |

## ED Triage

GAILE, MARIE P  RN - 2/3/2018 9:45

*ESI Ht-Wt :*  Yes
*ESI Allergies :*  Deferred
*Vitals Yes or Deferred :*  Deferred

GAILE, MARIE P  RN - 2/3/2018 9:45

**Height/Weight**
*Height/Length Dosing :*  154.9 cm
*Inches :*  61 in(Converted to: 154.94 cm)
*Weight Dosing :*  67.59 kg
*BSA Dosing :*  1.71 m2
*Body Mass Index Dosing :*  28.17 kg/m2
*Lbs :*  149 lb(Converted to: 67.59 kg)

GAILE, MARIE P  RN - 2/3/2018 9:45

**Medical Record Request**

| | |
|---|---|
| Med Rec Nbr: | 1003295790 |
| Financial Nbr: | 75213332 |
| Client Med Rec Nbr: | 4437 |
| DOB: | 11/15/1973 |
| Sex: | Female |
| Adm: 02/03/2018 | Dsch: 02/03/2018 |

| | |
|---|---|
| UI Nbr: | 1003295790 |
| Patient Name: | SMITH, SHAULENE N |
| Organization: | KH DEGRAFF |
| Patient Location: | D-Emergency Rm |
| Physician: | LYNCH,JOSHUA J.DO |

## Clinical Diagnoses

### Diagnosis: T12 compression fracture (Qualifier: )

Secondary Description:

Last Reviewed Date: 02/03/2018     Responsible Provider: LYNCH,JOSHUA J.DO

Diagnosis Date: 02/03/2018     Status: Active

Clinical Service: Non-Specified; Diagnoses Code: S22.080A; Classification: Medical; Confirmation: Confirmed

### Diagnosis: Fall (Qualifier: )

Secondary Description:

Last Reviewed Date: 02/03/2018     Responsible Provider:

Diagnosis Date: 02/03/2018     Status: Active

Clinical Service: Emergency medicine; Diagnoses Code: 972DCDB6-6058-47E5-9321-44B9DBFE0EC6; Classification: Medical; Confirmation: Complaint of

**KALEIDA HEALTH**

Millard Fillmore Suburban Hospital
1540 Maple Rd

Williamsville NY 14221
(716)-568-3600
MRI Thoracic imaging w/o contrast

Name: SHAULENE N SMITH
MR#: 1003295790
DOB: 11/15/1973 Age: 44
Location: KH SUBURBAN
Admission Date: 08/08/2018 09:06
Ordering Provider: Jonathan P. Riley
Patient Type: Clini

MRI Thoracic imaging w/o contrast

Exam Date/Time:   08/08/2018 10:09
Accession Number: MR-18-0016546
Reason For Exam:  compression fx

CLINICAL HISTORY: Numbness fingers and toes on the left.

TECHNIQUE: Multiple pulse sequences performed

COMPARISON: none

FINDINGS:

Thoracic intervertebral disc spaces well maintained.

No focal disc herniation or stenosis is seen.

No intramedullary abnormalities are appreciated.

Minor disc degeneration at T11-12 with a minimal bulging disc is seen.

No discitis or osteomyelitis is seen.

IMPRESSION:

Minor disc degeneration at T11-12. No significant thoracic MRI abnormalities appreciated.

Shaulene N Smith  DOB 11/15/1973 UB NEUROSURGERY, INC                    Page #2

READ BY............: REGENBOGEN, VICTOR S. MD

DICTATED ..........: 08/08/2018 10:13 am

TRANSCRIBED BY.....: 08/08/2018 10:13 am VSR

SIGNED          08/08/2018 10:17 am

ELECTRONICALLY BY..: REGENBOGEN, VICTOR S. MD

A Kaleida Health dictation system was used to prepare this Imaging report.

Although each report is personally scanned for syntactic or grammatical errors.

unintended but conspicuous translational errors can occur.

Please contact the Radiology department if there are questions about contents of this report.

**KALEIDA HEALTH**

Millard Fillmore Suburban Hospital
1540 Maple Rd

Williamsville NY 14221
(716)-568-3600
MRI Cervical spine w/o contrast

Name: SHAULENE N SMITH
MR#: 1003295790
DOB: 11/15/1973 Age: 44
Location: KH SUBURBAN
Admission Date: 08/08/2018 09:06
Ordering Provider: Jonathan P. Riley
Patient Type: Clini

MRI Cervical spine w/o contrast

Exam Date/Time:  08/08/2018 10:09
Accession Number: MR-18-0016547
Reason For Exam:  compression fx

HISTORY: Finger and toe numbness

TECHNIQUE: Multiple pulse sequences obtained through the cervical spine.

COMPARISON: none

FINDINGS:

Craniocervical junction unremarkable.

Cervical intervertebral disc spaces well maintained.

No focal disc herniation or stenosis seen.

Upper 4 thoracic levels unremarkable.

No intramedullary abnormalities are appreciated.

No discitis or osteomyelitis appreciated.

Shaulene N Smith  DOB 11/15/1973 UB NEUROSURGERY, INC                    Page #2

IMPRESSION:

Unremarkable MRI of the cervical spine.

READ BY............: REGENBOGEN, VICTOR S. MD

DICTATED ..........: 08/08/2018 10:09 am

TRANSCRIBED BY.....: 08/08/2018 10:09 am VSR

SIGNED            08/08/2018 10:12 am

ELECTRONICALLY BY..: REGENBOGEN, VICTOR S. MD

A Kaleida Health dictation system was used to prepare this Imaging report.

Although each report is personally scanned for syntactic or grammatical errors,

unintended but conspicuous translational errors can occur.

Please contact the Radiology department if there are questions about contents of this report.

Shaulene N Smith  DOB 11/15/1973 UB NEUROSURGERY, INC                Page #2

DICTATED ..........: 09/06/2018 9:58 am

TRANSCRIBED BY.....: 09/06/2018 9:58 am  MSS

SIGNED          09/06/2018 10:09 am

ELECTRONICALLY BY..: SILBER, MICHAEL S. MD

A Kaleida Health dictation system was used to prepare this Imaging report.

Although each report is personally scanned for syntactic or grammatical errors,

unintended but conspicuous translational errors can occur.

Please contact the Radiology department if there are questions about contents of this report.

**KALEIDA HEALTH**

Millard Fillmore Suburban Hospital
1540 Maple Rd

Williamsville NY 14221
(716)-568-3600
MRI Cervical spine w + w/o contra

Name: SHAULENE N SMITH
MR#: 1003295790
DOB: 11/15/1973 Age: 44
Location: KH SUBURBAN
Admission Date: 09/06/2018 08:11
Ordering Provider: Jonathan P. Riley
Patient Type: Clini

MRI Cervical spine w + w/o contra

Exam Date/Time:   09/06/2018 09:30
Accession Number: MR-18-0018650
Reason For Exam:  wedge compression fx

INDICATION: Left upper and lower extremity numbness

TECHNIQUE: Axial and sagittal MRI images of the cervical spine were obtained utilizing 14 cc of Omniscan.

COMPARISON: 8/20/2018

FINDINGS:

The bone marrow signal within the osseous structures is normal. There is mild disc degeneration seen throughout the cervical spine. There is no significant disc pathology present. There is no evidence of abnormal enhancement. The spinal cord has a normal appearance as does the visualized portion of the posterior fossa.

IMPRESSION:

1. Normal cervical spine MRI scan

.

