Revised 05/01 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

Shaulene Smith
(Name of Plaintiff or Petitioner)

v.

City of North Tonawanda
(Name of Defendant(s) or Respondent(s))

*FILED APR 20 2021 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

**MOTION TO PROCEED IN FORMA PAUPERIS AND SUPPORTING AFFIRMATION**

21 -CV- 530

I, SHAULENE SMITH, (print or type your name) am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

I further declare that the responses which I have made in this affirmation below are true.

1. Are you presently employed? Yes ✓ No ___
   My Employer's Name and Address is: Prachia First
   275 Northpointe Pkwy
   Amherst NY 14228
   My Gross Monthly Wages are: $ 2,240
   If you are not presently employed, state
   Your Last Date of Employment: ___
   Your Gross Monthly Wages at that time: ___
   Is your spouse presently employed? Yes ___ No ___
   My Spouse's Employer's Name and Address is: ___

   My Spouse's Gross Monthly Wages are $ ___

2. Have you received **any money** from any of the following sources within the past twelve months:
   a. Business, profession or self-employment? Yes ___ No ✓
      If yes, state **source** and **amount received** per month $ ___
   b. Rent payments, interest or dividends? Yes ___ No ✓
      If yes, state **source** and **amount received** per month $ ___
   c. Pensions, annuities, disability, or life insurance payments? Yes ___ No ✓
      If yes, state **source** and **amount received** per month $ ___
   d. Gifts or inheritances? Yes ___ No ✓
      If yes, state **source** and **amount** received per month $ ___
   e. Child Support? Yes ___ No ✓
      If yes, state **amount received** each month $ ___
   f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes ___ No ✓
      If yes, state **source** and **amount received** per month $ ___
   g. Friends, Relatives or any other source? Yes ___ No ✓
      If yes, state **source** and **amount received** per month $ ___
   If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:

   ___

3. What is your total gross monthly income today: $ 2240

4. How much **cash** do you have on hand? $ 10.53

5. How much money do you have in a **checking account**(s)? $ 1540   February & March rent

6. How much money do you have in a **savings account**(s)? $ _____

7. If you are an inmate of a correctional facility, state the amount of funds in your inmate account (**NOTE:** prisoners **must** have inmate account balances certified by an authorized official of the correctional facility and must include a signed Authorization for payment of the filing fee): NO

8. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ___ No ✓
If so, **describe** the property in detail and give an **estimated value** of the property: _____

If you own property, are you paying off a **loan** or **mortgage** on it? Yes ___ No ___
If yes where are you obtaining the money to make such payments: _____

9. If you are not an inmate, state your **total monthly household expenses**:
Rent or mortgage $ 285    Food $ 300    Utilities $ 150    All other expenses $ 450
If your monthly expenses exceed the amount of income you listed in # 3 above, please explain how you are paying your expenses

10. List **all** of the people who are in your household and state the amount of money each one contributes to household expenses each month: Gianna Smith   Child
Samantha Smith   Child

11. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: Gianna Smith   Daughter   Everything
Samantha Smith   Daughter   Single mom.

12. Have you been adjudicated bankrupt within the past ten (10) years? Yes ___ No ✓
If the answer is yes, please include the court and date of filing _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/6/2021      Smith
       (Date)            (Applicant's Signature)

## PRISON CERTIFICATION SECTION
(Required for Prisoner Requests Only; Prisoner Requests **Must** Have This Section Completed By Prison Official)

I certify that the movant has the sum of $_____ on account to his/her credit at the _____ Correctional Facility where s/he is currently confined.

I further certify that the movant has the following securities to his/her credit according to the institution's records: _____

I further certify that the movant's average account balance was $_____ during the last six months.

_____
Signature of Authorized Officer of Institution

_____
Print Name of Authorized Officer of Institution