READ BY............: SILBER, MICHAEL S. MD

# UB NEUROSURGERY



**UB NS**

UNIVERSITY AT BUFFALO
NEUROSURGERY
UBNS.COM

**Neurosurgery**
Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAANS
Veetai Li, MD
Douglas B. Moreland, MD, FACS
Jeffrey P. Mullin, MD, MBA
Robert J. Plunkett, MD
John Pollina, MD, FACS
Renée Reynolds, MD, FAANS
Jonathan Riley, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD, FAANS
Michael K. Stoffman, MD, FACS, FAANS

**Interventional Pain Management**
Jafar W. Siddiqui, MD, FAAPMR, DABPM
Andrea C. Wang, MD, DABA, DABAPM, MPH

**Chiropractors**
Jonathan P. Beck, DC
Sanjay Kapoor, DC

3900-A Sheridan Drive
Amherst, NY 14226
716/218-1000
EMR Fax: 716/650-2691

Buffalo General Medical Center
100 High Street • Section B4
Buffalo, NY 14203
716/218-1000
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road • Suite 103
Orchard Park, NY 14127
716/218-1000
EMR Fax: 716/677-4038

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street • 3rd Floor
Buffalo, NY 14203
716/218-1840
EMR Fax: 716/342-2535

The Park Center
180 Park Club Lane
Williamsville, NY 14221
716/839-9402
EMR Fax: 716/839-3570

6230 Williams Road • Suite 3300
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
716/218-1000
EMR Fax: 716/205-8306

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wang)
180 Park Club Lane
Suite 250
Williamsville, NY 14221
716/218-1000
EMR Fax: 716/580-7677

December 6, 2018

**Patient Name:**      *Shaulene N Smith*
**Date of Birth:**      11/15/1973
**Date of Exam:**      12/06/18
**Resident Physician:**    **David Smolar, MD**
**Attending Physician:**   **Jonathan Riley, MD**

**History:** Ms. Smith is a 45-year-old female seen in followup for her prior T12 compression fracture. The patient also noted previously to be clinically myelopathic. A workup including an MRI of the brain and the cervical spine with and without contrast and neurology consultation were completed.

The patient denies any symptoms except for continued midline back pain in the lower thoracic region at the site of her prior fracture. She also describes a burning sensation in this area. There is pain with palpation in this region. She is otherwise doing well. No difficulties with ambulation. Some longstanding left shoulder pain.

**Physical Examination:** Ms. Smith is awake, alert, and oriented. Face is symmetrical. Tongue is midline. In bilateral upper extremities, right upper extremity is 5/5 throughout and left upper extremity distal 4+/5 in grip which is longstanding and pain limited. No Hoffman's sign. Bilateral lower extremities are 5/5 throughout. No hyperreflexia or clonus is noted. Sensation is grossly intact to light touch throughout.

**Review of Studies:** Cervical spine and brain MRI with and without contrast from 09/06/2018 are unremarkable. Otherwise, no new imaging; however, MRI of the thoracic spine from 08/08/2018 is unremarkable.

**Medical Decision Making:** Ms. Smith is a 45-year-old female complaining only of mild midline back pain. She had a prior T12 small compression fracture which has remained stable and was treated conservatively with bracing. At this point, Ms. Smith is cleared from a neurosurgical standpoint to return to her regular activities including work. She may follow up on a PRN basis. The patient was instructed to call the office with any concerns.

Thank you for allowing us to participate in the care of this patient.

**Diagnosis:** Wedge compression fracture of T11-T12 vertebra, initial enco

Shaulene N Smith  DD 12/06/2018                    Page #2

Electronically signed by David Smolar, MD-Resident
David Smolar, MD

I have seen and examined the patient and agree with the above.

Electronically signed by Jonathan Riley, MD
Jonathan Riley, MD
DS/jmb

cc        Lynne Ross MD
           Dent Neurologic Institute
           Christopher Deline MD



**UNIVERSITY AT BUFFALO**
**NEUROSURGERY**
UBNS.COM

**Neurosurgery**
Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAANS
Veetai Li, MD
Douglas T. Moreland, MD, FACS
Jeffrey P. Mullin, MD, MBA
Robert J. Plunkett, MD
John Pollina, MD, FACS
Renée Reynolds, MD, FAANS
Jonathan Riley, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD, FAANS
Michael E. Stoffman, MD, FACS, FAANS

**Interventional Pain Management**
Jafar W. Siddiqui, MD, FAAPMR, DABPM
Andrea C. Wang, MD, DABA, DABAPM, MPH

**Chiropractors**
Jonathan P. Beck, DC
Sanjay Kapoor, DC

3900-A Sheridan Drive
Amherst, NY 14226
716/218-1000
EMR Fax: 716/650-2691

Buffalo General Medical Center
100 High Street - Section B4
Buffalo, NY 14203
716/218-1000
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road - Suite 103
Orchard Park, NY 14127
716/218-1000
EMR Fax: 716/677-4038

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street - 3rd Floor
Buffalo, NY 14203
716/218-1040
EMR Fax: 716/342-2535

The Park Center
180 Park Club Lane
Williamsville, NY 14221
716/839-9402
EMR Fax: 716/839-3570

6930 Williams Road - Suite 3300
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
716/218-1000
EMR Fax: 716/205-8306

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wang)
180 Park Club Lane
Suite 250
Williamsville, NY 14221
716/218-1000
EMR Fax: 716/580-7677

Date:   03/14/19

Name:
   Shaulene N Smith
DOB:   11/15/1973

**Shaulene N Smith may return to work on 03/18/2019  with the following restrictions: light duty.**

Sincerely,

Electronically signed by agent of provider: Jessica Kryszak

CC: Lynne Ross, MD



**UNIVERSITY AT BUFFALO**
**NEUROSURGERY**
UBNS.COM

**Neurosurgery**
Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAANS
Veetal Li, MD
Douglas B. Moreland, MD, FACS
Robert J. Plunkett, MD
John Pollina, MD, FACS
Renée Reynolds, MD, FAANS
Jonathan Riley, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD, FAANS
Michael R. Stoffman, MD, FACS, FAANS

**Interventional Pain Management**
Jafar W. Siddiqui, MD, FAAPMR, DABPM
Andrea C. Wong, MD, DABA, DABPM, MPH

**Chiropractors**
Jonathan P. Beck, DC
Sanjay Kapoor, DC

3980-A Sheridan Drive
Amherst, NY 14226
716/218-1000
EMR Fax: 716/650-2691

Buffalo General Medical Center
100 High Street • Section B4
Buffalo, NY 14203
716/218-1000
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road • Suite 103
Orchard Park, NY 14127
716/218-1000
EMR Fax: 716/677-4038

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street • 3rd Floor
Buffalo, NY 14203
716/218-1040
EMR Fax: 716/342-2535

The Park Center
100 Park Club Lane
Williamsville, NY 14221
716/839-9402
EMR Fax: 716/839-3570

6930 Williams Road • Suite 3800
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
716/218-1000
EMR Fax: 716/205-8386

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wong)
180 Park Club Lane
Suite 250
Williamsville, NY 14221
716/218-1000
EMR Fax: 716/380-7677

April 26, 2018

**NAME:** Shaulene N Smith          **ID:** 418036
**DOB:** 11/15/1973

Please excuse Shaulene N Smith from work 04/26/2018 to 07/12/2018 due to illness/injury. She is scheduled to be re-evaluated on July 12, 2018 and further disability determination will be made at that time.

Sincerely,

*Jonathan Riley*

Electronically signed by agent of provider: Jessica Kryszak

CC: Lynne Ross, MD

**Jonathan Riley, MD**

**Administrative Secretary:**
Jessica Kryszak.....................................(716) 218-1000, ext 6116

**For surgical scheduling questions:**
Jessica Kryszak.....................................(716) 218-1000, ext 6116
For billing questions................................ (716) 218-1000, Press 2

It is very important to bring all imaging films or CDs and their reports if you have them to any future office visit. This could include,X-rays, CTs or MRIs. Thank you.

**\*\*Please be sure to have ALL testing/referral appointments completed before FOLLOW UP appointment. Failure to do so can results in your appointment being cancelled or rescheduled to the next available appointment.\*\***



**Neurosurgery**
Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAANS
Veetai Li, MD
Douglas B. Moreland, MD, FACS
Robert J. Plunkett, MD
John Pollina, MD, FACS
Renée Reynolds, MD, FAANS
Jonathan Riley, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD, FAANS
Michael R. Stoffman, MD, FACS, FAANS

Interventional Pain Management
Jafar W. Siddiqui, MD, FAAPMR, DABPM
Andrea C. Wong, MD, DABA, DABAPM, MPH

Chiropractors
Jonathan P. Beck, DC
Sunjay Kapoor, DC

3980-A Sheridan Drive
Amherst, NY 14226
716/218-1800
EMR Fax: 716/690-2691

Buffalo General Medical Center
100 High Street • Section D4
Buffalo, NY 14203
716/218-1000
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road • Suite 103
Orchard Park, NY 14127
716/218-1000
EMR Fax: 716/677-6838

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street • 3rd Floor
Buffalo, NY 14203
716/218-1040
EMR Fax: 716/342-2535

The Park Center
160 Park Club Lane
Williamsville, NY 14221
716/839-9402
EMR Fax: 716/839-3570

6930 Williams Road • Suite 3300
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
716/218-1000
EMR Fax: 716/205-8386

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wong)
160 Park Club Lane
Suite 250
Williamsville, NY 14221
716/218-1000
EMR Fax: 716/580-7677

April 26, 2018

**Patient Name:** Shaulene N Smith
**Date of Birth:** 11/15/1973
**Date of Exam:** 04/26/18
**Physician:** Jonathan Riley, MD

**History:** The patient is a 44-year-old female who had a fall in early February of 2018 with the development of focal back pain. The patient recently when seen on 03/15/2018 was put in a TLSO given the presence of ongoing pain after a prior compression fracture at this point. The patient is seen on 04/26/2018 approximately two weeks after having been fitted with the TLSO. She returns to clinic at this time with new imaging.

Her symptomatology is essentially the same. She has improvement while wearing the brace but has discomfort when removing.

**Physical Examination:** The patient is alert and oriented x 3. Following commands positive. Pupils equal, round, and reactive to light. Extraocular movements are intact. Following commands x four extremities. She is 5/5 x four extremities.

**Review of Studies:** Patient has thoracic AP and lateral films which show no discernible change, certainly no worsening compression.

**Medical Decision Making:** The patient is a 44-year-old female status post a minimal T12 compression fracture and now with a TLSO brace. We recommend that the patient maintain a three-month period of brace utilization. We will have her follow up in clinic in approximately 2 1/2 months with a repeat CT scan. That will be a total of three months of wearing the brace. At that point in time, we will consider removing the brace and beginning the patient in physical therapy.

Thank you for allowing us to participate in this patient's care. Please do not hesitate to call with any questions or concerns.

**Diagnosis:** Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture

Sincerely,

Shaulene N Smith  DD 04/26/2018                    Page #2

Electronically signed by Jonathan Riley, MD
Jonathan Riley, MD
JR/jmb
cc Lynne Ross MD

**KALEIDA HEALTH**

DeGraff Memorial Hospital
445 Tremont Street

N. Tonawanda NY 14120
(716)-694-4500
Spine lumbosacral- 2 or 3 views

Spine lumbosacral- 2 or 3 views

Exam Date/Time: 06/18/2018 10:09
Accession Number: DX-18-0106014
Reason For Exam: wedge comp fx

Name: SHAULENE N SMITH
MR#: 1003295790
DOB: 11/15/1973 Age: 44
Location: KH DMH
Admission Date: 06/18/2018 09:40
Ordering Provider: Jonathan P. Riley
Patient Type: Clini

CLINICAL INDICATION: The patient is a 44-year-old female with history of a T12 compression
fracture after a fall in February of this year. Patient complains of numbness involving the left toes.

TECHNIQUE: AP and lateral views of the lumbar spine are obtained.

COMPARISON: None.

FINDINGS: Exam demonstrates T12-S1. Osteoarthritis and disc disease is seen throughout the
lumbar spine. Subtle loss of vertebral body height at T12 is unchanged from the prior exam.
Paraspinal soft tissues are unremarkable.

IMPRESSION: Osteoarthritis and disc disease. Stable T12 compression fracture as described above.

.

READ BY............: STOKOE, GAIL E. MD

DICTATED ..........: 06/18/2018 10:47 am

TRANSCRIBED BY.....: 06/18/2018 10:47 am GES

**KALEIDA HEALTH**

DeGraff Memorial Hospital
445 Tremont Street

N. Tonawanda NY 14120
(716)-694-4500
Spine thoracic- 2 views

Name: SHAULENE N SMITH
MR#: 1003295790
DOB: 11/15/1973 Age: 44
Location: KH DMH
Admission Date: 06/18/2018 09:40
Ordering Provider: Jonathan P. Riley
Patient Type: Clini

Spine thoracic- 2 views

Exam Date/Time:  06/18/2018 10:09
Accession Number: DX-18-0106013
Reason For Exam:  wedge comp fx

CLINICAL INDICATIONS: The patient is a 44-year-old female with numbness in the fingers.

TECHNIQUE: AP, lateral views of the thoracic spine are obtained.

COMPARISON: 03/15/2018.

FINDINGS: Exam demonstrates T1-T12. There is subtle loss of vertebral body height at T12
unchanged comparison the prior exam consistent with a subtle compression fracture. Osteoarthritis
and disc disease is seen throughout the remaining thoracic spine. Pedicles are well-visualized.
Paraspinal soft tissues are unremarkable.

IMPRESSION: Mild osteoarthritis and disc disease. Stable subtle T12 compression fracture seen. No
acute bony abnormality is identified.

READ BY............: STOKOE, GAIL E. MD

DICTATED ..........: 06/18/2018 10:48 am

TRANSCRIBED BY.....: 06/18/2018 10:48 am GES

07/23/18  03:27 PM  UB NEUROSURGERY  Fax:1 (716 )NNNNNNN



## UB NS
### UNIVERSITY AT BUFFALO
### NEUROSURGERY
UBNS.COM

July 12, 2018

**NAME:** Shaulene N Smith          **ID:** 418036
**DOB:** 11/15/1973

Please excuse Shaulene N Smith from work 07/12/2018 to 08/17/2018 due to illness/injury. She is scheduled to be re-evaluated and further disability determination will be made at that time.

Sincerely,

Electronically signed by agent of provider: Jessica Kryszak

CC: Lynne Ross, MD

## Jonathan Riley, MD

**Administrative Secretary:**
Jessica Kryszak.................................(716) 218-1000, ext 6116

**For surgical scheduling questions:**
Jessica Kryszak.................................(716) 218-1000, ext 6116
For billing questions............................. (716) 218-1000, Press 2

It is very important to bring all imaging films or CDs and their reports if you have them to any future office visit. This could include, X-rays, CTs or MRIs. Thank you.

**\*\*Please be sure to have ALL testing/referral appointments completed before FOLLOW UP appointment. Failure to do so can results in your appointment being cancelled or rescheduled to the next available appointment.\*\***

**Neurosurgery**
Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAANS
Veetai Li, MD
Douglas B. Moreland, MD, FACS
Robert J. Plunkett, MD
John Pollina, MD, FACS
Renée Reynolds, MD, FAANS
Jonathan Riley, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD, FAANS
Michael R. Stoffman, MD, FACS, FAANS

**Interventional Pain Management**
Jafar W. Siddiqui, MD, FAAPMR, DABPM
Andrea C. Wong, MD, DABA, DABAPM, MPH

**Chiropractors**
Jonathan P. Beck, DC
Sunjay Kapoor, DC

3980-A Sheridan Drive
Amherst, NY 14226
716/218-1000
EMR Fax: 716/650-2691

Buffalo General Medical Center
100 High Street • Section B4
Buffalo, NY 14203
716/218-1000
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road • Suite 103
Orchard Park, NY 14127
716/218-1000
EMR Fax: 716/677-4038

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street • 3rd Floor
Buffalo, NY 14203
716/218-1040
EMR Fax: 716/342-2535

The Park Center
180 Park Club Lane
Williamsville, NY 14221
716/839-9402
EMR Fax: 716/839-3570

6930 Williams Road • Suite 3800
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
716/218-1000
EMR Fax: 716/205-8386

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wong)
180 Park Club Lane
Suite 250
Williamsville, NY 14221
716/218-1000
EMR Fax: 716/580-7677

Shaulene N Smith  DOB 11/15/1973 UB NEUROSURGERY, INC          Page #2

SIGNED          06/18/2018 10:49 am

ELECTRONICALLY BY..: STOKOE, GAIL E. MD


A Kaleida Health dictation system was used to prepare this imaging report.

Although each report is personally scanned for syntactic or grammatical errors,

unintended but conspicuous translational errors can occur.

Please contact the Radiology department if there are questions about contents of this report.

SHAULENE SMITH - DOB: 11/15/1973

Generated at 03/20/2018 11:12 AM

**SHAULENE SMITH**
655 OLIVER ST APT 2 N TONAWANDA, NY 14120-
(716)310-6649

Source MRN: 2000001735560   HEALTHeLINK ID: 2000001735560

## ENCOUNTERS

| CLASS (ADMISSION TYPE) | SERVICE | STATUS | ASSOCIATED PROVIDERS | LOCATION | ENCOUNTER DATE | DATA SOURCE |
|---|---|---|---|---|---|---|
| O (Elective) | Radiology | | Attending:   MD JONATHAN RILEY | DERS | 03/15/2018 - (No End Date) | Kaleida Health System |

## RESULTS

| ORDER TYPE | COLLECTED ON | STATUS | PROVIDERS ON ORDER | INTERPRETATION | PERFORMING FACILITIES |
|---|---|---|---|---|---|
| Diagnostic Imaging | 03/15/2018 10:59 AM | Final | MD JONATHAN RILEY (Ordering) | Normal | Kaleida Health System |

**SPINE THORACIC- 2 VIEWS** Reported On: 03/15/2018 12:20 PM
**ORGANIZER NOTES**

ACCESSION NUMBER: DX180047461

INDICATION: FOLLOW-UP OF FRACTURE OF T12 SEEN ON THE CT EXAMINATION OF 2/3/2018.

FINDINGS:

AP AND LATERAL VIEWS OF THE THORACIC SPINE , AP VIEW OF THE CERVICOTHORACIC JUNCTION
AND A LATERAL VIEW THE THORACOLUMBAR JUNCTION DEMONSTRATE NORMAL CURVATURE.
MILD COMPRESSION OF THE SUPERIOR ENDPLATE OF T12 IS SEEN.
NO RETROLISTHESIS IS SEEN.
MILD DISC SPACE NARROWING OF T11-T12 IS SEEN.
THE REMAINDER THE THORACIC VERTEBRAE ARE NORMAL IN HEIGHT.

IMPRESSION:
MILD COMPRESSION OF THE SUPERIOR ENDPLATE OF T12 IS SEEN.
NO SIGNIFICANT CHANGE IS SEEN FROM THE CT EXAMINATION OF 2/3/2018.
THE REMAINDER THE THORACIC VERTEBRAE APPEAR NORMAL IN HEIGHT AND ALIGNMENT.

READ BY...........: MAKHIJA, JASBEER S. MD
DICTATED .........: 03/15/2018 12:16 PM
TRANSCRIBED BY.....: 03/15/2018 12:16 PM JSM
SIGNED            03/15/2018 12:19 PM
ELECTRONICALLY BY..: MAKHIJA, JASBEER S. MD

A KALEIDA HEALTH DICTATION SYSTEM WAS USED TO PREPARE THIS IMAGING REPORT.
ALTHOUGH EACH REPORT IS PERSONALLY SCANNED FOR SYNTACTIC OR GRAMMATICAL ERRORS,
UNINTENDED BUT CONSPICUOUS TRANSLATIONAL ERRORS CAN OCCUR.

Report contains Protected Health Information. Do not share.



**UNIVERSITY AT BUFFALO**
**NEUROSURGERY**
**UBNS.COM**

Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAAHS
Veetai Li, MD
Douglas B. Moreland, MD, FACS
Simon Morr, MD, MPH
Robert J. Plunkett, MD
John Pollina, MD, FACS
Jonathan Riley, MD
Renée Reynolds, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD
Michael R. Stoffman, MD, FACS, FAANS

Interventional Pain Management
Jafar W. Siddiqui, MD, FAAPMR, DABPM
Andrea Wong, MD

Chiropractors
Jonathan P. Beck, DC
Sunjay Kapoor, DC

3980-A Sheridan Drive
Amherst, NY 14226
716/218-1000
EMR Fax: 716/650-2691

Buffalo General Medical Center
100 High Street - Section B4
Buffalo, NY 14203
716/218-1000
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road - Suite 103
Orchard Park, NY 14127
716/218-1000
EMR Fax: 716/677-4038

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street - 3rd Floor
Buffalo, NY 14222
716/218-1040
EMR Fax: 716/342-2535

The Park Center
180 Park Club Lane
Williamsville, NY 14221
716/839-9402
EMR Fax: 716/839-3570

6930 Williams Road - Suite 3800
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
716/218-1000
EMR Fax: 716/205-8386

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wong)
180 Park Club Lane
Suite 250
Williamsville, NY 14221
716/218-1000

March 15, 2018

**Patient Name:** Shaulene N Smith
**Date of Birth:** 11/15/1973
**Date of Exam:** 03/15/18
**Physician:** Jonathan Riley, MD

**History:** The patient is a 44-year-old female who had a fall in early February of 2018 after which she developed focal back pain. This was controlled with medication in the days immediately following, but this has not improved, the patient being now approximately six weeks after this event. The patient describes her pain as being focal in the thoracolumbar area. It is not radicular and is not radiating. She has no numbness, tingling, or weakness in her lower extremities. She has no bowel or bladder dysfunction.

**Past Medical History:** Patient has a prior diagnosis of iron deficiency anemia and obesity.

**Past Surgical History:** Patient has had uterine biopsy and cyst removal of her right wrist x 2.

**Family History:** Notable for father having diabetes, her mother having hypertension previously, deceased. She has two brothers and six sisters, all alive and well.

**Physical Examination:** The patient is alert and oriented x 3. Following commands positive. Pupils equal, round, and reactive to light. Extraocular movements are intact. Following commands x four extremities. She is 5/5 x four extremities with focal tenderness to palpation of her thoracolumbar junction.

**Review of Studies:** She has imaging to include a CT scan from 02/03/2018 which demonstrates minimal thoracic compression fracture at the T12 level with minimal height loss.

**Medical Decision Making:** The patient is a 44-year-old female with ongoing back pain after a prior thoracic compression fracture from a fall. At the present time, we recommend the patient obtain repeat standing thoracic plain films, AP and lateral, including lumbar standing AP and lateral films. We recommend that the patient be fitted with a backpack style TLSO brace for comfort, assuming that these standing films are unremarkable in comparison to her prior CT scan. We recommend the patient to come back in another six weeks at three months post injury for CT scan of her thoracic and lumbar spine to ensure that there has been no worsening height loss and that there is no concern for stability.



**UNIVERSITY AT BUFFALO**
**NEUROSURGERY**
UBNS.COM

Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAANS
Veetai Li, MD
Douglas B. Moreland, MD, FACS
Simon Morr, MD, MPH
Robert J. Plunkett, MD
John Pollina, MD, FACS
Jonathan Riley, MD
Renée Reynolds, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD
Michael R. Stoffman, MD, FACS, FAANS

Interventional Pain Management
Jafar W. Siddiqui, MD, FAAPMR, DABPM
Andrea Wong, MD

Chiropractors
Jonathan P. Beck, DC
Sanjay Kapoor, DC

3980-A Sheridan Drive
Amherst, NY 14226
716/218-1000
EMR Fax: 716/650-2691

Buffalo General Medical Center
100 High Street - Section B4
Buffalo, NY 14203
716/218-1000
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road - Suite 103
Orchard Park, NY 14127
716/218-1000
EMR Fax: 716/677-4038

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street - 3rd Floor
Buffalo, NY 14222
716/218-1040
EMR Fax: 716/342-2535

The Park Center
180 Park Club Lane
Williamsville, NY 14221
716/839-9402
EMR Fax: 716/839-3570

6930 Williams Road - Suite 3800
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
716/218-1000
EMR Fax: 716/205-8386

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wong)
180 Park Club Lane
Suite 250
Williamsville, NY 14221
716/218-1000

March 23, 2018

**NAME:** Shaulene N Smith          **ID:** 418036
**DOB:** 11/15/1973

Please excuse Shaulene N Smith from work 03/15/2018 to 04/26/2018 due to illness/injury. She is scheduled to be re-evaluated on April 26, 2018 and further disability determination will be made at that time.

Sincerely,

Electronically signed by agent of provider: Jessica Kryszak

CC: Lynne Ross, MD

**Jonathan Riley, MD**

**Administrative Secretary:**
Jessica Kryszak..................................(716) 218-1000, ext 6116

**For surgical scheduling questions:**
Jessica Kryszak....................................(716) 218-1000, ext 6116
For billing questions............................... (716) 218-1000, Press 2

It is very important to bring all imaging films or CDs and their reports if you have them to any future office visit. This could include, X-rays, CTs or MRIs. Thank you.

**Please be sure to have ALL testing/referral appointments completed before FOLLOW UP appointment. Failure to do so can results in your appointment being cancelled or rescheduled to the next available appointment.**

SHAULENE SMITH- DOB: 11/15/1973

PLEASE CONTACT THE RADIOLOGY DEPARTMENT IF THERE ARE QUESTIONS ABOUT CONTENTS OF THIS
REPORT.

.

.



UB
NS
UNIVERSITY AT BUFFALO
NEUROSURGERY
UBNS.COM

**Neurosurgery**
Elad L. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAANS
Veetai Li, MD
Douglas B. Moreland, MD, FACS
Robert J. Plunkett, MD
John Pollina, MD, FACS
Renée Reynolds, MD, FAANS
Jonathan Riley, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD, FAANS
Michael R. Stoffman, MD, FACS, FAANS

**Interventional Pain Management**
Jafar W. Siddiqui, MD, FAAPMR, DABPM
Andrea C. Wong, MD, DABA, DABAPM, MPH

**Chiropractors**
Jonathan P. Beck, DC
Sunjay Kapoor, DC

3980-A Sheridan Drive
Amherst, NY 14226
**716/218-1000**
EMR Fax: 716/650-2691

Buffalo General Medical Center
100 High Street • Section D4
Buffalo, NY 14203
**716/218-1000**
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road • Suite 103
Orchard Park, NY 14127
**716/218-1000**
EMR Fax: 716/677-4038

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street • 3rd Floor
Buffalo, NY 14203
**716/218-1040**
EMR Fax: 716/342-2535

The Park Center
180 Park Club Lane
Williamsville, NY 14221
**716/839-9402**
EMR Fax: 716/839-3570

6930 Williams Road • Suite 3900
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
**716/218-1000**
EMR Fax: 716/205-8386

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wong)
180 Park Club Lane
Suite 250
Williamsville, NY 14221
**716/218-1000**
EMR Fax: 716/580-7677

July 12, 2018

**Patient Name:** Shaulene N Smith
**Date of Birth:** 11/15/1973
**Date of Exam:** 07/12/18
**Resident Physician:** Michael Kogan, MD
**Attending Physician:** Jonathan Riley, MD

**History:** This is a 44-year-old female who obtained a compression fracture due to a fall on ice with no loss of consciousness in February of 2018. Subsequently, she has had severe back pain that has largely been unchanged in the brace. She presents today with followup thoracolumbar x-rays as was the plan on her last visit two months ago.

At this point, she says that her back pain is persistent and really has not improved at all even with the brace. She does admit to a mechanical component, although she states that the pain is pretty much present throughout. She does have pain when she sleeps. She completely denies any radicular-like pain or neck pain at this point; however, she does admit to impressive symptoms worsening over the last 1 1/2 months in her left upper and left lower extremity. She states that she has had some weakness in her hand and has numbness in all of her fingers as well as her large toe in the left lower extremity. She denies any acute changes but does state that this bothers to a very large extent. She denies any particular dermatomal sensory losses or radicular symptoms. She has no previous history of any kind of neurological deficits prior to this.

**Physical Examination:** The patient is alert, awake, and appropriate. Face is symmetric. Voice is clear. She is full strength on the right. On the left upper extremity, she is 4+/5 proximally and 4/5 distally. She has a Hoffmann's sign in the right upper extremity, minimal reflexes in the left upper extremity. She has diminished pinprick on the lateral side of her hand as well as a loss of light touch sensation there. Proprioception is intact. She has difficulty with rapid hand movements in the right upper extremity as well. The left lower extremity is 4+/5 throughout. She has hyperreflexia in her left patella compared to her right and diminished pinprick medially in her foot. She does have pain to palpation in her mid back that seems to correlate with her imaging.

**Review of Studies:** X-rays from 06/18/2018 were reviewed and compared to previous thoracolumbar x-rays. There is no progressive loss of height in her T12 vertebral body.

**Medical Decision Making:** The patient has a stable T12 compression fracture and has persistent pain. There is no progressive deformity in her thoracic spine. The

Shaulene N Smith  DD 07/12/2018                    Page #2

larger issue for her is her likely myelopathy considering her physical exam findings and complaints.
We will discuss bringing her in for an MRI of the cervical spine.  We will also

Thank you for allowing us to participate in the care of this patient.

**Diagnosis:** Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture,
Cervical disc disorder with myelopathy, unspecified cervical region

Electronically signed by Michael Kogan, M.D.-Resident
Michael Kogan, MD

*Addendum: I have seen and examined the patient with the resident physician and agree with the above
plan. We will plan for cervical MRI in setting of upper extremity numbness and onset of physical exam
findings concerning for cervical myelopathy.  We will also obtain thoracic imaging to attempt to clear
patient of her TLSO*

Electronically signed by Jonathan Riley, MD
Jonathan Riley, MD

MK/jmb

ccLynne Ross MD



**UNIVERSITY AT BUFFALO**
**NEUROSURGERY**
UBNS.COM

Neurosurgery
Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAANS
Veetal Li, MD
Douglas E. Moreland, MD, FACS
Robert J. Plunkett, MD
John Pollina, MD, FACS
Renée Reynolds, MD, FAANS
Jonathan Riley, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD, FAANS
Michael R. Stoffman, MD, FACS, FAANS

Interventional Pain Management
Jafar W. Siddiqui, MD, FAAPMR, DABPM
Andrea C. Wong, MD, DABA, DABAPM, MPH

Chiropractors
Jonathan P. Beck, DC
Sunjay Kapoor, DC

3980-A Sheridan Drive
Amherst, NY 14226
716/218-1000
EMR Fax: 716/650-2691

Buffalo General Medical Center
100 High Street • Section B4
Buffalo, NY 14203
716/218-1000
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road • Suite 103
Orchard Park, NY 14127
716/218-1000
EMR Fax: 716/677-4038

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street • 3rd Floor
Buffalo, NY 14203
716/218-1040
EMR Fax: 716/342-2535

The Park Center
180 Park Club Lane
Williamsville, NY 14221
716/839-9402
EMR Fax: 716/839-3570

6930 Williams Road • Suite 3800
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
716/218-1000
EMR Fax: 716/205-8386

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wong)
180 Park Club Lane
Suite 250
Williamsville, NY 14221
716/218-1000
EMR Fax: 716/580-7677

April 26, 2018

**Patient Name:**   Shaulene N Smith
**Date of Birth:**   11/15/1973
**Date of Exam:**   04/26/18
**Physician:**   Jonathan Riley, MD

**History:**  The patient is a 44-year-old female who had a fall in early February of 2018 with the development of focal back pain. The patient recently when seen on 03/15/2018 was put in a TLSO given the presence of ongoing pain after a prior compression fracture at this point. The patient is seen on 04/26/2018 approximately two weeks after having been fitted with the TLSO. She returns to clinic at this time with new imaging.

Her symptomatology is essentially the same. She has improvement while wearing the brace but has discomfort when removing.

**Physical Examination:**  The patient is alert and oriented x 3. Following commands positive. Pupils equal, round, and reactive to light. Extraocular movements are intact. Following commands x four extremities. She is 5/5 x four extremities.

**Review of Studies:**  Patient has thoracic AP and lateral films which show no discernible change, certainly no worsening compression.

**Medical Decision Making:**  The patient is a 44-year-old female status post a minimal T12 compression fracture and now with a TLSO brace. We recommend that the patient maintain a three-month period of brace utilization. We will have her follow up in clinic in approximately 2 1/2 months with a repeat CT scan. That will be a total of three months of wearing the brace. At that point in time, we will consider removing the brace and beginning the patient in physical therapy.

Thank you for allowing us to participate in this patient's care. Please do not hesitate to call with any questions or concerns.

**Diagnosis:**  Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture

Sincerely,

Shaulene N Smith  DD 04/26/2018                     Page #2

Electronically signed by Jonathan Riley, MD
Jonathan Riley, MD
JR/jmb
cc Lynne Ross MD



**UNIVERSITY AT BUFFALO**
**NEUROSURGERY**
UBNS.COM

Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAANS
Veetai Li, MD
Douglas B. Moreland, MD, FACS
Simon Morr, MD, MPH
Robert J. Plunkett, MD
John Pollina, MD, FACS
Jonathan Riley, MD
Renée Reynolds, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD
Michael R. Stoffman, MD, FACS, FAANS

Interventional Pain Management
Jafar W. Siddiqui, MD, FAAPMR, DABPM
Andrea Wong, MD

Chiropractors
Jonathan P. Beck, DC
Sunjay Kapoor, DC

3380-A Sheridan Drive
Amherst, NY 14226
716/218-1000
EMR Fax: 716/650-2691

Buffalo General Medical Center
100 High Street - Section B4
Buffalo, NY 14203
716/218-1000
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road - Suite 103
Orchard Park, NY 14127
716/218-1000
EMR Fax: 716/677-4038

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street - 3rd Floor
Buffalo, NY 14222
716/218-1040
EMR Fax: 716/342-2535

The Park Center
180 Park Club Lane
Williamsville, NY 14221
716/839-9402
EMR Fax: 716/839-3570

6930 Williams Road - Suite 3800
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
716/218-1000
EMR Fax: 716/205-8386

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wong)
180 Park Club Lane
Suite 250
Williamsville, NY 14221
716/218-1000

March 15, 2018

**Patient Name:**  Shaulene N Smith
**Date of Birth:**  11/15/1973
**Date of Exam:**  03/15/18
**Physician:**  Jonathan Riley, MD

**History:** The patient is a 44-year-old female who had a fall in early February of 2018 after which she developed focal back pain. This was controlled with medication in the days immediately following, but this has not improved, the patient being now approximately six weeks after this event. The patient describes her pain as being focal in the thoracolumbar area. It is not radicular and is not radiating. She has no numbness, tingling, or weakness in her lower extremities. She has no bowel or bladder dysfunction.

**Past Medical History:** Patient has a prior diagnosis of iron deficiency anemia and obesity.

**Past Surgical History:** Patient has had uterine biopsy and cyst removal of her right wrist x 2.

**Family History:** Notable for father having diabetes, her mother having hypertension previously, deceased. She has two brothers and six sisters, all alive and well.

**Physical Examination:** The patient is alert and oriented x 3. Following commands positive. Pupils equal, round, and reactive to light. Extraocular movements are intact. Following commands x four extremities. She is 5/5 x four extremities with focal tenderness to palpation of her thoracolumbar junction.

**Review of Studies:** She has imaging to include a CT scan from 02/03/2018 which demonstrates minimal thoracic compression fracture at the T12 level with minimal height loss.

**Medical Decision Making:** The patient is a 44-year-old female with ongoing back pain after a prior thoracic compression fracture from a fall. At the present time, we recommend the patient obtain repeat standing thoracic plain films, AP and lateral, including lumbar standing AP and lateral films. We recommend that the patient be fitted with a backpack style TLSO brace for comfort, assuming that these standing films are unremarkable in comparison to her prior CT scan. We recommend the patient to come back in six weeks at three months post injury for CT scan of her thoracic and lumbar spine to ensure that there has been no worsening height loss and that there is no concern for stability.

Shaulene N Smith  DD 03/15/2018                    Page #2

**DME - PRODUCT:**
**Backpack TLSO:  Horizon 456 (Breg/Aspen) - L0456**

Shaulene N Smith was prescribed this orthosis for the following reasons of medical necessity:

☑ Diagnosis: S22.080A - Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture
☑ To reduce pain by restricting mobility of the neck or trunk prior to any further intervention or hospital stay;
☐ To facilitate healing following a surgical procedure on the spine or related soft tissue;
☐ To facilitate healing following an injury to the spine or related soft tissues;
☐ To otherwise support weak spinal muscles and/or deformed spine
☐ For non-surgical medical management (conservative treatment) to assess the need and/or effectiveness for potential surgery.

Thank you for allowing us to participate in this patient's care.  Please do not hesitate to call with any questions or concerns.

**Diagnosis:** Wedge compression fracture of T11-T12 vertebra, initial encounter for closed fracture

Sincerely,

Electronically signed by Jonathan Riley, MD
Jonathan Riley, MD
JR/jmb
cc Lynne Ross MD

SHAULENE SMITH - DOB: 11/15/1973                                        Generated at 03/20/2018 11:12 AM

## SHAULENE SMITH                    Source MRN: 2000001735560   HEALTHeLINK ID: 2000001735560
655 OLIVER ST APT 2 N TONAWANDA, NY 14120-
(716)310-6649

### ENCOUNTERS

| CLASS (ADMISSION TYPE) | SERVICE | STATUS | ASSOCIATED PROVIDERS | LOCATION | ENCOUNTER DATE | DATA SOURCE |
|---|---|---|---|---|---|---|
| O (Elective) | Radiology | | Attending: MD JONATHAN RILEY | DERS | 03/15/2018 - (No End Date) | Kaleida Health System |

### RESULTS

| ORDER TYPE | COLLECTED ON | STATUS | PROVIDERS ON ORDER | INTERPRETATION | PERFORMING FACILITIES |
|---|---|---|---|---|---|
| Diagnostic Imaging | 03/15/2018 10:59 AM | Final | MD JONATHAN RILEY (Ordering) | Normal | Kaleida Health System |

**SPINE THORACIC- 2 VIEWS** Reported On: 03/15/2018 12:20 PM
**ORGANIZER NOTES**

```
ACCESSION NUMBER: DX180047461
INDICATION: FOLLOW-UP OF FRACTURE OF T12 SEEN ON THE CT EXAMINATION OF 2/3/2018.


FINDINGS:
AP AND LATERAL VIEWS OF THE THORACIC SPINE , AP VIEW OF THE CERVICOTHORACIC JUNCTION
AND A LATERAL VIEW THE THORACOLUMBAR JUNCTION DEMONSTRATE NORMAL CURVATURE.
MILD COMPRESSION OF THE SUPERIOR ENDPLATE OF T12 IS SEEN.
NO RETROLISTHESIS IS SEEN.
MILD DISC SPACE NARROWING OF T11-T12 IS SEEN.
THE REMAINDER THE THORACIC VERTEBRAE ARE NORMAL IN HEIGHT.


IMPRESSION:
MILD COMPRESSION OF THE SUPERIOR ENDPLATE OF T12 IS SEEN.
NO SIGNIFICANT CHANGE IS SEEN FROM THE CT EXAMINATION OF 2/3/2018.
THE REMAINDER THE THORACIC VERTEBRAE APPEAR NORMAL IN HEIGHT AND ALIGNMENT.

.
READ BY...........: MAKHIJA, JASBEER S. MD
DICTATED ..........: 03/15/2018 12:16 PM
TRANSCRIBED BY.....: 03/15/2018 12:16 PM JSM
SIGNED             03/15/2018 12:19 PM
ELECTRONICALLY BY..: MAKHIJA, JASBEER S. MD



A KALEIDA HEALTH DICTATION SYSTEM WAS USED TO PREPARE THIS IMAGING REPORT.
ALTHOUGH EACH REPORT IS PERSONALLY SCANNED FOR SYNTACTIC OR GRAMMATICAL ERRORS,
UNINTENDED BUT CONSPICUOUS TRANSLATIONAL ERRORS CAN OCCUR.
```

SHAULENE SMITH - DOB: 11/15/1973

PLEASE CONTACT THE RADIOLOGY DEPARTMENT IF THERE ARE QUESTIONS ABOUT CONTENTS OF THIS REPORT.

.

.

Flag: General, Low, High

Abnormal: ! ⬇ ⬆  Critical: 🔘 🔘 🔘  Severe: 🔺 🔘 🔘



**UNIVERSITY AT BUFFALO NEUROSURGERY**
UBNS.COM

Elad I. Levy, MD, MBA, FACS, FAHA
Gregory J. Castiglia, MD, FACS
Jason M. Davies, MD, PhD
John G. Fahrbach IV, MD
Kevin J. Gibbons, MD, FACS, FAANS
Veetai Li, MD
Douglas B. Moreland, MD, FACS
Simon Morr, MD, MPH
Robert J. Plunkett, MD
John Pollina, MD, FACS
Jonathan Riley, MD
Renée Reynolds, MD
Adnan H. Siddiqui, MD, PhD, FACS, FAHA
Kenneth V. Snyder, MD, PhD
Michael R. Stoffman, MD, FACS, FAANS

Interventional Pain Management
Jafar W. Siddiqui, MD, FAAPMR, DABPM
Andrea Wang, MD

Chiropractors
Jonathan P. Beck, DC
Sanjay Rapoor, DC

3980-A Sheridan Drive
Amherst, NY 14226
716/218-1000
EMR Fax: 716/650-2691

Buffalo General Medical Center
100 High Street - Section B4
Buffalo, NY 14203
716/218-1000
EMR Fax: 716/859-7480 & 7481

5959 Big Tree Road - Suite 103
Orchard Park, NY 14127
716/218-1000
EMR Fax: 716/677-4038

Oishei Children's Outpatient Center
Conventus Building
1001 Main Street - 3rd Floor
Buffalo, NY 14222
716/218-1040
EMR Fax: 716/342-2535

The Park Center
180 Park Club Lane
Williamsville, NY 14221
716/839-9402
EMR Fax: 716/839-3570

6930 Williams Road - Suite 3800
(Dr. Michael Stoffman)
Niagara Falls, NY 14304
716/218-1000
EMR Fax: 716/205-8386

Interventional Pain Management
(Dr. Jafar Siddiqui, Dr. Andrea Wang)
180 Park Club Lane
Suite 250
Williamsville, NY 14221
716/218-1000

March 23, 2018

**NAME:** Shaulene N Smith        **ID:** 418036
**DOB:** 11/15/1973

Please excuse Shaulene N Smith from work  03/15/2018  to 04/26/2018  due to illness/injury. She is scheduled to be re-evaluated on April 26, 2018 and further disability determination will be made at that time.

Sincerely,

*[signature]*

Electronically signed by agent of provider: Jessica Kryszak

CC: Lynne Ross, MD

**Jonathan Riley, MD**

**Administrative Secretary:**
Jessica Kryszak....................................(716) 218-1000, ext 6116

**For surgical scheduling questions:**
Jessica Kryszak....................................(716) 218-1000, ext 6116
For billing questions................................ (716) 218-1000, Press 2

**It is very important to bring all imaging films or CDs and their reports if you have them to any future office visit. This could include,X-rays, CTs or MRIs. Thank you.**

**\*\*Please be sure to have ALL testing/referral appointments completed before FOLLOW UP appointment. Failure to do so can results in your appointment being cancelled or rescheduled to the next available appointment.\*\***

# DISBURSEMENTS

**DAVID W. POLAK ATTORNEY AT LAW PC**
OPERATING ACCOUNT
1370 UNION RD
WEST SENECA, NY 14224
PH. 716-675-2889

10322

29-1310-213

DATE 6/25/18

PAY TO THE ORDER OF Ciox Health                                    $ 12.88

Twelve Dollars And Eighty Eight Cents                    DOLLARS

✖✖ **Citizens Bank**®

FOR

---

**DAVID W. POLAK ATTORNEY AT LAW PC**
OPERATING ACCOUNT
1370 UNION RD
WEST SENECA, NY 14224
PH. 716-675-2889

10323

29-1310-213

DATE 6/25/18

PAY TO THE ORDER OF Ciox Health                                    $ 2.18

Two Dollars And Eighteen Cents                    DOLLARS

✖✖ **Citizens Bank**®

FOR

---

**DAVID W. POLAK ATTORNEY AT LAW PC**
OPERATING ACCOUNT
1370 UNION RD
WEST SENECA, NY 14224
PH. 716-675-2889

10324

29-1310-213

DATE 6/25/18

PAY TO THE ORDER OF Ciox Health                                    $ 15.34

Fifteen Dollars And Thirty Four Cents                    DOLLARS

✖✖ **Citizens Bank**®

FOR Shaulene Smith



**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

**CiOX** HEALTH

**INVOICE**

Invoice #: 0241489280
Date:       3/27/2018
Customer #: 1548595

| Ship to: |
| --- |
| David W  Polak |
| David W  Polak |
| 1370 UNION RD |
| WEST SENECA, NY 14224-2919 |

| Bill to: |
| --- |
| David W  Polak |
| David W  Polak |
| 1370 UNION RD |
| WEST SENECA, NY 14224-2919 |

| Records from: |
| --- |
| DEGRAFF MEMORIAL HOSPITAL |
| 445 TREMONT AVE |
| KENMORE, NY 14217-2235 |

**Requested By:** DAVID W  POLAK
**Patient Name:** SMITH SHAULENE

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
11-15-1973
1003295790

| Description | Quantity | Unit Price | Amount |
| --- | --- | --- | --- |
| Basic Fee |  |  | 0.00 |
| Retrieval Fee |  |  | 0.00 |
| Per Page Copy (Paper) 1 | 18 | 0.75 | 13.50 |
| Shipping |  |  | 1.84 |
| Subtotal |  |  | 15.34 |
| Sales Tax |  |  | 0.00 |
| Invoice Total |  |  | 15.34 |
| Balance Due |  |  | 15.34 |

Pay your invoice online at  https://paycioxhealth.com/pay/

Terms: Net 30 days          **Please remit this amount : $ 15.34 (USD)**

--------------------------------✂--------------------------------

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

| Invoice #:  0241489280 |
| --- |
| Check # _____ |
| Payment Amount $_____ |

Get future medical records as soon as they are processed,
by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to  https://paycioxhealth.com/pay/  or call  800-367-1500.
Email questions to  collections@cioxhealth.com.



DAVID W. POLAK ATTORNEY AT LAW PC
OPERATING ACCOUNT
1370 UNION RD
WEST SENECA, NY 14224
PH. 716-675-2889

10481

29-1310-213

DATE 10/24/18

PAY TO THE ORDER OF ADVANCED CARE PHYSICAL THERAPY    $ 88.50

EIGHTY EIGHT DOLLARS AND FIFTY CENTS    DOLLARS

Citizens Bank

FOR SHAWLENE SMITH



*Advanced Care*

DATE: September 11, 2018

ATTORNEY: David W. Polak

FAX: 716-675-2885

DEAR SIR/MADAM: Cheryl Scherik

The recording fee for our clinic is $.75 per page.

RE: Shaulene Smith

For the above mentioned payment, the charge is as follows:

38 Pages x $.75= 28.50

For your convenience, we have 2 payment options that include checks or credit card

Please make checks payable to:

Advanced Care Physical Therapy

924 Main St Niagara Falls, NY 14301

Tax ID# 16-1608285

Or call 716-282-2888 and we can apply payment with credit card information

If we can be of further assistance to you in this matter, please contact our office at 716-282-2888 during our business hours of Monday-Friday 7am-7pm

Professionally,

Amanda Sz

Medical Records

Advanced Care Physical Therapy

Confidentiality Notice Applies





Ciox Health
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

**INVOICE**

Invoice #: **0253823366**
Date: **8/24/2018**
Customer #: 1548595

Ship to:

David W Polak
David W Polak
1370 UNION RD
WEST SENECA, NY 14224-2919

Bill to:

David W Polak
David W Polak
1370 UNION RD
WEST SENECA, NY 14224-2919

Records from:

MILLARD FILLMORE SUBURBAN HOSP
1540 MAPLE RD
WILLIAMSVILLE, NY 14221-3647

Requested By: DAVID W POLAK           1003295790
Patient Name: SMITH SHAULENE     DOB:     11151973

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 21 | 0.75 | 15.75 |
| Shipping | | | 1.84 |
| Subtotal | | | 17.59 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 17.59 |
| Balance Due | | | 17.59 |

**Pay your invoice online at** https://paycioxhealth.com/pay/

Terms: Net 30 days          **Please remit this amount : $ 17.59 (USD)**

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Ciox Health
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: **0253823366**

Check # _____

Payment Amount $_____

Get future medical records as soon as they are processed,
by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

10325

**DAVID W. POLAK ATTORNEY AT LAW PC**
OPERATING ACCOUNT
1370 UNION RD
WEST SENECA, NY 14224
PH. 716-675-2889

DATE 6/25/18

29-1310-213

PAY TO THE ORDER OF  Ciox Health                                  $ 4.43

Four Dollars and Forty Three Cents                    DOLLARS

**Citizens Bank**

FOR

---

10326

**DAVID W. POLAK ATTORNEY AT LAW PC**
OPERATING ACCOUNT
1370 UNION RD
WEST SENECA, NY 14224
PH. 716-675-2889

DATE 6/25/18

29-1310-213

PAY TO THE ORDER OF  Ciox Health                                  $ 64.45

Sixty Four Dollars and Forty Five Cents              DOLLARS

**Citizens Bank**

FOR Shaulene Smith



**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

**HEALTH**

**INVOICE**

Invoice #: **0239628734**
Date: **3/2/2018**
Customer #: 1548595

| Ship to: | Bill to: | Records from: |
|---|---|---|
| David W Polak<br>David W Polak<br>1370 UNION RD<br>WEST SENECA, NY 14224-2919 | David W Polak<br>David W Polak<br>1370 UNION RD<br>WEST SENECA, NY 14224-2919 | DEGRAFF MEMORIAL HOSPITAL<br>445 TREMONT AVE<br>KENMORE, NY 14217-2235 |

**Requested By:** DAVID W POLAK                          1003295790
**Patient Name:** SMITH SHAULENE          **DOB:**        11151973

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 77 | 0.75 | 57.75 |
| Shipping | | | 6.70 |
| Subtotal | | | 64.45 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 64.45 |
| Balance Due | | | 64.45 |

Pay your invoice online at https://paycioxhealth.com/pay/

Terms: Net 30 days              **Please remit this amount : $ 64.45 (USD)**

---------------------------------------------✂---------------------------------------------

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

| Invoice #: **0239628734** |
|---|
| Check # _____ |
| Payment Amount $_____ |

Get future medical records as soon as they are processed,
by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to  https://paycioxhealth.com/pay/  or call  800-367-1500.
Email questions to  collections@cioxhealth.com.

UNITED STATES DISTRICT COURT
RCVD.
APR 20 2021
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

12/9/2020

Dear Sirs,

My name is Shaulene Smith and my reason for this letter is because I have no where else to turn and I am really in need of help and guidance.

On February 2, 2018 while walking to work I slipped and fell on the side walk where there was black ice. It was snowing lightly and I did not know that even though the side walk was shoveled it was not salted so it got really slippery. Anyway I fell and could hardly stand to get up but still I pushed myself up but felt a sharp pain in my back. I thought it was just going to be sore and went to work but as the day progressed I could barely move and the pain kept getting worse. I bought some aleve but that did not help so I told my boss I needed to go home. I reached home and took an oxycodone I had from my hysterectomy surgery the year before and went to sleep but when I awoke I could not move properly and the pain was now unbearable. I went to the emergency room and after a Ct Scan was told I had a T11-T12 compressed fracture. I was told to follow up with my Primary care and was then referred to B neurology to see a neurosurgeon who then put me in a brace for 3 months which ended up being nine months after which I was sent to physical therapy

I was told surgery would not help as my vertebrae was crushed but not broken and that they could not be straightened out. I retained a lawyer who took my case and had me sign documents that he was now representing me in my case. He advised me to call each time I went to see a specialist or had therapy which I kept doing until right before covid shut things down. I called on the last day of my physical therapy and asked the secretary why has it taken so long to hear any thing regarding my case and was told they had just sent over a package with more medical records that were requested by the city of North Tonawanda attorney. This is something I have done each time I call and was told the same thing. I forgot to mention that in May 2018 we did receive a date for a 50 hearing I think is what it is called but two weeks before ~~the~~ the hearing my lawyer cancelled and had his secretary call me to explain he was going to ~~be~~ be out of town on that day. My lawyer then told me each time I called that he still has not heard anything back regarding a new hearing. In July of this year I got a voice message from my long term ~~dissabi~~ disability stating that they need the information for my new attorney ~~as~~ the one they had said he is no longer representing me. you can imagine my shock as I spoke to

his office only a couple months prior and was not told this this. I immediately called this office and his secretary told me he would not say that as he just took the call from Standard Security. She told me she would have him call me as he just stepped out to the bank but he never called and I was left in the dark not knowing what to do or what was going on. I finally got my lawyer after calling a couple days and was told he dropped my as case April 2014 and that a letter was sent out to me. He & asked if I move, I said no he said he had no idea what happen to the letter he sent and that he thought I took his advice and dropped the case as I really did not have one. He said I told the E R doctors I fell in the street and not the sidewalk and that I took an oxycodone why did I have that. I was shocked because now he was making it seem like I was a drug addict which if I was I would not have had those pills left over from surgery a year earlier I asked for all my paper work which he charged me for and when ask why his secretary never informed me all those months when I kept calling to give information he said they haven't heard from me since he sent out the letter letting me know he was no longer my attorney. A letter I never received but yet he produced when

I went to pick up my documents. I have tried to retain other attorneys since but was told nothing was done with my case and no documents were filed. They also told me that the time had passed to file those documents and that if I had known sooner something could have been done but that me not knowing my lawyer was not my lawyer messed things up. My point here is if I did not have a case why agree to represent me in the first place? Why did they not tell me all those times I called that he was not representing me? Why never asked if I received the letter they sent me? I received everything else why not that letter and a letter from my lawyer is not something I would ignore. I am now a broken woman who can't stand or sit for even a 30 minutes without feeling pain. I can't stand to make a proper meal for my kids who most of the time have to fend for themselves as I am in too much pain to stand and cook. I have a sit down job and still end up in the ER because of pain I'm still feeling to this day. I was a healthy vibrant woman who on that day when I slipped and got injured have not been the same since. Every day for me is filled with pain and medications that don't even help me. This lawyer never even gave me the chance to be heard and

I really don't think it's fair that he gets away with ~~that~~ this misrepresentation if it can even be called that. They take an oath to fight for their clients but instead my lawyer threw me to the side and didn't even care that I am ~~was~~ a single mother who needs to work to take care of her family. I still do but it is hard, I push through the pain and after I cry in bed from all the pain in my spine.

I write this letter because I have tried other attorneys who said there is nothing they can do. I have called the Bar Association and even left messages to which there is no response.

I don't deserve what this lawyer did to me and this is not about money but about how I was treated. I wish I never fell that day because my life would have been better for it but it happened and now I will spend the rest of my life in pain as a reminder of what I went ~~through~~ not just with my injured spine but ~~for~~ knowing I had a lawyer who did nothing to help me.

I thank you for taking the time to read this I hope I hear back from you even with some guidance of what I can do now.

Sincerely

Shauna Sok

Case 1:21-cv-00530-LJV Document 1-1 Filed 04/20/21 Page 387 of 387

# FREE LEGAL ADVICE

*provided by*



ECBA
## VOLUNTEER LAWYERS PROJECT

SINCE 1983

**Due to the Novel Coronavirus (COVID-19), the pro se assistance program for Federal Court low-income litigants is operating remotely as of May 1st.**

# 716 847-0662 x340

**Calls returned within 24 hours.**